**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FREDERICK F. FAGAL,<br><br>    Plaintiff,<br><br>    v.<br><br>MARYWOOD UNIVERSITY,<br><br>    Defendant. | CIVIL ACTION NO. 3:14-CV-2404<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 8th day of January, 2015, **IT IS HEREBY ORDERED** that Plaintiff Frederick F. Fagal is given leave to file an amended complaint within twenty-one (21) days from the date of entry of this order.  If Plaintiff fails to do so, the action will be dismissed.

                                                                     /s/ A. Richard Caputo
                                                                     A. Richard Caputo
                                                                     United States District Judge