# MARYWOOD COLLEGE
Scranton, Pennsylvania
## AGREEMENT and APPOINTMENT
for
## FULL-TIME FACULTY

TERMS OF THIS AGREEMENT are offered on the _____ day of _____, A.D. 19_____

to Dr. Frederick F. Fagal, Jr.

   17 East Lake Street, Skaneateles, NY 13152

party of the first part, by Marywood College, a non-profit corporation, created and existing by and under the laws of the Commonwealth of Pennsylvania, party of the second part.

The parties witness that, in consideration of the mutual promises and agreements herein contained,

the following terms are in effect from September 1, 1982 to May 31, 1983 :

(1) Type of Appointment    Full-Time (9 Months)

    Rank                   Assistant Professor

    Department             Social Science (7080)

    Responsibility to      Department Chairperson

    Salary                                        $ ▐▐▐▐▐▐▐ per ▐▐▐▐▐.

    Employee Benefits:

        Social Security (FICA)       $ ▐▐▐▐▐▐▐
        Retirement (TIAA-CREF)         ▐▐▐▐▐▐▐
        Hosp. Ins. (B.C.-B.S.-M.M.)    ▐▐▐▐▐▐▐
        Workers' Compensation            ▐▐▐▐▐
        Total Disability Ins. (TIAA)     ▐▐▐▐▐
        Life Insurance (TIAA)          ▐▐▐▐▐▐▐

    Total Compensation                         $ ▐▐▐▐▐▐▐

(2) The policies and practices listed in the Faculty Manual are agreed upon by the parties hereto.
(3) Benefits other than Social Security must be applied for by the faculty member at the Office of Personnel Services. Failure to apply indicates waiver of the benefit.
(4) This signed Agreement must be returned to the President's office by the date specified.
(5) U.S. Government form W-4 must be on file in the Office of Personnel Services.

IN WITNESS WHEREOF, the said parties have hereunto agreed to the above terms and have set their hands at Marywood College, in said State, as follows:

_____        (Signed) _____
   Date Accepted                            First Party

_____        (Signed) _____
   Date Executed                             President