## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FREDERICK F. FAGAL, JR.,            :
                                    :
            Plaintiff,              :
                                    :
v.                                  :   CIVIL ACTION NO. 3:14-cv-2404-UN3
                                    :
MARYWOOD UNIVERSITY,                :
                                    :
            Defendant.              :
                                    :

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Marywood University, by and through its undersigned counsel, files this Motion to Dismiss, pursuant to Federal Rules of Civil Procedure 12(b)(6). The law supporting this Motion is set forth more fully in the accompanying Memorandum of Law, which has been filed with this Motion and is incorporated herein by reference. A proposed Order of Court is being concurrently filed.

Respectfully submitted,

/s/ Stephanie Peet
Stephanie J. Peet (PA ID: 91744)
Katharine Thomas Batista (312366)
**JACKSON LEWIS P.C.**
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802
F: (215) 399-2249
stephanie.peet@jacksonlewis.com
katharine.thomas@jacksonlewis.com

Date: 2/20/15

*Attorneys for Defendants*