IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK F. FAGAL, JR., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 3:14-cv-2404-UN3 |
| MARYWOOD UNIVERSITY, | : |
| Defendant. | : |

## CERTIFICATE OF NON-CONCURRENCE

I, Stephanie J. Peet, hereby certify that subject to the penalty of perjury and pursuant to Local Civil Rule 7.1, that I have sought the concurrence of Plaintiff's counsel with respect to the accompanying motion. In response, counsel for Plaintiff indicated non-concurrence with this Motion.

Respectfully submitted,

/s/ - Stephanie J. Peet
Stephanie J. Peet (PA ID: 91744)
Katharine Thomas Batista (PA ID: 312366)
**JACKSON LEWIS P.C.**
Three Parkway
1601 Cherry Street
Philadelphia, PA 19102
T:  (267) 319-7802
F:  (215) 399-2249
stephanie.peet@jacksonlewis.com
katharine.thomas@jacksonlewis.com
*ATTORNEYS FOR DEFENDANT*

DATED: February 20, 2015