## **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of *Defendant's Motion to Dismiss* upon the following counsel of record, via the Court's ECF Filing System, this 20th day of February, 2015:

>Jonathan Z. Cohen, Esquire
>175 Strafford Avenue
>Suite 1 PMB 212
>Wayne, PA 19087

>*/s/ Katharine Thomas Batista*
>Katharine Thomas Batista (312366)