UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK F. FAGAL, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 3:14-cv-2404-UN3 |
| : | |
| MARYWOOD UNIVERSITY, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

**AND NOW**, this _____ day of _____, 2015, upon consideration of Defendant's Motion to Dismiss and supporting Memorandum of Law, and any response thereto, it is ORDERED that Defendant's motion be and hereby is GRANTED.

BY THE COURT

_____
J.