# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK F. FAGAL, | CIVIL ACTION NO. 14-CV-2404 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| MARYWOOD UNIVERSITY, | |
| Defendant. | |

## ORDER

**NOW**, this 16th day of June, 2015, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. 14) Plaintiff's Amended Complaint (Doc. 7) is *denied.*

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge