# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK F. FAGAL, JR., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 3:14-cv-2404-UN3 |
| MARYWOOD UNIVERSITY, | : |
| Defendant. | : |

## MOTION FOR SUMMARY JUDGMENT

Defendant Marywood University ("Defendant"), by and through its undersigned counsel, files this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56(c). The facts and law supporting this Motion are set forth more fully in the accompanying Memorandum of Law in Support of Motion for Summary Judgment and the Statement of Undisputed Material Facts, both of which have been filed with this Motion and are incorporated herein by reference. A Proposed Order is being concurrently filed.

        Respectfully submitted,

        **JACKSON LEWIS P.C.**

        */s/ Stephanie Peet*
        Stephanie J. Peet (PA ID: 91744)
        Asima J. Ahmad (PA ID: 316001)
        Three Parkway
        1601 Cherry Street, Suite 1350
        Philadelphia, PA 19102-1317
        T: (267) 319-7802
        F: (215) 399-2249
        stephanie.peet@jacksonlewis.com
        asima.ahmad@jacksonlewis.com

        ATTORNEYS FOR DEFENDANTS

Dated:  November 21, 2016