## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK F. FAGAL, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 3:14-cv-2404-UN3 |
| | : | |
| MARYWOOD UNIVERSITY, | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF NONCONCURRENCE

We declare, subject to the penalty of perjury and pursuant to Local Civil Rule 7.1, that we have sought the concurrence of Plaintiff's counsel with respect to the accompanying motion and have been informed that Plaintiff *does not concur* in whole, or in part, with Defendant's motion.

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Stephanie Peet*
Stephanie J. Peet (PA ID: 91744)
Asima J. Ahmad (PA ID: 316001)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102-1317
T: (267) 319-7802
F: (215) 399-2249
stephanie.peet@jacksonlewis.com
asima.ahmad@jacksonlewis.com

Dated: November 21, 2016          ATTORNEYS FOR DEFENDANTS