# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK F. FAGAL, JR., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 3:14-cv-2404-UN3 |
| MARYWOOD UNIVERSITY, | : |
| Defendant. | : |

## **ORDER**

**AND NOW**, this _____ day of _____, 2016 upon consideration of Defendant's Motion for Summary Judgment and supporting Memorandum, and Plaintiff's response thereto, if any, it is hereby ORDERED that Defendant's Motion is GRANTED.

BY THE COURT

_____
A. RICHARD CAPUTO
U.S. DISTRICT JUDGE