

Case 3:14-cv-02404-ARC   Document 72   Filed 11/21/16   Page 2 of 3

DISC 1
FEATURE FILM

A Bernd Eichinger PRODUCTION AN Oliver Hirschbiegel FILM

eOne

DVD
20966

Fagal v. Marywood Univ., No. 14-cv-02404-ARC (M.D. Pa.)
Exhibit 17 to Motion for Summary Judgment by Plaintiff
November 21, 2016

LA CHUTE
DISQUE 1
LE FILM

Fagal v. Marywood Univ., No. 3:14-cv-02404-ARC (M.D. Pa.)

Exhibit 23 to Motion for Summary Judgment by Plaintiff
November 21, 2016

