**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FREDERICK F. FAGAL, JR., | : |
| *Plaintiff,* | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 3:14-cv-02404-ARC |
| MARYWOOD UNIVERSITY, | : |
| | : (JUDGE CAPUTO) |
| *Defendant.* | : |
| | : <u>ORAL ARGUMENT REQUESTED</u> |

**<u>PLAINTIFF'S EXHIBIT SET IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

JONATHAN Z. COHEN LTD.
Jonathan Z. Cohen, Esq.
175 Strafford Avenue
Suite 1 # 212
Wayne, PA 19087-3340
(215) 874-0047
(215) 839-8951 (fax)
jzc@jzc-law.com

*Attorney for Plaintiff*

Date: December 26, 2016

## **CERTIFICATE OF SERVICE**

I, Jonathan Z. Cohen, attorney for Plaintiff, certify that the foregoing document will be filed electronically and made available for viewing and downloading from the ECF system on December 26, 2016. The following parties have consented to electronic service:

**Asima J. Ahmad**
asima.ahmad@jacksonlewis.com, Philadelphia-Secretaries@jacksonlewis.com, PhiladelphiaDocketing@jacksonlewis.com

**Katharine Thomas Batista**
katharine.thomas@jacksonlewis.com, Philadelphia-Secretaries@jacksonlewis.com, PhiladelphiaDocketing@jacksonlewis.com

**Jonathan Zachary Cohen**
jzc@jzc-law.com

**Stephanie Jill Peet**
Stephanie.Peet@jacksonlewis.com, PhiladelphiaDocketing@JacksonLewis.com, Philadelphia-Secretaries@jacksonlewis.com

I further certify that the DVDs containing Plaintiff's Exhibits 24-26 and 33-35 were served by USPS Priority Mail (tracking # 9405803699300374978707) on December 22, 2016 on Defendant's counsel as follows:

**Stephanie J. Peet**
JACKSON LEWIS P.C.
1601 Cherry Street
Suite 1350
Philadelphia, PA 19102-1317

                Respectfully,

           By:   <u>s/ Jonathan Z. Cohen</u>
                   Jonathan Z. Cohen (PA 205941)
                   175 Strafford Avenue
                   Suite 1 # 212
                   Wayne, PA 19087-3340
                   (215) 874-0047
                   (215) 839-8951 (fax)
                   jzc@jzc-law.com

                   *Attorney for Plaintiff*

Date: December 26, 2016