# Exhibit 21

EXHIBIT
21



# Marywood

## U N I V E R S I T Y

# FACULTY HANDBOOK

## July 1, 2010

Reap College of Education and Human Development
Insalaco College of Creative and Performing Arts
College of Health and Human Services
College of Liberal Arts and Sciences
School of Architecture

# FACULTY HANDBOOK

**This handbook is effective with
the 2010-2011 faculty letters of agreement.**

**Marywood University**
**Scranton, Pennsylvania**
**18509**

# INTRODUCTION

The faculty of Marywood University are dedicated professionals who have an important role in providing intellectual leadership. They are committed to the service of the University, their disciplines, and others. While the teaching role of the faculty is primary, they devote time and energy to a variety of activities. They serve on committees and contribute their talent to strategic planning, research, grant writing, and recruitment.

It would be impossible to capture in detail in one handbook all of the many issues that affect faculty. The *Faculty Handbook* is intended to be one of several sources of general guidance. It brings together brief descriptions of the privileges and obligations that are most central to membership on the faculty of Marywood University and selected other information of special interest.

Nothing contained in the *Faculty Handbook* negates the right of the University to augment, repeal, or revise its policies at any time. Policy changes require the approval of the President of the University and, when required, the Board of Trustees. Changes are disseminated by the Secretary of the University. They are effective with formal approval and placement in the *Marywood University Policies and Procedures Manual*.

The *Faculty Handbook* is maintained by the Secretary of the University, who is responsible for updating and editing it. This assumes the authority to make non-substantive changes that improve the precision of its language, and substantive changes that are necessary to conform to applicable laws. To the extent that modification and revision of Chapter Two constitute other substantive changes, the Faculty Senate will be consulted in the interest of collegiality.

---

# CONTENTS

HISTORY OF THE UNIVERSITY ------------------------------------------------------------------------xi

SPONSORSHIP------------------------------------------------------------------------------------------ xiii

CATHOLIC IDENTITY STATEMENT------------------------------------------------------------- xiv

## CHAPTER ONE

### MISSION, ORGANIZATION AND GOVERNANCE

| | | |
|---|---|---|
| 1.1 | Mission Statement of Marywood University | 3 |
| 1.2 | Core Values of Marywood University | 3 |
| 1.3 | Goals and Objectives of Marywood University | 3 |
| 1.4 | Accreditations and Approvals | 4 |
| 1.5 | Organization Outlines | 4 |
| 1.6 | Members of the Marywood University Corporation | 4 |
| 1.7 | Board of Trustees | 5 |
| 1.8 | President of the University | 5 |
| 1.9 | Provost and Vice President for Academic Affairs | 5 |
| 1.10 | Deans | 5 |
| 1.11 | Department Chairpersons | 6 |
| 1.12 | Other Academic Administrators | 9 |
| 1.13 | Vice President for Student Life | 10 |
| 1.14 | Vice President for Business Affairs and Treasurer | 11 |
| 1.15 | Vice President for University Advancement | 11 |
| 1.16 | Secretary of the University | 11 |
| 1.17 | Administrative Meetings | 11 |
| 1.18 | Faculty Definition | 12 |
| 1.19 | Faculty Senate | 12 |
| 1.20 | General Faculty Meetings | 12 |
| 1.21 | Professional Staff Senate | 12 |

**Marywood University Faculty Handbook 2010**

iv

1.22      Support Staff Senate ---------------------------------------------------------------------------------------- 12

1.23      University Standing Committees Policy ----------------------------------------------------------------- 12


# CHAPTER TWO

## FACULTY POLICIES

2.1       Ranked Faculty ------------------------------------------------------------------------------------------- 19
2.2       Per-course Faculty -------------------------------------------------------------------------------------- 19
2.3       Administrators with Rank and Tenure -------------------------------------------------------------- 19
2.4       Faculty Librarians --------------------------------------------------------------------------------------- 21
2.5       Qualifications for Appointment to Rank ----------------------------------------------------------- 21

2.6       Contractual Agreements with Faculty  ------------------------------------------------------------- 22

2.7       Personnel Records of Faculty Members ------------------------------------------------------------ 24

2.8       Evaluation of Faculty Members ---------------------------------------------------------------------- 25

2.9       Promotion of Faculty Members ----------------------------------------------------------------------- 26
2.10      Doctoral Equivalency ---------------------------------------------------------------------------------- 35

2.11      Tenure -------------------------------------------------------------------------------------------------- 35

2.12      Resignation of Faculty Member ---------------------------------------------------------------------- 39
2.13      Non-reappointment of Full-Time Faculty Member -------------------------------------------------- 40
2.14      Progressive Discipline ---------------------------------------------------------------------------------- 40
2.15      Retrenchment of Faculty -------------------------------------------------------------------------------- 43

2.16      Academic Freedom --------------------------------------------------------------------------------------- 47
2.17      Political Activity ------------------------------------------------------------------------------------------ 48
2.18      Professional Ethics --------------------------------------------------------------------------------------- 48
2.19      The Teaching Responsibility ---------------------------------------------------------------------------- 49
2.20      The Librarianship Responsibility ----------------------------------------------------------------------- 49

2.21      Faculty Development ------------------------------------------------------------------------------------- 51

2.22      Sabbatical Leave for Faculty Member  --------------------------------------------------------------- 52
2.23      Professional Leave of Absence  ------------------------------------------------------------------------ 53
2.24      Meetings and Membership ------------------------------------------------------------------------------ 53
2.25      Tuition Loans ---------------------------------------------------------------------------------------------- 54

2.26      Workload - Core Responsibilities ---------------------------------------------------------------------- 54
2.28      Additional Contracted Work Policy for Faculty  --------------------------------------------------- 56

2.29      Academic Meetings and Functions --------------------------------------------------------------------- 56
2.30      Faculty Offices -------------------------------------------------------------------------------------------- 56
2.31      Faculty Secretarial Staff --------------------------------------------------------------------------------- 57
2.32      Student Assistants ---------------------------------------------------------------------------------------- 57

2.33      Vacations and Holidays for Faculty -------------------------------------------------------------------- 57
2.34      Short-term Disability of Faculty Member ------------------------------------------------------------- 57
2.35      Interruption of Faculty Service ------------------------------------------------------------------------- 58
2.36      Family and Medical Leave ------------------------------------------------------------------------------- 58

**Marywood University Faculty Handbook  2010**

| 2.37 | Flexible Benefits | 60 |
|------|-------------------|----|
| 2.38 | Health Plans | 61 |
| 2.39 | Health Insurance Continuation Coverage | 61 |
| 2.40 | Long-term Disability Insurance | 61 |
| 2.41 | Group Term Life Insurance | 62 |
| 2.42 | Accidental Death and Dismemberment Insurance | 62 |
| 2.43 | Dental Insurance | 62 |
| 2.44 | Voluntary Short-term Disability Insurance | 63 |
| 2.45 | Employee Assistance Program | 63 |
| 2.46 | Voluntary Insurance | 63 |
| 2.47 | Retirement Plan | 63 |
| 2.48 | Social Security/Medicare | 63 |
| 2.49 | Workers' Compensation | 63 |
| 2.50 | Unemployment Compensation | 64 |
| 2.51 | Tuition Remission Benefit | 64 |
| 2.52 | Non-credit Courses | 65 |
| 2.53 | Parking | 65 |
| 2.54 | Bookstore | 65 |
| 2.55 | Recreational Facilities | 65 |
| 2.56 | Identification Cards | 65 |
| 2.57 | Health Services | 65 |
| 2.58 | Compensation Policy for Faculty | 66 |
| 2.59 | Order Cor Mariae - Pro Fide Et Cultura | 66 |
| 2.60 | Faculty Grievances and Appeals | 66 |

## CHAPTER THREE

### ACADEMIC POLICIES AND PRACTICES

| 3.1 | Class Meetings | 75 |
|-----|----------------|----|
| 3.2 | Undergraduate Excused Absences for University Events | 75 |
| 3.3 | Cancellation of Courses | 76 |
| 3.4 | Examinations | 76 |
| 3.5 | Course Syllabi | 76 |
| 3.6 | Academic Honesty | 77 |
| 3.7 | Grading System | 78 |
| 3.8 | Undergraduate Level Grading System | 78 |
| 3.9 | Graduate Level Grading System | 79 |
| 3.10 | Registrar and Academic Records of Students | 80 |
| 3.11 | Faculty and Academic Records of Students | 80 |
| 3.12 | Grade Appeals | 80 |
| 3.13 | Guide to Grade Appeals Process for Faculty and Administrators | 81 |
| 3.14 | Student Academic Grievance | 82 |

**Marywood University Faculty Handbook 2010**

vi

3.15      Tuition Exchange Programs------------------------------------------------------------83

3.16      Library Services-----------------------------------------------------------------------83
3.17      Information Technology Services----------------------------------------------------84
3.18      Conditions of Computer Use--------------------------------------------------------84
3.19      Web Pages ----------------------------------------------------------------------------86
3.20      Home Page Policy -------------------------------------------------------------------87

3.21      Self-Study of Programs and Student Services-------------------------------------87

3.22      Records Management and Archives ------------------------------------------------88

3.23      Search Procedures for Faculty Positions ------------------------------------------89
3.24      Orientation of New Faculty Member -----------------------------------------------90

3.25      Institutional Review of Research Involving Human Participants ---------------91
3.26      Educational Training in Human Subjects Protection for IRB Members
                          and  IRB Administrative Personnel --------------------91
3.27      Educational Training in Human Subjects Protection for Investigators-----------92
3.28      Animal Subjects in Research and Teaching ---------------------------------------92
3.29      Educational Training in Animal Research ----------------------------------------93
3.30      Controlled Substances in Research ------------------------------------------------93
3.31      Educational Training in Responsible Conduct of Research------------------------94
3.32      Conflict of Interest in Research----------------------------------------------------95
3.33      Research Misconduct Policy -------------------------------------------------------96

3.34      Advancement in Lecturer Level Criteria ------------------------------------------98

3.35      Commencement and Convocations Speakers Policy-------------------------------98
3.36      Commencement Walking Policy ---------------------------------------------------99
3.37      Honorary Degrees--------------------------------------------------------------------99

### CHAPTER FOUR

### ADMINISTRATIVE AND FINANCIAL POLICIES AND PRACTICES

4.1       Civil Rights Policy-------------------------------------------------------------- 103
4.2       Civil Rights Complaint Procedures -------------------------------------------- 104
4.3       Disability Grievance Procedures ----------------------------------------------- 106
4.4       Drug-Free Workplace ----------------------------------------------------------- 108
4.5       Clean Air Policy----------------------------------------------------------------- 108
4.6       Hazardous Substances----------------------------------------------------------- 108
4.7       Occupational Exposure to Bloodborne Pathogens --------------------------- 109
4.8       Crime Statistics------------------------------------------------------------------ 109
4.9       HIPAA Privacy Practices-------------------------------------------------------- 109
4.10      Identity Theft Policy------------------------------------------------------------- 109

4.11      Contracts and Other Legal Documents ---------------------------------------- 110

4.12      Dining Services------------------------------------------------------------------ 110

4.13      Furnishings and Equipment ---------------------------------------------------- 111
4.14      Keys------------------------------------------------------------------------------- 111
4.15      Telephones ----------------------------------------------------------------------- 111
4.16      Maintenance and Housekeeping------------------------------------------------- 111

**Marywood University Faculty Handbook  2010**

| 4.17 | Reservations For Use of Facilities | 112 |
| 4.18 | Use of Equipment by Students | 112 |
| 4.19 | Institutional Property Policy | 112 |
| 4.20 | Space Policy | 113 |
| | | |
| 4.21 | The Budget | 114 |
| 4.22 | Payroll | 114 |
| 4.23 | Cash Deposits and Reimbursements | 115 |
| 4.24 | Travel and Business Expenses | 115 |
| 4.25 | Mileage Reimbursement | 118 |
| 4.26 | Gifts Giving and Remembrances | 118 |
| 4.27 | Entertainment of University Guests and Employees | 118 |
| 4.28 | Gifts to the University | 119 |
| 4.29 | Personal Charges | 119 |
| 4.30 | Printing Services | 119 |
| 4.31 | Purchasing | 120 |
| 4.32 | The Bookstore | 121 |
| | | |
| 4.33 | Nepotism | 121 |
| 4.34 | Search Committee Procedures | 122 |
| 4.35 | Background Checks | 122 |
| 4.36 | Moving Expenses for New Hires | 123 |
| 4.37 | Personal Changes | 123 |
| | | |
| 4.38 | Employee Training | 123 |
| 4.39 | Safety Practices | 124 |
| | | |
| 4.40 | Years of Service Awards | 124 |
| 4.41 | Early Retirement Plan | 125 |
| | | |
| 4.42 | Fricchione Day Care Center: A Child Development Center | 125 |
| 4.43 | Tony Domiano Early Childhood Center | 125 |
| 4.44 | Early Childhood/Day Care Center Benefit | 126 |
| | | |
| 4.45 | Confidential Information | 126 |
| | | |
| 4.46 | Violent Acts and Threats | 127 |
| 4.47 | Deadly Weapons and Fireworks | 127 |
| | | |
| 4.48 | University Plan for Personal Computers | 128 |
| | | |
| 4.49 | WEBSITE PRIVACY POLICY | 129 |

## CHAPTER FIVE

### STUDENT LIFE

| 5.1 | Mission Of The Student Life Division | 133 |
| 5.2 | Act 101 Program | 133 |
| 5.3 | Athletics and Recreation | 133 |
| 5.4 | Calendar of Events | 133 |

**Marywood University Faculty Handbook  2010**

viii

| 5.5 | Campus Ministry | 133 |
| 5.6 | Career Services | 134 |
| 5.7 | Counseling and Student Development Center | 134 |
| 5.8 | Dean of Students | 134 |
| 5.9 | Fundraising | 135 |
| 5.10 | Recognition of Student Organizations | 135 |
| 5.11 | Role and Responsibility of an Advisor of a Student Organization | 135 |
| 5.12 | Student Health Services | 136 |
| 5.12.1 | Student Health Records Policy | 136 |

**CHAPTER SIX**

**UNIVERSITY ADVANCEMENT**

| 6.1 | The Office of University Advancement | 139 |
| 6.2 | Fund Raising – Policy Statement | 139 |
| 6.3 | Development | 139 |
| 6.3.1 | Grants Administration | 139 |
| 6.3.2 | Marywood Fund | 140 |
| 6.4 | Alumni Support | 141 |
| 6.5 | Marketing and Communications | 141 |
| 6.5.1 | Advertising | 141 |
| 6.6 | Publications | 142 |
| 6.6.1 | Publication Standards | 142 |
| 6.6.2 | Planning Your Publication | 143 |
| 6.6.3 | Scheduling | 143 |
| 6.6.4 | Image | 143 |
| 6.6.5 | Printing | 143 |
| 6.6.6 | Copy Specification, Design and Layout, Manuscript Preparation | 143 |
| 6.6.7 | Photographs, Artwork | 144 |
| 6.6.8 | Production Process | 144 |
| 6.6.9 | Off-Campus Printing | 144 |
| 6.6.10 | Cost and Time Estimates | 144 |
| 6.6.11 | Publication Quotes | 144 |
| 6.6.12 | Printing Trade Policy | 144 |
| 6.7 | News and Information/Publicity | 144 |
| 6.7.1 | Calendar of Events | 145 |
| 6.7.2 | Responsibility of the University Community | 145 |
| 6.7.3 | Photographs | 146 |
| 6.8 | Other Services | 146 |

**Marywood University Faculty Handbook 2010**

6.8.1    The Marywood University Messenger ------------------------------------------------146
6.8.2    Congratulatory Notes ------------------------------------------------------------------147
6.8.3    Speakers Bureau ------------------------------------------------------------------------147
6.8.4    Answering Media Inquiries -------------------------------------------------------------147
6.8.5    Special Events---------------------------------------------------------------------------147

6.9      Use of the University Seal, Symbol, and Standardized Stationery -------------------147

## CHAPTER SEVEN

### UNIVERSITY STANDING COMMITTEES

REPORTING TO THE PRESIDENT OF THE UNIVERSITY -------------------------------------151
        The President's Cabinet --------------------------------------------------------------153
        Marywood University Planning Advisory Council -----------------------------------154
        Policy Committee of the University -------------------------------------------------155
        Mission Integration Committee ------------------------------------------------------157
        Budget Committee of the University -------------------------------------------------158
        Honorary Degrees Committee --------------------------------------------------------159
        Commencement and Academic Convocations Committee --------------------------160
        Commencement and Convocations Speakers Committee-------------------------------161
        Cor Mariae Board of Directors-------------------------------------------------------162
        Outcomes Assessment Committee ----------------------------------------------------163
        Technology Advisory Committee-----------------------------------------------------164
        Calendar Committee --------------------------------------------------------------------166
        Space Advisory Committee -----------------------------------------------------------167
        Website Management Committee-----------------------------------------------------168

REPORTING TO THE PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS---------169
        Academic Council--------------------------------------------------------------------171
        Rank and Tenure Committee ---------------------------------------------------------172
        Faculty Development Committee -----------------------------------------------------174
        Institutional Review Board for the Protection of Human Participants----------------175
        Undergraduate Admissions Committee ----------------------------------------------176
        Undergraduate Curriculum Committee -----------------------------------------------177
        Undergraduate Grades and Academic Standing Committee----------------------------180
        Undergraduate Honors and Fellowships Board----------------------------------------181
        Undergraduate Scholarships and Fellowships Committee ------------------------------182
        Undergraduate Research Review Committee -----------------------------------------183
        Graduate Curriculum Committee -----------------------------------------------------184
        Graduate Scholarship Committee ----------------------------------------------------185
        Academic Computing Advisory Committee ------------------------------------------186
        Teacher Education Committee --------------------------------------------------------187
        Cultural Diversity Committee --------------------------------------------------------188
        Election Committee for Primary University Standing Committees -------------------189

REPORTING TO THE VICE PRESIDENT FOR BUSINESS AFFAIRS-------------------------191
        Administrative and Professional Staff Development Committee ---------------------193
        Arboretum Committee ----------------------------------------------------------------194
        Dining Services Committee -----------------------------------------------------------195
        Employee Benefits Committee -------------------------------------------------------196
        Employee Health and Safety Committee --------------------------------------------197
        Parking Committee --------------------------------------------------------------------199

**Marywood University Faculty Handbook  2010**

x

REPORTING TO THE VICE PRESIDENT FOR STUDENT LIVE ------------------------------------ 201
        Student Life Committee------------------------------------------------------------------------- 203
        Wellness and Health Promotion Committee------------------------------------------------- 204
        Conduct Board ---------------------------------------------------------------------------------- 205


REPORTING TO THE VICE PRESIDENT FOR UNIVERSITY ADVANCEMENT---------------- 206
        Cultural Affairs Committee ------------------------------------------------------------------- 208

## APPENDIX

The Organization of Marywood University ----------------------------------------------------------App. 1
        Organization of the Presidential Area
        Organization of the Academic Affairs Area
        Organization of the Business Affairs Area
        Organization of the Student Life Area
        Organization of the University Advancement Area

Organization of Instructional Programs--------------------------------------------------------App. 2

## INDEX

## HISTORY OF THE UNIVERSITY

Marywood College opened on September 8, 1915, with a class of thirty-four women, one of whom was Sister St. Mary Orr, who later became its eighth president. In 1924, the Liberal Arts building was opened. In 1928, O'Reilly Hall (now Regina Hall), an on-campus residence for students, was dedicated. In 1937, a major enhancement of the Liberal Arts Rotunda was completed.



Picture courtesy of Dr. Peter Spader

The superiors of the Congregation of Sisters, Servants of the Immaculate Heart of Mary, served as the presidents of the College for almost three decades. Mother M. Germaine O'Neil was the first president. The actual administration of the College, however, was the responsibility of Sister M. Immaculata Gillespie, who served as Dean from 1915 to 1943. Her influence on the College's growth and development was remarkable. The vast changes she witnessed during her lifetime, 1863 – 1947, were astounding. She responded with an openness to the challenges of life that gave Marywood its dynamism and confidence throughout many difficult years. Under her leadership, Marywood acquired degree granting powers in 1917, and these were expanded in 1922 to the awarding of the Master of Arts degree. In 1921, the College became one of the charter members of the Middle States Association of Colleges and Schools. Mother Germaine also initiated the global dimension at Marywood, welcoming the College's first international students in 1917. For 28 years, she was a stabilizing and energizing force.

Sister M. Sylvia Morgan was the first president of Marywood College whose position was not the result of her being the superior of the IHM Congregation. Her administration and that of her successor, Sister M. Eugenia Kealey, were times of great expansion and growth. During this period, four new buildings were constructed, enrollment almost tripled, accreditations in various professional organizations were achieved, and new academic programs were developed including an expanded graduate division. This growth and diversification occasioned a marked increase in the number of lay faculty members, who joined with the Sister faculty in advancing the mission of the College.

Sister St. Mary Orr led the College through the troubled sixties. In 1968, summarizing the College's approach to the decade's dilemmas, she wrote,

> *Caught in the tide of a nation tossed by cross-currents of political and social issues, student unrest, racial crises and blurred identities, we were anchored in faith, and intent upon our mission of nurturing personhood and intellectual discovery.*

**Marywood University Faculty Handbook 2010**

xii

This was, however, another decade of rapid growth and diversification. The Graduate School of Social Work was established in 1967, and the Graduate School of Arts and Sciences became a separate entity in 1968. Five new buildings were dedicated between 1964 and 1968, including the Learning Resources Center, an addition that greatly enhanced the educational capacities of the College.

Sister M. Coleman Nee succeeded Sister St. Mary as president in 1970. The first year of her administration was marked with a dramatic crisis, the destruction by fire of the IHM Motherhouse, the building that housed the College in its first years.

The subsequent years of Sister Coleman's administration were more tranquil but no less challenging. Efforts to serve new student populations led to the opening of the Gillet School, a school for undergraduate male students and for adult and continuing education students. During her administration, Marywood responded to the direction set by the Second Vatican Council, intensifying traditional commitment to action on behalf of justice. While fostering students' personal development of values of justice and peace, the students would become competent and compassionate professionals, well equipped to address the challenges of the global society. Assuring excellent professional preparation led to the building of the Visual Arts Center and the expansion of the Human Services Center (now William G. McGowan Center for Graduate and Professional Studies) and the Health and Physical Education Center.

As Sister Mary Reap became the tenth president in 1988, she assumed the leadership of a vibrant institution. She continued to provide leadership rich in the traditions of service, academic excellence, and responsiveness to the signs of the times. During her tenure, a number of significant events have helped to shape Marywood's future. In 1989, when campus housing was offered to all full-time students, it was seen as a genuine declaration of coeducation at Marywood. In 1997, university status was achieved. Other significant events include academic restructuring of the University into four mixed-level, discipline-based colleges, a dramatic expansion of master's education and the creation of the doctoral program, opening the School of Continuing Education, opening the Fricchione Day Care Center and the Tony Domiano Early Childhood Center, expansion of the Science Center (Center for Natural and Health Sciences), expansion of the Human Services Center (William G. McGowan Center for Graduate and Professional Studies), construction of the Insalaco Center for Studio Arts, construction of the O'Neill Center for Healthy Families, construction of the Robert J. Mellow Center for Athletics and Wellness, and acquisition and renovation of Loughran Hall for University use.

As Sister Anne Munley became President of the University in 2007, she assumed the leadership of a vibrant institution, rich in traditions of service, excellence, and responsiveness to the signs of the times.

Marywood University has grown from a liberal arts college for women into a comprehensive coeducational university consisting of four colleges:

Reap College of Education and Human Development
Insalaco College of Creative and Performing Arts
College of Health and Human Services
College of Liberal Arts and Sciences
School of Architecture

Strengthened by its tradition of service and supported by its proud history, Marywood University faces the 21st century with confidence and enthusiasm.

> *Marywood has a distinctive capacity to create a learning community in which all who participate can shape meaningful lives that contribute to the making of a meaningful world. Creating a faith community, educating for justice, contributing to the formation of moral decision-makers, and developing leaders for today and tomorrow are enduring goals related to our core ideology and to our envisioned future. Together, let us LEAD ON !*
>
> *-- Sister Anne Munley*

**Marywood University Faculty Handbook 2010**

xiii

## SPONSORSHIP



**Congregation of the Sisters, Servants of the Immaculate Heart of Mary Scranton, PA**

Marywood University is one of the sponsored institutions of the Congregation of Sisters, Servants, of the Immaculate Heart of Mary, Scranton, Pennsylvania. Sponsorship is the relationship by which the Sisters of IHM exercise stewardship as a means to assure fidelity to the ministries of the Catholic Church as reflected in the mission of the Congregation and the missions of its sponsored institutions.

The founders of the Congregation, Rev. Louis Florent Gillet, C.Ss.R. and Mother Theresa Maxis Duchemin, IHM could not have envisioned the complexity of governance and administration of sponsored institutions today, as they deal with contemporary legal, financial, and ethical challenges.

Marywood University, an education community spirited by the mission of the IHM Congregation, lives out its own mission with a commitment to spiritual, ethical and religious values, and a tradition of service. Thus, it enables people of all ages to develop fully as persons called by God to become free, authentic, and moral.

The mission of the University, reflective of the mission of its sponsor, continues to be highly relevant today as a force for good in society. On the one hand, as a living community sponsored by the IHM Congregation, the University continues in its strategic and operational planning to further the goal of expanded understanding of Catholic identity and the nature of IHM sponsorship. On the other hand, as the sponsoring community, the IHM Congregation prepares individual Sisters for institutional service, maintains a mission-effectiveness program, and promotes the relationship between the Congregation and the University. Over the years, the IHM Congregation has chosen consistently to maintain a commitment to the governance, administration and staffing of Marywood University.

Marywood University is incorporated, through a legal relationship determined by civil and canon law, as a public charitable corporation. It has a membership model of corporate governance that divides authority between the Members of the Corporation and the Board of Trustees. The Members of the Corporation are the President of the Congregation together with her Council. The Board of Trustees is made up of lay and religious persons who have the fiduciary responsibility, along with the Members of the Corporation, of promoting the corporate purpose and preserving the mission of the University in conformity with the spirit and mission of the IHM Congregation.

The Members of the Corporation have certain reserved authority to approve decisions of the Board of Trustees. These, which relate to the identity, philosophy, mission, and property of Marywood University, are defined in the Bylaws of the University.



**Marywood University Faculty Handbook 2010**

xiv

## CATHOLIC IDENTITY STATEMENT

Marywood University is a living community rooted in the Christian, Roman Catholic faith and in the spirit of our sponsors, the Sisters, Servants of the Immaculate Heart of Mary. We are, therefore, deeply committed to working toward justice and the betterment of the human community. In the words of Avery Dulles, "… the hallmark of a catholic university is the intellectual pursuit of a Gospel value system based on the community's dialogue with culture." That commitment finds expression in our attitude and practice of joyful, loving service.

### Christian, Roman Catholic Tradition

The faith tradition, which animates the life of the University, is richly manifest in persons, events, structures, and academic and co-curricular programs. Implicit respect and support for a gospel-based value system is expected of each member of the community. The presence of the Eucharist on campus serves as a constant reminder of the ever-present love of Jesus who invites all to spiritual reflection and daily prayer. As *Ex Corde Ecclesiae* notes, sacramental worship is essential to Catholic Identity. However, it further recommends that members of other religions be encouraged to pray and reflect according to their own beliefs and practices.

In the undergraduate school Marywood's Catholic character imbues the liberal arts curriculum with its emphasis on religious studies and philosophy. The graduate schools provide value-based professional educational opportunities to men and women who are challenged to become leaders in their professions.

The University exists for the intellectual development of its students in an atmosphere where Catholic Christian values, leadership skills and open respectful dialogue join to nurture fully human persons. The University welcomes people of all religious and humanistic traditions to participate in this dialogue so as to arrive at truth. Graduate, undergraduate and continuing education programs are infused with the study of ethical, moral and religious values, working toward a synthesis of all knowledge across many disciplines. Administrators are responsible in a special way to work collaboratively with the church's pastoral authorities. Congruent with the practice and teaching of the Roman Catholic Church, the University understands its work as part of a wider evangelization wherein spiritual values replace secularism, social justice replaces injustice, and respect for all living things replaces ecological devastation. Belief in God's re-creation of the earth through Jesus' life in this world leads to study and action fostering responsibility for the planet at large and also for the beautification and maintenance of the Marywood campus itself.

### Community

The Christian Catholic faith tradition grounds the University community. The welcoming, inviting spirit which pervades Marywood finds its truest identify in shared governance, inclusivity, non-elitism, an ecumenical attitude, and genuine interdependence at every level and in every endeavor of work, spirit, and celebration. High value is placed on the dignity of every person and the development of human relationships (especially family values), through programs, services, research and benefits available to students, employees, and the general public. Mirroring the universality of God's love, Marywood pursues diversity among its constituents. By experiencing a pluralistic society on campus, students learn to accept and appreciate cultural differences and carry this value with them into society.

---

**Marywood University Faculty Handbook 2010**

r

xv

**Service**

As the Christian Catholic faith tradition grounds the University community, the community reaches out in service. Education is valued not only in itself, but also for its contribution to human good -- locally, nationally and internationally -- particularly its contribution to bettering the lives of the poor and underserved. Through interpersonal relationships, academic and professional programs, and student activities of many types, students and employees alike are challenged to respond to human need in constructive, life-giving ways. The University undertakes the study of serious contemporary societal problems in order to seek out root causes, with special attention to their ethical and religious dimensions.

By supporting a vigorous Campus Ministry staff and program, the University gives witness to its belief in what *Ex Corde Ecclesiae* terms the four essential characteristics of a catholic university: Christian inspiration, faith reflection, fidelity to the Christian message, and service to church and humanity.

**Conclusion**

We have examined the unique character of a Catholic University and have delineated in particular those qualities which animate Marywood University: its respect and support for the Christian Roman Catholic faith tradition, its belief in the power of community and its commitment to service. We express our gratitude to those who have gone before us and laid the foundation for this Catholic Identity. We ask God to bless our current work and to deepen the fruitfulness of our future endeavors.

**Marywood University Faculty Handbook 2010**

xvi

**Marywood University Faculty Handbook 2010**

CHAPTER ONE


MISSION

ORGANIZATION

AND

GOVERNANCE


**Chapter One** includes the Mission Statement of the University
and other information relating to its Catholic and corporate
identity.  It includes, also, a description of the
organizational structure that provides opportunities for
participation in the governance of the institution.

3

**1.1**    **MISSION STATEMENT OF MARYWOOD UNIVERSITY**
(Revision adopted by Board of Trustees and approved by Members of the Marywood University Corporation 2004)

A Catholic university sponsored by the Congregation of the Sisters, Servants of the Immaculate Heart of Mary, Marywood University roots itself in the principle of justice and a belief that education empowers people. Enacting its ideals, Marywood offers students a welcoming and supportive community that encourages men and women of all backgrounds to shape their lives as leaders in service to others. Proud of its liberal arts tradition and host of professional disciplines, Marywood challenges students to broaden their understanding of global issues and to make decisions based on spiritual, ethical, and religious values. Marywood calls upon students to seek their full potential and invites all to engage in a lifelong process of learning. Witnessing the efficacy of teaching and scholarship, Marywood educates students to live responsibly in a diverse and interdependent world.

**1.2**    **CORE VALUES OF MARYWOOD UNDIVERSITY**
(Reviewed by the Board of Trustees and approved by the President of the University 2004)

1.  **Catholic Identity.** A commitment to spiritual, ethical and intellectual values in the context of a faith community.

2.  **Respect for Each Person.** Respect for the value of each human being, for diversity in the context of vibrant community, and for the earth and all creation

3.  **Empowerment.** Education to enable access and to empower the underserved to take a full role in the life of the broader society.

4.  **Service.** Rooted in the deep belief that learning and scholarship serve the global community is the belief in the value of the diverse types of work that support that service, and the preparation of students for leadership by participation in service.

5.  **Commitment to Excellence.** The belief that the work of education has the capacity to forward the kingdom of God, in broad and varied ways, leads us to care passionately for the quality of the mission of Marywood.

**1.3**    **GOALS AND OBJECTIVES OF MARYWOOD UNIVERSITY**
(Approved By the Board of Trustees 2006)

**Goal 1 Provide a values based context for university experiences.**

1.1  A majority of students will participate in service opportunities in an on-going way.
1.2  Students will demonstrate an understanding of the ethical dimensions of their fields of study.
1.3  A majority of students will participate in spiritual development activities.
1.4  Employees will demonstrate core values in the work place.

**Goal 2 Foster an awareness and appreciation of the pluralistic nature of contemporary society.**

2.1  Graduates will choose to study or work in multicultural settings either at home or abroad.
2.2  Students will demonstrate a deeper appreciation for cultural diversity and an understanding of global issues.
2.3  Enrolled students will travel abroad during their college years.
2.4  Employee groups and governing bodies will reflect the pluralistic nature of contemporary society.

**Marywood University Faculty Handbook  2010**

4
_____

**Goal 3  Provide a supportive and welcoming environment to a diverse academic community.**

    3.1  Students enrolled in any program will fulfill their academic goals by successfully completing their degree work.
    3.2  An increasing number of racially and culturally diverse students and employees will choose Marywood as a welcoming community.
    3.3  Students from a cross-section of socio-economic groups will enroll in each incoming class.
    3.4  Campus constituencies will express satisfaction with all campus services.

**Goal 4  Prepare people for socially responsible leadership roles.**

    4.1  Students will participate in an internship or practicum experience.
    4.2  Students will demonstrate a significant level of co-curricular activities.
    4.3  Students will experience positive interactions with faculty members outside of class.
    4.4  Employees will serve as role models of socially responsible leaders.

**Goal 5  Provide a challenging instructional program.**

    5.1  Students will demonstrate achievement of cognitive skills at a level comparable to peers on standardized tests.
    5.2  Students will demonstrate the ability to think critically by engaging in research activities and by developing problem solving strategies.
    5.3  Students will demonstrate the ability to integrate the liberal arts tradition with their professional specializations.
    5.4  Students will demonstrate competence in both information literacy skills and communications skills.
    5.5  Faculty will provide evidence of ongoing scholarly activity.

**Goal 6 Inspire a sense of personal responsibility for responding to social justice issues.**

    6.1  Faculty, staff and students will participate in projects designed to address social inequities.
    6.2  Students will demonstrate knowledge of both national and international social justice issues.
    6.3  Faculty, students and staff will serve as advocates for justice in their personal and professional lives.

1.4      **ACCREDITATIONS AND APPROVALS**

Marywood University, then Marywood College, was incorporated in the Commonwealth of Pennsylvania in 1917, and has been accredited by the Middle States Association of Colleges and Schools since 1921.  The University seeks approval and accreditation for its programs when appropriate.  Current accreditations and approvals are listed on the Marywood University website.

1.5      **ORGANIZATION OUTLINES (see Appendix)**

1.6      **MEMBERS OF THE MARYWOOD UNIVERSITY CORPORATION**

The Members of the Corporation are the President of the Congregation of the Sisters, Servants of the Immaculate Heart of Mary, Scranton, Pennsylvania, and her Council.  They have the right, by majority vote, to elect trustees and to approve actions of the Board relating to changes in institutional mission and philosophy; appointment of the President of the University; and acquisition, encumbrance, lease or disposition of real property.

**Marywood University Faculty Handbook  2010**

5

1.7       **BOARD OF TRUSTEES**

The Board of Trustees constitutes the governing body of Marywood University and engages in the policy direction of the University in accord with the terms of the Charter of Incorporation.  It formulates and determines general policies as shall be deemed necessary for the administration and development of the University in accord with its stated purposes.  It nominates and elects a President who shall be the Chief Executive Officer of the University.

It supervises the investment of funds of the University, approves its annual budget and counsels its general financial administration.  It authorizes and supervises the construction of new buildings and seeks and approves necessary funds for academic and physical development.  It approves annually the terms and conditions of employment, salary policies and schedules for all staff, faculty, administrators and other employees of the University.  It approves and authorizes all earned degrees and all honorary degrees and awards upon recommendation of the President of the University and the faculty.

All actions of the Board of Trustees are final except in specific instances where such action requires the approval of a majority of the Members of the Marywood University Corporation.

1.8       **PRESIDENT OF THE UNIVERSITY**

The President of the University serves for a term of five years with the right to succession, subject to the advice and consent of a majority of the Members of the Corporation.  In the election of the President, the Board of Trustees shall give first consideration to duly qualified members of the Congregation of the Sisters, Servants of the Immaculate Heart of Mary, Scranton, Pennsylvania.

The President of the University administers the government of Marywood University as its Chief Executive Officer.  She is an ex officio member of the Board of Trustees and all committees of the Board.

In the case of the disability of the President of the University, the duties of that office shall be performed by a University officer designated by the Board of Trustees with the consent of a majority of the Members of the Corporation.

It is the responsibility of the President
              to lead the University in the fulfillment of its mission, goals and objectives;
              to be committed to academic excellence and to the philosophy of a comprehensive Catholic
                                                                                              university;
              to implement policy decisions of the Board of Trustees;
              to issue public statements on behalf of the University;
              to lead in the efforts of long-range planning and its implementation; and
              to work closely with the University Advancement staff in their work of fund raising.

1.9       **PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS**

The President of the University appoints, with Board of Trustees approval, a Provost and Vice President for Academic Affairs for a term of three years with the right to succession. The Provost and Vice President for Academic Affairs is the chief academic officer with direct responsibility for the proper functioning of the academic programs of the University.  He is the administrator in charge and the President's primary contact in the event of her prolonged absence.

1.10      **DEANS**

The deans in the Academic Affairs Area are administrative officers responsible to the Provost and Vice President for Academic Affairs for the proper functioning of their areas of responsibility and the implementation of University policies.

**Marywood University Faculty Handbook  2010**

6

A dean is appointed by the President of the University for a term of three years with the right to succession. Such appointment may be terminated by the President of the University for cause.

In the third year of a dean's term, the Provost and Vice President for Academic Affairs surveys opinion of selected faculty, staff, and administrators concerning the dean's performance in office. The results of this survey are forwarded to the President of the University with the recommendation of the Provost and Vice President for Academic Affairs.

**1.11      DEPARTMENT CHAIRPERSONS**

The department chairperson is a full-time faculty member who has a leadership role with administrative responsibilities and is accountable to the dean of the college in which the department is housed. Sometimes in larger units, individuals are appointed to provide leadership to departments who may be full-time administrators or who are faculty members with considerable administrative responsibilities. In such cases, the intention is that they carry out the responsibilities designated below for the chairperson as well as specialized obligations unique to the unit because of its size, complexity, off campus programs or accreditations.

*Appointment*

1.   The following are eligible to recommend candidates for the department chair:

   a.   faculty members serving full-time in the University who are assigned to the department, except those working under a non-renewable contract and

   b.   pro-rata faculty members who are assigned to the department, except those working under a non-renewable contract.

2.   Faculty members who are assigned full-time to the department shall be eligible for service as chairperson. In December of the appropriate year, the Provost and Vice President for Academic Affairs will request the names of those willing to be candidates.

3.   In December of the appropriate year, the Provost and Vice President for Academic Affairs will send to the department the list of candidates as determined above.

4.   Each department member will send a recommendation and reasons for the recommendation to the Provost and Vice President for Academic Affairs.

5.   A faculty member must be recommended by a majority of those submitting recommendations.

6.   Following the department majority recommendation, the appropriate dean will submit a recommendation and reason(s) for the recommendation to the Provost and Vice President.

7.   If no faculty member receives a majority recommendation after the reconsideration, the Provost and Vice President in consultation with the appropriate dean will recommend one person from among the candidates.

8.   The Provost and Vice President for Academic Affairs will recommend to the President of the University a candidate for chairperson of each academic department. This recommendation by faculty and dean will be accompanied by relevant documentation.

9.   If no full-time faculty member is willing to serve as chair, consideration will be given to pro-rata faculty members where appropriate. In the end, however, if departmental

**Marywood University Faculty Handbook  2010**

faculty members are not willing or able to assume the role, a temporary solution will be constructed by the administration.

10. The President of the University appoints chairpersons and holds the right to remove them from office with cause.

### Term of Office

Ordinarily, the term of office for the chairperson is three years with a maximum reappointment of two additional consecutive terms.  A chairperson may be reappointed after an interim of three years.

### Duties

While certain duties are common to all chairpersons, it is recognized that other responsibilities are determined by the nature and activities of the department.  However, certain general areas of responsibility are discerned.

*Department Governance* includes activities such as
> conducting department meetings and disseminating minutes of such meetings to appropriate faculty and administration;
> establishing department committees;
> developing and implementing  long-range department programs, plans, goals, and policies;
> preparing the department for accreditation and evaluation;
> monitoring library acquisitions;
> assigning and monitoring appropriate department administrative responsibilities to individuals and committees;
> directing the review and revision of department catalog copy and other publications;
> maintaining department records, such as student records and course syllabi.

*Instruction*  includes activities such as
> scheduling courses;
> supervising off-campus programs;
> developing and evaluating department programs of study;
> monitoring the requisitioning of textbooks.

*Department Faculty Affairs* includes activities such as
> providing for the ongoing orientation of new faculty members;
> recruiting and recommending appointment of faculty members;
> assigning faculty responsibilities, such as teaching, research, and non-departmental committee work;
> evaluating faculty members and staff performance;
> initiating and/or participating in dismissal proceedings of a faculty member;
> keeping faculty members informed of department, college, and University plans, activities, and expectations.

*Student Affairs* includes activities such as
> recruiting, selecting, and working for student retention;
> assigning and monitoring student academic advising and counseling;
> working with student organizations.

*External Communication* includes activities such as
> improving and maintaining the department's image;
> initiating and maintaining liaison with external agencies and institutions.

**Marywood University Faculty Handbook  2010**

8

*Budget and Resources* includes activities such as
    encouraging  faculty members to submit proposals for contracts and grants;
    preparing and administering department budgets;
    setting priorities for use of travel funds;
    preparing department reports;
    managing department facilities and equipment.
*Professional Development* includes activities such as
    fostering  the development of each faculty member's special talents and  interests;
    fostering good teaching;
    stimulating faculty research and publications;
    encouraging faculty members to participate in professional meetings at regional,
    national, and international levels;
    representing the department at meetings of learned and professional societies.

### Method of Evaluation

During the fall semester of the third year of a regular term of office, the appropriate dean will initiate an evaluation of the chairperson.

Participants in the evaluation process will, at least, include full-time and pro-rata faculty members assigned to the department, full-time departmental professional staff, and the academic dean of the college in which the department is housed.  All participants except the academic dean must have served a minimum of one year.

### Absence

In cases of short-term absence, i.e., one semester or less, an acting chairperson may be appointed by the President of the University to administer departmental affairs.

In cases of long term absence, i.e., more than one semester, an acting chairperson will normally be appointed through the same process as a full term chairperson.  Service as an acting chairperson does not constitute a formal term of office.

### Compensation

All chairpersons will receive a reduction of three credits per semester to perform those functions appropriate to the department, which are listed in the role description.

Given the role description for chairpersons, certain chairpersons may necessitate additional compensation due to the nature of the department.  Additional compensation will be limited to a further reduction of three credits per semester and/or financial compensation.  Beyond this level, it may be necessary to delegate department responsibilities to other individuals with appropriate compensation. In order to distribute equitably such compensation, the following variables may be considered:

    accreditation requirements and reports,
    multiple programs of study,
    coordination of complex faculty responsibilities,
    amount of advisement which may be peculiar to a program, e.g., number of
    transfer evaluations and visits with families of inquirers,
    other factors that may affect a chairperson's responsibility such as external
    activities required by the program.

**Marywood University Faculty Handbook  2010**

Normally, a review of criteria and compensation with the dean will coincide with the term of office for each chairperson. Department Heads or Administrators will typically have a larger part of their responsibilities designated for administration than do chairpersons.

*Availability*

In addition to faculty office hours, it is expected that a chairperson is available to fulfill the administrative duties required by his or her role.

### 1.12    OTHER ACADEMIC AFFAIRS ADMINISTRATORS

*Vice President for Enrollment Management*

The Vice President for Enrollment Management is responsible for the enrollment management processes and strategies of the University. S/he develops, coordinates, and monitors a comprehensive enrollment management program in order to reach the enrollment goals of the University. The following administrators report to the Vice President for Enrollment Management:

#### *Director of Undergraduate Admissions*

The Director of Undergraduate Admissions is responsible for the recruitment of new undergraduate students, including transfers to Marywood University. The Director also coordinates the publications of undergraduate recruitment and marketing materials.

#### *Director of Graduate Admissions*

The Director of Graduate Admissions is responsible for the recruitment of graduate students, coordinating graduate recruitment activities with the deans and faculty of the University's colleges and School of Social Work.

#### *Director of Financial Aid*

The Director of Financial Aid is responsible for the administration of all student financial aid transactions, both undergraduate and graduate, including institutional awards, federal and state aid programs, loan programs, and endowed scholarships.

#### *Registrar*

The Registrar is responsible for the registration of all students, the receiving and recording of all grades, and for the maintenance and preservation of the official academic records of students. In addition, the Registrar is responsible for enrollment data and related statistical reports as needed. The Registrar also serves as "designated school official" for U.S. Immigration matters relating to students.

*Director of Library Services*

The Director of Library Services is responsible for the administration of the Library, the supervision of Library professional staff, and the implementation of information services.

*Faculty Assistance*

In addition to the above, faculty members assist the Provost and Vice President for Academic Affairs by taking on administrative tasks as part of their workloads, such as research and community collaboration.

**Marywood University Faculty Handbook  2010**

10

**1.13      VICE PRESIDENT FOR STUDENT LIFE**

The Vice President for Student Life is the executive officer responsible to the President of the University for development and administration of a comprehensive program of services and activities to enhance student learning and personal development. The vice president is appointed by the President of the University with the approval of the Board of Trustees for three years with right to succession. The following are directly responsible to the vice president:

*Dean of Students*

The Dean of Students, who is the primary administrative liaison to the student body, supervises an integrated program of services and activities to enhance student development and supports their in and out-of-class learning experiences. The following report to the Dean of Students:

> *Director of Housing and Residence Life*
>
> The Director of Housing and Residence Life oversees a varied program of services and activities to provide an educationally stimulating and rewarding living and learning experience for residents. Cultural, educational, spiritual, recreational and social programs are the basis of a residential community that contributes to students' academic and personal development.
>
> *Director of Student Activities and Leadership Development*
>
> The Director of Student Activities and Leadership Development coordinates activities and programs to increase students' personal, social and cultural development through involvement in activities, organizations and programs which offer varied learning opportunities. The development of leadership skills is a primary goal of the student activities program.

*Director of the Act 101 Program*

The Director of the ACT 101 Program coordinates several academic support services for Pennsylvania residents with financial need, strong motivation and academic potential who qualify for the program funded in part by the Higher Education Opportunity Act.

*Director of Athletics and Recreation*

The Director of Athletics and Recreation administers all aspects of the intercollegiate athletics and recreation program. The University's twelve athletics teams compete as a member of the National Collegiate Athletic Association (NCAA) Division III in the Colonial States Athletic Conference (CSAC). Formal and informal recreation opportunities also are provided through intramural sports, open recreation, wellness classes, sports clubs and fitness activities.

*Director of Campus Ministry*

The Director of Campus Ministry oversees development of a faith community among students, faculty and staff. Opportunities for liturgical worship, prayer, spiritual direction and pastoral care are provided. Community service, social justice action activities and a general forum for varied leadership development experiences also are available.

*Director of Career Services*

The Director of Career Services and staff offer varied services and programs to assist students with career decisions and transitions. Career counseling, resume preparation assistance, employment interviews and support with job search skills and techniques are among the services available.

**Marywood University Faculty Handbook  2010**

*Director of the Counseling and Student Development Center*

The Counseling and Student Development Center's staff assist students with many challenges, changes and choices. Services ranging from assistance with decision-making, time management and study skills to counseling and therapy regarding serious psychological issues are provided by the professional staff and supervised graduate student interns. Counseling to help with developmental issues related to academic and personal growth is offered, as are support groups and group sessions on topics important in the student community.

*Director of Student Health Services*

The Student Health Services staff is committed to a comprehensive wellness philosophy. Primary care (assessment and treatment) and referrals to community physicians and campus and community resources for health education and counseling are provided. Medical services, health information and counseling also are available.

**1.14   VICE PRESIDENT FOR BUSINESS AFFAIRS AND TREASURER**

The Vice President for Business Affairs and Treasurer is the executive officer responsible to the President of the University for the direction and administration of the financial affairs of the University, its physical facilities, and related matters. The Vice President for Business Affairs also serves as Treasurer of the University. The Vice President is appointed by the President of the University with the approval of the Board of Trustees for a term of three years with the right to succession.

**1.15   VICE PRESIDENT FOR UNIVERSITY ADVANCEMENT**

The Vice President for University Advancement is the executive officer responsible to the President of the University for all phases of Marywood University's advancement activities. Responsible directly to the Vice President are the Director of Corporate/ Foundation/Government Relations, Director of Advancement Information, Assistant Vice President for Development, Executive Director of Marketing Communications, and Director of Alumni Support. The Vice President is appointed by the President of the University with the approval of the Board of Trustees for a term of three years with right to succession.

**1.16   SECRETARY OF THE UNIVERSITY**

The Secretary of the University is the executive officer responsible to the President of the University for broadly delegated duties as prescribed in the Bylaws of the University, the policies of the Board of Trustees, and the policies and directives of the President of the University. S/he is appointed by the President of the University with the approval of the Board of Trustees for a term of three years with right to succession. S/he serves as Assistant Secretary of the Board of Trustees and as an officer of the Marywood University Corporation.

**1.17   ADMINISTRATIVE MEETINGS**

A series of meetings are conducted in the University each month of the academic year at which decisions are made, recommendations formulated, and counsel given. They serve as the principal communication and governance links in the ordinary administration of the University. These regularly scheduled meetings include

**Marywood University Faculty Handbook  2010**

12

the President's Cabinet;
The President of the University with the vice presidents;
the Academic Council;
the academic deans with the policy and operations committees of their respective colleges;
the department heads with their respective department faculty;
the vice presidents with directors in their respective areas.

**1.18**    **FACULTY DEFINITION**
(Approved by the Board of Trustees 4/25/09)

The Faculty of the University consists of full-time, part-time, and special appointment members. Appointments to the Faculty are made by the President of the University. Promotion and/or tenure are granted to full-time faculty members by the President of the University in accord with the requirements of the policies of the University.

**1.19**    **FACULTY SENATE**

The official faculty organization is the Faculty Senate. It functions as an advisory body -- part of the University's structure -- through which faculty members participate in the governance of the University. The Senate identifies the interests and preferences of the Faculty about issues of significance to them and to other groups in the University community. In response to specific requests from the Administration, it acts in an advisory capacity to the Administration. It also initiates recommendations to the Administration on behalf of the Faculty. Generally, it represents the Faculty's views on issues needing decisions and resolution by the Administration.

**1.20**    **GENERAL FACULTY MEETINGS**

A general meeting of the entire faculty with the administration is held at the beginning of each major semester.

**1.21**    **PROFESSIONAL STAFF SENATE**

The official professional staff organization is the Professional Staff Senate. It functions as an advisory body, i.e., part of the University's structure, through which the professional staff participates in the governance of the University. The Senate identifies the interests and preferences of the staff about issues of significance to them and to other groups in the University community. In response to specific requests from the administration, it acts in an advisory capacity to the administration. It also initiates recommendations to the administration on behalf of the staff. Generally, it represents the professional staff views on University-wide issues needing decisions and resolution by the administration.

**1.22**    **SUPPORT STAFF SENATE**

The official support staff organization is the Support Staff Senate. It functions as an advisory body, i.e. part of the University's structure, through which the support staff participates in the governance of the University. The Senate identifies the interests and preferences of the support staff about issues of significance to them and to other groups in the University community. In response to specific requests from the administration, it acts in an advisory capacity to the administration. It also initiates recommendations to the administration on behalf of the support staff. Generally, it represents the support staff's views on University-wide issues needing decisions and resolution by the administration.

**1.23**    **UNIVERSITY STANDING COMMITTEES POLICY**
(Approved by the President of the University 2002)

The administrators, faculty, staff, and students of Marywood University bring to it a wealth of talent, knowledge, and expertise. The University Standing Committees structure provides an avenue by

**Marywood University Faculty Handbook  2010**

which this reservoir of human potential is applied to institutional problem solving and planning. Through membership on University Standing Committees, the entire Marywood community participates in the operation of the institution.

A University Standing Committee is established by action of the President of the University, usually with the recommendation of the Policy Committee. Implied with this presidential responsibility are the following:

1.  The committee structure shall reflect the mission, goals, and objectives of the University.
2.  The University's commitment to shared governance is a high priority.
3.  The University Standing Committees structure shall provide an opportunity for a broad spectrum of the Marywood community to have a voice in the operation of the institution.
4.  Committees shall have specific titles that begin with identifying keywords rather than generic terms.  Examples:
    a.  Student Life Committee, not Committee on Student Life;
    b.  Rank and Tenure Committee, not University Committee on Rank and Tenure.

5.  Undue proliferation of University Standing Committees should be avoided in order to diminish duplicative effort and unnecessary meetings.  Ad hoc committees and task forces should be used to handle specific, short-term issues.  When a long-term issue arises, an attempt should be made to find a committee that may handle the issue appropriately within its existing charge.  Or, if the charge of an existing university standing committee is closely related to a long-term issue, the charge of the committee should be expanded by the President of the University to encompass the issue.  Only as a last resort should a new committee be established

It is expected that each committee will articulate an attendance policy at its first meeting in the academic year.

**UNLESS CONTRADICTED BY THE LANGUAGE OF A SPECIFIC COMMITTEE DESCRIPTION, THE FOLLOWING GENERAL RULES APPLY:**

*Eligibility for membership* -- Elected and appointed membership is ordinarily limited to Marywood University administrators, faculty, staff, and students.

*Terms* -- The term for an elected or appointed member is three years, with possibility of one additional consecutive term.  Eligibility is effective again after a hiatus of one year.

*Staggered terms* -- Elected and appointed terms are staggered in the initial construction of a committee in order to provide for continuity.

*Selection of members* -- Members are described in committee descriptions as elected, appointed, or ex officio.  Although not always listed in committee descriptions,
the President of the University is an *ex officio* member of all University Standing Committees;
vice presidents are *ex officio* members of committees that affect their areas of responsibility;
academic deans are *ex officio* members of committees that affect their colleges or schools.

Elections and appointments to committee membership begin in the spring of the year with a completion deadline of the opening day of the fall semester.  A list of the committee's membership is sent to the President of the University at any time within that time frame.

*Filling vacancies in unexpired terms* --A vacancy in an unexpired term of an elected member is filled by the alternate for the position.  A vacancy in an unexpired term of an appointed member is filled by a new appointment.  A partial term has no bearing on eligibility of the person's own right to election or appointment.

**Marywood University Faculty Handbook  2010**

14

*Chair and secretary* – Each committee selects its own chair, vice chair, and secretary.

The chair is responsible for
calling, conducting and adjourning meetings,
placing items of business, notices and motions on the agenda,
admitting observers and visitors,
determining the vote on a particular motion,
seeing that the will of the committee is carried out or communicated,
seeing to the reporting responsibilities of the committee.

The secretary, who is not necessarily a member of the committee, is responsible for
drafting accurate and concise agendas and minutes,
preparing other materials for meetings,
undertaking associated clerical tasks assigned by the chair.

*Effective date of membership* – Committee membership is effective with the opening of the academic year each fall.

*Reports*—Every University Standing Committee has reporting responsibilities.

Each committee shall submit annually, usually at the end of the academic year, a summary report of its activities. The report, which may be submitted in either hard copy or electronic form, is sent to the President of the University, to the reporting authority in the committee description, and to the Secretary of the University.

Committees are encouraged to keep minutes of meetings. Copies, which may be submitted in either hard copy or electronic form, are sent to the President of the University, to the reporting authority in the committee description, and to the Secretary of the University.

Copies of annual reports and minutes that are sent to the Secretary of the University are filed in the Archives of the institution.

**Definitions**

*University Standing Committee* - a council, board, or committee that

is charged by the President of the University as a permanent working unit;

reports directly to the President of the University or to a vice president designated by the President of the University;

can be a Presidential, Academic Affairs, Business Affairs, Student Life, or University Advancement committee.

*Presidential Standing Committee* – a committee that is charged by the President of the University and must report directly to the President of the University

*Academic Affairs Standing Committee* - a committee that is charged by the President of the University and must report to the Provost and Vice President for Academic Affairs

*Business Affairs Standing Committee* - a committee that is charged by President of the University and must report to the Vice President for Business Affairs

*Student Life Standing Committee* - a committee that is charged by the President of the University and must report to the Vice President for Student Life

**Marywood University Faculty Handbook 2010**

*University Advancement Standing Committee* - a committee that is charged by the President of the University and must report to the Vice President for University Advancement

**Procedures**

Information regarding committees is available at the office of the Secretary of the University.

**DESCRPTIONS OF UNIVERSITY STANDING COMMITTEES (see Chapter Seven)**

Fagal v. Marywood                    June 6, 2016                         DEF3490

16

Marywood University Faculty Handbook  2010

# CHAPTER TWO

# FACULTY

# POLICIES

**Chapter Two includes those matters that are most central to employment as a member of the Marywood University faculty.  In the interest of collegiality, the Faculty Senate will be consulted about substantive changes to Chapter Two that are not necessary to conform to applicable laws.**

2.1     **RANKED FACULTY**

*Full-time faculty members* are those who by contract have a primary professional responsibility to the University; they are available to the University for academic assignment both on and off campus during day, evening, and weekend hours. A full-time faculty member holds one of the following ranks:  Instructor, Assistant Professor, Associate Professor, Professor.

*Pro-rata Ranked Faculty members* are those who teach a designated percent of a full-time faculty teaching load, ordinarily one-half, and assume other responsibilities of student advisement, attendance at University and department meetings, curriculum planning and supervision of other department-related activities such as art studios, practicums and internships, radio and television studios. Pro-rata ranked faculty members are not eligible for tenure or promotion in rank.

2.2     **PER-COURSE FACULTY**

*Lecturers* are those faculty members who ordinarily teach from one to six credit hours per semester and are not usually otherwise employed in the affairs of the University. They receive a formal appointment on a semester basis, provided enrollment justifies it at registration time. Lecturers are not eligible for tenure or rank.

Lecturers are required to hold at least a Master's degree or its equivalent and to show evidence of general scholarship and teaching ability.

Two categories have been established for lecturers:  Lecturers Levels I through IV and Distinguished Scholar/Artist.  Levels I through IV and Distinguished Scholar/Artist are mutually exclusive.

Level I is an entry level. Level II is entry level for those holding terminal degrees. Levels II, III, and IV are advancement levels for faculty who teach repeatedly and contribute to the respective departments beyond their teaching responsibility.

Distinguished Scholar/Artist are individuals who are well established and have significant experience and achievement as well as a national and/or international reputation in their own field. Individuals are invited or may be appointed. This appointment must be supported by the members and chair of the respective department, the appropriate dean, and the Provost and Vice President for Academic Affairs. Final approval for appointment for Distinguished Scholar/Artist rests with the Provost and Vice President for Academic Affairs.

*Affiliate faculty* members are those part-time faculty members who are not directly reimbursed by the University.

*Adjunct faculty* members are those part-time faculty members who have full-time employment and rank at another institution of higher education. They retain their rank and will be designated as adjunct with rank, e.g., Adjunct Associate Professor.

2.3     **ADMINISTRATORS WITH RANK AND TENURE**
(Revision approved by the President of the University 2009)

**Rank**

Marywood is willing to recognize or award rank to administrators according to the policy outlined below. This may include Executive and Administrative officers of the University, Senior Administrators, or Senior Management in the Academic Affairs area.

- If a Marywood faculty member moves to an administrative position as defined above, he/she will retain the academic rank attained at Marywood.

**Marywood University Faculty Handbook  2010**

**20**

- If an administrator is appointed who is new to Marywood and he/she has ever held rank in another college or university that is regionally accredited, appropriate rank may be awarded at Marywood provided the criteria for elevation to the rank at Marywood have been met in a discipline associated with the profile of the University.

- If a newly appointed administrator has never held academic rank, s/he may be appointed with the appropriate rank at Marywood. The administrator must demonstrate qualifications comparable to those held by faculty elevated to that rank at Marywood.

- Application for advancement in rank is made through the established University procedures.

- A Marywood University administrator is credited for advancement in rank with the time spent in administration.

**Tenure**

Marywood is willing to recognize or award tenure to administrators according to the policy outlined below. This policy is limited to the President of the University, the Provost and Vice President for Academic Affairs, the Deans of the Colleges, and the Director of Library Services.

If a tenured Marywood faculty member moves to an administrative position defined above, he/she will retain the tenure earned at Marywood.

If an administrator is appointed to one of the positions defined above on or after July 1, 2003, and s/he has earned tenure as a faculty member and held tenure within five years in another college or university that is regionally accredited, tenure may be awarded at Marywood provided the criteria for tenure at Marywood have been met in a discipline associated with the profile of the University.

An applicant must request consideration for tenure; it may not be assumed. The President of the University, or the Provost and Vice President for Academic Affairs on behalf of the President, will consult with the Rank and Tenure Committee about the candidate's ability to meet the tenure requirements of Marywood University. Tenure is granted by the President of the University.

- If an administrator with tenure is discharged from the administrative position for cause, then that administrator will lose the opportunity to become a member of the faculty.

- An administrator with tenure whose contract is not renewed has the option of moving to the faculty. The administrator should receive sufficient notice that his/her contract will not be renewed.

- The movement of an administrator with tenure to the full-time faculty must not affect negatively other tenured faculty or non-tenured faculty who hold tenure track appointments. Thus, it may be necessary for the University to create a new position or within reason to retrain the administrator for another University opening.

- Upon entering the full-time faculty, all former administrators are expected to meet the same standards and fulfill the same responsibilities as any other tenured faculty member and are in all respects to be treated as any other full-time tenured faculty member.

- Upon entry to the full-time faculty, all academic administrators shall receive a base faculty salary of 75% of the twelve- month administrative salary.

- Academic administrators who have been hired from within the full-time faculty will not, upon re-entering the full-time faculty, receive a salary which is less than their last base faculty

**Marywood University Faculty Handbook 2010**

salary plus all increments and equity adjustments for their rank as applied from the date of their entry into administration to the date of their re-entry into the full-time faculty.

**2.4     FACULTY LIBRARIANS**
(Revision approved by the President of the University 2004, 2008)

Librarians are members of the faculty with rank. Ordinarily, they serve on twelve-month contracts.

A master's degree from a program accredited by the American Library Association will be considered the appropriate terminal professional degree for faculty librarians.

This policy is effective July 1, 2004. Faculty librarians in Marywood University's employ before that date are assumed to have the academic credentials required to apply for promotion.

**2.5     QUALIFICATIONS FOR APPOINTMENT TO RANK**
(Revision approved by the President of the University 4/17/04)

In making recommendations for the hiring of faculty, department chairpersons and academic deans should be vigilant that the faculty members in their units have degrees that were earned at a number of different institutions of higher education.

As is common among terminal degree-granting institutions, recipients of Marywood doctoral and MFA degrees will not be considered for full-time or pro rata faculty positions. An exception may be made, if an individual has had a successful experience of some duration in another academic or professional institution, after receiving the degree.

In determining the initial rank of full-time or pro rata faculty members, the following guidelines will be used.

*Instructor*

An instructor is a full-time faculty member who possesses

- at a minimum, a master's degree in an appropriate academic discipline, as judged by the department or library faculty, the academic dean or library director , and the Provost and Vice President for Academic Affairs;

- teaching or librarianship ability as described in the University policy titled the *Teaching Responsibility* or the *Librarianship Responsibility*;

- those qualities of character, personality and professionalism that are expected of a teacher or librarian and advisor of students as exemplified by the statements in the *Teaching Responsibility* or the *Librarianship Responsibility*.

An instructor is appointed annually for a maximum of five years in that rank. Application for advancement to the rank of Assistant Professor must be made no later than the fifth year, thereby avoiding application for tenure and promotion to Assistant Professor at the same time.

*Assistant Professor*

For appointment to the rank of Assistant Professor, an incoming faculty member must have attained the rank of Assistant Professor at a regionally accredited, four-year institution of higher learning where s/he previously taught, or present evidence of significant achievement and valuable experience relevant to the position to which s/he is to be appointed. It is presumed that the criteria for elevation to the rank of Assistant Professor at Marywood have been met.

**Marywood University Faculty Handbook  2010**

22

*Associate Professor*

For appointment to the rank of Associate Professor, an incoming faculty member must have attained the rank of Associate Professor at a regionally accredited, four-year institution of higher education where s/he previously taught, or present evidence of significant achievement and valuable experience relevant to the position to which s/he is to be appointed. In either case, the incoming faculty member must demonstrate qualifications comparable to those held by faculty elevated to the rank of Associate Professor at Marywood.

*Professor*

For appointment to the rank of Professor, an incoming faculty member must have attained the rank of Professor at a regionally accredited, four-year institution of higher education where s/he previously taught, or present evidence of significant achievement and valuable experience relevant to the position to which s/he is to be appointed. In either case, the incoming faculty member must demonstrate qualifications comparable to those held by faculty elevated to the rank of Professor at Marywood.

2.6      **CONTRACTUAL AGREEMENTS WITH FACULTY**
(Revision approved by the President of the University 1999, 2002, 3/28/08)

**Full Time Faculty**

The *Letter of Agreement* is the official contract issued to a faculty member at the time of appointment or reappointment. It is a statement of conditions and obligations mutually agreed to by the faculty member and Marywood University. It serves as a binding contract covering a specific period of time and as a vehicle to renew, adjust and/or alter the terms of the original contract regarding appointment, rank, tenure, salary, benefits, etc.

Faculty contracts may be for nine months or for twelve months.

Ordinarily, the academic year will begin no earlier than the last Monday in August and will end no later than nine months from that date.

A copy of the *Letter of Agreement* is retained by the faculty member. Copies are also on file in Human Resources.

*Categories of Full-Time Appointment*

Regular membership in a Faculty includes appointments with continuous tenure, appointments probationary for tenure, and contract appointments without tenure.

Membership in the Faculty of a School or Department is held by persons with valid appointments to one of the four generally recognized Faculty ranks, namely, Professor, Associate Professor, Assistant Professor, or Instructor.

In general, anyone who is going to be a long-term stakeholder in the University and who has the appropriate terminal academic degree should have either a tenure appointment or an appointment probationary for tenure. The University, however also requires the services of professionally competent individuals to meet teaching and service responsibilities in selected areas or positions in which assignments do not necessarily include research or creative work. To meet these responsibilities effectively and to be competitive in attracting and retaining needed professional personnel, the University has established and recognizes a third kind of Regular Faculty appointment: Regular Contracts Appointments without tenure.

**Marywood University Faculty Handbook  2010**

*Contract Appointments with Tenure*

In general, anyone who is going to be a long-term stakeholder in the University and who has the appropriate terminal academic degree should have either a tenure appointment or an appointment probationary for tenure.

The probationary period shall not exceed seven years of full-time teaching at Marywood, with application for tenure being made in the sixth year. Faculty members on leave during the probationary period must follow the policy on Leaves of Absence. Prior service at Marywood University or at another regionally accredited, four-year college or university may be credited toward the fulfillment of the probationary period.

Tenure is a term designating guaranteed continuous appointment to full-time faculty members until retirement. It implies a mutual commitment on the part of the faculty member and the University and cannot be taken lightly. The commitment of a faculty member who requests tenure is as deep and binding on the faculty member as it is on the University. Just as the conferring of tenure by the University recognizes the competence of an individual faculty member, submission to the University of an application for tenure suggests a strong acceptance by that individual of the goals and objectives of the University. The request represents a commitment to work jointly with faculty, students, administrators, and members of the staff for the growth and welfare of the University. It is a commitment to devote one's energies to continued personal development and continued high levels of achievement as a member of the Marywood academic community. It is a definite assertion of career goals; it is expected that faculty will not lightly withdraw from this relationship.

Once tenure is granted, it will be discontinued only for grave reason, which may include moral turpitude, flagrant abuse of academic freedom, or lack of professional competency as demonstrated in instruction and/or research. In addition, the University may be required to discontinue tenure because of severe financial exigencies of the University or reorganization of the department and/or curriculum resulting in lack of need as described in *Retrenchment of Faculty*.

*Contract Appointments without Tenure*

On the recommendation of the cognizant Faculty and with the approval of the Academic Vice President and based on a written description of the teaching and related duties, a Faculty position involving full-time teaching in a clinical or professional skills program may be designated as a non-tenure track ("Contract") position. Titles associated with contract positions shall be appropriately distinguishing, such as "Clinical Assistant Professor," as determined by the Academic Vice President.

The initial appointment may be for one or two years and may be renewed for successive terms under the same procedures as apply to Faculty with appointments probationary for tenure. After six years of continuous service, subsequent reappointments may be for periods of up to five years but without continuous tenure.

Contract appointments may be made at the level of Instructor, Assistant Professor, Associate Professor or Professor. A Faculty member with a Contract appointment is accorded parity of compensation, benefits and perquisites, and governance and voting rights, with other Faculty of comparable rank.

A Faculty member with an appointment probationary for tenure may apply for a Contract appointment, if a vacancy exists, under normal procedures for recruitment and appointment. However, a Faculty member in probationary status is not eligible to apply for such a change of status if that Faculty member has been reviewed for tenure with the result that tenure was not recommended.

A faculty member with a Contract appointment may apply for an appointment probationary for tenure, if a vacancy exists, under normal procedures for recruitment and appointment. In such a case, time served in the Contract position beyond the first year counts toward the maximum allowable period of probationary service. If time served in the contract position exceeds the maximum allowable period of

**Marywood University Faculty Handbook  2010**

24

probationary service, the Faculty member shall be considered to have completed five years of probationary service and shall be reviewed for tenure upon application for the change of status. In either case, in the event the outcome of the review is negative, the terms of the current Contract appointment shall be honored but the Faculty member shall not be eligible for subsequent reappointment to the Contract position.

### Pro Rata Faculty

Pro-rata ranked faculty serve on nine-month or twelve-month contracts. Their contracts are processed and issued as are those of full-time faculty.

The initial appointment of pro-rata faculty determines their rank; their letters of agreement are awarded for one year at a time with no implied obligation of continuous appointment.

### Part Time Faculty

Part-time faculty are those faculty members who ordinarily teach from one to six credit hours per semester and are not usually otherwise employed in the affairs of the University. They receive a formal appointment on a semester basis, provided enrollment justifies it at registration time. Part-time faculty are not eligible for tenure or rank.

### Letters of Agreement

Letters of agreement for continuing faculty members are issued on or before May 10. Letters of agreement are distributed from the office of the President of the University.

### Appointment Procedures

Members of the faculty are appointed by the President of the University. Prospective faculty members are interviewed and recommended by the chairperson and faculty of the department in which a vacancy exists.

The formal offer of employment made by the Provost and Vice President for Academic Affairs to a prospective faculty member contains the conditions of continued employment and promotion as described during the interview process and as outlined in the *Faculty Handbook*.

Offers to part-time faculty are made by department chairpersons and concluded by an agreement approved by the appropriate academic dean.

2.7     **PERSONNEL RECORDS OF FACULTY MEMBERS**

Personnel records are maintained in Human Resources and are protected by the Privacy Act. The President of the University, the Provost and Vice President for Academic Affairs, the appropriate academic dean and the individual have access to a faculty member's file. The file remains in the possession of the University.

Pre-employment records, which include a resume, official transcripts, letters of recommendation and other pertinent information relevant to employment, are kept on file in the Provost and Vice President for Academic Affairs' office until a formal letter of agreement is signed, at which time the file is forwarded to Human Resources.

Copies of all application materials for promotion/tenure are kept on file in Human Resources. Faculty members may submit any material to their files that they consider appropriate.

**Marywood University Faculty Handbook  2010**

**2.8**    **EVALUATION OF FACULTY MEMBERS**
(Revision approved by the President of the University 4/17/04)

Since the University is responsible for maintaining high standards of performance in a wide variety of fields, it is essential that this faculty be composed of men and women of high personal and professional qualifications.

The rationale of evaluation procedures is to encourage and commend the faculty, to bring about improvement in the quality of performance, to recognize the contributions of the individual member, and thus, to promote the excellence of the University. In addition, this assessment serves as a basis for decisions on remuneration, promotion, and retention.

At the end of each calendar year, faculty members are required to submit to the appropriate academic dean or director a report of their faculty activities in the areas of teaching/librarianship, research, and service. While teaching or librarianship is considered a primary function of the faculty, any sustained evaluation will focus on the three faculty functions, as expressed in the *Teaching Responsibility* and the *Librarianship Responsibility*.

*Teaching.* Minimal qualifications for appointment or promotion are character and the ability to teach, emotional maturity and personal security. Some of the elements to be evaluated are experience, knowledge of subject matter, the capacity to organize a course in relationship to a sequence and to an area of knowledge, the ability to evaluate student performance, to formulate assignments, and to construct and administer tests; skill in presentation, interest in students, ability to stimulate youthful minds, capacity for cooperation, and an enthusiastic devotion to teaching. The responsibility of the teacher as a guide and friend properly extends beyond the walls of the classroom into other phases of the life of the student as a member of the University Community. It also involves the duty of initiating and improving educational methods both within and outside the department.

*Librarianship.* Minimal qualifications for appointment or promotion are character and the ability to perform professional library services, emotional maturity and personal security. Some of the elements to be evaluated are experience, knowledge of one's area(s) of responsibility in the library, the capacity to organize relevant resources for a subject area, the ability to evaluate the information and scholarship needs of the Marywood University Community as well as develop and provide access to information resources and services, skill in presentation, interest in students, ability to stimulate youthful minds, capacity for cooperation, and an enthusiastic devotion to education and the library profession. The responsibility of the librarian as a guide and friend properly extends beyond the walls of the classroom or library into other phases of the life of the student as a member of the University Community. It also involves the duty of initiating and improving informational and educational methods and services both within and outside the library.

*Scholarship and Creativity.* All members of the faculty must be persons of scholarly ability and attainments. Their qualifications are to be evaluated on the quality of their published and other creative work, the range and variety of their intellectual interests, their success in training students in scholarly methods, and their participation and leadership in professional associations and in the editing of professional journals. Attainment may be in the realm of scientific investigation, in the realm of constructive contributions, or in the realm of the creative arts.

*Service.* The scope of the University's activities makes it appropriate for members of the staff to engage in many activities outside of the fields of teaching/librarianship and research. These may include participation in committee work and other administrative tasks, counseling, clinical duties and special training programs. The University also expects many of its faculty members to render extramural services to schools, to industry, to local, state and national agencies and to the public at large.

**Marywood University Faculty Handbook  2010**

Faculty contributions in each of these areas must be assessed as objectively as possible.  In order to facilitate the process, and to assess the whole record of the faculty member, the University utilizes a variety of means in addition to the activities reports, including:

> *Self Evaluation.*  The best motivation to continued improvement lies in accurate self-appraisal.  Faculty members are encouraged to utilize self-evaluation as a tool for professional growth.  They may wish to confer with the chairperson or a fellow teacher about this evaluation, in order to improve areas of deficiency.

> *Peer Evaluation.*  Objective judgments of peers regarding the quality of teaching/librarianship, research, or service are an important source of evaluative data.

> *Student Evaluation.*  The University recognizes the value and limitations of student appraisals of faculty members.  It makes use of objective questionnaires to elicit student judgments on a number of facets of instruction on the campus as a whole and in regard to individual teachers.

At the end of each academic year the department chairperson or appropriate director will conduct an evaluation of those faculty members serving on annual contracts in order to determine what progress has been made in meeting the conditions for promotion and tenure.  The faculty member will be expected to submit a self-evaluation analysis to aid the department chairperson or director.  Such data as relate to annual evaluation will become a part of the faculty member's permanent file.

**2.9**       **PROMOTION OF FACULTY MEMBERS**
(Revision approved by the President of the University 5/04/10)

The Rank and Tenure Committee gives careful consideration to applications for elevation in rank and makes recommendations for promotion.  While it is the responsibility of the Rank and Tenure Committee to evaluate relevant data and documentation, it is the responsibility of the applicant to establish its validity and significance.  It is of utmost importance, therefore, that faculty members familiarize themselves fully with the standards in effect for promotion before submitting their cases for consideration.

The attainment of each successive elevation in rank must be the result of an increase in, rather than merely a continuance of, a person's value to the department and to the total University.  A new promotion is not granted on the same merits that justified a previous one.

Each elevation in rank must be earned by the precise fulfillment of the specified requirements for the rank, with each succeeding rank's requirements more demanding than the one before.  Promotion depends on the blending of two principal factors, cumulative time and cumulative accomplishment.  Just as an accumulation of years of service at a fixed level of performance cannot be a valid reason for successive promotion, neither can an unusual level of accomplishment unaccompanied by the requisite years of service to the University result in a premature promotion.  Promotion depends, also, on the demonstration of commitment to work jointly with faculty, students, administrators, and staff for the growth and welfare of the University.

Advancement in rank occurs by action of the President of the University.

**Procedures**

The person requesting elevation in rank should apply the following procedures rigidly in order to avoid dismissal of the application on mere technical grounds.  If the candidate decides to withdraw the application, he/she must do so by **October 17** or **February 21**.

**Marywood University Faculty Handbook 2010**

Applicants for Associate Professor may apply in their fifth year of service to Marywood or its administratively approved equivalent. Applicants for full Professor may apply in their fifth year after earning Associate Professor.

In applying these procedures for promotion of faculty librarians, the Director of Library Services acts in place of both dean and department head. If the candidate decides to withdraw the application, he/she must do so by **October 17** or **February 21.**

If a due date below falls on a weekend or a holiday, the due date becomes the next business day.

1. By **September 1** or **January 3,** the faculty member initiates the process by submitting a *Notification of Application for Promotion in Academic Rank* form to the Chair of the Rank and Tenure Committee. The Chair will then be responsible for informing the Provost and Vice President for Academic Affairs, the appropriate dean, and the head of the applicant's department.

2. By **September 21** or **January 21,** the applicant submits paper copies of the *Application for Promotion in Academic Rank* form, together with an up-to-date curriculum vitae and a narrative not to exceed an equivalent of 100 printed pages in 12-point font the head of the applicant's department and the appropriate dean. The candidate may submit supplementary materials in the form of appendices. The application must be structured based on how the promotion criteria section of the *Faculty Handbook* is organized. The document must be numbered sequentially, include definitions of terms related to one's discipline, and carefully proofread.

3. By **October 7** or **February 7,** the department head submits to the applicant and the dean of the appropriate college a recommendation letter that is based on a thorough review of the application materials.

   If a candidate for promotion is the chair of a department, the most senior member of the department (who must not be the candidate) acts as chair during the process. This senior member must hold at least the rank to which the candidate aspires. If no appropriate senior faculty member is available, the Rank and Tenure Committee, in consultation with the appropriate dean and the candidate, chooses a senior faculty member from another department to act as chair. This faculty member must also hold the rank to which the candidate aspires.

4. By **October 17** or **February 21,** the appropriate dean or the Director of Library Services reviews the evaluation of the department head when applicable and submits a recommendation letter and all application materials to the Chair of the Rank and Tenure Committee. The recommendation letter is to be based on a thorough review of the application materials.

5. The Rank and Tenure Committee evaluates the application and submits its recommendation, vote, and materials upon which the recommendation was based to the Provost and Vice President for Academic Affairs.

6. Having received all materials by **November 21** or **March 20,** the Provost and Vice President for Academic Affairs evaluates the application with its accompanying documents, and submits a recommendation with the materials upon which it is based to the President of the University. This includes the Rank and Tenure Committee's recommendation and vote, all other recommendations, and all application and evaluative documents.

7. Having received the documents by **January 10** or **April 15,** the President of the University reviews them and renders a final decision. The President or the Provost and Vice President for Academic Affairs informs the faculty member of the status of the

**Marywood University Faculty Handbook  2010**

28

application, including the recommendations of all reviewing bodies.  In the case of a negative decision, the criteria not met are communicated to the applicant.

All materials submitted by the applicant will be returned at the conclusion of the process.

**Criteria**

*Assistant Professor*

For elevation to the rank of Assistant Professor, a faculty member possessing a doctoral degree or the terminal degree in the appropriate discipline must provide evidence of having completed at least one year of consistently effective full-time teaching or librarianship at Marywood University as described in *The Teaching Responsibility* or *The Librarianship Responsibility*, and attested to by the evaluation procedures of the University. The requirement of one year's full-time teaching or librarianship at Marywood would not apply in the case of initial appointments.

For elevation to the rank of Assistant Professor, a faculty member not holding a doctoral degree must hold a master's degree and provide evidence of

- having attained the terminal graduate professional degree in the appropriate discipline.  The M.F.A degree in Studio Art, a master's degree from an A.L.A. accredited program, and an M.Arch. are recognized as terminal degrees of their particular fields.  In each case, the credits for professional credentials must have been attained before the date of application for advancement, and must enhance the individual's contribution to teaching or librarianship at Marywood.

- having served for three academic years as an Instructor with effective teaching or librarianship ability as described in *The Teaching Responsibility* or *The Librarianship Responsibility*, and attested to by the evaluation procedures of the University; or having completed a minimum of three years of experience demonstrated to be relevant to the applicant's University performance.  This requirement must include at last one academic year at Marywood.  Graduate fellowships and summer teaching do not satisfy the full-time teaching requirement.

*Associate Professor*

For elevation to the rank of Associate Professor, a faculty member must

- hold the rank of Assistant Professor
- have completed a minimum of five additional years of consistently effective full-time teaching or librarianship beyond the time of promotion to Assistant Professor (a candidate may apply during the fifth year of Assistant Professorship at Marywood University);
- have earned a doctoral degree from an institution with regional accreditation or, in exceptional cases, present evidence of doctoral equivalency as described in the University's statement on *Doctoral Equivalency*, or have earned an M.F.A. degree in Studio Art, a master's degree from an A.L.A. accredited program, or an M.Arch;
- have given evidence of performing in a collegial manner and of continued professional growth and value to the University by declaring and submitting documentation of significant achievement in all of the criteria below.

**Academic Faculty**

*1. Teaching Expectations*

Teaching expectations follow from Marywood University's mission, which "roots itself in the principle of justice and a belief

**Marywood University Faculty Handbook  2010**

that education empowers people." Faculty members are required
to develop their courses according to these ideals in alignment
with expected student learning outcomes. Accordingly, faculty
must develop courses that create a positive learning environment,
one in which students can discover and enhance the inherent love
of learning. In addition, where relevant, students should confront
the moral and ethical issues that courses raise. A constructive
learning environment enables students to grow as persons and to
develop special competencies for responsible leadership and
service in meeting human needs. The teacher serves to facilitate
the growth and development of students through engaging lectures
and active learning strategies. Teachers as facilitators recognize
that education is both a process and an outcome that meets general
and professional education goals, including the student's ability to
comprehend, reason, analyze, create, communicate, lead, and
work with others.

More specifically, all faculty members will be expected to

- develop and evolve academically rigorous and
  challenging courses;
- plan, organize, and deliver instruction clearly and
  coherently;
- communicate ideas effectively;
- present material accurately and substantively;
- create interest in subject matter;
- devise appropriate assignments;
- instill in students critical thinking skills;
- encourage active learning;
- create environments that foster independent and creative
  learning;
- demonstrate, whenever possible, the relationship between
  subject matter and the human condition;
- assess student needs and progress;
- encourage and supervise independent student research,
  mentor and work cooperatively with students to nurture
  research potential;
- model the research and quest for knowledge paradigm;
- advise students with commitment and dedication;
- show genuine concern for students;
- be flexible and responsive to student feedback;
- be available during scheduled office hours;
- relate effectively and positively to students;
- demonstrate an awareness and respect for informed views
  other than their own;
- remain current in their discipline;
- engage in self-evaluation of teaching. The individual
  faculty member is a student leading other students in the
  process of continued study and research.

The above expectations of teaching effectiveness will be used for
promotion and tenure. Toward these ends, it is suggested that
faculty members will be evaluated according to several methods,
including course evaluations, evaluations from the department
chair, peer review, and self-evaluation.

**Marywood University Faculty Handbook 2010**

## 2. Service and Leadership

Faculty service is essential to the University's success in serving its mission, and is a responsibility of all faculty members. The amount of service is correlated with academic rank, with senior faculty members expected to provide the greater amount of service and to provide leadership.

The activities shown as examples in each of the following service areas are not intended to be all inclusive, nor are they intended to exclude other relevant service or leadership activities.

**Ongoing service to the University Department** includes contribution to the effective functioning of the department within the University in such ways as

- serving in the critical role of department chair;
- developing curricula;
- authoring materials for accreditation reports and evaluation;
- taking responsibility for developing and administering curriculum areas within the department;
- screening prospective faculty members;
- producing instructional materials;
- serving as departmental liaison to the Library;
- service to students such as acting as faculty moderator for clubs, groups, organizations, and field trips;
- contributions furthering diversity within the University through participation in recruitment, retention and mentoring of new faculty members and students;
- and, in general, contributing to the growth of the department.

**Ongoing service to the College or University** refers to participation in College/University functions that transcend the department, including activities such as

- representing one's department as chair within the context of the college and university;
- chairing and/or serving on College, University Standing, or ad hoc committees;
- service in faculty governance;
- serving in the critical role of President of Faculty Senate;
- designing and/or teaching courses outside one's department;
- participating in the planning and development of new programs;
- sharing professional expertise.

**Ongoing academic service to one's discipline-field** includes activities such as

- holding a key leadership position in an international/national/regional/state academic, professional organization;
- serving on evaluating and accrediting bodies in one's discipline or field.

**Marywood University Faculty Handbook 2010**

When documenting service to the discipline field or to the community, it is advisable to clarify, if possible, how that service enhances the academic reputation of the institution or contributes to the mission of the University (e.g., by documenting the esteem of an organization within the discipline, etc.)

**Ongoing academic service to the larger community** includes activities such as

- organizing or presenting workshops or institutes sponsored by Marywood University;
- conducting in-service institutes and training session; providing consultation to community groups relative to one's discipline or field;
- making presentations to community groups and organizations;
- serving on boards or community advisory groups;
- preparing limited circulation, non-published materials;
- consulting;
- developing websites or software programs (when such does not satisfy criteria for scholarship);
- publishing in popular magazines or newspapers.

### Library Faculty

*1. Librarianship*

Consistently effective librarianship ability as characterized by qualities described in *The Librarianship Responsibility,* and attested to by the evaluation procedures of the University.

*2. Service and Leadership*

Faculty service is essential to the University's success in serving its mission, and is a responsibility of all faculty members.  The amount of service is correlated with academic rank, with senior faculty members expected to provide greater amount of service and to provide leadership.

The activities shown as examples in each of the following service areas are not intended to be all inclusive, nor is it intended to exclude other relevant service or leadership activities.

**Ongoing service to the Library** includes contribution to the effective functioning of the Library within the University, in such ways as demonstrating competence and good professional judgment in

- assisting library users in locating information
- instructing users on the effective use of library resources;
- producing relevant instructional materials for information literacy;
- selecting library materials in whatever format is appropriate to support the current needs and long-range goals of the Library;
- establishing and maintaining procedures for the effective and economical acquisition of Library resources;

**Marywood University Faculty Handbook  2010**

32

- instituting and managing bibliographic systems that effectively organize and control the Library resources;
- facilitating and streamlining user access to Library collections and resources, and to the collections and resources of other colleges and universities;
- using and evaluating automated systems that support the principal activities and services of the Library;
- directing, guiding and developing Library employees;
- screening of prospective faculty librarians;
- serving as a Library liaison to academic departments;
- service to students such as acting as faculty moderator for clubs, groups, organizations, and field trips;
- furthering diversity within the University through participation in recruitment, retention and mentoring of new faculty and students;
- and, in general, contributing to the growth of the Library.

**Ongoing service to the total University** refers to participation in University functions that transcend the Library, including activities such as

- chairing and serving on College, University Standing, or ad hoc committees;
- service in faculty governance;
- serving in the critical role of President of Faculty Senate;
- effectively communicating knowledge of Library organization, policy and goals, and maintaining positive working relationships with academic departments and programs;
- participating in the planning and development of new Library initiatives;
- sharing professional expertise.

**Ongoing academic service to one's discipline-field** includes activities such as

- holding a key leadership position in an international/national/regional/state academic, professional organization;
- serving on evaluating and accrediting bodies in one's discipline or field;
- editing a professional journal or newsletter, or serving as a peer reviewer for a professional journal.

When documenting service to the discipline field or to the community, it is advisable to clarify, if possible, how that service enhances the academic reputation of the institution or contributes to the mission of the University (e.g., by documenting the esteem of an organization with the discipline, etc.)

**Ongoing academic service to the larger community** includes activities such as
- organizing or presenting workshops or institutes sponsored by Marywood University;

**Marywood University Faculty Handbook 2010**

- conducting in-service institutes and training sessions;
- providing consultation to community groups relative to one's discipline or field;
- making presentations to community groups and organizations;
- serving on boards or community advisory groups;
- preparing limited circulation, non-published materials;
- consulting;
- developing websites or software programs (when such does not satisfy criteria for scholarship);
- publishing in popular magazines or newspapers.

### 3. Scholarship/Creative Activity

As part of the review process, each candidate for promotion and tenure must articulate a well-defined and focused scholarly/creative agenda.

All members of the faculty must be persons of scholarly ability and attainments. Their qualifications are to be evaluated on the quality of their published work and the depth and breadth of their intellectual accomplishments. Attainment may be in the realm of scientific investigation, in the realm of constructive contributions, or in the realm of the creative arts.

Scholarship/creative activity, an important component of effective teaching/librarianship, enables faculty members to share with students new methodologies and recent advancements in the disciplines.

Scholarship/creative activity refers to knowledge production that has been subjected to an external, peer-refereed screening process prior to being made public. Scholarship/ creative activity can take many forms depending on the academic discipline. These forms may include: books; scholarly articles; book chapters; creative writing; musical scores; book reviews; conference proceedings; monographs; works of art; recordings; translations; editing a book or a scholarly journal; conference presentations; addresses/lectures at other institutions; artistic performances; published research studies in print or electronic format and grant applications (funded and unfunded); reviewing and writing textbooks; development of websites or software programs (when such can be distinguished from service); conducting workshops for local, state or national organizations. Sample evidence for assessing achievement may include citations; reprints; reviews of published work, performances, or exhibitions; patents; prestigious grants; awards and prizes; adoption of work by others; membership on an editorial board of a scholarly publication; invited presentations by state, regional, national, or international organizations.

In case of multiple authorship or shared creation of scholarly/creative productions, documentation must include a detailed description of the involvement by the faculty member. Disciplines differ in how they list authorship; the candidate should address this. Documentation of

**Marywood University Faculty Handbook  2010**

34

scholarly/creative productions must also specify the nature of the review process (e.g. journal acceptance rates). Faculty members have the final responsibility for documenting the importance of their work in the areas described above.

*Academic Departments*

Appropriate levels of achievement in scholarship/creative activity vary by discipline and specialization, as do the kinds of evidence of success. Candidates for promotion and tenure will be evaluated based on approved department standards for defining scholarship/creative activity, which must be consistent with the University-wide standards as established within this section. Though both are germane, quality of achievement is more important than quantity; candidates should show a track record that indicates promise of continued contribution in their field.

Each academic department must identify the kinds of scholarship its discipline(s) encourages. This description should be grounded in each discipline's literature, and it must be mindful of Marywood's mission and the missions of the college and the department.

Each department must also create guidelines that indicate how a faculty member succeeds in attaining an appropriate level of Achievement in scholarship/creative activity. The guidelines should be weighted to take into account the discipline's valuing of evidence of achievement. Each department may want to list these guidelines in order of importance. In shaping their guidelines, departments should use language that is understandable to people in other disciplines.

**Professor**

For promotion to the rank of Professor, a faculty member must

- hold the rank of Associate Professor;

- have completed a minimum of five additional years of consistently effective full-time teaching beyond the time of promotion to Associate Professor (a candidate may apply during the fifth year of Associate Professorship at Marywood);

- have attained a doctoral degree from an institution with regional accreditation or, in exceptional cases, present evidence as described in the University's statement on *Doctoral Equivalency*, or have earned an M.F.A. degree in Studio Art, a master's degree from an A.L.A. accredited program, or an M. Arch;

- have given evidence of performing in a collegial manner and of continued professional growth and value to the University by demonstrating ongoing fulfillment of all the criteria listed under Associate Professor. This evidence must reveal significant cumulative progress since the time of application for promotion to the rank of Associate Professor.

**Definition**

This revised *Promotion of Faculty Members* policy is effective July 1, 2008. Faculty members whose date of hire as full time is before July 1, 2008, may choose the policy in effect prior to that date if they wish.

**Marywood University Faculty Handbook 2010**

2.10       **DOCTORAL EQUIVALENCY**
           (Approved by the President of the University 2005, 2008)

In claiming doctoral equivalency, the applicant must demonstrate a depth and range of planned and evaluated professional activity that would be comparable to that accepted for the award of an earned doctoral degree in a given discipline by a fully accredited and recognized university.  Included in the professional activity are

- professional, academic experiences of such quality, quantity and sequence as to be comparable to doctoral-level courses required in accredited programs;
- professional academic expertise having the same thoroughness, breadth and depth as is verified by doctoral comprehensive examinations;
- research or creative achievement acceptable on the doctoral level, presented professionally and evaluated by distinguished members of the discipline field;
- demonstrated proficiency in foreign languages or similar competencies required for doctoral level research or creative achievement.

Implicit in doctoral equivalency is a commitment of time as well as financial commitment commonly made by those who attain an earned doctorate.

Certain activities are considered supplemental and performed by those already holding earned doctorates.  These activities are not acceptable in establishing equivalency.  They may, however, be relevant to the fulfillment of other criteria required for advancement in rank or for tenure.

It is recommended that a faculty member obtain a professional advisor in the given discipline to serve as a facilitator in planning a program of activities that could lead to the establishment of doctoral equivalency.  Such a projected program, however, would not imply endorsement by the Rank and Tenure Committee.

All applications based on doctoral equivalency will be reviewed by an ad hoc committee designated by the Rank and Tenure Committee, consisting of the following:

- one member of the Rank and Tenure Committee selected from the at-large faculty representatives, who serves as chairperson;

- two individuals representing the specialized discipline of the applicant.  They must have at least the rank of Associate Professor at an accredited and recognized college or university.  Recommendations other than the professional advisor may be made by the applicant, but it is the responsibility of the Rank and Tenure Committee to make the appointments.

Any expenses incurred by members of the ad hoc committee, such as travel, lodging, meals, etc., are the responsibility of the applicant.

The ad hoc committee directs its conclusions on doctoral equivalency to the Rank and Tenure Committee, which makes a recommendation to the Provost and Vice President for Academic Affairs.

2.11       **TENURE**
           (Revision approved by the President of the University 5/04/10)

Tenure is a term designating permanent and continuous appointment for a full-time faculty member.  It implies a mutual commitment on the part of the faculty member and the University and cannot be taken lightly.

Once tenure is granted, it will be discontinued only for grave reason, which may include moral turpitude, flagrant abuse of academic freedom, or professional incompetence.  In addition, as expressed in its *Retrenchment of Faculty* policy, the University may be required to discontinue tenure

**Marywood University Faculty Handbook  2010**

36
_____

because of severe financial exigencies or reorganization of the department and/or curriculum resulting in lack of need.

The commitment of a faculty member who requests tenure is as deep and binding on the faculty member as it is on the University. Just as the conferring of tenure by the University recognizes the competence of an individual faculty member, submission to the University of an application for tenure suggests a strong acceptance by that individual of the mission, goals and objectives of the University. The request represents a commitment to work jointly with faculty, students, administrators and staff for the growth and welfare of the University.   It is a commitment to devote one's energies to continued personal development and continued high levels of achievement as a member of the Marywood academic community.  It is an assertion of career goals; it is expected that a faculty member will not lightly withdraw from this relationship.

The probationary period shall not exceed seven years of full-time teaching/librarianship at Marywood, with application for tenure being made in the sixth year. Successful candidates receive a tenure contract for the seventh year; unsuccessful candidates receive a one-year terminal contract for the seventh year. Faculty members on leave during the probationary period must follow the University's policy on leaves.  Interrupted service at Marywood University and also prior service at another regionally accredited, four-year college or university may be credited toward the fulfillment of the probationary period.  Such credit will be determined by the Provost and Vice President for Academic Affairs.

Tenure occurs by action of the President of the University.

*Procedures for Tenure Consideration*

A candidate for tenure must submit a *Notification of Application for Tenure* form and submit relevant data and documentation in the sixth year of the probationary period, according to the deadline dates noted below. The candidate for tenure is encouraged to meet with the appropriate dean and chairperson during the summer prior to submission to discuss the application.  The intent of this review is to afford the dean and chairperson the opportunity to offer the candidate informal guidance that will help the candidate to make the strongest case possible for tenure.  The candidate is also encouraged to meet with the tenured members of the department one year before submission of the application to identify areas of strength and weakness in meeting the tenure criteria.  In applying these tenure procedures for faculty librarians, the Director of Library Services acts in place of both dean and department head.  If the candidate decides to withdraw the application, he/she must do so by **October 17.**

(A faculty member who is hired to begin work at Marywood in the spring semester submits a tenure application in the spring of his/her sixth year.  For the spring semester dates of submission of the application, refer to the procedures in the *Promotion of Faculty Members* policy.)

If a due date below falls on a weekend or a holiday, the due date becomes the next business day.

1.  By **September 1**, the faculty member initiates the process by submitting the *Notification of Application for Tenure* form to the Chair of the Rank and Tenure Committee.  The Chair will be responsible for providing a list of candidates who are applying for tenure to the Provost and Vice President for Academic Affairs, the appropriate dean(s), and the head of the applicant's academic department.

2.  By **September 21**, the applicant submits paper copies of the *Application for Tenure* form, together with an up-to-date curriculum vitae and a narrative not to exceed an equivalent of 100 printed pages in 12-point font to the head of the applicant's department. (If the applicant is the department head, the senior member of the department functions as the department head during these procedures.) The candidate may submit supplementary materials in the form of appendices. The application must be structured based on how the tenure criteria

**Marywood University Faculty Handbook 2010**

section of the handbook is organized. The document must be numbered sequentially, include definitions of terms related to one's discipline, and carefully proofread. All annual evaluations of the candidate written by the appropriate dean and the department head must be included in the application materials.

3. The department head notifies the department's full-time, tenured and tenure-track faculty members that the application is available for their review. The Chair of the Rank and Tenure Committee notifies the tenured members of the applicant's department of their responsibility to complete the *Confidential Colleague Evaluation Form*. Each tenured faculty member is to submit the *Confidential Colleague Evaluation Form* to the Chair of the Rank and Tenure Committee by **September 28**.

   If a candidate for tenure is the chair of a department, the most senior tenured member of the department acts as chair during the tenure process. If no senior tenured faculty member is available, the Rank and Tenure Committee, in consultation with the appropriate dean and the candidate, chooses a senior tenured faculty member from another department to act as chair.

   Once an untenured faculty member submits a pre-tenure file to the Rank and Tenure Committee, he/she completes by **September 28** the *Confidential Colleague Evaluation* form for tenure applications that originate in his/her department.

4. By **October 7**, the department head submits to the applicant and the dean of the appropriate college all application materials and a recommendation letter that is based on a thorough review of the application documents.

5. By **October 17**, the appropriate dean or the Director of Library Services reviews the evaluation of the department head when applicable and submits to the Chair of the Rank and Tenure Committee a recommendation letter and all application materials. The recommendation letter is to be based on a thorough review of the application materials.

6. The Rank and Tenure Committee evaluates the application and submits its recommendation, vote, and materials upon which the recommendation was based to the Provost and Vice President for Academic Affairs.

7. Having received all materials by November 21, the Provost and Vice President for Academic Affairs evaluates the application with its accompanying documents, and submits a recommendation with the materials on which it is based to the President of the University. This includes the Rank and Tenure Committee's recommendation and vote, all other recommendations, and all application and evaluative documentation.

8. Having received the documents by **January 10**, the President of the University reviews them and renders a final decision. The President or the Provost and Vice President for Academic Affairs informs the faculty member of the status of the application, including the recommendations of all reviewing bodies. In the case of a negative decision, the criteria not met are communicated to the applicant.

All materials submitted by the applicant will be returned at the conclusion of the process.

### Criteria

The candidate for tenure must

1. have completed all formal educational requirements in the relevant academic field, judged necessary to meet the needs of the department and the University;

2. have achieved at least the rank of Associate Professor or, if currently an Assistant Professor, must apply for promotion to Associate Professor and Tenure at the same time;

**Marywood University Faculty Handbook 2010**

38

3.  have evidenced an expertise needed by one's department or a related department, which may include developing new courses and teaching a diversity of courses as needed, or in the case of faculty librarians by developing new library services and initiatives;

4.  have demonstrated consistently effective teaching/librarianship ability as attested to by the evaluation procedures of the University;

5.  have provided service to students extending beyond the teaching/librarianship function to student advisement and direction;

6.  have evidenced accomplishment and promise in research, scholarship, publication, and/or creative achievement;

7.  have evidenced membership and involvement in the activities of professional societies;

8.  have demonstrated significant involvement in public service, and/or the University community's academic, cultural, administrative, and student affairs.

*Procedures for Pre-Tenure Review*

A pre-tenure review system evaluates the first three years of each tenure-track faculty member's progress toward tenure. The faculty member submits pre-tenure review materials in the fall of his/her fourth year.

The portfolio should include:

1.  a description of the pre-tenure candidate's progress to date in fulfilling each of the criteria for tenure (organized according to the tenure criteria section above);

2.  the dean's detailed evaluation, or in the case of library faculty, the Director of the Library's evaluation of the pre-tenure candidate's portfolio, which must include a summative statement of the pre-tenure candidate's progress toward tenure;

3.  the department chairperson's detailed evaluation of the pre-tenure candidate's portfolio, which must include a summative statement of the pre-tenure candidate's progress toward tenure;

4.  tables that compile the pre-tenure candidate's teaching evaluations, including department, college, and University teaching evaluation means;

5.  a self-assessment of the pre-tenure candidate's scholarly/creative work (e.g., selectivity of venues, impact of articles, citations);

6.  the pre-tenure candidate's reflection on his/her teaching/librarianship;

7.  the pre-tenure candidate's reflection on his/her service;

8.  the pre-tenure candidate's description of his/her scholarship/creative activity agenda/plan.

Pre-tenure faculty members must structure their annual self-evaluations based on guidelines for the tenure application portfolio as described in the *Tenure* policy.

Deans and chairs must organize their responses to pre-tenure faculty members' self-evaluations and pre-tenure portfolios based on how the tenure section of handbook is organized. These responses must take into account departmental standards for scholarship/creative activity.

**Marywood University Faculty Handbook 2010**

Model pre-tenure files are available in the office of the Provost and Vice President for Academic Affairs for the pre-tenure candidate's review.

*Pre-Tenure Review Procedures*

If a due date below falls on a weekend or a holiday, the due date becomes the next business day.

1. By **September 1**, the faculty member initiates the process by submitting the *Notification of Submission of Pre-Tenure Materials* form to the Chair of the Rank and Tenure Committee. The Chair will be responsible for providing a list of faculty members who are submitting pre-tenure materials to the Provost and Vice President for Academic Affairs, the appropriate dean(s), and the head of the individual faculty member's academic department.

2. By **September 10**, the faculty member submits to the department chairperson pre-tenure review materials of no more than 35 pages (12-point font).  (If the applicant is the department head, the senior member of the department functions as the department head during these procedures.) The submitted materials must be structured based on how the tenure criteria section of the handbook is organized. The document must be numbered sequentially, include definitions of terms related to one's discipline, and carefully proofread. All annual evaluations of the candidate written by the appropriate dean and the department head must be included as part of the 35-page application.

3. By **September 20**, the department head submits to the dean of the appropriate college all pre-tenure materials and an evaluation letter that is based on a thorough review of the pre-tenure documents.

4. By **October 1**, the appropriate dean or the Director of Library Services reviews the evaluation of the department head when applicable and submits to the Chair of the Rank and Tenure Committee an evaluation letter and all pre-tenure materials. The evaluation letter is to be based on a thorough review of the pre-tenure materials.

5. The Rank and Tenure Committee evaluates the pre-tenure materials and submits its evaluation and the materials upon which the evaluation was based to the Provost and Vice President for Academic Affairs.

6. Having received all materials by **October 21**, the Provost and Vice President for Academic Affairs evaluates the pre-tenure materials and accompanying documents.

7. By **November 15**, the Provost and Vice President for Academic Affairs and responds to the faculty member with an evaluation letter that is based on a thorough review of the pre-tenure material.

**Definition**

This revised *Tenure* policy is effective July 1, 2008.   Faculty members whose date of hire as full time is before July 1, 2008, may choose the policy in effect prior to that date if they wish.

2.12    **RESIGNATION OF FACULTY MEMBER**
        (Reaffirmed 1989)

When feasible, a faculty member who has negotiations with another institution should notify the Provost and Vice President for Academic Affairs in writing.  Upon conclusion of a binding agreement to accept appointment elsewhere, s/he should give prompt written notification to the President of Marywood University.

Both the faculty member and the University have the responsibility to fulfill the conditions of the contract between them.  Therefore, a faculty member would not leave, nor be solicited to leave, his or her position during an academic year for which s/he holds an appointment, except by agreement with

**40**

the University.  A professional person who, without serious reasons, withdraws from a contract for personal advantage or convenience, is clearly unethical.  Such conduct is unfair to the administration and the University as a whole.

2.13     **NON-REAPPOINTMENT OF FULL-TIME FACULTY MEMBER**
         (Reaffirmed 7/01/03)

Non-reappointment of a full-time faculty member is the right of the President of the University, so long as there is no violation of tenure policies, contractual agreements, or other policies stated in the Faculty Handbook.  Notification of non-reappointment is made based on length of service as follows:
         not later than March 1 of the first academic year of service;
         not later than December 15 of the second academic year of service;
         or at least twelve months before the expiration of an appointment after two or more years at Marywood University.

2.14     **PROGRESSIVE DISCIPLINE**
         (Revision approved by the President of the University 1997)

Marywood University endorses a progressive discipline policy consisting of both informal and formal procedures designed to promote resolution in a fair and orderly manner.  The policy applies to faculty members with tenure or whose term of appointment has not expired.  Its objectives value the collegial relationships at Marywood University and are directed towards continual institutional improvement.  Serious violations of professional responsibilities implicating possible suspension or dismissal are covered by the formal discipline process.  Because Marywood University regards disciplinary action as corrective and not punitive, the policy also recognizes personal and professional problems which may be rectified by an informal educational process.

*Informal Process*

*Scope*
The informal process is intended to provide an effective and flexible means of identifying problem areas, resolving complaints and preventing repetitive incidents by prompt intervention and assistance.  The informal process is designed to accomplish these ends by a series of gradual steps involving strategies such as personal conferences, oral and written warnings, informal committee participation and opportunities for monitored assistance where applicable.

*Commencement*
Informal disciplinary action may be initiated by a complaint, oral or written, which alleges a violation of a policy, practice or procedure of the institution or of the responsibilities of the faculty member as set forth in the Faculty Handbook or other contractual agreements.  The alleged problem may reflect an incident or incidents of minor misconduct or deficiency and shall apply to all functions and responsibilities of the faculty member in pursuing his or her customary teaching and institutional duties.  The complaint shall be communicated to the appropriate supervisor with responsibility for accepting and reviewing such complaints.

*Oral Warning*
Upon receipt of the complaint, the appropriate supervisor shall contact the faculty member and advise him or her that a complaint has been made.  The supervisor shall informally discuss with the faculty member the nature of the complaint and whether there is a work or conduct problem which must be remedied.  No written documentation of the discussion is required.  The discussion shall constitute an oral warning.

*Written Warning*
Where the problem continues or additional complaints are received, the immediate supervisor should notify the appropriate administrative officer.  The administrative officer shall conduct a preliminary investigation concerning the merits of the complaint.  A written warning to the faculty member may follow where circumstances indicate that the problems are not resolved.  The written warning shall

**Marywood University Faculty Handbook  2010**

become a part of the faculty member's personnel file, but will be expunged after three years if the problem does not recur.

### Special Assistance

In those circumstances where it is evident that the faculty member is in need of special professional assistance, the President of the University and/or her delegate may require any of the following remedial actions:

> counseling and/or treatment for alcohol or drug abuse, including participation in Alcoholics Anonymous or Narcotics Anonymous or another acceptable type of treatment program;
> psychological counseling and/or treatment, including out-patient treatment prescribed by a physician;
> peer faculty monitor to assist in resolving work-related performance problems;
> a specified number of periodic conferences with the academic dean of the college to assist in resolving administrative/institutional problems.

Special professional assistance may be recommended for a specific period of time. Where the recommended assistance necessitates in-patient treatment or time away from teaching, that temporary time-off shall be with pay. During the period of assistance, the faculty member shall communicate weekly or at other intervals specified by the administrative officer who shall monitor the faculty member's progress and report whether the special assistance has achieved its objective. If the faculty member has refused to participate, the administration may begin formal action.

### Informal Faculty Committee

At the request of the faculty member, an ad hoc committee may be convened to inquire into the complaint, to render confidential advice and to effect a remedy where possible. Where the matter is successfully resolved or where the committee determines that there is no merit to the complaint, the matter shall be concluded and dismissed.

The ad hoc informal faculty committee shall consist of three members selected, in the order indicated below, from a standing committee of fifteen tenured faculty members elected for one-year terms by the faculty at large:

1. one person selected by the person seeking assistance
2. two persons selected by the Executive Committee of the Faculty Senate

### Recommendation for Formal Proceedings

Where the problem is not corrected and reason exists to question the fitness of the faculty member, the committee shall decide whether formal disciplinary proceedings should be initiated. The faculty member shall be advised in writing of the outcome of the deliberations.

### Dismissal

The following statement was prepared by a joint committee representing the Association of American Colleges and the American Association of University Professors and was approved in 1958. It deals with procedural standards. Those recommended "are not intended to establish a norm in the same manner as the *1940 Statement of Principles on Academic Freedom and Tenure*, but are presented rather as a guide to be used according to the nature and traditions of particular institutions...." Several changes in language were approved in 1989 and 1990 to remove gender-specific references.

> *1. Preliminary proceedings concerning the fitness of a faculty member*
> When reason arises to question the fitness of a University or university faculty member who has tenure or whose term of appointment has not expired, the appropriate administrative officers should ordinarily discuss the matter with the faculty member in personal conference. The matter may be terminated by mutual consent at this point; but if an adjustment does not result, a standing or ad hoc committee elected by the faculty and charged with the function of rendering confidential advice in such situations should informally inquire into the situation, to effect an adjustment if possible and, if none is effected, to determine whether in its view formal proceedings to consider the faculty member's dismissal should be instituted. If the

**Marywood University Faculty Handbook  2010**

committee recommends that such proceedings should begin, or if the president of the institution, even after considering a recommendation of the committee favorable to the faculty member, expresses the conviction that a proceeding should be undertaken, action should be commenced under the procedures which follow. Except where there is disagreement, a statement with reasonable particularity of the grounds proposed for the dismissal should then be jointly formulated by the president and the faculty committee; if there is disagreement, the president or the president's representative should formulate the statement.

2.  *Commencement of formal proceedings*
    The formal proceedings should be commenced by a communication addressed to the faculty member by the president of the institution, informing the faculty member of the statement formulated, and informing the faculty member that, at the faculty member's request, a hearing to determine whether he or she should be removed from the faculty position on the grounds stated will be conducted by a faculty committee at a specified time and place. In setting the date of the hearing sufficient time should be allowed the faculty member to prepare a defense. The faculty member should be informed, in detail or by reference to published regulations, of the procedural rights that will be accorded to him. The faculty member should state in reply whether he or she wishes a hearing, and if so, should answer in writing, not less than one week before the date set for the hearing, the statements in the president's letter.

3.  *Suspension of the faculty member*
    Suspension of the faculty member during the proceedings involving him is justified only if immediate harm to the faculty member or others is threatened by the faculty member's continuance. Unless legal considerations forbid, any such suspension should be with pay.

4.  *Hearing Committee*
    The committee of faculty members to conduct the hearing and reach a decision should either be an elected standing committee not previously concerned with the case or a committee established as soon as possible after the president's letter to the faculty member has been sent. The choice of members of the hearing committee should be on the basis of their objectivity and competence and of the regard in which they are held in the academic community. The committee should elect its own Chair.

5.  *Committee proceedings*
    The committee should proceed by considering the statement on grounds for dismissal already formulated, and the faculty member's response written before the time of the hearing. If the faculty member has not requested a hearing, the committee should consider the case on the basis of the obtainable information and decide whether the faculty member should be removed; otherwise the hearing should go forward. The committee, in consultation with the president and the faculty member, should exercise its judgment as to whether the hearing should be public or private. If any facts are in dispute, the testimony of witnesses and other evidence concerning the matter set forth in the president's letter to the faculty member should be received.

    The president should have the option of attendance during the hearing. The president may designate an appropriate representative to assist in developing the case; but the committee should determine the order of proof, should normally conduct the questioning of witnesses, and, if necessary, should secure the presentation of evidence important to the case.

    The faculty member should have the option of assistance by counsel, whose functions should be similar to those of the representative chosen by the president. The faculty member should have the additional procedural rights set forth in the *1940 Statement of Principles on Academic Freedom and Tenure*, and should have the aid of the committee, when needed, in securing the attendance of witnesses. The faculty member or the faculty member's counsel and the representative designated by the president should have the rights, within reasonable limits, to question all witnesses orally. The faculty member should have the opportunity to

**Marywood University Faculty Handbook 2010**

be confronted by all adverse witnesses. Where unusual and urgent reasons move the hearing committee to withhold this right, or where the witness cannot appear, the identity of the witness, as well as the statements of the witness, should nevertheless be disclosed to the faculty member. Subject to these safeguards, statements may when necessary be taken outside the hearing and reported to it. All of the evidence should be duly recorded. Unless special circumstances warrant, it should not be necessary to follow formal rules of court procedure.

6. *Consideration by hearing committee*
The Committee should reach its decision in conference, on the basis of the hearing. Before doing so, it should give opportunity to the faculty member or the faculty member's counsel and the representative designated by the president to argue orally before it. If written briefs would be helpful, the committee may request them. The committee may proceed to decision promptly, without having the record of the hearing transcribed, where it feels that a just decision can be reached by this means; or it may await the availability of a transcript of the hearing if its decision would be aided thereby. It should make explicit findings with respect to each of the grounds of removal presented, and a reasoned opinion may be desirable. Publicity concerning the committee's decision may properly be withheld until consideration has been given to the case by the governing body of the institution. The president and the faculty member should be notified of the decision in writing and should be given a copy of the record of the hearing. Any release to the public should be made through the president's office.

7. *Consideration by governing body*
The president should transmit to the governing body the full report of the hearing committee, stating its action. On the assumption that the governing board has accepted the principle of the faculty hearing committee, acceptance of the committee's decision would normally be expected. If the governing body chooses to review the case, its review should be based on the record of the previous hearing, accompanied by opportunity for argument, oral or written, or both, by the principals at the hearing or their representatives. The decision of the hearing committee should be sustained or the proceeding be returned to the committee with objections specified. In such a case, the committee should reconsider, taking account of the stated objections and receiving new evidence if necessary. It should frame its decision and communicate it in the same manner as before. Only after study of the committee's reconsideration should the governing body make a final decision overruling the committee.

8. *Publicity*
Except for such simple announcements as may be required, covering the time of the hearing and similar matters, public statements about the case by either the faculty member or administrative officers should be avoided so far as possible until the proceedings have been completed. Announcement of the final decision should include a statement of hearing committee's original action, if this has not previously been made known.

**Faculty Members Not on Tenure**
Dismissal or other adverse action prior to the expiration of a term appointment requires the same procedures as does the dismissal of a faculty member with tenure; but no opportunity for a hearing is normally required in connection with failure to reappoint.

2.15        **RETRENCHMENT OF FACULTY**
            (Approved by the Board of Trustees 1983)

Marywood University, since its founding in 1915, has been a sponsored institution of the Congregation of the Sisters, Servants of the Immaculate Heart of Mary. Governance of the University has a direct and distinct relationship with the Congregation. In fact, the Bylaws of the University provide that the Members of the Corporation "shall have the right of approval, by majority vote, of

**Marywood University Faculty Handbook 2010**

**44**

actions of the Board of Trustees relating to changes in institutional purpose and philosophy; appointment of the President of the University; acquisition, disposition, encumbrance, or lease of real property of the institution; construction of new buildings; dissolution, merger, or consolidation of the institution with another corporation; amendments to the Bylaws; and disposition of property upon dissolution."

The President of the University has the responsibility to see that Marywood University, a non-profit, religious and educational organization continues to fulfill the purposes for which the University was founded with the spirit in which the University was founded.

Because of the cutbacks in federal and state government aid, unemployment, fewer students of college age, or other factors that may create a state of financial exigency at Marywood University, the question of retrenchment and its related consequences must be addressed realistically.

Through the years, Marywood University has been blessed with dedicated personnel, both religious and lay, who have made valuable contributions both financially and spiritually. Among these, the I.H.M. Sisters have made a distinctive contribution. The past prudent planning of both University and Congregation that has assured the presence of Sisters at the University should be continued in the future. Careful identification of University needs in the education and placement of Sisters will provide this continued assurance and obviate any need of exceptions as respects the Sisters in the retrenchment process.

The administration of Marywood University pledges itself to plan prudently so that retrenchment will not become a necessity. Specifically, the administration will so set its priorities that all other avenues of cutbacks will be pursued before Marywood is required to reduce personnel.

This statement of policy addresses itself to University-initiated termination of faculty appointments with tenure under two circumstances:

as a result of a demonstrated state of financial exigency;

as a result of the reduction or discontinuance of a program or department of instruction because of educational considerations.

Such action would have an impact on the nature and variety of courses available to students as on the faculty responsible for those courses. In the proximate and ultimate contexts, an action of retrenchment would be directly related to the educational objectives of Marywood University as an institution of higher learning.

*Retrenchment Due to Financial Exigency*

Evaluation of potential financial exigency, i.e., financial difficulties affecting the viability of the institution, shall be made by the administration in conjunction with the Executive Council of the Faculty Senate.

If the institution, because of this potential financial exigency, terminates appointments, tenured or non-tenured, it shall not at the same time make new appointments in the affected area, except in extraordinary circumstances where a serious distortion in the academic program would otherwise result. The definition "extraordinary" and "serious distortion" shall be made by an ad hoc committee on retrenchment.

The ad hoc committee on retrenchment shall participate in the decision that all feasible alternatives to termination of an appointment have been pursued.

The final determination that financial exigency exists or is imminent shall be made by the Board of Trustees, after participation of the faculty through the Executive Council of the Faculty Senate.

**Marywood University Faculty Handbook 2010**

*Retrenchment Due to Educational Considerations*

Retrenchment may occur because of educational considerations, including but not limited to the following:

> change in the educational objectives of a department, a college, or of the University;
> an insufficient number of students to provide a suitable educational experience;
> inadequate supporting materials, equipment, and space appropriate to the quantitative and qualitative needs of the program;
> as a possible consequence of the preceding factors, inability to attract and maintain a qualified faculty effectively to administer and teach within the evolving demands of the program.

A sufficient number and variety of courses to support the undergraduate liberal arts requirements should be retained.

From a sense of obligation to students enrolled in a particular area of specialization, a program may be continued for at least two years, providing students an opportunity to complete its requirements.

Cyclical or temporary fluctuations in enrollments for specific programs or courses should not be a criterion for discontinuance. A trend of at least two years in prior registrations as well as future projections should be evaluated.

The determination formally to discontinue a program or department of instruction because of educational considerations will be made and reviewed in the same manner as that described above for a case of financial exigency, if termination of tenured faculty will be a necessary consequence.

*Ad Hoc Committee on Retrenchment*

Upon determination of potential financial exigency or educational considerations that may lead to retrenchment, an election for faculty representatives to an ad hoc committee on retrenchment shall be called immediately by the Executive Council of the Faculty Senate.

The functions of the ad hoc committee include

- accumulation and review of all appropriate documents;
- consultation with resource persons;
- input from full-time faculty;
- deliberation on all relevant matters;
- determination of recommendations regarding programs;
- determination of recommendations regarding faculty;
- transmittal of recommendations to the President of the University;
- communication of final report to the faculty.

The ad hoc committee on retrenchment shall consist of

> representatives of the faculty: seven representatives, at least four of whom shall be tenured, elected by a majority vote, by and from the full-time faculty. In the event of a tie, seniority will be considered.

> representatives of the administration: Provost and Vice President for Academic Affairs; appropriate dean(s).

> One of the faculty representatives shall be named by the Committee to serve as chairperson.

> Resource persons must include the Vice President for Business Affairs and the chair of a department or program identified for possible retrenchment. Additional individuals shall be consulted by the Committee as resource persons.

**Marywood University Faculty Handbook  2010**

46

Before any determination of retrenchment becomes final, those whose life's work stands adversely to be affected shall have the right to be heard by the Committee.

*Documents Relevant to Retrenchment*
The administration shall make available all documents relevant to retrenchment as needed by the Ad Hoc Committee on Retrenchment.

The documents include, but are not limited to, budgets excluding individual faculty salaries, organization charts, staffing records, faculty workloads, affirmative action records, class size by individual faculty, enrollment data, seniority lists, and academic program information.

*Faculty Development Policy and Retrenchment*
Where potential or projected retrenchment is indicated, faculty members shall be provided with opportunities for renewal according to the conditions of the Faculty Development Policy of the University.

Before any determination of retrenchment becomes final, those whose life's work stands adversely to be affected shall have the right to be heard by the Committee.

*Termination of Faculty Intra-departmentally*
Termination of faculty in cases of retrenchment, or discontinuance of a program in which faculty positions are affected, will be determined by the following considerations, applied sequentially. Where a given factor applies to more than the number of persons to be terminated, the next appropriate item shall be applied.
    A. Non-tenured.
    B. Tenured
        1. Years of active service
        2. Rank
        3. Academic accomplishment (degrees, advanced courses).

In all cases, particular areas of specialization must be considered.

*Termination of Faculty Inter-departmentally*
Tenured faculty members who are identified for retrenchment, as described above, may claim credentials and expertise to replace a faculty member in another program/department/college of the University. In such inter-departmental cases, termination of faculty will be determined by the following considerations, applied sequentially. Where a given factor applies to more than the number of persons to be terminated, the next appropriate item shall be applied.
    A. Non-tenured.
    B. Tenured
        1. Academic accomplishment (degrees, advanced courses)
        2. Years of service;
        3. Rank.

In all cases, particular areas of specialization must be considered.

*Relevance of Affirmative Action and Equal Employment Opportunity Requirements*
Deliberations of the ad hoc committee on retrenchment shall observe affirmative action and equal employment opportunity requirements.

*Procedures of the American Association of University Professors*
Recommendations on due process outlined by the American Association of University Professors shall be considered in deliberations of the ad hoc committee on retrenchment.

**Marywood University Faculty Handbook 2010**

*Recall of Faculty*
Faculty members to be retrenched shall be given notice in accordance with policies set forth in the Marywood University Faculty Handbook:

> first-year faculty members:  March 1;
> second-year faculty members:  December 15;
> faculty members beyond the second year:  twelve months prior to expiration of appointment.

A retrenched faculty member shall be eligible for such unemployment compensation benefits as authorized by law.

A faculty member who is retrenched from the University shall be placed on a preferred rehiring list and shall retain all prior accrued rights up to the date he/she was placed on the list.  No new faculty member shall be hired to fill a vacancy at the University for which a retrenched faculty member on the preferred rehiring list is qualified, unless the vacancy is first offered in writing to all such faculty members on that list, for recall in reverse order of placement thereon, for a period of thirty (30) days.  In the event a faculty member rejects in writing an offered position in accordance with the foregoing, or in the event the faculty member does not respond in writing within the thirty-day period, his/her name shall be passed over, but shall remain on the preferred rehiring list for a second, final opportunity for reappointment during a period not to exceed three years.  Whether a position is offered or not, no retrenched faculty member's name shall remain on the preferred list for more than three years.

In the event a faculty member is recalled in accordance with the provisions above, s/he shall receive the same rank held when retrenched and the prevailing salary at the time of reappointment.  Years of service applicable to tenure and sabbatical leave shall be retained by faculty members.  Furthermore, he/she shall not be considered a new employee for purposes of employee benefits provided for faculty members.  All notices to faculty members or to former faculty members called for in this policy statement shall be considered valid if mailed to the last known address of such faculty member as it appears on the University mailing list.

## 2.16     ACADEMIC FREEDOM
(Revision approved by the President of the University 2/19/10)

Marywood University affirms its commitment to academic freedom.  In so doing, it reaffirms its commitment to the tradition of higher learning that is the heritage of both the Roman Catholic Church and the nation.  It is a tradition grounded on respect for truth, social responsibility and individual rights. It is a tradition that posits freedom of inquiry, open discussion and unrestricted exchange of ideas as essential to the pursuit of knowledge.

Marywood University upholds academic freedom as a fundamental condition for research and dissemination of information.  The University is a center of discourse where inquiry is encouraged and discoveries are verified and refined by the interaction of scholar with scholar. Marywood University respects the right and responsibility of its faculty and students to conduct research, to publish their findings, and to discuss ideas according to the principles, sources and methods of their academic disciplines.  These principles, sources and methods, as they develop over time, are not external to their respective disciplines.  The University sanctions and encourages investigation of unexplored phenomena, advancement of knowledge, and critical examination of ideas, old and new.  The University accepts the responsibility of protecting both teacher and student from being forced to deny truth that has been discovered or to assert claims that have not been established in the discipline. Teachers are entitled to freedom in the classroom in discussing their subject, but they should be careful not to introduce into their teaching material matter that has no relation to their subject.

**Marywood University Faculty Handbook  2010**

48

Where the faculty is concerned, academic freedom presupposes, first of all, personal integrity in dealing with students, peers and officers of the University.  Second, it presumes scholarly competence, observance of the professional standards of one's discipline, commitment to the stated mission of the University, and openness to having one's ideas and findings subjected to the judgment of one's peers.  Third, faculty members have a responsibility as professional scholars to be accurate and judicious in their public statements, and respectful of the opinions and responsibilities of others.

### 2.17        POLITICAL ACTIVITY

Faculty members are citizens and, like other citizens, should be free to engage in political activities so far as they are able to do so consistently with their obligation as teachers and scholars.  Many kinds of political activity (e.g., holding part-time office in a political party, seeking election to any office under any circumstances that do not require extensive campaigning, or serving by appointment or election in a part-time political office) are consistent with effective service as a member of the faculty.  Other kinds of political activity (e.g., intensive campaigning for elective office, serving in a state legislature, or serving a limited term in a full-time position) may require that the teacher seek a leave of absence from the University.

In recognition of the legitimacy and social importance of political activity by faculty members, the University provides institutional arrangements to permit it, similar to those applicable to other public or private extramural service.  Such arrangements may include the reduction of the faculty member's workload or a leave of absence for the duration of the election campaign or a term of office, accompanied by equitable adjustment of compensation when necessary.

Faculty members seeking leave should recognize that they have a primary obligation to the University and to their growth as educators and scholars; they should be mindful of the problem which a leave of absence can create for the administration, their colleagues, and their students, and they should not abuse the privilege by too frequent or too late application or too extended a leave. If adjustments in their favor are made, such as a reduction of workload, they should expect these to be limited to a reasonable period.

A leave of absence incident to the political activity comes under the institutional normal rules and regulations for leaves of absences.  Such a leave does not affect unfavorably the tenure status of a faculty member except that time spent on such a leave from academic duties does not count as probationary service.

### 2.18        PROFESSIONAL ETHICS

The American Association of University Professors recognizes that membership in the academic profession carries with it special responsibilities.  The *Statement on Professional Ethics* which follows sets forth general standards assumed by members of the profession.

Professors, guided by a deep conviction of the worth and dignity of the advancement of knowledge, recognize the special responsibilities placed upon them. Their primary responsibility to their subject is to seek and to state the truth as they see it.  To this end professors devote their energies to developing and improving their scholarly competence.  They accept the obligation to exercise critical self-discipline and judgment in using, extending, and transmitting knowledge.  They practice intellectual honesty.  Although professors may follow subsidiary interests, these interests must never seriously hamper or compromise their freedom of inquiry.

As teachers, professors encourage the free pursuit of learning in their students.  They hold before them the best scholarly and ethical standards of their discipline.  Professors demonstrate respect for students as individuals and adhere to their proper roles as intellectual guides and counselors.  Professors make every reasonable effort to foster honest academic conduct and to assure that their evaluations of students reflect each student's true merit.  They respect the confidential nature of the relationship between professor and student.  They avoid any exploitation, harassment, or discriminatory treatment of students.  They acknowledge significant academic or scholarly assistance from them.  They protect their academic freedom.

**Marywood University Faculty Handbook  2010**

As colleagues, professors have obligations that derive from common membership in the community of scholars. Professors do not discriminate against or harass colleagues. They respect and defend the free inquiry of associates. In the exchange of criticism and ideas professors show due respect for the opinions of others. Professors acknowledge academic debt and strive to be objective in their professional judgment of colleagues. Professors accept their share of faculty responsibilities for the governance of their institution.

As members of an academic institution, professors seek above all to be effective teachers and scholars. Although professors observe the stated regulations of the institution, provided the regulations do not contravene academic freedom, they maintain their right to criticize and seek revision. Professors give due regard to their paramount responsibilities within their institution in determining the amount and character of work done outside it. When considering the interruption or termination of their service, professors recognize the effect of their decision upon the program of the institution and give due notice of their intentions.

As members of their community, professors have the rights and obligations of other citizens. Professors measure the urgency of these obligations in the light of their responsibilities to their subject, to their students, to their profession, and to their institution. When they speak or act as private persons they avoid creating the impression of speaking or acting for their college or university. As citizens engaged in a profession that depends upon freedom for its health and integrity, professors have a particular obligation to promote conditions of free inquiry and to further public understanding of academic freedom.

**2.19        THE TEACHING RESPONSIBITY**

Within the context of the goals and objectives of Marywood University, the fundamental responsibility of the faculty is to enable students to develop fully as persons and also to develop special competencies for responsible leadership and service in meeting human needs.

In order to do so, the teacher should be able to develop courses within a given area of expertise. The teacher is not only a purveyor of facts, but also a stimulator of insights and interpretations in the inquiring mind. The teacher directs the student in recognizing and using the intellectual heritage from the past and also in actively seeking new knowledge for the improvement of the human condition--individually and in its social dimensions. As a facilitator of the teaching/learning process, the role of the teacher may be fulfilled in the classroom, the laboratory, or other setting of inquiry. More specifically, the teacher will effectively

- communicate;
- plan, organize and execute instruction;
- assess student needs and progress;
- stimulate independent research;
- create interest in subject matter;
- devise appropriate assignments;
- participate in evaluation of teaching.

The individual faculty member is a student leading other students, who engages in continued study and research, progresses towards advanced degrees, and maintains interest and involvement in the activities of professional organizations.

Through the University committee structure and other means, the faculty member is expected to contribute to the general development and improvement of the University and its mission in liberal and professional education. As an extension of that mission, the University recognizes the value of service rendered to schools, to business and industry, to various agencies, or to the public at large in the local, state, national or international community.

**2.20        THE LIBRARIANSHIP RESPONSIBILITY**
(Approved by the President of the University 2004, 2009)

As the primary means through which students and faculty gain access to the storehouse of organized knowledge, the university library performs a unique and indispensable function in the educational process. Librarians perform a teaching and research role inasmuch as they instruct students formally

**Marywood University Faculty Handbook 2010**

50

and informally and advise and assist faculty in the scholarly pursuits. The function of the librarian as participant in the processes of teaching and research is the essential criterion of faculty status.

Realizing its fundamental place in the teaching, learning, and research process, the Marywood University library faculty members foster a welcoming and supportive online and physical presence within the community. The expertise of library faculty and the integration of information resources, instructional services, and technology provide an environment that encourages scholarship by promoting intellectual curiosity and critical thinking. Library faculty members maintain a commitment to the University's effort to help individuals reach their potential, engage in lifelong learning, and emerge as responsible leaders.

Librarianship requires that the practicing librarian be conversant with the goals, standards, and conventions of the library profession, be able to interpret these within the context of the institutional mission, and be able to develop collections and services appropriate within that context. Each librarian must demonstrate competence and evidence of developing excellence in his or her primary area(s) of responsibility and maintain collaborative relationships with faculty and staff. S/he is also expected to engage in continued study and research and maintain interest and involvement in the activities of professional organizations. The ethical basis and values of librarianship are derived from its service orientation. Librarians provide service to its users without regard to the user's affiliation.

Examples of competence in librarianship must benefit either the Marywood community as a whole or a targeted population or subject specialty within the Marywood community. This may involve, but is not limited to any one or combination of the following:

1.  instructing Library users in defining their information needs, in identifying, locating and retrieving relevant information sources, in critically evaluating these sources, in ethically and effectively using the information, and in documenting their research which is accomplished through effective point-of use instruction, i.e. reference desk assistance, course-related instruction; office consultations, electronic assistance, etc.;

2.  promoting information competence as a major theme of outreach and collaborative activities;

3.  partnering with teaching faculty in the creation of active, problem-based learning assignments, assessment of student work, e.g. bibliographies;

4.  retaining the academic curriculum as a major influence upon the nature of services;

5.  selecting, acquiring, organizing and providing access to published information, in all forms, to support teaching, learning, and research;

6.  stimulating and supporting independent research by the University community;

7.  maintaining and improving proficiency in academic subject area(s);

8.  showing leadership and innovation in the planning, development and implementation of library initiatives within the context of University and professional goals and objectives;

9.  contributing to the general development and improvement of the University and its mission through the University committee structure and other means.

Within the context of a librarian's evaluation, librarianship shall be considered that body of work which constitutes the primary role(s) for which s/he was hired. The practice of librarianship may involve cataloging, reference service, collection development, management, etc; for only some librarians will it include classroom teaching. In terms of the usual evaluation criteria, librarianship takes the place of teaching in librarians' evaluations. The above expectations of librarianship effectiveness will be used for promotion and tenure.

**Marywood University Faculty Handbook 2010**

2.21    **FACULTY DEVELOPMENT**

Faculty development is a broad term describing any of the various activities carried out by faculty members for their personal and professional enrichment.  Certain of these activities may be financially supported by Marywood University.

Marywood University's faculty development policies rest on certain principles:

There is a need for ongoing faculty development both on the part of the individual and the institution.  Factors such as low median age of faculty, higher number joining Marywood faculty with doctoral degrees, reduced faculty mobility and turnover, demands for personal and institutional innovation, and the criteria for advancement in academic rank, all make faculty development an imperative.

Ongoing faculty development, so essential to the individual, is likewise enriching to the institution, improving the quality of education the University will offer its students.

The responsibility for faculty development is twofold:

Individual faculty members are ultimately responsible for their continuing professional development.  Insofar as it is to be supported by Marywood University, the goals of individuals should be set in the context of the goals of their departments and the goals of the University.

Marywood University has a responsibility to help provide enabling conditions to its faculty for their ongoing professional development.  This implies a commitment to make funds available and to use the financial resources for faculty development to the greatest benefit of all.

Faculty development needs are as diverse as is the Marywood faculty.  Thus, support for faculty development should be allocated in ways that recognize and respect this diversity.

*Faculty Development Budgeting*

Specifically, faculty development at Marywood is financially supported in three ways:  in the departmental budget, by the faculty development program, and through sabbatical leaves. Ordinarily the departmental budget covers expenses for activities which are short-range and of minimal expense. These may include participation in the meetings of professional organizations, seminars, workshops, and so on.  Funds for activities which relate to immediate departmental needs may be covered in part or in whole by the departmental budget.  Actual budgeting of these expenses is the responsibility of the chairperson in collaboration with the departmental faculty.

The faculty development budget covers activities that contribute to the goals in an individual's approved growth plan.

The budget for sabbatical leaves covers sabbatical salaries and other related costs. Granting of sabbatical leaves is the responsibility of the President of the University.

The Faculty Development Committee's distribution of money to the faculty is related to the two other forms of monetary support for faculty development, namely, financial support for sabbaticals, and departmental budgets.  The amount of funds available for distribution by the Faculty Development Committee is a) recommended annually by the committee in collaboration with the Provost and  Vice President for Academic Affairs, and b) approved/adjusted by the Board of Trustees. Although separate from departmental budgetary allotments, the Faculty Development Committee's budget supplements departmental budgets.

**Marywood University Faculty Handbook  2010**

52

Faculty members who receive funding for summer study and who do not return to Marywood during the subsequent academic year are liable for repayment of the funds.

*Procedures for Acquiring Faculty Development Committee Funds*

The distribution of allotted funds to individual faculty members is based upon Profiles, Plans, and Proposals of individual faculty members within budgetary limits.

If the request for funds is from an individual faculty member, three steps are required:  1) Profile, 2) Plan, and 3) Proposal.  For a detailed discussion of this procedure, see "Faculty Development: Instructions for Faculty."

Requests for Faculty Development Committee funds may also be from groups.  If the request is from a group, e.g., a request from a committee or departmental faculty, the Faculty Development Committee allots funds on the basis of the proposal itself.

**2.22**     **SABBATICAL LEAVE FOR FACULTY MEMBER**
(Revision approved by the President of the University 4/22/10)

Sabbaticals are intended to be a means of faculty development, mutually beneficial to the individual faculty member, to the department of which the applicant is a member, and to the advancement of the University's goals and objectives.  The sabbatical leave allows released time from regular duties for faculty members to be able to engage in research, study, scholarly writing, professionally related travel or other forms of professional development that will contribute to their growth as teachers and scholars.

*Eligibility*
Sabbatical leave is available to faculty members who have served a minimum of six consecutive years as full-time faculty members at Marywood University.  Faculty members are eligible for subsequent sabbatical leaves following an additional six years of consecutive service. The number of sabbaticals granted will be dependent on the needs of the departments and colleges of the University and finances at the time.

*Criteria*
Prime consideration in selecting a candidate will be given to the quality of the proposal presented and its expected benefits not only to the candidate's relevant professional development, but also to the goals and development of the University, the college and the department. Other considerations will include the timeliness of the proposal, the length of service of the applicant, the priority due first sabbaticals, and the denial of a previous request because of limited funds.

*Compensation*
While on sabbatical, the faculty member may receive full salary for one-half year or half salary for a full year.  Benefits are continued in proportion to salary during the sabbatical.   If the individual is serving as a visiting professor and is entitled to benefits at another institution, s/he would not receive benefits from Marywood.

There is an obligation to return to the University for at least one year following the leave.  If the faculty member does not return, s/he is liable for repayment of the salary and benefits paid during the sabbatical.

Time spent on sabbatical will be counted toward promotion and merit compensation, if applicable.

**Procedures**

The application for a sabbatical is obtained from the Marywood University website.  An eligible faculty member who wishes to apply for sabbatical leave must make application to the *Faculty*

**Marywood University Faculty Handbook  2010**

*Development Committee* by October 15 of the academic year preceding the sabbatical, after discussing the proposal with the head of the department or the administrator of the school and the appropriate academic dean.

The applicant will attach to the proposal a letter from the head of the department, or the academic dean as the case may be, containing an evaluation of the plan.  The letter should also indicate to what extent the leave will affect the work of the department and what realignments will be necessary.

The *Faculty Development Committee* will make its recommendation to the Provost and Vice President for Academic Affairs by December 1.  Sabbaticals are granted by the President of the University.

A faculty member who takes a sabbatical leave is required to file a report of his or her activity with the *Faculty Development Committee*, the department head, the appropriate dean, the Provost and Vice President for Academic Affairs, and the Vice President for Business Affairs within three months of the end of the sabbatical leave.

### 2.23    PROFESSIONAL LEAVE OF ABSENCE
(Revision approved by the President of the University 4/22/10)

A faculty member who is not eligible for sabbatical, but who wishes to spend a range of time to support scholarship, creative activity, teaching or service that is of measurable benefit to the institution, may request a leave of absence. The request must be submitted well in advance of contract time, in any event at least one full semester prior to taking the leave. The duration of the leave may be variable and must be supported by the department chair and dean and approved by the Provost and Vice President for Academic Affairs.

While not paid a salary during the leave, the individual would still be covered by the University's hospitalization, life insurance, disability insurance, and tuition benefits.  If the individual is serving during the leave in a capacity in which s/he is entitled to benefits or pay at another institution, s/he would not receive benefits from Marywood.  S/he could continue retirement premiums at his or her own expense if desired.  S/he would be considered a member of the faculty in absence and the year(s) may be counted as a year(s) in-service for calculation of tenure, advancement in rank, and benefits. If s/he does not return to the University at the end of the leave, s/he is liable to the University for the cost of any benefits paid during the leave of absence.

### 2.24    MEETINGS AND MEMBERSHIPS

The University encourages attendance at meetings of learned societies in the belief that members of the faculty and the University both derive benefits from such attendance. The following policies have been adopted with reference to attendance.

*Approval of Meetings*
In drawing up the annual estimated budget for a department, the head of the department together with the faculty should decide upon the meetings that members should attend during the next fiscal year and estimate the travel expenses involved.  If approved by the Provost and Vice President for Academic Affairs, the expenses will be submitted as items in the proposed budget to the Financial Affairs Committee of the Board of Trustees.

*Disposition of Classes and Other Duties*
The academic program is not to suffer because of the absence of the members of the faculty at meetings of learned societies.  Before leaving for meetings, members are to arrange with the Chairperson of the Department for satisfactory substitutes for classes and other duties during absence. Chairpersons of departments are to report arrangements to the appropriate academic dean.

**Marywood University Faculty Handbook  2010**

**54**

*Reimbursement for Expenses*
All reasonable expenses for attendance at professional meetings will be reimbursed by the Cashier's Office when the proper authorized requisition is presented together with the appropriate *Travel Expense Report.*

Funds for this purpose are necessarily limited; hence, the most economical mode of travel should be used. Hotel accommodations should be adequate, but not luxurious. Costs of alcoholic beverages are not reimbursable. Receipts are required for hotel, air, rail, and bus tickets, restaurant bills, parking tolls and registration at meetings. Hotel and meal costs are reimbursable for the individual only.

The University's travel policy applies also to travel covered by grants or other sponsored programs.

When faculty members use their personal cars, they may be reimbursed for mileage according to the *Mileage Reimbursement* policy of the University.

Ordinarily, faculty members expend personal funds and are reimbursed upon return. However, when necessary, one may receive an advance toward travel expense. In the latter case, it is absolutely necessary that settlement of the account be made immediately upon return.

*Reports on Meetings*
On return to the University, faculty members should submit a brief report on the sessions attended and the highlights of key discussions to the faculty members of the department at the next departmental meeting. A joint report will suffice when the professional meeting is attended by more than one person. These reports should be reflected in the departmental minutes.

*Memberships*
The cost of individual memberships in professional organizations is the responsibility of the individual faculty member.

2.25    **TUITION LOANS**

Tuition loans may be made to full-time faculty members for the pursuit of an advanced degree at another educational institution. If interested in such a loan, the individual should obtain a statement from the Provost and Vice President for Academic Affairs that such a loan is approved. The statement is then presented to the Vice President for Business Affairs to be processed. Such loans are interest free. Loans are for tuition only, and are made payable directly to the educational institution.

Outstanding loans on behalf of any faculty member may not exceed $2,500 at any one time. Repayment of the loan begins immediately and may not extend beyond eighteen months. Repayment is made through payroll deduction.

In the event of termination of contract, the University reserves the right to deduct the balance due from the final payroll check.

*Procedure*
The faculty member obtains a statement from the Provost and Vice President for Academic Affairs that the tuition loan is approved. The statement is then presented to the Vice President for Business Affairs to be processed.

2.26    **WORKLOAD - CORE RESPONSIBILITIES**

Normally, teaching assignments are made by the department chairperson or in the case of the School of Social Work by the Director.

**Marywood University Faculty Handbook 2010**

A full-time faculty member is obligated to teach during the contract period:

   a. eighteen credits of graduate courses;
      or
   b. twenty-one credits consisting of nine credits of graduate courses
      and twelve credits of undergraduate courses;
      or
   c. twenty-four credits consisting of three to six credits of graduate courses
      and the remainder of undergraduate credits.
      or
   d. twenty-four credits of undergraduate courses.

In addition, faculty members are obligated to carry out scholarly and service responsibilities expected of full-time faculty members as delineated in the Evaluation of Faculty Members policy.

A faculty member who wishes a contract in category b above must request this option in writing from the Provost and Vice President for Academic Affairs. The agreement, in writing, will include a delineation of how the faculty member will fulfill service responsibilities at both the graduate and undergraduate levels.

Administrative reductions in teaching load are granted at the time of appointment. They are reviewed at the time of re-appointment.

If a faculty member does not fulfill the contracted obligation to teach the required credit hours during a given semester, s/he must complete this obligation by teaching during the subsequent semester or during the summer sessions.

One credit hour ordinarily equals one clock hour. However, departments have determined fair equivalents in workload for those faculty members whose activities do not fit the conventional classroom lecture or discussion pattern; for example, those who supervise laboratories or studios, teach private music lessons, or supervise student teaching or student clinical practicum.

Faculty members are expected to spend at least five hours a week in their offices to be available for students and other advisees. These hours are to be posted on the bulletin board nearest the office area and the department head notified of the hours so assigned. The office hours of department heads are to be sent to the appropriate deans. Chairpersons and other faculty members with reductions for administrative purposes must schedule additional hours to cover those responsibilities.

Faculty members are expected to engage in academic advisement either by formal assignments or as a necessary supplement to classroom contracts. Therefore, they must know requirements as stated in the catalogs before directing students.

Teaching is regarded as incomplete if it is limited to classroom and/or lecture hall.

**2.27**     **CONSULTING**
(Revision approved by the President of the University 3/30/90, 12/15/95)

Consulting is the formal application of professional and scholarly expertise usually in the external community; it is not necessarily limited to income-generating activities. However, in a diverse and comprehensive institution it may be feasible for a faculty member to consult within the University in a unit other than the one of his/her primary contract.

Consulting can be a means of developing professional growth and as such can be a benefit both to the individual and to the University. For this reason, Marywood encourages personnel to consult within their field of expertise to the extent that these activities further the status of one's profession and contribute to professional competence.

56

Such activities, however, should not interfere with their ordinary faculty responsibilities, utilize departmental resources, including supplies and clerical services, or raise questions about ethical, legal, financial, or other conflicts of interest.  A faculty member may contract to act as a consultant for one day a week.

Any members of the faculty, administration, and professional staff who wish to do consulting must obtain prior approval and must discuss their plans annually with the appropriate academic dean or administrative supervisor, subject to the approval of the President of the University.  A report of the past year's activities should be submitted annually.  For members of the faculty, these activities may be included in the *Faculty Activity Report*.

**2.28      ADDITIONAL CONTRACTED WORK POLICY FOR FACULTY**
(Revision approved by the President of the University 12/15/95)

*Overload Teaching*
In exceptional cases, and in order to meet emergency situations, the administration may ask a full-time faculty member to teach a course or courses in excess of the normal schedule.  In such cases extra remuneration will be given according to the prevailing salary schedule for part-time faculty.  A full-time faculty member may contract for a maximum of three credits of teaching as overload per semester.  Exceptions must be approved by the appropriate dean.

*Contracting in Other Units*
The University conducts four colleges and many grant/contract projects.  Therefore, faculty members may have the opportunity to teach, do research, or other work in a unit other than the one in which they were originally hired.  When an invitation is received to work in another department, a faculty member must receive the approval of his or her department head and academic dean before agreeing to the additional work.

*Teaching Summer School Courses*
Faculty members who are available for summer school teaching should inform the appropriate department head or academic dean.

Faculty on nine-month contracts will be reimbursed according to the prevailing salary scale for part-time/overload teaching.

**2.29      ACADEMIC MEETINGS AND FUNCTIONS**
Faculty members are required to be present at the following academic functions of the University:
- commencement exercises
- general faculty meetings
- college faculty meetings
- departmental faculty meetings
- departmental faculty-student meetings
- honor convocations

In addition, faculty members are encouraged to respond to invitations extended by the University for such occasions as the Christmas party, concerts, lectures, and functions sponsored by the various colleges and departments.

**2.30      FACULTY OFFICES**
To the extent possible, each faculty member is provided with a private office for study, consultation, and student counseling.  A schedule of office hours must be posted.

When changing offices, only personal effects are to be moved.  University furnishings are not to be transported.  Requests for additional or new furnishings should be directed to the Academic Affairs Office.  When vacating a particular office, keys to doors, desk, and files are to be returned to the Academic Affairs Office.

**Marywood University Faculty Handbook  2010**

**2.31**     **FACULTY SECRETARIAL STAFF**

Department heads and faculty members are provided with secretarial and reception services by secretarial staff. Faculty members who have questions about secretarial staff should contact the Provost and Vice President for Academic Affairs through whom assignments are made.

**2.32**     **STUDENT ASSISTANTS**

Student assistants are employed in various departments under the University Work Study Program, which is sponsored by the Federal Government and supported by the University. It is the responsibility of the head of the department in which a student is employed to supervise the student, authorize the weekly time sheets, and complete periodic evaluations of job performance. Job assignments are made through Human Resources and any problems or unsatisfactory work should be reported to that office.

**2.33**     **VACATIONS AND HOLIDAYS FOR FACULTY**
(Revised 1999, 2008)

Full-time faculty members whose letters of agreement are for nine months are expected to be available throughout the term of the agreement. Christmas week, semester breaks, and holidays scheduled by the University are exceptions.

Full-time faculty members whose letters of agreement are for twelve months receive Christmas week, semester breaks, holidays scheduled by the University, and four weeks' annual vacation that must be scheduled with the prior approval of the department head. Full-time faculty members who serve as department chairs or program directors must seek prior approval of the appropriate college dean.

**2.34**     **SHORT-TERM DISABILTIY OF FACULTY MEMBER**
(Revision approved by the President of the University 4/7/00)

After one complete year of service, a full-time faculty member who becomes disabled and is unable to work due to a non-occupational illness or accident will receive disability payments upon presentation of a health care provider's statement verifying disability. Payment will be made for 130 work days as follows:

first 40 work days - 100% of salary
next 40 work days  -  75% of salary
next 50 work days  -  60% of salary

If disability is expected to extend beyond 180 days, i.e., 130 work days, the faculty member should apply for benefits under the *Long-term Disability Insurance* plan. Such application should be made as soon as possible, but at least 90 days prior to the date the expected benefits are payable.

*Continuous Illness.* A faculty member who is back to work for 30 calendar days or less and becomes disabled from the same illness will be considered to have one continuous illness. The 180-day period will begin on the first day the faculty member is unable to work because of the illness. Payment will be made for 130 work days as described above.

*Relapse.* A faculty member who is back to work for more than 30 calendar days and becomes disabled from the same illness will be considered to have a relapse. The 180-day period will begin on the first day the faculty member is unable to work because of the recurring illness. Payment will be made for the new 130 work days as described above, regardless of how many days the faculty member used in prior episodes.

*New Illness.* A faculty member who has returned to work for any length of time and becomes disabled from an illness unrelated to previous periods of disability will be considered to have a new illness. The 180-day period will begin on the first day the faculty member is unable to work because of the

**Marywood University Faculty Handbook  2010**

new illness.  Payment will be made for the new 130 work days as described above, regardless of how many days the faculty member used for prior disabilities.

*Definition.*  Work days, for purposes of this policy, are Monday through Friday, excepting official University holidays.

**2.35**     **INTERRUPTION OF FACUTY SERVICE**

A faculty member who has completed three consecutive years of service at the University may request time off to handle a pressing personal situation.  This request should be for a specified period of time, not longer than one year, and should be made to the President of the University.  In granting this leave, which is called an *Interruption of Service*, the needs of the department, College and University will be considered.

This *Interruption of Service* is not counted toward tenure or advancement in rank, but the individual retains credit for years of full-time service prior to the interruption.  During the time of such leave, salary is not paid.  Benefits, including hospitalization, dental, life insurance, accidental death and dismemberment insurance, total disability insurance and retirement are continued at the same level and cost to the employee as before the leave.

**2.36**     **FAMILY AND MEDICAL LEAVE**
              (Approved 1993, 1998, 2006, 2009)

In accordance with the Family and Medical Leave Act of 1993 (FMLA), P.L. 103-3 and with the Amendments to the FMLA by the National Defense Authorization Act for FY 2008 (NDAA), Public Law 110-181, Marywood University permits employees with at least 12 months of service and with at least 1250 hours of service in the last twelve months preceding the leave to take up to twelve weeks of unpaid leave per twelve-month period.

*Basic Leave Entitlement*

- for incapacity due to pregnancy, prenatal medical care or child birth;
- to care for the employee's child after birth, or placement for adoption or foster care;
- to care for the employee's spouse, son or daughter, or parent, who has a serious health condition; or
- for a serious health condition that makes the employee unable to perform his or her job.

*Military Family Leave Entitlements*

Eligible employees with a spouse, son, daughter, or parent on active duty or call to active duty status in the National Guard or Reserves in support of a contingency operation, or with a spouse, son, daughter, or parent in the regular Armed Forces deployed to a foreign country, may use their 12-week leave entitlement to address certain qualifying exigencies.  Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered service member during a single 12-month period.  A covered service member is a current member of the Armed Forces, including a member of the National Guard or Reserves, who has a serious injury or illness incurred in the line of duty on active duty that may render the service member medically unfit to perform his or her duties for which the service member is undergoing medical treatment, recuperation, or therapy; or is in outpatient status; or is on the temporary disability retired list.  Employees may also use this special leave entitlement to care for a covered service member's serious injury or illness incurred because service on active duty aggravated an existing or preexisting injuries.  FMLA also includes care for veterans undergoing treatment,

**Marywood University Faculty Handbook  2010**

recuperation or therapy for any injury, as long as the veteran was a member of the Armed Forces, National Guard or Reserves within five years of requiring care.

Family and Medical Leave will run concurrently with any other applicable insurance, benefits, or leaves, including but not limited to short-term disability, workers' compensation, leave of absence, and interruption of service. Salary and benefits due under such insurance, benefits, or leaves are paid before the employee goes on unpaid status. The twelve-week job protection clause of the FMLA will be invoked beginning with the start of any such applicable absence. If an employee is still out of work because of his or her own serious health condition after the twelve-week FMLA has been exhausted, the employee will continue coverage under short-term disability or workers' compensation, as applicable, for up to six months. However, there is no guarantee that the employee's position will be held longer than the twelve weeks provided under FMLA.

An employee's right to a leave for the birth or adoption of a child ends twelve months after the child's birth or placement with the employee.

Spouses who are both employed by Marywood University are entitled to an aggregate total of twelve weeks leave during any twelve-month period for a birth, adoption, or foster care, or in order to care for a covered relation with a serious health condition. Each spouse is entitled to twelve weeks leave for his or her own serious health condition (or twenty-six weeks if leave to care for a covered servicemember with a serious injury or illness is also used).

An intermittent or reduced schedule leave is permitted only when medically necessary due to the serious health condition of the employee or a covered family member. Leave due to qualifying exigencies may also be taken on an intermittent basis. If an intermittent leave is requested, the medical certification should also state the expected dates and duration of the treatment. Employees on intermittent or reduced leave will be paid only for the time actually worked. Available paid time off may be used to supplement reduced pay up to the employee's regular weekly earnings. Employees must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the University's operations.

Employees are required to give thirty days notice on foreseeable leaves. When 30 days notice is not possible, the employee must provide notice as soon as practicable and generally must comply with the University's normal call-in procedures.

While the leave is unpaid, employees may elect to use accumulated and unused vacation and/or personal days during this time.

During the leave, employees who are covered under one of the Marywood University health insurance plans will have that coverage continued at the same level and cost to the employee as before the leave.

If the employee returns from leave within the time constraints specified above, the employee will be reinstated to the same position or to an equivalent position. The employee will retain credit for years of service prior to the leave and use of FMLA will not result in the loss of any employment benefit that accrued prior to the start of a leave. For faculty members, the leave is not counted toward tenure or advancement in rank.

**Definitions**

Child is defined as a biological, adopted, foster, stepchild, legal ward, or person who is under 18 years of age or who is 18 years of age or older and incapable of self-care because of a mental or physical disability, for whom the employee acts in the capacity of a parent.

Parent is defined as biological as well as a person that acted in the capacity of a parent towards the employee. Siblings and in-laws are not covered by the Act.

A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care

**Marywood University Faculty Handbook  2010**

60

provider for a condition that either prevents the employee from performing the functions of the his or her job, or prevents the qualified family member from participating in school or other daily activities.

Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than three consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

**Procedures**
Employees must provide sufficient information for the University to reasonably determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the employee is unable to perform job functions, the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. Employees also must inform the University if the requested leave is for a reason for which FMLA leave was previously taken or certified. Employees also may be required to provide a certification and periodic recertification supporting the need for leave.

The University will inform employees requesting leave whether they are eligible under FMLA. If they are, the notice will specify any additional information required as well as the employees' rights and responsibilities. If they are not eligible, the University will provide a reason for ineligibility.

The University will inform employees if leave will be designated as FMLA-protected and the amount of leave counted against the employee's leave entitlement. If the University determines that the leave is not FMLA-protected, the University will notify the employee.

FMLA makes it unlawful for an employer to interfere with, restrain, or deny the exercise of any right provided under FMLA; or to discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA. An employee may file a complaint with the US Department of Labor or may initiate legal action.

FMLA does not affect any Federal or State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

2.37   **FLEXIBLE BENEFITS**
(Approved 1993, 2006)

*Flexible Benefits Plan*
Marywood University provides a Flexible Benefits Plan for full-time employees that offers choices on health insurance, long-term disability insurance, group term life insurance, accidental death and dismemberment insurance, and dental insurance. Employees make elections on an annual basis. Flex credits are given to individuals who choose less costly options or opt out of coverage. Flex credits may be used to purchase different benefits and/or may be converted to taxable income. Section 125 of the Internal Revenue Code provides employers the opportunity to offer employees cash in lieu of benefits.

*Flexible Spending Accounts*
Under Section 125 of the Internal Revenue Code, employees may elect a pre-tax salary reduction to cover qualified dependent care expenses and qualified medical costs not reimbursed under the employees' benefit plan. All full-time employees are eligible to participate in the Flexible Spending Accounts.

*Procedures:* Election forms must be completed on an annual basis.

**Marywood University Faculty Handbook 2010**

**2.38**       **HEALTH PLANS**
(Approved by the President of the University 2003, revised 2005)

The University provides several different health insurance options for full-time employees under the flexible benefits plan.  Several options are available.

Full-time employees are eligible for health insurance coverage on the first of the month following the first day of work.  The University and the employee share the cost for the premiums.

Employees may waive health insurance coverage in writing and receive flex credits in lieu of coverage.

Priests and Sisters serving at the University are usually covered under diocesan or congregational plans.

*Procedures:*  Brochures are available at the Human Resources Department.

**2.39**       **HEALTH INSURANCE CONTINUATION COVERAGE**
(Approved prior to 1989, 2006)

In certain instances where health insurance coverage may be terminated, Marywood University offers employees and their families the opportunity for a temporary extension of health coverage at group rates under the Consolidated Omnibus Budget Reconciliation Act (COBRA).

The faculty member and his or her family have many rights and obligations under the COBRA law. For example, the faculty member and/or a family member has the responsibility to inform the Assistant Vice President for Human Resources of the "qualifying event" in order to obtain coverage.

*Procedure:*  Detailed information on COBRA rights and benefits is available from Human Resources.

**2.40**       **LONG-TERM DISABILITY INSURANCE**
(Revision approved by the President of the University 2000, 2006, 11/14/08)

The University provides several different long-term disability insurance options for full-time employees under the flexible benefits plan.  The options vary by salary levels and monthly maximum benefit.  All of the options provide the following benefits:

- a monthly income equal to a percent of the employee's monthly base wage less benefits from other sources;
- a contribution to the employee's retirement account that equals the total percent of base wage contributed by the University and employee under the basic retirement plan;
- a continuation of group term life insurance.

Full-time employees are eligible for long-term disability insurance on the first of the month following 60 days of service.  The University pays the full premium for the option that provides 60% of the monthly wage base less benefits due from other sources, such as Social Security (up to a monthly benefit maximum of $5,000).

Long-term disability benefits begin the day after a 180-day waiting period.  Accumulated sick days may be used during the waiting period, but the sick day benefit is no longer applicable after the 180-day waiting period.  During this waiting period, life insurance and disability insurance benefits continue.  Medical insurance is continued for six months after the onset of the disability.

Upon completion of the waiting period and the commencement of disability benefits, the person ceases to be an active employee of the institution and is responsible for the payment of all benefits continued.

**Marywood University Faculty Handbook  2010**

62

In recognition of their years of service, those on disability are provided tickets to attend University-sponsored activities, are entitled to library privileges, and are entitled to 100% tuition reduction. Those with more than ten years of service receive lifetime membership in the Recreation Association.

*Definitions*
An employee is disabled when s/he is limited from performing the material and substantial duties of his or her regular occupation due to his or her sickness or injury. After 24 months of disability, the definition changes. An employee is then disabled when s/he is unable to perform the duties of any gainful occupation for which s/he is reasonably fitted by education, training, or experience.

*Procedures:* Brochures describing this benefit are available in Human Resources. Faculty members receive separate brochures upon eligibility.

2.41    **GROUP TERM LIFE INSURANCE**
(Approved prior to 1989, 2000, 2006)

The University provides several different life insurance options for full time employees under the flexible benefits plan. The options vary by benefit level.

Full-time employees are eligible for life insurance on the first of the month following sixty days of service. The University pays the full premium for the option that provides coverage equal to the base salary.

An employee who resigns or retires may convert the group insurance to an individual policy within thirty-one days following termination of insurance.

Spouse and dependent insurance is also available. Several options are provided subject to Pennsylvania law. The employee pays the full premium.

*Procedures*
Brochures regarding this benefit are available in the Human Resources Department. Employees receive separate brochures upon eligibility.

2.42    **ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE**
(Approved prior to 1993, 2000, 2006)

The University provides several different accidental death and dismemberment insurance options for full-time employees under the flexible benefits plan. The options vary by benefit levels.

Full-time employees are eligible for accidental death and dismemberment insurance on the first of the month following sixty days of service. The University pays the full premium for the option that provides coverage equal to base salary.

*Procedures:* Brochures describing this benefit are available in Human Resources. Employees receive separate brochures upon eligibility.

2.43    **DENTAL INSURANCE**
(Approved prior to 1998, 2006)

The University provides several different options for full-time employees. The University pays the full premium for the option that provides a 50% benefit for the individual employee. Employees may purchase dental insurance for spouse and dependent children.

**Procedures**
Premiums for spouse and dependent children are made through payroll deduction on a pre-tax basis. Brochures describing the benefit are available at the Human Resources Department.

**Marywood University Faculty Handbook  2010**

**2.44**     **VOLUNTARY SHORT-TERM DISABILITY INSURANCE**
(Approved 1998, 2006)

The University provides optional short-term disability insurance.  Employees may purchase this insurance to supplement the Short-term Disability leave.  Those who elect this coverage design a benefit to suit their individual needs and budget.

**2.45**     **EMPLOYEE ASSISTANCE PROGRAM**

Marywood University provides an Employee Assistance Program (EAP) for full-time faculty members, which includes crisis intervention, telephone assessment and counseling, referral services and follow-up care.  Faculty members may call a confidential 800 number 24 hours a day, 7 days a week, for help with personal problems, including drug and alcohol, financial, gambling, marital problems, etc.  All calls are handled by licensed and/or certified professionals.  The University pays the full cost of this benefit.  Information is available in Human Resources.

**2.46**     **VOLUNTARY INSURANCE**

Marywood University offers full-time employees options to purchase additional insurances through payroll deduction.  Information on these benefit plans is available in Human Resources.

**2.47**     **RETIREMENT PLAN**
(Restated to align with current practice 2009)

Full-time and part-time employees are eligible to participate in the University's retirement plan after completing 90 days of service to the University.

The plan provides income at retirement.  The individual and the University each contribute a percentage of total compensation to the plan.  The employee's contribution is made through payroll deduction.

**Procedures:**  Brochures describing the plan are available at the Human Resources Department.

**2.48**     **SOCIAL SECURITY AND MEDICARE**

Lay employees participate in the Social Security system as provided in *the Federal Insurance Contributions Act* (FICA).  The individual faculty member contributes an amount designated by law through payroll deduction, which is supplemented by the University with an amount designated by law.  Under the Social Security plan, benefits are payable at retirement, disability, or death.

Medicare coverage is available upon retirement or disability.  Contact the local Social Security Administration office for details.

**2.49**     **WORKERS' COMPENSATION**
(Approved prior to 1989, 2006)

Lay employees are covered by Workers' Compensation Insurance. The University pays the full cost of this insurance.  This insurance provides compensation for lost wages and/or medical expenses incurred in the event of occupational injuries and/or diseases.

Employees are required to treat with one of the University's panel of health care providers for the first ninety days of a Worker's Compensation injury or disease.  Payment for wages and/or medical bills may be refused if the employee does not comply.

Claims are reviewed and approved according to the process of State law.  The amount paid to an employee is determined by State law and is in lieu of salary.

**Marywood University Faculty Handbook  2010**

64

Compensation for lost wages due to a job-related disability is paid starting on the eighth calendar day of disability. If an individual is out of work for 14 or more calendar days, s/he will also receive retroactive compensation for the first seven days of disability.

To ensure prompt and efficient handling of Worker's Compensation claims, an accident must be reported immediately to the Human Resources Department.

2.50     **UNEMPLOYMENT COMPENSATION**

Under Pennsylvania law, lay employees are covered by Unemployment Compensation insurance. This provides salary continuation in the event of loss of job. The University pays the entire cost.

2.51     **TUITION REMISSION BENEFIT**
(Revision approved by the President of the University 04/22/10)

The University provides tuition remission, exclusive of fees, to faculty, staff, their spouses and dependent children who meet academic standards for admission and retention. The student must apply annually for other financial aid, excluding loans, by submitting the required documents as noted in the University's Financial Aid Application Procedures. The benefit applies to the portion of Marywood University tuition that is not subsidized from other financial aid sources. Eligibility may not extend to some cooperative programs, and does not extend to study abroad programs.

Regular full-time employees may receive 100% remission of tuition charges for themselves immediately upon employment. Part-time non-faculty employees scheduled to work at least 630 hours per year, and pro-rata faculty members (usually a half time appointment on a nine-month annual schedule) are eligible for 50% remission of tuition for themselves immediately upon employment.

Employees are eligible for tuition remission in undergraduate programs, master's degree programs, and the organized classes of doctoral programs; excluded are doctoral level dissertation credits and doctoral internship courses. Students employed through the Federal Work Study Program or in tutoring programs are not eligible for the benefit.

Spouses and dependent children under age 23 of full-time employees may receive 50% tuition remission upon employment, and 100% after the first year of service. Spouses and dependent children under age 23 of eligible part-time employees may receive 25% tuition remission upon employment, and 50% after the first year of service. Dependent children may use the benefit for undergraduate courses only, up to one degree. Tuition remission will not extend to graduate level courses taken by undergraduate dependent children. Spouses may use the benefit for undergraduate or master level programs.

This tuition remission benefit may be taxable. The student who plans to use it is responsible for contacting the Human Resources department for details.

Employees hired on or before the first day of a semester may use the benefit immediately; employees hired after the first day of a semester may use the benefit for the following semester.

Eligibility for the benefit ceases upon termination of employment unless it is due to disability or death. If termination is due to disability, the former employee is entitled to 100% tuition reduction for him/herself. If termination is due to disability or death, the spouse and dependent children under age 23 will be eligible to use the benefit at the approved percentage level in effect on the employee's termination date.

Any exception to the tuition remission policy must be approved by the President of the University.

**Definitions**

*Employee* is a member of the administration, faculty, or staff of Marywood University.
*Years of service* are calculated from the date of hire.
*Dependent child* is a biological, adopted, foster or step child, or a legal ward.
*Percentage* is the employee's entitlement on the first day of a semester or session for which the tuition remission is applied.

**Procedures**
Address questions about this and other employee benefits to the Human Resources Office where descriptive information is available.

**2.52    NON-CREDIT COURSES**
(Approved by the President of the University 3/12/904)

Non-credit, on-campus courses produced by Marywood University are available to regular full-time employees for a $10 registration fee, provided the course being offered has a sufficient number registered to be self-supporting.

**Procedures:** Guidelines are available at Conferences and Event Marketing Office.

**2.53    PARKING**

Employees are entitled to free parking on a first-come, first-served basis in designated parking lots. Cars are identified by parking stickers that may be obtained in the Nazareth Student Center.

**2.54    BOOKSTORE**

Full-time employees are entitled to a discount of 10% on select merchandise at the Bookstore. For information on personal charges and discounts, contact the Bookstore.

**2.55    RECREATIONAL FACILITIES**

Full-time employees may use the health and recreational facilities without charge. Discounts are available for family members. To take advantage of these facilities, the faculty member must present his or her Marywood University identification card upon entering. Details may be obtained at the Health and Physical Education Center.

**2.56    IDENTIFICATION CARDS**

Identification cards are issued to employees and should be used whenever identification is required. A Marywood University identification card will entitle full-time employees to free admission to University-sponsored events unless otherwise noted. Full-time employees are also entitled to use the University's recreational facilities upon presentation of a valid identification card. Identification cards may be obtained at the Student Activities and Leadership Development Department and must be relinquished upon termination of employment.

**2.57    HEALTH SERVICES**

Student Health Services, located in Loughran Hall, is available for emergency care to all personnel free of charge during posted hours.

**Marywood University Faculty Handbook  2010**

66

**2,58**     **COMPENSATIONS POLICY FOR FACULTY**
(Revision approved by the President of the University 2/24/99, 10/4/02)

**Salary Schedules**

Salary schedules for full-time, pro-rata ranked and per-course faculty as well as overloads indicating minimum and maximum amounts for each rank are available in the office of the Provost and Vice President for Academic Affairs.

Placement within the salary range is determined by such factors as educational preparation, teaching experience, outstanding achievement, and scarcity of personnel in the field.

Salaries for part-time faculty members and overloads are based on a rate per credit hour.

**Payment**

Salaries of full-time and pro-rata ranked faculty members are paid on a twelve-month basis.  Salaries of faculty members employed on a nine-month contract and hired prior to July 1, 1985, will continue to be paid on a twelve-month basis from July 1 to June 30.  Those employed on or after July 1, 1985, will be paid on a twelve-month basis from the beginning of the academic year.

For those faculty members employed on a nine-month contract and hired prior to July 1, 1985, there is on file in Human Resources a signed agreement stating that any salary received prior to the opening of the fall semester in any given fiscal year must be returned in full to Marywood University, should the faculty member terminate his/her employment prior to fulfilling his/her required teaching duties.

Payment of faculty, including overloads, is made bi-weekly.  For full-time and pro-rata faculty, checks are available at the office of the Associate Vice President for Academic Affairs; for per-course faculty, at the Cashier's office.  A direct deposit system is available.

Per-course faculty contracts and overloads must be paid in the semester in which the money is earned.  The University reserves the right to deny payment of any agreement not submitted within one month before the end of the respective semester.  No agreement will be honored unless it has been duly processed by the respective department head.

**2.59**     **ORDER COR MARIAE-PROFIDE ET CULTURA**

Membership in the order Cor Mariae-Pro Fide et Cultura is ordinarily awarded to full-time faculty members and administrators who will have completed twenty cumulative full-time years of service within the current calendar year.  It expresses the esteem and appreciation of the University for the individual's years of faithful service.  A citation and a commemorative medal are presented.  The medal is the University seal imposed on a gold sunburst and is suspended from a green and white ribbon.  It is to be worn atop the hood at University functions where academic attire is prescribed.

**2.60**     **FACULTY GRIEVANCES AND APPEALS**

As an institution of higher education, Marywood University brings together a faculty, administration, and governing board united in a common bond of academic purpose.  Essential to the fulfillment of this purpose is a mutual recognition of institutional integrity and individual human rights, along with a sympathetic understanding of the respective roles of the several entities which constitute this educational organization.

Circumstances may arise at times, however, wherein a faculty member -- full-time, part-time, or pro-rata - may question decisions which affect his/her professional role in the institution.  To assist in the resolution of these matters a series of guidelines for grievances and appeals is herein set forth.  These guidelines were developed by a Marywood University faculty committee, with reference to *AAUP*

**Marywood University Faculty Handbook  2010**

*Policy Documents and Reports,* 1995 edition published by the American Association of University Professors, Washington, DC.

### Faculty Grievance and Appeals Committee

The Faculty Grievance and Appeals Committee consisting of three tenured faculty members is specifically charged with responsibility for resolving matters of grievance and appeal. The Faculty Senate conducts the election of this committee. Faculty currently serving on the Rank and Tenure Committee or the Faculty Development Committee are not eligible for election to this committee. The term of each member extends for three years, with one person replaced each year. An alternate will be identified at each election. Any member of the Grievance and Appeals Committee who has had any prior involvement in a case under consideration must recuse him/herself.

### Types of Issues That Can Be Grieved/Appealed

It is understood that procedural rather than substantive factors provide appropriate areas of review, and the Faculty Grievance/Appeal Committee will not attempt to substitute its judgment for that of the decision-maker(s) involved in the case.

Thus, the Faculty Grievance/Appeal Committee will hear grievances and appeals concerning:

1. Allegations of violation of academic freedom resulting in denial of tenure, promotion, or sabbatical leave; non-reappointment.

2. Allegations of impermissible discrimination (Discrimination on a basis not demonstrably related to the faculty member's professional performance, including but not limited to race, sex, national origin, age, disability, or marital status). (AAUP, p. 28)

3. Allegations of inadequate consideration resulting in denial of tenure, promotion, or sabbatical leave; non-reappointment; or termination of employment due to retrenchment.

4. Allegations of violations of procedures used in rendering decisions in numbers 1 and 2, above as set forth in Chapter 2 of the *Faculty Handbook*.

Procedures regarding dismissal, suspension, and sanctions of either tenured or non-tenured faculty are in the *Progressive Discipline* policy.

Should a faculty member allege cause for grievance/appeal in any matter not identified in the above guidelines, the faculty member may consult the Faculty Grievance and Appeals Committee. In such circumstances, the committee's first decision is whether the complaint is sufficiently serious to merit consideration.

### Persons Against Whom Grievances/Appeal May Be Directed

Fundamentally, a grievance may arise from an allegation of improper implementation of a procedure or process leading to a decision. The person(s) or body who perform(s) that procedure or process is (are) the subject(s) of the grievance. Thus, a faculty member may direct an appeal against the person(s) or body responsible for the decision identified herein.

The decisions or actions of the Faculty Grievance and Appeals Committee or an ad hoc hearing committee may not themselves be grieved.

### Grievance and Appeals Procedure

A faculty member dissatisfied with the implementation of any procedure or process leading to a decision affecting his/her professional status at Marywood is urged to seek a satisfactory settlement by contacting directly the party (parties) involved. If that approach is unsuccessful, the faculty member is urged to contact the immediate supervisor(s) of the concerned party (parties). Such contact should be made within thirty calendar days of notification, promulgation, or implementation of the action.

**Marywood University Faculty Handbook  2010**

68

If attempts at informal settlement of the grievance or appeal should fail, the faculty member has the option of pursuing a grievance procedure. The faculty member may consult the President of the Faculty Senate for assistance in contacting the faculty Grievance and Appeals Committee. If a faculty member chooses to grieve, the faculty member must submit to the faculty Grievance and Appeals Committee a written statement setting forth in detail the nature of the grievance or appeal and identifying the person(s) or body against whom the grievance or appeal is directed, and may propose a settlement of the issue.

The Grievance and Appeals Committee has the right to independent legal counsel at University expense. The University will determine the budgetary limitation.

In considering the grievance or appeal, the faculty Grievance and Appeals Committee will take the following steps:

1.  The Committee notifies the decision maker(s) that a grievance/appeal has been filed.

2.  On the premise that informal settlement is always preferable, the Committee attempts informal resolution of the grievance or appeal by consultation with the parties involved. The Committee may continue to pursue attempts at informal settlement anytime during the process should this seem appropriate or advisable.

3.  If no informal resolution is possible, the Grievance/Appeal Committee requests from the petitioning faculty member written information regarding the issues. The Grievance and Appeals Committee also requests from the decision maker(s) written statements describing the basis for the decision being appealed or grieved, as well as any attempts to settle the matter informally. This information shall be held in confidence by the Grievance and Appeals Committee. At this point in the process, the information gathered is solely for review by the Committee and is not to be shared with either party involved.

4.  At any point, the Grievance and Appeals Committee may request additional information in writing from the petitioning faculty member and from the decision maker(s).

5.  If after completing the above steps, the Committee determines that the grievance or appeal is improper or unsubstantial, or that sufficient time had not yet been allowed for its normal resolution, or that there is no evidence of improper action on the part of the decision maker(s) which would constitute a legitimate appeal, the Committee will communicate this determination to the faculty member and the decision maker(s).

6.  If the Grievance and Appeals Committee determines that there was inadequate consideration or violation of procedures, the Committee will return the case to the decision-maker for reconsideration.

7.  If the Committee believes that prima facie evidence of violations of academic freedom or impermissible discrimination has been presented by the faculty, the Committee is required to allow the decision maker(s) the opportunity to present additional refuting evidence. (Prima facie evidence is evidence, which if unexplained or uncontradicted, is sufficient to carry the case to the jury and to sustain a verdict ...but which may be contradicted by other evidence. Ballentine's Law Dictionary, 3rd ed. Lawyer's Co-op Publishing Co., 1964.).

8.  If after considering the evidence from the decision maker(s), the committee determines that a prima facie case of violations of academic freedom or impermissible discrimination has been established, and if an informal settlement is not possible or is not appropriate, the Committee will recommend a formal hearing, reporting its findings and rationale in writing to the faculty member, to the decision maker(s), and to other appropriate administrative officer(s) - (Prima facie case is a case supported by sufficient evidence to warrant submission to the jury or trier

**Marywood University Faculty Handbook  2010**

of the fact and the rendition of a verdict or finding in accord therewith. (Ballantine's Law Dictionary, 3rd ed., Lawyer's Co-op Publishing Co., 1964.)

9. The evidence collected will be passed on to the Ad Hoc Hearing Committee.

10. The Grievance and Appeals Committee will make a summary report of its activities at the end of each academic year to the Faculty Senate. No details relevant to the privacy of the participants in any cases will be included in this report.

### Ad Hoc Hearing Committee

If the Faculty Grievance and Appeals Committee recommends a formal hearing, in cases of violation of academic freedom or impermissible discrimination, an Ad Hoc Hearing Committee will be created to conduct a formal investigation and to arrive at a recommendation for resolving the issue.

The Ad Hoc Hearing Committee shall consist of three members selected, by the Faculty Senate Executive Committee, from a standing committee of fifteen tenured faculty members elected for one-year terms by the faculty at large. The Faculty Senate conducts the election for this standing committee.

Each party shall have two challenges without stated cause regarding membership of the Ad Hoc Hearing Committee. No member of the Ad Hoc Hearing Committee shall have had any prior involvement in the case.

If the three-person Ad Hoc Hearing Committee cannot be chosen from the fifteen members of the standing committee, the Executive Committee of the Faculty Senate is empowered to conduct a special election to obtain fifteen additional members with terms of one year.

The Ad Hoc Hearing Committee must select a chairperson.

### Hearing Procedures

1. The Ad Hoc Hearing Committee has the right to legal independent counsel at University expense. The University will determine the budgetary limitations.

2. The petitioner and the person(s) named in the grievance or appeal will have the opportunity to present their cases to the Ad Hoc Hearing Committee.

3. The Ad Hoc Hearing Committee, as part of its review of the case, may conduct pre-hearing meetings with any involved persons, individually or together.

4. The burden of proof is the responsibility of the faculty member and must derive from clear and convincing evidence in the record considered as a whole.

5. Service of notice of the hearing, to the petitioner and to the person(s) named in the appeal, with specific issues in writing, will be made by the Ad Hoc Hearing Committee at least twenty calendar days prior to the hearing.

6. The opportunity to obtain relevant witnesses and appropriate evidence and documentation will be extended to the faculty member. The administration will cooperate with the Ad Hoc Hearing Committee in obtaining witnesses and in providing such documentation and other evidence relevant to the case.

7. A list of witnesses who will appear in person for both parties must be submitted to the Ad Hoc Hearing Committee at least 5 days before the formal hearing. The Ad Hoc committee

**Marywood University Faculty Handbook 2010**

**70**

will immediately inform both parties of the witnesses scheduled to attend the hearing. The committee does not have the power to require a witness to give testimony.

8. These proceedings are intended to be private and collegial in nature. The petitioner and the person(s) named in the proceedings will be permitted to have an advisor of personal choice who may attend but will not participate in the proceedings. Either party may request a break for a conference, if needed, and the Ad Hoc Hearing Committee will determine if it is appropriate.

9. The President of the University or a representative of the President will be present at the hearing.

10. A verbatim audio tape recording of the hearing will be made available to both parties at no cost.

11. Adjournments may be granted by the Ad Hoc Hearing Committee to permit either party to investigate evidence when a valid claim of need is established.

12. Cross-examination of all witnesses is the right of both parties. If witnesses cannot or will not appear, but consent to making written statements, the Ad Hoc Committee may determine that such statements are necessary in the interests of justice and will identify the witnesses, reveal their statements, and, if possible, arrange interrogatories.

13. Strict rules of legal evidence will not be binding upon the Ad Hoc Hearing Committee, and evidence of probative value in defining issues may be admitted.

14. The hearing record will be used exclusively as the basis for findings of fact and for arriving at a decision.

15. Upon reaching a decision on the issue and a recommendation for action, the Ad Hoc Hearing Committee will notify in writing the petitioner, the person(s) named in the grievance or appeal, and the appropriate administrative officer (normally the President of the University.)

16. After receiving the recommendation of the Ad Hoc Hearing Committee, the appropriate administrative office will review the recommendation and notify the Ad Hoc Hearing Committee and petitioner whether the recommendation has been accepted. If the recommendation of the Ad Hoc Hearing Committee is not accepted by the appropriate administrative officer, the administrative officer will review it with the Ad Hoc Hearing Committee.

17. No details relevant to the privacy of the participants in the case will be included in the notice from the Ad Hoc Hearing Committee. Except for simple announcements by the Ad Hoc Hearing Committee giving the time of the hearing and similar matters, public statements and publicity about the case by the participants will be avoided until the proceedings have been completed, including consideration by the President of the University.

18. The Ad Hoc Hearing Committee will make a summary report on its activities at the end of each academic year to the Faculty Senate. No details relevant to the privacy of the participants in any cases will be included in this report.

***Action by the President of the University or the Board of Trustees***

Following the recommendation of the Ad Hoc Hearing Committee, should the petitioner desire further consideration of the issue beyond the immediate administrative channels of the University, the President of the University may be requested within twenty calendar days to review the case.

**Marywood University Faculty Handbook 2010**

This review will be based on the record of the committee hearing, and it may provide opportunity for argument, oral or written or both, by the principals.

The President of the University may, on request of the faculty member, or on the President's own initiative, transmit the record of the case to the Board of Trustees. The Board's review will include the hearing record and may include the presentation of written and/or oral argument by the principals at the hearings.

The Board will either sustain the decision of the Hearing Committee, or will return the case to the Ad Hoc Hearing Committee with specific objections. The case will then be reconsidered by the Hearing Committee, which will review the Board's comments and may receive new evidence. Following the study of the Hearing Committee's review, the Board will then make a final decision.

*Responsibility for Expenses Incurred in Grievance and Appeal*

Expenses incurred by the petitioner are the responsibility of the individual. These include, but are not limited to, the following:

cost of an advisor.
travel expenses for advisor, witnesses, or others engaged by the petitioner.
cost of preparing any documents and copies thereof.

**Marywood University Faculty Handbook  2010**

**72**

Fagal v. Marywood                    June 6, 2016                    DEF3547

# CHAPTER THREE


# ACADEMIC

# POLICIES

# AND

# PRACTICES


Chapter Three  includes information closely related
to the teaching role of a faculty member at
Marywood University.

**3.1      CLASS MEETINGS**
*(Revision approved by the President of the University 2009)*

*The Semester*
A semester is a fifteen-week term, i.e., fourteen weeks of instruction and an examination week.  Exams must be given at the day and time listed on the published examination schedule.

*The Master Schedule*
The Master Schedule reflects the method of recording classroom instruction prescribed by the Pennsylvania Department of Education.

- Classes rostered for 3.0 credits, meeting three times a week, are scheduled for one clock hour, e.g., 8:00 a.m. to 9:00 a.m.  Regulations allow for a ten-minute break at the end of class to enable students to attend class in the next standard meeting time.

- Classes rostered for 3.0 credits, meeting twice a week, are scheduled for 1.5 hours, e.g., 8:30 a.m. to 10:00 a.m.  A fifteen-minute break is allowed at the end of class to enable students to attend class in the next standard meeting time.

- Classes rostered for 3.0 credits, meeting once a week, are scheduled for 3.0 hours, e.g., 6:00 to 9:00 p.m.  Break times are allowed; however, there must be a total of 2.5 hours of instructional time.  For example, if a half hour break is taken at the midpoint of a class, it must meet from 6:00 to 7:30 p.m. and resume after break to meet from 8:00 to 9:00 p.m.

The Master Schedule lists assigned meeting places for courses.  Time and place of class meetings may be changed when there is sufficient reason and when the Registrar and appropriate dean are informed of the change.

*Procedure when a faculty member cannot meet a class*
In an emergency situation, if a faculty member cannot meet a class, both the head of the department and the appropriate academic dean are to be notified.

In a non-emergency situation, e.g., attendance at a professional conference, the faculty member must see that another member of the faculty covers the class and instruction is provided for the group.

*Procedure followed by students when a faculty member is late*
Classes must begin and end on time.  The waiting period for a class when the faculty member is late is ten minutes.  At that time, a roll is to be signed by each member of the class and submitted to the appropriate dean.  The class is then free to leave.  The class content and materials that were to have been covered in that particular period are to be made available to the students.

*Class Attendance*
The University recognizes that the academic learning experience is not limited to the formal classroom setting.  This does not suggest, however, that the classroom effort should diminish in importance.  Other learning experiences extend and enhance, rather than replace, the collective study effort of the group.  All students are expected to attend class regularly.  Each faculty member will establish course attendance and participation requirements in accord with the intent of this policy and the specific educational objectives of each course.  These requirements must be clearly specified and communicated to the students in the course outline.

**3.2      UNDERGRADUATE EXCUSED ABSENCES FOR UNIVERSITY EVENTS**
*(Policy approved 5/08/02, revision approved 11/04/05, effective 7/01/05)*

In order to have a more holistic university experience, undergraduate students may have one hour, technically 50 minutes, of excused absence per credit of each course taken or one entire lab session to participate in important departmental or University sponsored events.  This means students within the

**Marywood University Faculty Handbook  2010**

76

specified guidelines below should have an opportunity to make up missed exams given during their excused absences without penalty. Arrangements should also be made so that students will not be penalized for unannounced quizzes and other in-class assignments given during their excused absences.

Events such as post season competitions may exceed minimum excused absence hours.

It is the student's responsibility to pursue the instructor to make arrangements for all make-up work.

It is the faculty member's prerogative to allow for additional absences for other reasons such as illness, death in family, etc. Unless otherwise clearly specified, the student will be expected to assume that s/he will not be allowed more than the absences protected by this policy. For example, if an instructor has a policy that allows for two unexcused absences, the student cannot assume that she or he will have those absences in addition to the absences excused for departmental or University events. In order to accomplish the goal of this policy successfully -- to protect the right of a student to participate in such events -- there must be student responsibility in guarding remaining class meetings so as to minimize damage to their educational experience, and to minimize inconvenience to the instructor and the rest of the class.

If the student does not have at least a C average at the time of the class immediately prior to the excused absence event, the professor has the prerogative of not excusing the absence.

All involved parties – coaches, faculty members, administrators, and teammates – must completely refrain from pressuring students to miss classes.

*Definitions*
Departmental or University sponsored events – examples include but are not limited to athletic events, attending conference proceedings, presenting papers, activities associated with fulfilling a course requirement such as department organized field trips, postseason competitions and musical tours.

*Procedures*
As early as possible and no later than the class prior to the excused absence for an event, the student will present a form to the professor who will sign it to verify that the student has met the conditions of this policy. Forms are available in the office of the department offering the course.

Students should do everything they can to arrange their schedules to minimize the amount of classes they will have to miss for University events, and all known scheduling conflicts are to be brought to the attention of the instructor at the beginning of the semester. This process will also be verified with a signed form.

3.3   **CANCELLATION OF COURSES**

The University reserves the right to cancel courses if an insufficient number of students is registered.

3.4   **EXAMINATIONS**

The dates for mid-semester and semester examinations are published in the University calendar. The schedule of examinations is prepared by the Registrar. Each faculty member submits copies of final examinations to the department chairpersons.

3.5   **COURSE SYLLABI**
(Reviewed and updated by the Vice President for Academic Affairs, 8/20/07)

Department chairpersons are charged with the responsibility of seeing that all departmental faculty members prepare a course outline for each course. This syllabus should clearly specify all course

**Marywood University Faculty Handbook 2010**

requirements and should include course goals and objectives, required readings and reports, testing dates and procedures, grading plan, and all other course expectations. Copies are to be distributed to students during the first two weeks of the semester. In addition, a copy is to be kept on file in the office of the department chairperson for ten years and made available to the academic dean upon request.

3.6     **ACADEMIC HONESTY**
(Policy approved by the President of the University 1995, 2004, 2/19/10)

The Marywood University community functions best when its members treat one another with honesty, fairness, and trust. The entire community, students and faculty alike, recognize the necessity and accept the responsibility for academic honesty. Students must realize that deception for individual gain is an offense against the entire community. Cheating and plagiarism are behaviors destructive of the learning process and of the ethical standards expected of all students at both the graduate and undergraduate levels.

Students have a responsibility to know and adhere to the University's *Academic Honesty* policy. Violations of this academic honesty statement or the intent of this statement carry consequences. University procedures for investigation of alleged violations of this policy ensure that students are protected from arbitrary or capricious disciplinary action. Initial sanctions for violations of academic honesty ordinarily are determined by the course instructor. The faculty member will employ a range of sanctions, from a minimum of a failing grade for the specific coursework in which the infraction occurred to a maximum of a failing grade for the entire course. If necessary, the chairperson and/or academic dean may become involved in investigating the allegation of academic dishonesty and the determination of sanctions. The faculty member will file a report with the office of the Provost and Vice President for Academic Affairs, with copy to the faculty member's department chairperson and the student's academic dean. An academic dean may also choose at any time to inform the Dean of Students of charges of academic dishonesty for adjudication in the University conduct system. Likewise, a member of the University community may submit a conduct report against a student, group of students, or student organization for alleged violations of the *Academic Honesty* policy to the Dean of Students, who will inform the appropriate academic dean for possible adjudication. The Provost and Vice President for Academic Affairs will maintain a register of established cases of academic dishonesty in order to identify an individual student's pattern of violation. Two established cases of academic dishonesty will result in suspension from the University; three established cases will result in dismissal.

In a case in which the student is involved with violations of both academic and discipline policies from the same incident, the Dean of Students and the cognizant Academic Dean of the college or school in which the student is enrolled will confer regarding sanctions to assess their academic impact and to assure that a consistent message is communicated to the student.

**Definitions**

*Cheating* is defined as but not limited to the following:

1. having unauthorized material and/or electronic devices during an examination without the permission of the instructor;
2. copying from another student or permitting copying by another student in a testing situation;
3. communicating exam questions to another student;
4. completing an assignment for another student, or submitting an assignment done by another student, e.g., exam, paper, laboratory or computer report;
5. collaborating with another student in the production of a paper or report designated as an individual assignment;
6. submitting work purchased from a commercial paper writing service;
7. submitting out-of-class work for an in-class assignment;
8. changing grades or falsifying records;
9. stealing or attempting to steal exams or answer keys, or retaining exams without authorization;

**Marywood University Faculty Handbook 2010**

78

10. submitting an identical assignment to two different classes without the permission of the instructors;
11. falsifying an account of data collection unless instructed to do so by the course instructor;
12. creating the impression, through improper referencing, that the student has read material that was not read;
13. artificially contriving material or data and submitting them as fact;
14. failing to contribute fairly to group work while seeking to share in the credit;
15. collaborating on assignments that were not intended to be collaborative.

*Plagiarism* is defined as the offering as one's own work the words, sentence structure, ideas, existing imagery, or arguments of another person without appropriate attribution by quotation, reference, or footnote. It includes quoting, paraphrasing, or summarizing the works of others without appropriate citation. No claim of ignorance about the nature of plagiarism will excuse a violation.

**Procedures**

The student has a right to appeal sanctions resulting from academic dishonesty. A student who decides to file a formal grievance must submit the request in writing to the departmental Chair or the Dean. This is ordinarily done within thirty working days of the date an alleged incident occurred or a problem began. The necessary form is available from the Academic Dean of the college or school where the alleged problem occurred. The Provost and Vice President for Academic Affairs is the final recourse in the academic appeal process.


3.7     **GRADING SYSTEM**

Faculty members are responsible for evaluating the work of students in their classes and for assigning appropriate grades. Rosters for recording final grades are provided about two weeks before the end of the semester with specific instructions. They are returned in person by the faculty member to the Academic Records Office before the deadline established by the Registrar for each semester.

A student who believes an error has been made in assignment of a grade must initiate contact with the faculty member involved within ninety days following the end of the semester for which the grade was assigned. Failure to act within the ninety day time period disqualifies the student from further consideration of the matter.

A student is responsible for reporting to the Academic Records Office any other error on his or her academic record within thirty days after a grade or academic report is received. The University will not be liable for unreported errors on student records.


3.8     **UNDERGRADUATE LEVEL GRADING SYSTEM**

*Grades that affect the QPA of the student*

| | | |
|---|---|---|
| A | 4.00 | Excellent |
| A- | 3.67 | |
| B+ | 3.33 | Good |
| B | 3.00 | |
| B- | 2.67 | |
| C+ | 2.33 | Average |
| C | 2.00 | |
| C- | 1.67 | Poor, but passing |
| D+ | 1.33 | |
| D | 1.00 | |
| F | 0.00 | Failing |
| F* | 0.00 | Unofficial withdrawal; failure to resolve "I" or "X" grade |

**Marywood University Faculty Handbook  2010**

*Grades that do not affect the QPA of the student*

AD Audit      Student must have registered to audit to receive this grade.
I    Incomplete
W    Withdrew officially
WP   Withdrew officially with passing grade
WF   Withdrew officially with failing grade
X    Temporary delay in reporting final grade
S    Satisfactory
U    Unsatisfactory

The grade "F" is given for failure in course work. F* denotes unofficial withdrawal from a course or failure to resolve an "Incomplete" within one month after the opening of the next semester.

The standing "Incomplete" (I) is given to a student who has done satisfactory work but has not completed the course requirements because of illness or some other emergency situation. An "Incomplete" in a course taken for credit must be completed within one month after the opening of the following semester or the grade becomes an "F*". It is the student's responsibility to make satisfactory arrangements with the teacher for completion of course requirements. If the course instructor fails to register a grade change, the change to the "F*" grade will be made by the Registrar.

The standing "X" indicates that credit for the semester work is withheld because the faculty member may be unable to assign a final grade for some serious reason such as

student was absent from the final examination.;
student was unable to submit final paper or assignment, for reason other than lack of academic effort;
student submitted the final paper, but the faculty member has questions about the paper's authenticity and needs time to investigate the matter.

In rare circumstances, the "X" grade may be assigned by the Registrar when a faculty member is unable to submit grades due to illness; or when a faculty member misses the University deadline for submission of grades, and all efforts to reach the faculty member are unsuccessful.

The student will be given an opportunity to obtain credit by a special examination provided the reason for such an absence is valid. The "X" grade must be resolved within one month after the opening of the following semester or the Registrar with authorization of the Instructor will change the grade "X" to "F*" on the student's record.

Any grade, including "F" and "F*", is retained on the student's record, but is removed from the computation of the Q.P.A., when a student retakes the course and earns a higher grade on the retake. However, a student may retake a course only once.

3.9      **GRADUATE LEVEL GRADING SYSTEM**

*Grades that affect the QPA of the student*

A    4.00
A-   3.67
B+   3.33
B    3.00
B-   2.67
C+   2.33
C    2.00
F    0.00
F*   0.00      Stopped attending class and did not withdraw officially; or failure to resolve "I" grade.

**Marywood University Faculty Handbook 2010**

80

*Grades that do not affect the QPA of the student*

AD Audit    Student must have registered to audit to receive this grade.
I    Incomplete    (Student must have presented a signed application to faculty member.
        This status may be assigned only in case of serious illness or other emergency situation.)
IP    In progress
W    Withdrew officially
WP Withdrew officially with passing grade
WF Withdrew officially with failing grade
X    Temporary delay in reporting the final course grade.
S    Satisfactory    (for professional contributions, seminars, practicums, and workshops)
U    Unsatisfactory    (for professional contributions, seminars, practicums, and workshops)

The average grade expected of graduate students is "B". Grades of "S" and "U" may be given to indicate satisfactory and unsatisfactory performance in institutes, seminar or practicum-type courses. No course in which the grade earned is less than "C" is credited toward the degree.

A student who earns an "F" or "F*" grade in a required course needs to repeat that course; however, a course may be repeated only once.

The definition and procedures governing an Incomplete (I) or "X" are the same as those stated in the grading system for the undergraduate level.

The "IP" grade applies to Professional Contributions (555 - 0 credit) only. An "IP" will regularly be assigned for up to one year.


3.10    **REGISTRAR AND ACADEMIC RECORDS OF STUDENTS**

The Registrar is responsible for the registration of students, the receiving and recording of grades, and for the maintenance and preservation of the official academic records of all students.

Records in the office of the Registrar may be made available to faculty for inspection in accordance with the policy of Marywood University for compliance with the Family Educational Rights and Privacy Act. Copies of the policy are available at the office of the Registrar.

Class rolls are issued to the faculty at the beginning of each semester. At the end of the first quarter, faculty members submit to the Registrar the names of students in undergraduate courses who are doing unsatisfactory work. Students having grades D+, D, or F will be so advised.

At the end of the semester, class sheets are provided on which final grades are entered. These sheets are presented to the Office of Academic Records. A photocopy should be retained by the instructor. The Office of Academic Records keeps these grades in the permanent record file and sends reports to the students.


3.11    **FACULTY AND ACADEMIC RECORDS OF STUDENTS**

Because of the occasional but important need to recheck student performance and attendance, it is strongly recommended that faculty members keep accurate books and retain these records for five years. Sets of other critical examination papers should be retained for at least six months.


3.12    **GRADE APPEALS**
(Approved by the President of the University 3/12/04)

It is presumed that a faculty member assigns grades fairly and in accord with the grade plan included in the course outline distributed to students at the beginning of the course. However, when a student has

**Marywood University Faculty Handbook 2010**

evidence or believes that evidence exists that a final grade was assigned improperly, the University provides an equitable and orderly process for appeal.

*Definitions*
Course outline -- the requirements of a course, including course goals and objectives, required readings and reports, testing dates and procedures, grading plans, and all other course expectations.

Final Grade -- the grade assigned at the end of a course.

*Procedures*
The student requests assurance from the Registrar that no mechanical error was made in recording the grade. Marywood University will not be liable for unreported errors on student records.

The student speaks with the instructor of the course. Oftentimes the issue can be resolved satisfactorily at this level. If the student feels uncomfortable in approaching the instructor, a visit with the department chair, or the appropriate academic dean if the chair is also the instructor, is another avenue to explore before initiating a formal grade appeal.

A student who decides to file a formal grade appeal must submit the request in writing within sixty days of the date the grade is recorded by the Registrar. The necessary form and procedural guidelines are available from the academic dean of the college in which the course was offered.

**3.13    GUIDE TO GRADE APPEALS PROCESS FOR FACULTY AND ADMINISTRATORS**
(Approved by the Vice President for Academic Affairs 4/01/04)

A student who wishes to appeal a grade is advised: (1) to seek assurance from the Registrar that no mechanical error occurred, and (2) to speak with the Instructor of the course. If the student feels uncomfortable approaching the Instructor, s/he may request an appointment with the Department Chair, or the Academic Dean if the Chair is also the Instructor. Oftentimes the issue can be resolved without a formal grade appeal.

If the student decides to file a formal grade appeal, the following procedures are to be followed:

Phase One:  Initial Filing and Conferences

1.   The student obtains guidelines from the Academic Dean of the college in which the course was offered. They will state that Form No.1, Student Information, must be filed with the Instructor, the Department Chair, and the Academic Dean within 60 days from the date of the Registrar's date of record.

2.   The Instructor schedules a conference with the student within 10 days of having received Form No. 1. Within one week of the conference, Form No. 2, Conference with Course Instructor, must be submitted to the Department Chair and to the student, indicating the Instructor's disposition of the appeal. (*Mitigating circumstances may be presented to the Department Chair, or the Academic Dean if the Instructor is also the Chair, which could excuse a face-to-face conference. In that case, the Department Chair, or the Dean as the case may be, shall require the Instructor to submit a written explanation of the grade given to the student within the required time frame.*)

3.   In cases where the Instructor is not the Department Chair, the student may appeal the Instructor's decision within 10 days in writing to the Chair, who will schedule a meeting with the student within one week of having received the written appeal. Within one week of the meeting, the Department Chair must issue Form No. 3, Conference with the Department Chair, to the Instructor and to the student.

**Marywood University Faculty Handbook 2010**

Phase Two:  The College Grade Appeal Committee

Each college constructs a Grade Appeal Committee annually, made up of one full-time or pro rata faculty member from each department in the college.

The student, after receiving the disposition of the case from Phase One, may decide to continue the process by submitting within 10 days to the Academic Dean a request for a review by a grade review committee.

1.  Within two weeks of having received the student's request, the Academic Dean will appoint three faculty members, designating one as Chair, from the college's Grade Appeal Committee, excluding members from the department delivering the course.  The Dean will also appoint two students, exclusive of those in the same class in which the contested grade was assigned and those in the same major as the appealing student.  The Dean will be present at the review as an observer.

2.  The Chair is responsible for
    a.  obtaining prior written, signed and dated consent from the student allowing the committee to review records pertinent to the grade appeal review;
    b.  obtaining assurance of confidentiality from the members of the committee;
    c.  informing the members of the committee about the Family Educational Rights and Privacy Act;
    d.  convening a meeting of the review committee and distributing documentation in a timely fashion to all parties;
    e.  assuring that committee members proceed in a manner that provides both parties due process;
    f.  providing for taping of the review at the request of either party; giving either party a copy of the tape(s) upon request; and giving the Dean the tape(s) to be retained for three years;
    g.  submitting to the Dean within one week of the meeting all records from the review and Form No. 4, Findings of the Grade Appeal Committee, including
        its finding based on majority vote and signed by all members,
        and a minority report, if applicable, as a statement of reservations or as a dissenting opinion.

3.  The finding of the Academic Dean, which will be communicated to the Instructor and to the student, Form No. 5, Findings of the Academic Dean, is the final step of the grade appeal process.  Further appeals of the matter are not available.

4.  Appeals on alleged violations of the process described herein may be made to the Provost and Vice President for Academic Affairs.

3.14    **STUDENT ACADEMIC GRIEVANCE**
        (Approved by the President of the University 4/20/04)

Marywood University recognizes the need to assure students a prompt, impartial and fair hearing of their grievances related to academic matters.  A student who feels that s/he has been treated unfairly or unjustly by instructional staff, chair or dean with regard to an academic matter has a right to grieve according to approved procedures available in deans' offices.  Note: The University's Civil Rights Policy and Grade Appeals policy supersede this Student Academic Grievance policy.

*Definition*
Academic matter – that which could affect academic standing or progress in a particular program.

*Procedures*
The student must approach the instructor, chair, dean, or other institutional officer directly involved with the alleged problem.  Oftentimes the matter can be resolved equitably at this level.  If the student

**Marywood University Faculty Handbook  2010**

feels uncomfortable in approaching the person directly involved with the dispute, s/he has the option of progressing successively up the chain of the organizational structure in which the problem originated.

The final stage of informal resolution of grievances is the academic dean of the college or the appropriate institutional officer.

A student who decides to file a formal grievance must submit the request in writing. This is ordinarily done within thirty working days of the date an alleged incident occurred or a problem began. The necessary form and procedural guidelines are available from the academic dean of the college where the alleged problem occurred.

### 3.15   TUITION EXCHANGE PROGRAMS

Marywood University belongs to CIC Tuition Exchange (CIC-TE) and Tuition Exchange, Inc. (TE).

Detailed guidelines, including eligibility requirements, for tuition exchange scholarships and for lists of the participating schools may be obtained from Human Resources. If you are interested in this program for your dependent son or daughter, contact Human Resources as early as possible because of the application deadline.

The TE and CIC-TE Programs are scholarship programs and not an employment benefit. At times there may be a limited number of scholarships in a given year as explained in the guidelines for the programs.

### 3.16   LIBRARY SERVICES

The library strives to meet the bibliographic needs of the entire university community. The attainment of this goal depends upon faculty members making recommendations for library acquisitions of both print and non-print materials. Faculty members are encouraged to actively participate in the collection development process by submitting requests for relevant materials to the appropriate collection management librarian(s). The library will not be responsible for payment of invoices addressed to individual faculty members for review copies.

Equally important in keeping the library collection up-to-date and relevant is systematic weeding. Faculty members are encouraged to become familiar with the library holdings in their disciplines and to make recommendations relative to discarding materials that are obsolete and outdated.

It is of the utmost importance that faculty members keep in mind the need for library resources when new programs and courses are being initiated. Feasibility studies should routinely include a review of relevant library holdings, as well as projected costs for the acquisition of any necessary materials not currently a part of the library collection.

Faculty members may borrow books on a semester loan. Non-print materials and serials have varying loan periods. Materials charged to faculty are subject to recall if there is a request for the materials. Faculty members will receive a list of materials charged to them at the end of each semester.

Faculty members may use their photo IDs to borrow books directly from area academic libraries, including University of Scranton, King's College, Wilkes University, College Misericordia, Luzerne County Community College, Keystone College, Baptist Bible College, and from the Lackawanna County Library System. They are also eligible for unmediated direct borrowing from over 40 Pennsylvania academic libraries via the library's EZBorrow. A link can be found on the library's web page.

To assure both effective and efficient service to faculty and students, it is essential that faculty members confer with the librarians when planning to introduce new courses, before issuing reading lists, when

**Marywood University Faculty Handbook  2010**

84

making assignments of limited readings for large groups, or whenever extensive library use can be anticipated.

The library faculty will provide orientation or bibliographic instruction in the use of library resources for student groups. These instruction sessions can include a general orientation to the resources including iLink, the library's online catalog and a wide variety of electronic full-text and/or indexing/abstracting databases. They can also be tailored to address specific discipline resources or course related assignments. Contact the Information Literacy Coordinator to schedule these sessions.

Print and media materials are put "on reserve" when faculty members so request. Faculty members are asked to bring the material to the Circulation Desk and fill out reserve forms.

As a supplement to hard copy reserves, items may be scanned and placed on E-reserves. E-reserves can also be linked to articles in one of the full-text file. E-reserves allow students remote access to the item 24 hours a day, 7 days a week. Contact the Public Services Coordinator for details

Photocopiers are available in the library. Copyright Law restrictions must be observed when photocopying materials.

## 3.17    INFORMATION TECHNOLOGY SERVICES

The Office of Information Technology understands the importance of how the appropriate use of technology will enhance the student's learning experience at Marywood University. The Office is organized into four divisions.

**Academic Computing Services** is responsible for coordinating resources in meeting University, college, school, and program information technology demands.

**Applications Systems Services** provides programming support and training for the administrative computing system and ongoing technical support for administrators and staff.

**Network and System Administration Services** concentrates on providing and maintaining the networks throughout campus, including the phone system.

**User Support Services** provides centralized multi-campus support with a universal help desk, as well as technical support and training.

## 3.18    CONDITIONS OF COMPUTER USE
(Approved by the President of the University 1997, 2004, 2009)

Users of Marywood University computing facilities and services are held to high ethical standards. These conditions of use are based on the "spiritual, ethical and religious values and a tradition of service" expressed in the Mission Statement of the University. They underscore responsible, ethical, legal, and secure use of the campus-wide information system, and they derive from standards of common sense and common decency that apply to any shared resource. Responsibility extends to access, use of information, and distribution of data.

Marywood University administrators, faculty members, staff, and students may use the computers in all public computing facilities for research work and classroom assignments. Within the limitations of lab scheduling, students have priority over others for use of the facilities. Anyone who is not a currently enrolled student or employee may use the public facilities only at the discretion of University staff. Marywood University does not assume any liability for data loss. Those who use its computers do so at their own risk. Use of administrative computers is authorized with the permission of the appropriate department head.

Access to the Marywood computer system is not a right, but a privilege. When individuals log on to the University's computer system, they become responsible for adhering to University policy and state

**Marywood University Faculty Handbook  2010**

and federal laws governing individual privacy rights and confidentiality. The following list is not all-inclusive:

1. They respect the privacy of others by not attempting to access their accounts or tampering with their data.

2. They honor the intellectual rights of others by avoiding copyright infringement. This includes all Marywood University-owned computers, i.e., computers purchased with University funds.

3. They respect the policies and procedures of external networks, such as the Internet and systems that can be accessed via the Internet.

4. They do not make or use unauthorized copies of copyrighted or licensed programs or data. They only use authorized copies in full accord with the license agreement and national and international laws.

5. They do not attempt to bypass any security system in order to access privileged information or alter existing interfaces.

6. They do not develop or use programs, transactions, data, or processes that harass other users, infiltrate the system, or damage or alter data or software.

7. They do not develop or use mechanisms to alter University records.

8. They do not load or use personal or existing programs that affect the stability of systems, or use programs in an attempt to hinder or harass others.

9. They do not load software in classroom or computer labs, drop-in facilities, or other University-owned computers.

10. They use only their own User ID and password; rights to individual accounts are not transferable. All members of the University community are responsible for securing their passwords. All passwords are to be treated as confidential University information.

11. They respect the civil rights of others to an open and hospitable environment, regardless of race, sex, color, national or ethnic origin, age, creed, ancestry, religion, disability, or any other legally protected status, and with respect to sexual harassment including e-mailing inappropriate messages.

12. They do not use University owned or operated computers for a personal business.

13. They do not open or download pornographic materials or other materials that violate the Mission Statement of the University.

14. They use resources efficiently, avoiding printing large amounts of unnecessary information or downloading files for long periods of time.

15. They do not damage or alter equipment or software either physically or with a virus. They do not bring food or drink into computer labs, drop-in areas, near computers or computer-related equipment.

16. They abide by an instructor's requirements for computer use, including participation in an on-line course or in a listserv. They honor an instructor's right to allow or disallow use of a computer while the room is in use for instructional purposes. They do not disrupt a class that is being held in a computer lab or other technologically oriented facility, such as broadcast studio or video conferencing room.

**Marywood University Faculty Handbook 2010**

Marywood University reserves the right to monitor and record any action performed while using the computer system. An audit trail is kept by system management software. If it is determined that use is contrary to Marywood policy, the appropriate department may examine the user's actions. If computing staff members suspect that any of these conditions are being violated, staff will initiate an investigation through the appropriate agency on campus. During the investigation, the account in question and all computing services may be suspended.

Privacy is neither a goal nor a condition of the University's computing system. There is not an expectation of privacy with regard to the information stored on University-owned or operated computers or, when applicable, other computers attached to the Marywood University network; and there are no specific laws, rules, or regulations that protect the privacy of a user's files, electronic mail messages, or any other information retrieved as a result of a person's session on the Marywood system.

While Marywood University respects an individual's privacy whenever possible, it does have and will exercise its right to examine a University-owned or operated computer and its contents if there is a reasonable indication that it has been used to download or store illegal materials, such as pornography or illegal software.

Marywood University reserves the right to report suspected criminal offenses to civil authorities. Institutional disciplinary charges may be filed in addition to civil actions.

These conditions of use have been established for the protection of all users but provide neither absolute security nor unqualified privacy.

*Definitions*
System is used in a generic sense to refer to the aggregate of all hardware and software owned or licensed by Marywood University, including the network.

As a general matter, copyright infringement occurs when a copyrighted work is reproduced, distributed, performed, publicly displayed, or made into a derivative work without the permission of the copyright owner.

*Procedures*
Contact the Office of Information Technology with questions about

- computer network support of instructional, research, and service activities;
- computer network support of administrative activities;
- voice and data network design and maintenance, desk-top computer repairs and installations.

3.19    **WEB PAGES**
(Approved by the President of the University 1998, 2004)

Institutional, professional and personal home page publishers are responsible for their own Web pages. This includes responsibility for complying with local, state, and federal laws and University policies, keeping the information up to date, and responding to e-mail contact generated by the page.

*Definitions*
Institutional web pages are those maintained by an official unit of Marywood University, including student organizations.

Professional pages for administrators, faculty members, and staff are those that contain information directly related to one's position at Marywood University. One's professional page may contain a link to one's personal page.

**Marywood University Faculty Handbook 2010**

Personal pages are those maintained by individual administrators, faculty members, staff, or students who, while bound by the policies of the University, are entirely responsible for the content of their pages.

*Procedures*

Administrators, faculty members, staff members, and students apply for web accounts through the Director of Web Development.

Student organizations apply for institutional web accounts through the Director of Student Activities and Leadership Development.

Contact the Director of Web Development with questions regarding web pages.

**3.20     HOME PAGE POLICY**
(Policy approved by the President of the University 2/06/97)

*Goals*

The Marywood University Home Page is an information resource for both external and internal users. The goals of the Home Page include

provide comprehensive information about Marywood and its diverse programs and services;

provide information about events, calendars, activities occurring at the University;

provide prospective students a vehicle for learning about the University and seeking admissions information electronically;

provide opportunities for alumni and others in the Marywood community to maintain contact and linkages to the University;

present information about Marywood in a dynamic and evolving electronic format.

*Policy Statement*

1.   All areas of the University will eventually be represented on the Home Page.
2.   Any material currently approved for publication by the Office of University Relations may be added to the Home Page.
3.   Newly developed materials should be in compliance with the *Editorial Guidelines for the Home Page.*
4.   Coordination of the Home Page will be in the office of the Webmaster.
5.   The Webmaster, in collaboration with Network Services, will be responsible for the technical support of the Home Page.
6.   Individual areas are responsible for maintaining and updating the information on the Home Page through a designated page master. Departments are encouraged to review information on a regular basis.
7.   Security must be maintained for information that is confidential or for internal use only.
8.   To present a unified and consistent image, institutional pages must adhere to *Guidelines for Institutional and Faculty/Staff Professional Web Pages;*
9.   The Home Page development is an ongoing process of enhancement and refinement. The Home Page will be built incrementally. Areas of the University need to develop both short term and long term plans for inclusion of materials and submit materials in manageable segments for inclusion.
10.  The provisions of the University's *Computer Services-Conditions of Use* Policy will also apply to the Home Page.

**3.21     SELF-STUDY OF PROGRAMS AND STUDENT SERVICES**
(Approved by the President of the University 1988, 1995)

Marywood University is committed to continuous, systematic self-study of its academic programs as a means of attaining excellence. The self-study process includes a review of all of the components of an academic program: philosophy, curriculum, faculty, and students, as well as support services and other

**Marywood University Faculty Handbook  2010**

88

resources needed for its successful operation and future development.  The review cycle for program review is based on a five-year period.

Administrators, faculty and staff participate in this process, which is linked to the University's institutional planning and budgeting.  General institutional guidelines for this process are developed by faculty and administrators; however, each college and department will be able to devise components suitable to its mission, level of education, and academic discipline.  The deans with appropriate committees are responsible for designing, implementing and monitoring these component parts of the self-study.

Academic programs that, for accreditation purposes, develop self-study documents for external organizations are allowed to submit these documents for review; however, some additional material may be required to meet the University's self-study requirements.

Self-study documents are also prepared for the principal areas of student services: Admissions, the Registrar's area, Library and Instructional Technology Services, Advisement, and Academic Computing Services.

3.22      **RECORDS MANAGEMENT AND ARCHIVES**
(Policy approved by the President of the University 2000, 2005)

*Policy Statement*
Records that are created or received by Marywood University trustees, officers, and  faculty or staff members in the course of University business are the property of the University and are subject to its overall control.  The Office of Records Management and Archives serves to provide support and direction for the University's records management program, including maintenance of the Records Management and Archives Handbook.  The Director of Records Management and Archives provides guidelines for the retention and disposition of records, including the transfer of records to the University Archives.  These guidelines, in the form of records retention and disposition schedules, are based on a determination of the following:

- legal retention requirements as defined in relevant federal and state statutes and regulations;
- recommendations of pertinent professional organizations as identified by the office that creates or receives the record, in consultation with the Director of Records Management and Archives;
- administrative and operational requirements as defined by the creating office in consultation with the Director of Records Management and Archives;
- historical and enduring value of records to the University as defined by the Director of Records Management and Archives.

*Definitions*
Records are books, documents, maps, drawings, photographs, letters, papers, and any other thing on which information is recorded or stored by graphic, electronic or mechanical means, exclusive of an individual's personal records, e.g., a faculty member's roll books or personal research notes.

**Procedures**
The Director of Records Management and Archives drafts records retention schedules for University records, defining the length of time that specified types of records are to be retained in their active and semi-active phases, as well as their final disposition once they become inactive.  Schedules are then formally approved and authorized for implementation with the signature of an appropriate authority.

After records have been retained in a department for the requisite time, they are either disposed of in the creating department or sent to the University Archives.  The decision to dispose of University records or send them to the Archives is based on the established retention and disposition schedules or, in the absence of relevant guidelines, in consultation with the Director of Records Management and Archives.

**Marywood University Faculty Handbook  2010**

A summarized list of University records that have been disposed of in a department must be sent to the Director of Records Management and Archives.

A department wishing to transfer records in bulk to the University Archives must first contact the Director of Records Management and Archives to discuss, e.g., whether the records have enduring value to the University, proper packaging, and a convenient time for transfer.

**3.23      SEARCH PROCEDURES FOR FACULTY POSITIONS**

*Establishing that a position is available*
A full-time faculty position becomes available at Marywood in two ways:

1.  A new position may be requested by an academic department. The appropriate chairperson submits in writing a request for such an opening to the appropriate dean with relevant data and an explanation of the need. This must be done in the fall previous to the position's being filled.

    With the request there should be serious consideration of the type of faculty position being requested. In departments with a high percentage of tenured faculty, alternative types of appointments must be investigated. Although the University is committed to having a core of tenured faculty in each department, a 100% tenured faculty is not desirable.

    These same procedures apply to the Library and the School of Social Work, although the respective directors are the initiating administrators.

2.  When a full-time faculty member resigns or is not re-appointed, a department may not assume that the position will automatically be filled. Permission to replace a full-time faculty member must be requested. As described above, relevant data should be made available and the type of position being requested must be given serious consideration.

Academic deans will forward requests with their recommendations and priorities to the Provost and Vice President for Academic Affairs before December 1 for consideration for the next budget year. A late resignation or termination will of necessity be handled outside of this calendar.

*Description of position*
When an open position has been established, a search committee is constituted. Its first responsibility is to prepare a job description. This description is sent to the appropriate academic dean along with suggestions of appropriate journals and newspapers where the position might be posted. The address, requirements and costs for placing an ad in a discipline-specific journal should also be submitted. Upon approval of the academic dean, the advertisement will be placed by the Office of Academic Affairs.

Care must be taken to adhere to the principles of equal employment opportunity and affirmative action, and efforts must be made to seek qualified minority candidates. An initial meeting of the search committee with the University's Affirmative Action Officer is required so that these responsibilities can be fulfilled properly. The search committee must send each applicant a Data Collection Form. (See Appendix) These will be collected by the AAO and information on the composition of the pool will then be disseminated to the search committee.

*Screening the applicants*
When several candidates have been agreed upon by the search committee, conference calls with the candidates should be arranged to discuss the University, the department's needs, the kind of candidate being pursued and other parameters of the position. This first interview and a check of references is a prerequisite to bringing a candidate to campus. After the initial phone interview and reference checks, the committee should rank the applicants.

**Marywood University Faculty Handbook 2010**

90

For each open position, two candidates may be brought to campus for interviews, after receiving approval of the appropriate academic dean. The complete set of applications received are submitted to the dean with an indication of the two top choices and the reasons for the choices.

A typical interview includes a meeting with the search committee, a tour of the University, a teaching presentation, and meetings with the chair and academic dean. Administrators should receive hiring materials, including application and resume, several days before the candidate is to come to campus. During the interview day, candidates should receive copies of the *Faculty Handbook* and be introduced to the University's mission statement and goals. If the department wishes to pursue the candidate further, it will be necessary for the candidate to prepare for the Provost and Vice President for Academic Affairs a statement on the congruence of his/her professional goals with those of the University.

The Office of the Provost and Vice President for Academic Affairs has a hiring budget. It underwrites the travel expenses for two interviews and hotel expenses for the candidates. The budget cannot underwrite meals for large departmental groups. The meeting with the search committee should be a meeting, not a meal. One or two departmental representatives may accompany a candidate to lunch or dinner.

Interviews may be arranged by compressed video. Faculty may find it timesaving to use this technology for dealing with candidates. Then the top choice may be brought to campus for verification. If the individual is all that was expected, an offer will be made. This is an alternative that allows faculty to interview several candidates at less cost than bringing two candidates to campus. To arrange interviews by compressed video, contact the Coordinator of Distance Education Support.

*Conclusion*
The Provost and Vice President for Academic Affairs interviews by phone the candidates recommended by both the department faculty and the academic dean before deciding to make a formal offer. When all are in agreement on the choice, the Vice President will write a letter to the candidate offering the position and stating clearly the terms previously discussed. Chairpersons will be kept informed of the state of negotiations until an agreement is reached.

When the offer is accepted, a formal agreement will be prepared and sent to the new faculty member from the President of the University. Then it is the responsibility of the chair of the search committee to inform all other candidates that the search is closed.


3.24      **ORIENTATION OF NEW FACULTY MEMBER**

The amount of guidance given to new teachers depends upon previous years of teaching experience and the policy of the schools in which they are serving.

Advice and direction are provided by the Dean of the schools to which new teachers are appointed and by the department chairperson on use of course outlines, preparation of bibliographies, library holdings, written assignments, audio and visual aids, periodic examinations, and classroom procedures.

Probation is a period of service in which a faculty member has an opportunity to prove her/his worth and effectiveness to the institution before being either tenured or promoted. The institution has a right to assume not only that a prospective faculty member is competent in her/his field and a good teacher, but also that s/he will adjust satisfactorily to the particular situation existing on campus.

As a service of the Faculty Senate, each new faculty member is appointed a mentor from the full-time teaching faculty to assist with this adjustment.

**Marywood University Faculty Handbook  2010**

**3.25     INSTITUTIONAL REVIEW OF RESEARCH INVOLVING HUMAN PARTICIPANTS**
(Approved by the President of the University 1993, 2008, 2010)

Ethical and policy issues in research involving human participants are grounded in Marywood University's self-imposed commitment to safeguard the rights and welfare of human participants in all research under its sponsorship and to serve as their protector on behalf of the community of persons of which the University is a part. The University seeks to comply with all federal regulations requiring the establishment and operation of an institutional review board for the protection of human participants (see University Standing Committee titled Institutional Review Board for the Protection of Human Participants).

Research by faculty, staff, or students of Marywood University involving human participants, including all student research assignments, conducted at Marywood University or under its sponsorship at another location, must be reviewed and approved by the Institutional Review Board for the Protection of Human Participants (IRB). If research does not necessitate a full or expedited review, it may be submitted as an exemption request for review to the appropriate College or Department Exempt Review Committee or the Marywood Exempt Review Committee. Procedures for establishing a College or Department Exempt Review Committee are available from the Office of Research and Community Collaboration.

Review is also required of research carried out under the sponsorship of an institution other than Marywood University but which is performed on the premises of Marywood University, even if the research has already been approved by the IRB at the sponsoring institution or elsewhere.

The IRB is to provide an independent determination concerning the safeguarding of the rights and welfare of individual research participants; whether the participants are placed at risk and, if risk is involved, whether

> the risks to the participant are so outweighed by the sum of the benefit to the participant and the importance of the knowledge to be gained as to warrant a decision to allow the participant to accept such risks;

> the rights and welfare of the participants are protected;

> informed consent will be obtained by adequate and appropriate means;

> the conduct of the activity will be reviewed at timely intervals.

Research covered by this policy, which has been approved by the IRB, may be subject to further review and approval or disapproval by officials of the institution. However, those officials may not approve the research if it has not been approved by the IRB.

**Procedures**

A booklet containing detailed definitions and procedures is available from the Marywood University Institutional Review Board for the Protection of Human Participants. Members of the faculty, administration, or staff of Marywood University who are considering becoming involved in such projects should obtain one from the Board. Students must seek the guidance of a faculty or staff sponsor familiar with the student and the proposed activity.

**3.26     EDUCATIONAL TRAINING IN HUMAN PARTICIPANTS PROTECTION FOR IRB MEMBERS AND IRB ADMINISTRATIVE PERSONNEL**
(Policy approved by the President of the University 3/12/04, 2006)

Educational training in human participants protection is required for members and administrative personnel of the Institutional Review Board for the Protection of Human Participants (IRB). Training will be completed prior to the beginning of the appointment and annually. Training requirements will adhere to standards and regulations disseminated by the Office of Human Research Protections

**Marywood University Faculty Handbook  2010**

92

(OHRP) of the United States Department of Health & Human Services or required under the University's Federal Wide Assurance.

*Definitions*
For purposes of this policy, IRB administrative personnel include the signatory official and IRB administrative and IRB support personnel

Federal Wide Assurance (FWA) -- every institution engaged in human participants research supported or conducted by DHHS must obtain an assurance of compliance approved by the Office for Human Research Protections (OHRP). The regulations and standards change periodically. Marywood University's FWA covers all research including human participants sponsored by the University.

*Procedures*
The training curriculum and requirements will be developed collaboratively by the IRB administrator and the Institutional Review Board for the Protection of Human Participants. Materials and resources will be provided in order to complete requirements.

**3.27      EDUCATIONAL TRAINING IN HUMAN PARTICIPANTS PROTECTION FOR INVESTIGATORS**
(Policy approved by the President of the University 2004, 2006, 2008)

Educational training in human participants protection is required for all researchers and faculty sponsors involved in human subjects research. Training requirements will adhere to standards and regulations disseminated by the Office of Human Research Protections (OHRP) of the United States Department of Health & Human Services or required under the University's Federal Wide Assurance.

*Definitions*
Federal Wide Assurance (FWA) -- every institution engaged in human participants research supported or conducted by DHHS must obtain an assurance of compliance approved by the Office for Human Research Protections (OHRP). The regulations and standards change periodically. Marywood University's FWA covers all research including human subjects sponsored by the University.

*Procedures*
Evidence of completed training must be submitted with the application to the IRB. Training requirements will adhere to the standards of the Office of Human Research Protections (OHRP). Training resources will be identified by the IRB administrator and made accessible to all investigators.

**3.28      ANIMAL SUBJECTS IN RESEARCH AND TEACHING**
(Approved by the President of the University 11/14/08)

Marywood University is committed to the humane use of animals (nonhuman) in research and teaching. Use of live, vertebrate and non-vertebrate animals and the procurement of tissues from living animals for research or teaching must be approved by the Marywood University Institutional Animal Care and Use Committee (IACUC). Animal care and use shall be conducted with due consideration for the health and comfort of the animals and the IACUC will be responsible to assure that no animals are used unnecessarily for research or teaching based on the anticipated significance of the knowledge to be gained as compared to the effect on the animals.

Research and teaching procedures shall be designed to avoid discomfort, distress and pain. Pain and distress shall be relieved by appropriate use of anesthetics, analgesics or other procedures throughout the experiment. Research and teaching procedures that cause significant stress or pain without the benefit of pain-relieving drugs or appropriate therapy (Category E, Animal and Plant Health Inspection Service (APHIS) Policy #11, 1997) are not allowed.

The Office of Research and Community Collaboration (ORCC) is responsible for administering the Animal Care Program and assists the Institutional Animal Care and Use Committee (IACUC) in its responsibilities. The animal facilities and programs of Marywood University are regulated by the

**Marywood University Faculty Handbook  2010**

*Animal Welfare Act (CFR 1985) the Public Health Service Policy on Humane Care and Use of Laboratory Animals (1996), 1996 Guide to the Care and Use of Laboratory Animals* and other applicable federal state and local laws and regulations.

### Researcher Training
All researchers, including students, must complete the appropriate animal research training course as identified on the Marywood website prior to the beginning of the project. In addition to the generic training, species specific training is required.

### Housing, Care and Handling of Animals
Practices in the housing and care of animals shall adhere to the requirements of the Institute of Laboratory Resources' *Guide for the Care and Use of Laboratory Animals*, the standards of the *Animal Welfare Act*, and the appropriate sections of the *NIH Guide for Grants and Contracts* concerning laboratory animal welfare.

### Anesthesia, Analgesia, Euthanasia and Surgical Procedures
All practices are based on the requirements in the *Guide for the Care and Use of Laboratory Animals; the Animal Welfare Act* and the recommendations by the American Veterinary Medical Association Panel on Euthanasia.

### Procedures

Investigators intending to use animal subjects in research or teaching on campus or at another site must submit an application to the IACUC for approval. Specific forms, deadlines and committee meeting dates are published and are available from the ORCC.

**3.29**     **EDUCATIONAL TRAINING IN ANIMAL RESEARCH**
            (Approved by the President of the University 3/02/09)

### For Investigators and Sponsors
Educational training in animal care and use is required for all researchers and faculty sponsors in projects with vertebrate and non-vertebrate animals. Evidence of completed training must be submitted with the research application to the Institutional Animal Care and Use Committee (IACUC).

Training requirements will adhere to current standards and regulations disseminated by the United States Department of Agriculture (USDA) and the Public Health Service (PHS). In addition, specific species training and training related to the specific research protocol is required by the University. Training resources will be identified by the Assistant Vice President for Research and made accessible to all investigators.

### For IACUC Members and IACUC Administrative Personnel
Educational training in animal research is required for members and administrative personnel of the Institutional Animal Care and Use Committee (IACUC). Training will be completed prior to the beginning of the appointment and annually. Training requirements will adhere to current standards and regulations disseminated by the United States Department of Agriculture (USDA) and the Public Health Service (PHS). Training resources will be identified by the Assistant Vice President for Research and made accessible to all members and administrators.

**3.30**     **CONTROLLED SUBSTANCES IN RESEARCH**
            (Approved by the President of the University 3/02/09)

Certain research protocols conducted by faculty of the University may require the use of controlled substances. As part of the planning for the use of such substances in research, the research protocol must be reviewed by the Assistant Vice President for Research and authorization given for the use of the specific substances.

**Marywood University Faculty Handbook 2010**

94

In conducting research with controlled substances, all authorized personnel must comply with University policies, federal and state laws and regulations regarding background checks, use, licensure; storage requirements, inventory maintenance, substance disposal, reporting and record keeping in accordance with Title 21, Part 1300-1308 of the Code of Federal Regulations (CFR).

All matters related to the University Drug Enforcement Administration (DEA) Controlled Substances Registration Certificate are a function of the Office of Research and Community Collaboration (ORCC) and the Assistant Vice President for Research.

The Assistant Vice President for Research will assist researchers in complying with applicable rules and regulations and provide information regarding University procedures.

**Definitions**

Controlled Substance – Section 802 (6) of Title 21, United States Code (USC) provides the legal definition of a controlled substance. The term means a drug or other substance included in schedule I, II, III, IV or V of part B of this subchapter: http://www.usdoj.gov/dea/csa.html.

Authorized Personnel – An individual working on a research protocol authorized by the Assistant Vice President for Research.

**3.31   EDUCATIONAL TRAINING IN RESPONSIBLE CONDUCT OF RESEARCH**
(Approved by the President of the University 11/29/09)

Educational training in the Responsible Conduct of Research (RCR) is required for all Marywood researchers (faculty, staff, and students). RCR Training will meet the standards of the Public Health Service, National Science Foundation, National Institutes of Health, and other regulatory agencies. Required training is identified by the Assistant Vice President for Research and made accessible through the Office of Research and Community Collaboration website.

Evidence of completed Responsible Conduct of Research training must be submitted with research protocol applications to the Institutional Review Board (IRB), Exempt Review Board (ERB), Departmental Review Board (DRB), and Institutional Animal Care and Use Committee (IACUC). If the proposal does not require committee approval as above, then evidence of RCR training must be submitted to the Office of Research and Community Collaboration before an externally or internally funded project can begin.

**Definitions**

*All researchers* refers to those who are making application for any internal or external funding, even those who have no committee reporting requirements. In these cases, evidence of RCR training must be submitted to the Office of Research and Community Collaboration before an internally or externally funded project can begin.

*Responsible Conduct of Research training* includes instruction in the following core areas:
- data acquisition, management, sharing and ownership
- mentor and trainee Responsibilities
- peer review
- collaborative research
- publication practices and responsible authorship
- conflict of interest and commitment
- protection of human subjects
- animal welfare
- research misconduct

**Marywood University Faculty Handbook  2010**

**3.32**    **CONFLICT OF INTEREST IN RESEARCH**
(Approved by the President of the University 2/19/10

Marywood University extends the applicability of the following regulations to all externally funded projects regardless of funding source:  Title 42 of the Code of Federal Regulations, Part 50, Subpart F and the National Science Foundation Grant Policy Manual 510, as amended by 60 FR 35820.

*Disclosure Required*

Each person participating in a sponsored project covered by this policy must disclose whether or not he or she has external affiliations that may constitute a conflict.  A conflict of interest may occur when an employee, officer, or agent who has an affiliation with the external organization meets any one of the following criteria:

- The employee, officer, or agent is an officer, director, partner, trustee, employee, advisory board member, or agent of an external organization or corporation either funding a sponsored project or providing goods and services under a sponsored project on which the employee, officer, or agent is participating in any capacity.

- The employee, officer, or agent is the actual or beneficial owner of more than five percent (5%) of the voting stock or controlling interest of such organization or corporation or voting stock of such organization or corporation that exceeds $10,000 in value as determined by reference to public prices or other reasonable measures of value.

- The employee, officer, or agent has dealings with such organization or corporation from which he or she expects to receive salary, royalties or other payments of more than $10,000 during the next twelve months.

- The employee, officer, or agent has immediate family (spouse, parents, parents in-law, siblings, children, or other relatives living at the same address as the faculty/staff member), or the employee, officer, or agent together with all members of his or her immediate family meet any of the criteria stated above.

A disclosure must be completed
- either prior to the University's submission of a proposal for funding or prior to the acceptance of the sponsored project

- or during any sponsored project, whenever the faculty or staff member has a new external affiliation that may constitute a conflict of interest by falling within the criteria stated  above.

The disclosure form is initiated by the Office of Research and Community Collaboration (ORCC). Positive disclosures will be reviewed by the Assistant Vice President for Research in keeping with the current University policies and federal regulations relating to conflict of interest in research and a recommendation made regarding the potential conflict.

*Note:*  Certain sponsors, particularly federal agencies, may have requirements that differ from this policy with regard to the timing and frequency of faculty disclosures and other conflict of interest considerations as well. In the case of such discrepancies, the sponsors' requirements will generally prevail.

*Violations*

Violations of this policy, such as willful concealment of financial interests, may result in sanctions being imposed upon the violating individual. The Assistant Vice President for Research will review allegations of violations and will make recommendations regarding the imposition of sanctions to the Provost and Vice President for Academic Affairs.

**Marywood University Faculty Handbook  2010**

96

*Records and Confidentiality*

The ORCC shall maintain the records pertaining to each disclosure in strict confidence. Access to such records will be limited to the faculty or staff member, the Provost and Vice President for Academic Affairs, the Assistant Vice President for Research, the Director of Sponsored Projects, and other University administrators as required by their institutional responsibilities.

**Definition**

*Conflicts of Interest* are defined as situations in which employees, officers, and/or agents of the University may have the opportunity to influence the University's business decisions in ways that could lead to personal gain or give improper advantage to members of their families or to associates.

**Procedures**

See ORCC Conflict of Interest Policy link for forms and procedures www.marywood.edu/orcc

3.33    **RESEARCH MISCONDUCT POLICY**
        (Approved by the President of the University 2/19/20)

The University, its employees, and its students often benefit from participation in research activities. The University does not wish to interfere with employees' or students' legitimate research interests and academic freedom. Employees and students, in turn, must ensure that their research activities are conducted in a responsible and ethical manner.

This policy sets forth procedures and guidelines that are to be followed in the reporting and investigation of alleged research misconduct. It is applicable to all employees, officers, agents, and students of Marywood University. It meets the institution's responsibilities under the Public Health Service (PHS) Policies on Research Misconduct, 42 CFR Part 93. However, it applies to all funded research projects regardless of funding source.

**Definitions**

*Deciding Official* (DO) - the institutional official who makes final determinations on allegations of research misconduct and any institutional administrative actions to be taken in response. The Deciding Official will not be the same individual as the Research Integrity Officer, and should have no direct prior involvement in the institution's inquiry, investigation, or allegation assessment procedures. A DO's appointment of an individual to assess allegations of research misconduct, or to serve on an inquiry or investigation committee, is not considered to be direct prior involvement. The Provost and Vice President for Academic Affairs is the DO for Marywood University.

*Research Integrity Officer* (RIO) - the institutional official responsible for
- assessing allegations of research misconduct to determine if they fall within the definition of research misconduct, are covered by 42 CFR Part 93, and warrant an inquiry on the basis that they are sufficiently credible and specific so that potential evidence of research misconduct may be identified;
- overseeing inquiries and investigations;
- the other responsibilities described in this policy.

The Assistant Vice President for Research is the RIO for Marywood University.

*Research misconduct* is fabrication, falsification, or plagiarism that is committed while proposing, performing or reviewing research or while reporting results. Research misconduct does not include honest error or differences of opinion.
- *Fabrication* - making up data or results and recording or reporting them
- *Falsification* - manipulating research materials, equipment, or processes, or changing or

**Marywood University Faculty Handbook 2010**

omitting data or results in such a way that, as a result, the research is not accurately represented in the research record

- *Plagiarism* - appropriation of another person's ideas, processes, results, or words without giving appropriate credit.

**Procedures**

*Findings of Research Misconduct*

A finding of research misconduct requires that

1. there be a significant departure from accepted practice of the relevant research community; and
2. the misconduct be committed intentionally, or knowingly, or recklessly; and
3. the allegation be proven by a preponderance of the evidence.

*Review of Allegations of Research Misconduct*

Marywood University and federal agencies are partners who share responsibility for the research process. While federal agencies retain the ultimate oversight authority for any federally funded research, Marywood University bears the primary responsibility for prevention and detection of research misconduct. This includes the inquiry, investigation, and adjudication of research misconduct allegations.

*Reporting*

1. Marywood employees must promptly report allegations of research misconduct to their supervisors or, if necessary, directly to the Research Integrity Officer.
2. Only the Research Integrity Officer is authorized to conduct an investigation.
3. Research Integrity Officer shall immediately notify the Deciding Officer when the allegation involves any of the following:
   - threat to public health or safety;
   - threat to Marywood University resources or interests;
   - circumstance where research activities should be suspended;
   - reasonable indication of possible violations of civil or criminal law;
   - reasonable indication that federal action is required to protect the interests of those involved in the investigation;
   - reasonable indication that steps need to be taken to safeguard evidence and protect the rights of those involved;
   - situation where the research community or public should be informed.

*Procedures*

1. Upon receipt of an allegation of research misconduct, the Research Integrity Officer will
   - conduct an investigation;
   - take other appropriate action.
2. The Research Integrity Officer will report the results of investigations conducted or overseen to the Deciding Official for a determination of appropriate actions which may include
   - appropriate steps to correct the research record;
   - verbal and or written reprimand;
   - imposition of procedures to ensure compliance with appropriate standards;
   - suspension or termination of employment;
   - reporting of results to the federal agency responsible for oversight;
   - referral to law enforcement when criminal activity is involved.
3. Marywood University employees who are subjects of allegations will receive appropriate protections including
   - review of allegations by objective individuals with appropriate expertise;
   - timely investigation, adjudication, and appeal;

**Marywood University Faculty Handbook  2010**

98

- confidentiality to the extent possible and consistent with a fair and thorough investigation;
- reasonable and practical efforts to protect or restore the reputation of persons alleged to have engaged in research misconduct but against whom no finding of research misconduct is made.

Marywood University employees may not retaliate in any way against complainants or witnesses. Individuals should immediately report any alleged or apparent retaliation to the Research Integrity Officer, who will review the matter and take appropriate action.

See also Office of Research and Community Collaboration website
http://www.marywood.edu/orcc/research /

### 3.34    ADVANCEMENT IN LECTURER LEVEL CRITERIA

Application for advancement in Lecturer rank should be made after consultation with the department chair.  The criteria for advancement include the following:

1.  a master's degree as a minimum educational requirement, or in exceptional cases a special competency needed in a specific program;

2.  a minimum of 15 credit hours taught at Marywood University since the last advancement;

3.  at least four semesters of teaching completed at Marywood University; each summer session will be counted as one semester;

4.  demonstrated teaching ability – evidence should be provided by supplying copies of evaluations such as self, chair, peers, and students;

5.  service to the department, the college or the University by activities, such as
    writing references for students,
    developing new courses,
    attending department meetings,
    directing professional contributions or independent study,
    correcting comprehensive examination,
    attending or making presentations at professional meetings,
    participating in continuing professional education,
    other similar activities beyond regular teaching responsibilities.

Criteria related to No. 5 above may be completed in a narrative or outline form and should be documented where possible.  It should not include responsibilities for which other compensation is given.

### 3.35    COMMENCEMENT AND CONVOCATIONS SPEAKERS POLICY
(Revision approved by the President of the University 2009)

The President of the University has final approval authority over the selection of speakers for Commencement ceremonies and University convocations.  The Commencement speaker is usually

- a person of national or international prominence, who has made a distinguished contribution in a chosen field usually related to the mission of Marywood University;

- a person who is a role model for students and other members of the Marywood community.

A Commencement or convocation speaker may or may not be the recipient of an honorary degree.

**Marywood University Faculty Handbook  2010**

*Procedures*

The ordinary channel to the President of the University for Commencement and convocation speakers is through the *Commencement and Convocations Speakers Committee.*

- Any individual or group in the Marywood community may submit the name of a person at any time to the *Commencement and Convocations Speakers Committee* or directly to the President of the University. The nomination consists of the name, address, other contact information, and a written statement setting forth the reasons why Marywood University should consider inviting the person to speak at Marywood.

- The President of the University or her delegate will collect biographical information about the potential speakers at an appropriate time.

- The individual is not to be consulted beforehand, nor at any time prior to the President's formal announcement that an offer to come to Marywood as a speaker has been accepted.

- The Chair of the committee submits a list of recommended speakers to the President at least one full year in advance of the ceremony for which the potential speakers are recommended.

- Confidentiality is expected during the process. All deliberations, investigations, and recommendations relating to process will be treated as strictly confidential by all persons involved.

**3.36    COMMENCEMENT WALKING POLICY**
(Revision approved by the President of the University 5/02/08)

In unusual and extraordinary circumstances, students who are not eligible to graduate may request permission to participate in the May Commencement ceremony from the Provost and Vice President for Academic Affairs. These requests will be reviewed and approved or denied by the Vice President for Academic Affairs.

The Provost and Vice President for Academic Affairs also has the authority to grant exceptions for categories or groups of students.

**Definition:** This policy will be effective for the 2010 Commencement ceremony.

**3.37    HONORARY DEGREES**
(approved by the President of the University 2009)

The highest honor conferred by Marywood University on an individual is one of the following honorary degrees:
>Doctor of Humane Letters (LHD)
>Doctor of Science (DSc)
>Doctor of Fine Arts (DFA)

The Board of Trustees reserves to itself the approval to confer an honorary degree on an individual. It may be conferred at Commencement ceremony or at a special University convocation. Consistent with Board of Trustees policy, the President of the University will consider recommendations from the Marywood community and seek approval of the Board for meritorious candidates for the honor.

A recipient will be
- a person of national or international prominence, who has made a distinguished contribution in a chosen field, usually related to the mission of the University;
- a person who would be a role model for students and faculty;
- a person present at the Commencement ceremony or other convocation, who may or may not be the keynote speaker.

**Marywood University Faculty Handbook 2010**

100

An honorary degree recognizes the achievements of a person, not an office or a position. Honorary degrees will not be awarded posthumously.

Trustees, administrators, and faculty or staff members currently in service to Marywood University are not eligible for an honorary degree. Former members of the University community must meet the same high standards for nomination as all other honorary degree candidates.

**Procedures**
The University's *Honorary Degrees Committee* serves to provide direction to the Marywood community in the process of identifying potential honorees.

- Any individual or group may submit the name of a person at any time to the *Honorary Degrees Committee* or directly to the President of the University. The nomination consists of the name, address, other contact information, and a written statement setting forth the reasons why Marywood University should consider conferring an honorary degree on the person.

- Names of successful nominees are usually submitted at least one or two years prior to the ceremony during which the honorary degree is conferred.

- The President of the University or her delegate will collect biographical information about the potential honoree at an appropriate time.

- The individual is not to be consulted beforehand, nor at any time prior to the President's formal announcement that an honorary degree will be conferred on the person.

Confidentiality is expected during the process. All deliberations, investigations, and recommendations relating to the process will be treated as strictly confidential by all persons involved.

# CHAPTER FOUR


# ADMINISTRATIVE

# AND

# FINANCIAL

# POLICIES

# AND

# PRACTICES


**Chapter Four includes civil rights policies and other
administrative and financial policies and practices
of special interest to the faculty.**

4.1     **Civil Rights Policy**
(Revised policy statement approved by the Board of Trustees 4/15/00)

Marywood University declares and reaffirms a policy of equal educational and employment opportunity and non-discrimination in the provision of educational and other services to the public. Marywood University does not condone and will not tolerate discrimination, harassment, or assault by any member of the Marywood community upon another individual, regardless of whether the action is based on race, sex, color, national or ethnic origin, age, creed, ancestry, religion, disability, or any other legally protected status.

Marywood University recognizes its duties and obligations under Affirmative Action, Act 504, Title IX, and the Rehabilitation Act of 1973 as amended.  These are explicit civil and legal applications of the formulation of beliefs already cherished in Marywood's religious commitment, objectives, and practices.

### *Definition of Sexual Harassment*

Marywood University adopts the following definition of sexual harassment based on the statement endorsed by the American Association of University Professors, revised June 1995, and considers it applicable to the entire Marywood community:

Sexual advances, requests for sexual favors, and other conduct of a sexual nature constitute sexual harassment when:

such advances or requests are made under circumstances implying that one's response might affect academic or personnel decisions that are subject to the influence of the person making the proposal; or

such speech or conduct is directed against another and is either abusive or severely humiliating and/or persists despite objection of the person targeted by the speech or conduct; or

such speech or conduct is reasonably regarded as offensive and substantially impairs the academic or work opportunity of students, colleagues, or co-workers.  If it takes place in the teaching context, it must also be severe, pervasive, and not germane to the subject matter.  The academic setting is distinct from the workplace in that wide latitude is required for professional judgment in determining the appropriate content and presentation of academic material.

### *Definition of Sexual Assault*

Sexual assault is defined as threats of, or deliberate physical contact of a sexual nature that is against another person's will or without consent.  Examples of such behavior include, but are not limited to the following:

deliberate physical contact of a lewd type, including brushing, touching, grabbing, pinching, patting, hugging and kissing;

deliberate or reckless threats, actual or implied, of physical contact of a sexual nature that results in reasonable fear of sexual assault or physical harm;

coerced sexual activities, including rape.  Rape, the most severe type of sexual assault, is legally defined in Pennsylvania as sexual intercourse that is coerced through force or threats of force, or with someone who is unconscious or with someone who is so mentally deranged or deficient as to be incapable of consent.

### *Procedures*
A list of Marywood University and community resources is available at the Human Resources Office.

**Marywood University Faculty Handbook  2010**

104

**4.2     CIVIL RIGHTS COMPLAINT PROCEDURES**
(Revision approved by the President of the University 4/03/00, 7/21/03, 6/24/09)

The following process must be followed any time a member of the Marywood University community believes s/he has been the victim of or witness to discrimination, harassment, or assault by any member of the University community on University property or any property controlled by the University. Any individual who believes s/he has been subject to discrimination on the basis of disability should file a grievance consistent with Marywood's *Disability Grievance Procedures*. Confidentiality is expected of all persons involved in the process.

In furtherance of Marywood University's commitment to its duties and obligations, regular training on harassment, discrimination and related topics is provided for managers and supervisors in the Marywood community.

**Internal Process**

1.  As soon as possible, but not later than 30 working days, except in unusual circumstances, after the alleged incident(s) occurs, the complainant must present the complaint to the appropriate University administrator as listed below:

> Claims Against Faculty Members or Librarians
> Contact: Academic Dean or Director of Library and/or Provost and Vice President for Academic Affairs

> Claims Against Administrators, Professional Staff, or Support Staff Members
> Contact: Immediate supervisor and/or a vice president

> Claims Against Students
> Contact: Dean of Students and/or Vice President for Student Life.

In all cases, individuals may contact the Assistant Vice President for Human Resources and Affirmative Action Officer if they feel they cannot contact the appropriate individual as noted.

In cases that involve two or more categories of Marywood community members, the University administrator first contacted will consult with the President of the University to determine the appropriate course of action.

2.  The initial discussion between the complainant and the University administrator will be kept confidential to every extent possible. The University administrator must contact the Assistant Vice President for Human Resources and Affirmative Action Officer in cases involving employees.

3.  If the complainant, after an initial meeting with the University administrator, decides to proceed, the complainant submits within 10 working days a formal complaint, preferably in writing, to the appropriate University administrator. The complaint must include detailed factual information concerning the incident(s), and should include what the victim feels will correct the situation.

In certain serious cases the University administrator may proceed even without a formal complaint.

Cases involving alleged discrimination, harassment, and sexual assault are particularly sensitive and demand special attention to issues of confidentiality. Dissemination of information relating to the case is to be limited, so as to insure, as fully as possible, the privacy of the individuals involved.

**Marywood University Faculty Handbook  2010**

4.  The University administrator must inform both parties of the need for confidentiality.  Any individual who retaliates against the complainant will be subject to discipline up to and including discharge from employment and/or termination of student status.

5.  Within 5 working days after receipt of a formal complaint, the University administrator must initiate the appropriate steps to effect an informal resolution of the complaint that will be acceptable to both the complainant and the alleged offender.

6.  Within 10 working days after the initiation of the steps to effect an informal resolution, the University administrator must provide a written summary of the complaint and the proceedings to date to both the complainant and the alleged offender.  Appropriate remedial action will be determined by the University administrator after consultation with executive officer(s) and/or legal counsel if deemed necessary.  Action will be taken to eliminate the discriminatory or harassing conduct, including but not limited to warning, suspension, transfer, community service, discipline, discharge, or dismissal of the offender or anyone making a knowingly false complaint. The remedial action may also include offering assistance/training to the victim and/or the offender.  The parties will be formally notified of the final decision, including punishment or sanctions, if any.

7.  Either party, if not satisfied with the informal resolution proposed by the University administrator, will have 10 working days to file an appeal.  Appeals must be in writing and submitted to the President of the University.  Within 5 working days, the President will direct the appeal to the appropriate University body, described below.  The appeals committee will have 30 working days to review and make a recommendation to the President of the University.  The President of the University will provide a written response to the appellant within 10 working days of the receipt of the appeals committee's recommendation.  The decision of the President of the University is final and binding internally.

> Claims against Faculty Members including Librarians, Administrators, Professional Staff, and Support Staff
>> The President of the University will appoint and convene a committee of 5 employees comprised of professional staff, administrators and/or faculty who are independent of the claim.
>>
>> Note: Claims by faculty members against faculty members may choose to contact the Faculty Grievance and Appeals Committee in lieu of this process.
>
> Claims against Students
>> The President of the University will refer the appeal to the Vice President for Student Life within 5 working days.  The Vice President for Student Life will convene an Appeal Board within 3 working days of the President's notification. The Appeal Board will have 30 working days to review and make a recommendation to the Vice President for Student Life.  The Vice President will notify the President of the recommendation within 3 working days.  The President of the University will provide a written response to the appellant within 10 working days of the receipt of the appeals committee's recommendation.  The decision of the President of the University is final and binding internally.

**External Process**

Victims may choose to file a report with the proper law enforcement authorities.  Marywood University has personnel on staff who can explain criminal complaint procedures and assist victims in beginning the process.  Police investigation and legal prosecution are conducted outside of and in addition to University procedures.

**Marywood University Faculty Handbook  2010**

106

**Resources**

A list of Marywood University and community resources is available at the Human Resources Office and the Student Life Offices.

Students are encouraged to use the services of the Counseling and Student Development Center, the Student Health Services Office, and the Students with Disabilities Services Office.

4.3          **DISABILITY GRIEVANCE PROCEDURES**
             (Approved by the President of the University 6/24/09)

**Students are strongly encouraged to contact the Office of Student Support Services
at the first sign of any difficulties obtaining
their approved academic accommodations from faculty,
or if they encounter difficulties related to their disabilities
from any Marywood University staff, administrators, or students.**

It is the policy of Marywood University not to discriminate on the basis of disability. The University has adopted an internal grievance procedure providing for prompt and equitable resolution of grievances by either students or employees alleging any action prohibited by Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794) or the relevant U.S. Department of Health and Human Services regulations implementing the Act (34 C.F.R. Part 104) (together, "Section 504"). Section 504 prohibits discrimination on the basis of disability in any program or activity receiving Federal financial assistance. The Law and Regulations may be examined in the office of the Section 504 Coordinator, Dr. Patricia E. Dunleavy, Assistant Vice President for Human Resources and Affirmative Action Officer, who has been designated to coordinate the efforts of the University to comply with Section 504.

Any person who believes she or he has been subjected to discrimination on the basis of disability may file a grievance under this procedure. It is against the law for the University to retaliate against anyone who files a grievance or cooperates in the investigation of a grievance. The University will make every effort to protect the grievant from retaliatory action. Any individual who retaliates against the grievant will be subject to discipline up to and including discharge from employment and/or termination of student status.

**Procedures**

All alleged incidents involving disability discrimination are to be dealt with immediately. When a Marywood University employee or student believes s/he has been the victim of disability discrimination or witnessed disability discrimination, the following procedures should be used:

1.   Grievances must be submitted to the Section 504 Coordinator, or her designee, within 30 calendar days of the date the person filing the grievance becomes aware of the alleged discriminatory action. (Special circumstances warranting later filings will be considered on a case-by-case basis.) A grievant may contact the Vice President for Enrollment Management if he or she feels he or she cannot contact the Section 504 Coordinator, who will designate an appropriate person to fulfill the Section 504 Coordinator's responsibilities under this policy.

2.   A grievance must be in writing and must contain the name, address and other contact information of the grievant, describe the problem or alleged action alleged to be discriminatory in sufficient detail to inform the Section 504 Coordinator of the nature and date of the alleged violation and permit an adequate investigation to be conducted, include the names of University employees or students involved and state the remedy or relief sought.

**Marywood University Faculty Handbook  2010**

3. The Section 504 Coordinator (or his or her designee) shall conduct an investigation of the grievance. The investigation may be informal, but it will

> be impartial and thorough;
> permit the grievant and his or her representative, and in the case of students, his or her parents, to examine relevant records maintained by the University and participate in the process;
> afford the grievant an opportunity to present witnesses and evidence;
> afford all other interested persons an opportunity to submit evidence relevant to the grievance
> remain confidential except to the extent necessary to conduct a review of the facts and to the extent authorized by law.

4. The University will make appropriate arrangements to ensure that disabled persons are provided other accommodations, if needed, to participate in this grievance process. Such arrangements may include, but are not limited to, providing interpreters for the deaf, providing taped cassettes of material for the blind, or assuring a barrier-free location for the proceedings. The Section 504 Coordinator will be responsible for such arrangements.

5. The Section 504 Coordinator will issue a written decision on the grievance no later than 30 days after its filing, unless further time is necessary to investigate thoroughly the grievance due to unusual circumstances or the grievant agrees to a continuance. The decision will contain a summary of the grievance and the proceedings to date, a determination as to the validity of the grievance and a description of the resolution, if applicable. A copy will be provided to the grievant.

6. The person filing the grievance may appeal the decision of the Section 504 Coordinator by writing to the President of the University within 15 days of receiving the Section 504 Coordinator's decision. In the appeal notice the grievant may, but is not required to, explain his or her objections to the Section 504 Coordinator's decision. The President of the University or her or his designee will consider those objections, review the record and the Section 504 Coordinator's decision and conduct further investigation if warranted. The President of the University shall issue a written decision in response to the appeal no later than 30 days after its filing, unless further time is necessary to thoroughly investigate the appeal due to unusual circumstances or the grievant agrees to a continuance. A copy will be provided to the grievant.

7. The Section 504 Coordinator will maintain the files and records relating to such grievances and decisions.

8. The availability and use of this grievance procedure does not prevent a person from filing a complaint of discrimination on the basis of disability with the U. S. Department of Health and Human Services, Office for Civil Rights, the Pennsylvania Human Relations Commission, or any other federal, state or local government agency charged with investigating such complaints.

9. These rules will be construed to protect the substantive rights of interested persons, meet appropriate due process standards and ensure that the University complies with Section 504 of the Rehabilitation Act of 1973, the Americans with Disabilities Act and their implementing regulations.

**Questions about this policy or the procedures described above should be directed to the Section 504 Coordinator, Dr. Patricia E. Dunleavy, Assistant Vice President for Human Resources and Affirmative Action Officer.**

**Marywood University Faculty Handbook  2010**

108

### 4.4   DRUG-FREE WORKPLACE
(Policy adopted 1989, reviewed 2005)

Marywood University prohibits the unlawful manufacture, distribution, dispensation, or use of controlled substances including alcohol by students and employees on its property, in its vehicles, or as part of any of its activities.  The purpose of this policy is twofold:

> to communicate annually the concern Marywood University has for the health and safety of its students and employees;

> to comply with the *Drug-Free Workplace Act* of 1988, *the Drug-Free Schools and Communities Act Amendments* of 1989, and all other pertinent federal, state, and local regulations regarding substance abuse on campus

*Procedures*

A written program, which contains additional information, is distributed to all employees and students annually.  Copies are available in Human Resources.

### 4.5   CLEAN AIR POLICY
(Approved by the President of the University 10/2/92, 3/26/99, 6/23/03, 12/02/05)

The University is committed to providing a safe and healthy environment for students, faculty, staff and guests. The *Pennsylvania Clean Indoor Air Act of 1988* and the findings of the U.S. Surgeon General's Office that "… tobacco use in any form, active or passive, is a significant health hazard…" guide the University's efforts to maintain a clean air learning and work environment. Smoke from tobacco products has direct adverse effects on the health of smokers and non-smokers. Therefore, smoking and other uses of tobacco products are prohibited

- in all University buildings;
- on all University athletics fields and spectator areas;
- in any University vehicle; and
- at any other place on campus, unless the University has clearly designated it as a smoking area.

All members of the community share responsibility for adherence to this policy.  Persons choosing to use tobacco products in designated outdoor areas are expected to extinguish them and dispose of them in the receptacles provided. Anyone who does not comply may be asked to leave the campus.

*Definition*

Smoking means the carrying by a person of a lighted cigar, cigarette, pipe, or other lighted smoking device.

*Procedure*

The University offers a variety of services to those who wish to stop smoking.

### 4.6   HAZARDOUS SUBSTANCES

Marywood University has developed a Written Hazard Communication Program in compliance with OSHA Hazard Communication Standard 29 CFR 1910.1200(e).  This program details the steps taken by the University to ensure that the hazards of all chemicals purchased and distributed by the University have been evaluated and communicated to all employees.

**Marywood University Faculty Handbook  2010**

In addition, the University complies with the Pennsylvania Worker and Community Right To Know Program, which requires employers to tell their employees, the community, and certain public agencies about hazardous substances in the workplace. Training is provided for affected employees.

**4.7      OCCUPATIONAL EXPOSURE TO BLOODBORNE PATHOGENS**

Marywood University has developed a written Exposure Control Plan in compliance with the OSHA Occupational Exposure to Bloodborne Pathogens, Final Rule, Standard 29 CFR Part 1910.1030.  This plan details the steps taken by the University to protect employees from occupational exposure to the HIV virus and the Hepatitis B virus.4.8

**4.8      CRIME STATISTICS**

Marywood University, on an annual basis, provides students and employees with information relating to crime statistics and security measures in compliance with *the College and University Security Information Act* of 1988 (PA Act 73), and the *Crime Awareness and Campus Security Act* of 1990 (P.L. 101-542).

**4.9      HIPAA PRIVACY PRACTICES**

The Heath Insurance Portability and Accountability Act of 1996 (HIPAA) requires that health plans protect the confidentiality of private health information.  A complete description of rights under HIPAA can be found in the Plan's notice of privacy practices.  For a copy of the notice, if you have questions about the privacy of your health information, or you wish to file a complaint, contact the Privacy Officer, Dr. Patricia E. Dunleavy, Assistant Vice President for Human Resources.

**4.10     IDENTITY THEFT POLICY**
(Approved by the President of the University 3/20/09)

The purpose of this policy is to help protect Marywood University, its employees, and those they serve from damages related to the loss or misuse of sensitive information through identity theft and data loss.

Pursuant to the Red Flag Rules of the Federal Trade Commission, Marywood University has identified several types of covered accounts and has established an *Identity Theft Red Flag Program.*

The Vice President for Business Affairs is responsible for oversight of the Program by

     ensuring its development and updating;
     ensuring its implementation;
     reporting periodically to the President of the University on its status.

The Chief Information Officer, as Program Administrator, is responsible for

     developing procedures for preventing and mitigating risks of identity theft;
     ensuring appropriate training of staff;
     reviewing any reports regarding detection of red flags;
     determining which steps of prevention and mitigation should be taken in particular circumstances;
     recommending changes to the Program;
     publishing the Program on the Office of Information Technology (OIT) website;
     reporting periodically to the Vice President for Business Affairs on the status of the Program.

Every member of the Marywood University community is responsible for reducing risk of identity theft and fraudulent activity by

**Marywood University Faculty Handbook  2010**

110

being well informed about the University's *Identity Theft Red Flag Program;*
taking appropriate steps to prevent and mitigate risks as described in the details of the Program.

**Definitions**

*Identity Theft* is using someone's personal identifying information without permission in order to commit fraud or other crimes.
*Red Flag* is a pattern, practice, or specific activity that indicates the possible existence of identity theft.
*Covered Account* is an account that a creditor offers or maintains, primarily for personal, family, or household purposes that involves or is designed to permit multiple payments or transactions.

**Procedures**

**See the Marywood University** *Identity Theft Red Flag Program* **on the OIT website.**

**4.11    CONTRACTS AND OTHER LEGAL DOCUMENTS**
(Revised 2006)

The President of the University is the only authority who may bind the institution through the execution of contracts and other legal documents. S/he may delegate that authority to the other executive officers of the institution within expressed limitations related to their areas of responsibility.

Binding the institution carries legal responsibility and can result in serious legal ramifications.

*Code of Conduct for Federal Contracts*
Marywood University is required to maintain written standards of conduct governing the performances of its employees engaged in the award and administration of federal contracts. In light of this, no employee, officer, or agent of the University shall participate in the selection, award, or administration of a contract supported by Federal funds if a real or apparent conflict of interest would be involved. Such a conflict would arise when the employee, officer, or agent, any member of his or her immediate family, his or her partner, or an organization that employs or is about to employ any of the parties indicated herein, has a financial or other interest in the firm selected for an award. The officers, employees, and agents of the University shall not solicit or accept gratuities, favors, or anything of substantial monetary value from contractors or parties to subagreements. Unsolicited items of nominal value must be approved by the appropriate vice president.

Violation of these standards of conduct will result in disciplinary action up to an including termination of employment.

**Procedures**

Employees are advised to contact the cognizant executive officer when an occasion arises to sign a contact or other legal document.

**4.12    DINING SERVICES**

Ordinarily food served in any Marywood University facility is to be provided under the direction of the University's Dining Services.

Various meal plan options are available for resident and commuter students.

The dining area and various other food service operations are located throughout the University. For information and hours of operation, contact Dining Services.

**Marywood University Faculty Handbook  2010**

**4.13**     **FURNISHINGS AND EQUIPMENT**

All items of equipment and furnishings in University buildings are the property of the University unless there is a written record on file in the Physical Plant Management Office to the effect that certain specified personal items are owned by others.  The University's insurance policy does not cover damage or loss of personal items.

Furnishings for faculty offices are requested through the Academic Affairs Office.

Each item of equipment and furnishings is inventoried and a record kept in the Physical Plant Management Office.  The record lists the number, value, and exact location of each piece of furniture and/or equipment on campus.  An accurate record is necessary for insurance purposes.  For this reason, no piece of furniture or equipment may be moved, loaned, or disposed of in any way except through the Physical Plant Management Office where a proper form is completed.

*Disposing*
Since all equipment and furnishings are inventoried at purchase, it is necessary to remove said equipment/furnishings when the time comes to dispose of same.  A request should be made of the Physical Plant Management Office regarding the correct procedure.

*Lending*
Equipment and furnishings purchased by Marywood University belong solely to the University and not to the department in which they are housed.  Therefore, no equipment or furnishings may be loaned without permission of the Business Affairs Office.  Insurance coverage is applicable only when equipment/furnishings are housed where the inventory so states.

*Moving*
An inventory control system is kept in the Physical Plant Management Office regarding the location of all equipment/furnishings.  Therefore, written permission is required from the Physical Plant Management Office to move a piece of furniture or equipment.

**4.14**     **KEYS**

Keys to faculty offices and furniture therein are requested from the Academic Affairs Office.  When a faculty member moves out of an office, he/she turns in all office keys to that office.

**4.15**     **TELEPHONES**

Telephones are located in University offices and departments for conducting University business only.  Employees may make personal calls from business phones within the local Scranton dialing area for emergency purposes.  Personal toll calls may not be made from business phones.  If it is necessary to make a personal toll call, pay phones are available on campus.

**4.16**     **MAINTENANCE AND HOUSEKEEPING**

Requests for emergency minor repairs and maintenance may be made directly to the Physical Plant Management Office.  Major repairs such as painting, renovations, etc., are scheduled annually.  Requests of this nature are made at the same time that budgets are approved.

Suggestions and recommendations for preventive maintenance are always helpful, but in no case should anyone other than the Director of the Physical Plant hire any outside agent to do maintenance or repair work of any kind.

**Marywood University Faculty Handbook  2010**

Each faculty member is urged to develop a personal regard for University buildings and their contents by closing windows at the end of the day or when the weather so indicates, and by taking every precaution to prevent fires. Moreover, observance of the following regulations is requested:

Nails, screws, thumbtacks, or adhesive materials may not be used on woodwork, walls, or doors.
Smoking is permitted only in designated areas.
Painting faculty offices is on a scheduled basis only. Marks on walls from posters, etc., do not constitute sufficient reason for requesting repainting at unscheduled times.
Electrical appliances may not be used in offices or classrooms.

## 4.17 RESERVATIONS FOR USE OF FACILITIES

Administrators, faculty, and staff of Marywood University make inquiries to the contacts listed below about availability of facilities:

Conference and Event Marketing
  Marywood.edu →Faculty, Staff, Administration → Online Forms → Event Planning

Athletic facilities, including fields  -  the Athletic Department
Chapel  -  the Campus Ministry Office
Classrooms  -  the Office of the Registrar
Comerford Theater  - the Science Department
Computer Labs  -  the  Office of the Registrar
Latour Conference Room  -  the Office of Conference and Event Services
Dining Services  -  the Dining Services Office in Nazareth Student Center
Fireplace Lounge  -  the Office of Conference and Event Services
Liguori Small Conference Room – The Office of Conference and Event Services
Liguori Main Conference Center – the President's Office
Liguori Foyer – the Office of Conference and Event Services
Lynett Board Room  -  the Office of Conference and Event Services
Lynett Multi-Media Room 160  -  the Instructional Technology Department
Rotunda - the President's Office
Theater in the LaVerghetta Center - the Communication Arts Department
University Conference Center - the Office of Conference and Event Services
Weddings in the Chapel - the Office of Conference and Event Services

Those external to the University make inquiries to the Director of Conference and Event Marketing for use of Marywood facilities.

In every case, a facility is not reserved until confirmation has been received by the inquirer.

## 4.18 USE OF EQUIPMENT BY STUDENTS

Fees received from students for the use of equipment cover only the usual wear and maintenance of equipment. The fees do not cover damage or loss of equipment. The costs incurred because of damage or loss of University equipment is the responsibility of the individual using the equipment.

## 4.19 INSTITUTIONAL PROPERTY POLICY
(Approved by the President of the University 4/7/00)

Employees are expected to handle all Marywood University property with respect and care. They are prohibited from using Marywood University property for unauthorized personal use, and from stealing or destroying it.

To protect the Marywood community and the University from theft, Marywood University reserves the right to search employees and their personal property when there is reason to believe that such

**Marywood University Faculty Handbook  2010**

search may indicate whether the law or University policy is being violated. The University will exercise discretion in determining who will perform searches.

Marywood University also reserves the right to conduct unannounced searches of University facilities and property, e.g., University vehicles, desks, file cabinets, lockers, etc. Searches of University facilities and property, including University property in the possession of the employee, can be conducted at any time with the prior approval of an executive officer or his or her designee.

Employees are expected to cooperate in the conducting of all such searches.

Violations will be dealt with under the *Code of Conduct for Non-faculty Employees* policy or the *Progressive Discipline* policy for faculty, and may include warnings, suspension, termination, and/or legal prosecution.

Upon termination of employment, all Marywood University property must be returned to the University.

Marywood University is not responsible for personal property that employees bring to work.

*Definitions.* The following list, although not exhaustive, is illustrative of what is considered to be Marywood University property when purchased by the University: infrastructure; furniture and office furnishings, office, lab, studio, or video equipment; tools; files; computers and attached peripherals, software, systems information; phones; data stored on Marywood University computers or phones; books; books and audio and visual tapes, records, and discs; and any other intellectual property owned or co-owned by Marywood University.

**4.20    SPACE POLICY**
(Approved by the President of the University 2/19/10)

1.  All space is University-owned. As such, space does not belong to any particular unit such as a college or department and may be reassigned as needed by the University.

2.  Requests for space/renovation of existing space or use of new space must be part of a unit (college/department) strategic plan.

3.  Requests for space/renovation of existing space or use of new space must have the approval of one's supervisor and area vice president.

4.  Cost estimates for construction/renovation of university space must be requested from the Director of the Physical Plant and accompany any request to the *Space Advisory Committee.*

5.  In general, all full-time faculty and pro rata faculty are provided with individual offices. Office size will vary, depending on whether the faculty member requires a studio office, or in-office research space. Every effort will be made to co-locate faculty members of the same department.

6.  Office moves (faculty and/or staff) within a department must be approved by the department head and/or academic dean and/or appropriate vice president after consulting with the *Space Advisory Committee* before any moves take place.

7.  Staff at the level of Director or above will be provided with individual offices to the extent possible. Offices will be located to maximize the proximity of related support services.

8.  A shared office space for part time faculty within a department will be provided to the extent possible.

9.  Usually, offices are not provided for graduate assistants assigned to departments. They may share office space with other staff or be assigned an office temporarily on an as-available basis.

**Marywood University Faculty Handbook 2010**

116

*Vehicle Rental.* A car may be rented only when it is either the most economical means of transportation or necessary due to the nature of the trip. Ordinarily, a compact, intermediate or mid-size car should be selected. Use of 10-15 passenger vans is discouraged due to safety concerns.

*Lodging.* The University will honor reasonably cost-effective reservations for lodging within the scheduled dates for University business. When planning for lodging, inquiry should be made to see if there is a corporate rate available that is less expensive than the convention rate.

### Receipt Requirements
Original receipts are required to support all expenditures, such as the cardholder's copy of credit card transactions, the passenger's copy of airline tickets, an original and detailed restaurant receipt rather than a check stub that lists only a total. Expenditures not supported by receipts will be acceptable in rare instances with a detailed written explanation signed by the employee's supervisor.

### Unallowable Expenses

Following is a representative list of expenses that are not allowable under this policy.

- Personal entertainment
- Hotel movie rentals
- Cost of alcoholic beverages
- Conference optional events such as golf
- Costs for family members and personal friends
- Personal phone calls in excess of one per day to the traveler's home
- Cost or losses due to negligence or theft
- Travel or flight insurance
- Gasoline, insurance, maintenance, repair and other costs related to personal vehicles
- Traffic violation fines and parking tickets

## Procedures

Arrangements may be made through a travel agency, through online web providers, or by going directly to a vendor such as hotel, airline, etc.

### Airfare

Individual travel reservations may be made through online sources or through a travel agency using a personal credit card, a Marywood University issued VISA, or a Marywood University purchase order.

When a Marywood VISA is used, submit a Credit Card Monthly Charges Report along with the original receipt to the Purchasing Department.

When a personal credit card is used, submit a travel expense report along with original receipts to substantiate costs.

When a University purchase order is used, obtain a purchase order before making the reservation final. AAA Travel, Abington Travel, and Travel World accept Marywood purchase orders.

**Marywood University Faculty Handbook 2010**

*Personal Vehicles*

A travel expense report listing mileage incurred for each day must be submitted when requesting reimbursement from the University.   Other than the items specified on the travel expense report form, there are no receipt requirements for mileage reimbursement.

*Car Rental*

Employees are responsible for making their own arrangements with approved car rental firms. The employee must provide evidence of University employment and reference the University's corporate account number.

When a University purchase order is used, obtain a purchase order before making the reservation final.

When a Marywood VISA is used in lieu of a purchase order, submit a Credit Card Monthly Charges Report along with the original receipt to the Purchasing Department.

*Lodging*

University personnel must book their own accommodations.  An accounts payable check, a personal credit card, or a Marywood University VISA is acceptable.

When the payment is made with a Marywood VISA, the card must have been issued to the employee using it, not one issued in the University's name.

If an accounts payable check is to be used, the employee should, request at the time of the reservation, a faxed confirmation on the lodging provider's letterhead, stating the name of the person staying, the confirmation reservation number, the date or dates of the stay, and a room rate per day including all applicable taxes.  The employee must attach the fax to a check requisition form signed by the authorizer of the budget to be charged, and submit it to the Accounts Payable Office.  When the check has been cut, the employee can pick it up at the Cashier's Office before the trip.

When a personal credit card is used, a travel expense report with original receipts attached will substantiate costs.

*Travel Advances*
When out-of-pocket expenses are expected to be significant, travel advances can be arranged by submitting a check requisition form signed by the department head to the Cashier's Office at least one week prior to the trip.

Petty cash advances are available if expenses for a trip are expected to be less than $100.  Requests are submitted on a petty cash requisition form.

Travel advances must be reconciled with expenses, and excess funds returned as soon as possible upon return from a trip, in order to clear the advance from the traveler's accountability.  IRS Regulation 1.62-2(g)(2) and following state that receipts to substantiate expenses must be received within 60 days of the issuance of a travel advance check.  If the receipts are not received within this time period, the funds may be added to the employee's W-2 as income.

*Travel Reporting*
As soon as possible after the trip, a travel expense report form signed by the authorizer of the budget to be charged must be submitted to the Cashier's Office, whether or not there are funds due to the traveler.   Original receipts must be attached to substantiate all expenses except mileage.

**Marywood University Faculty Handbook  2010**

120

control, and cost efficiency, regardless of the origin of the publication or the department to which it is being charged. It is expected that copyright laws will be observed. Prior approval of the Marketing and Communications Department is required for the charge to be honored and paid from a University budget. Major institutional documents, such as accreditation reviews, as well as materials to be viewed by on-campus constituencies must comply with the University Graphic Standards Manual when using the University logo, seal, or wordmark.

### *University Copiers*

Copiers are provided throughout the University for small duplicating jobs, i.e., 20 or fewer copies of a page. When applicable, users are responsible for obtaining prior permission from the copyright owner. One of two methods is used to charge for the service.

Pre-assigned codes are used by individuals and departments at designated copiers with electronic copy monitors to record charges to University department budgets.

Pre-purchased copy cards are used at copiers with card readers. University departments purchase them at the Printing and Mailing Center. Students and the public purchase them at the Library or dispensers on campus.

### *Procedures*

Procedures and guidelines are available on the Marywood University Website, at the Printing and Mailing Center, at the Marketing and Communications Department, and at the Business Affairs Office.

## 4.31   PURCHASING

Purchases of supplies, equipment, and contract services that are to be charged to University budgets or to funds controlled by the University must be made through the Purchasing Office. The University cannot be obligated except by authorized persons. A purchase by any other individual, i.e., not by way of an official purchase order, is the personal obligation of the individual making the purchase.

An unauthorized purchase transaction or order is one that is made without the proper authorization of the Purchasing Office and is intended to be charged to University funds. An unauthorized purchase may be evidenced by a purchase requisition that is sent in for approval to the Purchasing Office after the goods are already purchased or ordered, or it may be evidenced only by an invoice from the vendor or by a check requisition for payment of charges. An individual who makes an unauthorized purchase is personally responsible for payment of the charges incurred.

The proper procedures for obtaining any supplies, equipment, or services are contained in the *Marywood University Purchasing Procedures Manual,* which is available on-line and in each department.

### *Interdepartmental Charges*

Personnel may charge to their departments by completing an *Interdepartment Charge Requisition* form. The form must be authorized by the chairperson or department head before submitting it to the department where the charge is made, e.g., Bookstore, Dining Services, Print Shop, etc. If not authorized, the charge becomes the personal responsibility of the individual.

### *Purchase of Services of Independent Contractors*

Individuals who are not employees of the University and who are hired to perform a specific service are compensated as independent contractors. A *Compensation Agreement* is required to compensate

**Marywood University Faculty Handbook 2010**

an independent contractor.  The *Compensation Agreement* form must be submitted to Fiscal Services before services are rendered.  Independent contractors compensation forms are available at the Accounts Payable Office.

**4.32       THE BOOKSTORE**

*Textbooks*

Chairpersons of instructional departments are ultimately responsible for the ordering of textbooks for their departments.  Faculty members are urged to place their orders at the University Bookstore by March 15 for summer sessions, by April 15 for the fall semester, and by October 15 for the spring semester.  Faculty members should make a serious effort to order books in quantities sufficient to cover class enrollments and to avoid, if possible, large inventories.  When contemplating a change of text or edition, faculty members should inform the Manager of the University Bookstore in ample time to reduce any inventory before the new books are ordered.

Book companies do not accept requests for desk copies from bookstores.  However, a form for this purpose may be procured at the University Bookstore, for the convenience of a faculty member.  The form directs the company to forward the copy to the faculty member directly.

*The University seal or logo*

The Bookstore possesses the exclusive right to sell all items bearing the University seal or logo.

**4.33       NEPOTISM**
(Policy approved by the President of the University 1995, 2005)

Persons related by family or marriage, and persons whose circumstances establish bonds that are characteristic of those relationships may not initiate, participate in, or exercise any influence over departmental or institutional decisions involving a direct benefit or detriment to a person so related.  In situations where a conflict of interest might occur under normal operating procedures, the responsibility for the decision will pass to the next higher administrative level.  Further, faculty or staff members may neither supervise nor be supervised by persons with whom they are so related.

**Definitions**

For purposes of this policy, nepotism is defined as favoritism.

For purposes of this policy, direct benefit includes but is not limited to initial appointment, conditions of employment, retention, promotion, tenure, salary, leave of absence, and grievance adjustment.

For purposes of this policy, persons related by family or marriage are defined as spouse, parent, child, step-child, guardian, ward, sibling, grandparent, grandchild, aunt, uncle, niece, nephew, in-laws, fiancé, fiancée, and persons living together in the same household excluding those living as members of a religious community.

**Procedures**

1.   The application for employment or transfer within the University requires a list of all relatives, as defined for this policy, employed by Marywood University.
2.   The employing department reviews the application materials of selected candidates to determine whether the issue of nepotism needs to be addressed with the Assistant Vice President for Human Resources or, in the case of faculty, with the academic dean.
3.   If employees become relatives of other University employees after their appointment, the University will work with them to resolve situations which are in conflict with this policy.  In all cases, the needs of the University will determine the solution. The supervisor at the next higher administrative level will present the matter to the appropriate vice president who, with the

122

President, will decide the action to be taken. Should the decision be that an exception will be made in a given case, the vice president will notify both persons in the relationship in writing. A copy of the written notification is filed in the personnel folder of each person.

4.  Employees working in these situations before July 1, 1995, the effective date of this policy, are not affected.

**4.34    SEARCH COMMITTEE PROCEDURES**

Search committees will be convened for the following positions:  full-time faculty; executive officers; senior administrators; senior management as authorized by the appropriate vice president.

The department head will conduct other searches unless otherwise approved in writing by the appropriate vice president.

The department head or chair of each search committee must contact the Affirmative Action Officer (AAO) to set up a meeting as soon as approval is granted for an open position to be filled.

*Initial Meeting*

1.  For a faculty position, AAO provides a data collection form, which is duplicated and sent to all candidates.  Completed forms are returned to AAO.
2.  For all other positions, candidates who complete applications through Human Resources will receive a data collection form to complete.
3.  Posting and advertising are reviewed for compliance.
4.  Interview questions are reviewed by AAO for compliance with legal requirements.
5.  Documentation requirements are reviewed.
6.  AAO will provide relevant statistics re under-represented groups.

*On-going Process*

1.  Data collection forms are returned by candidates to AAO and tallied.
2.  Department head or chair will contact AAO before interviews are set.
3.  AAO will indicate if there are known minorities or other under-represented groups in the interview pool.
4.  Process will continue if targeted groups are in the pool.  Search will continue if not.
5.  AAO will be available for consultation throughout the search.
6.  Interview notes will be made during the process, and forwarded to AAO for retention once the process is complete.

**4.35    BACKGROUND CHECKS**
(Approved by the President of the University 3/12/04)

Marywood University reserves the right to require background checks on all applicants for employment.  Local, state, and national checks may be done, depending on the level of the position desired.

Additionally, Pennsylvania State Police checks are required for all applicants for security positions and day care employees.  Further, applicants for day care employment, including work study students, must have background checks done by the Pennsylvania Department of Public Welfare for child abuse clearance.

**Procedures**

Contact the Human Resources Office for additional information.

**Marywood University Faculty Handbook  2010**

**4.36**   **MOVING EXPENSES FOR NEW HIRES**
(Approved by the President of the University 3/28/08)

The following apply to new full-time faculty members, administrative officers, administrative directors, and others approved by the appropriate vice president or the President of the University.

The amount determined by the University as appropriate for moving expenses will be based on the following formula:

Initial Contract Salary  x .07  x  Distance Multiplier  =  Relocation Allowance

### Distance Multiplier Table
(from the University)

| | |
|---|---|
| 36 miles to 500  miles | 1.0 |
| 501 miles to 1,000 miles | 1.2 |
| 1,001 miles to 1,500 miles | 1.4 |
| 1,501 miles to 2,000 miles | 1.6 |
| 2,001 miles to 2,500 miles | 1.8 |
| 2,501 miles to 3,000 miles | 2.0 |
| over 3,000 miles | 2.2 |

If the newly hired employee wishes to appeal that this amount is not appropriate in a particular case, this must be done prior to relocation and the appeal must be granted, in writing, by both the divisional vice president and the business affairs vice president in order to guarantee payment.

**Procedures**

The relocation reimbursement will be subject to any applicable withholding taxes.  Employees must submit all moving expense receipts with the reimbursement request.

**4.37**   **PERSONAL CHANGES**

Changes in an employee's status should be reported to Human Resources as soon as possible.  This includes changes in name; address; marital status; dependents due to birth, adoption, marriage; or dependent's attainment of majority, and deaths.  This information must be kept up to date since failure to notify the University on time can result in inadequate insurance coverage.

It is the policy of the University to consider all personal information strictly confidential.  Written authorization by the employee is required for disclosure of any personal information to anyone other than the employee, except as required by law.

**4.38**   **EMPLOYEE TRAINING**
(Revision approved by the President of the University 4/22/10)

Marywood University's regard for the value and potential of each employee is embodied in its Core Values.   It is the intention of the University, therefore, to ensure continuous staff development by providing training for its employees in compliance with federal and state regulations, and institutional

**Marywood University Faculty Handbook  2010**

124

goals and objectives.  This policy ensures employee training and places responsibility for it.

*The Human Resources Office* ensures that skills and experience requirements are adequately expressed in posted job openings.

*Supervisory personnel* are responsible for ensuring that employees in their departments are trained adequately and in a timely manner to safely and efficiently perform their duties.  Supervisors are expected to encourage employees to take advantage of learning opportunities provided by Human Resources or other departments in the University.  They may require an employee to attend a training session provided by the University, if in the supervisor's judgment it will enhance efficiency and productivity in the department.

Following are some representative examples of employee training at Marywood University:

### *Safety and Security*

Employees subject to OSHA Hazard Regulations must be trained within 30 days of hire.

Employees subject to the OSHA Bloodborne Pathogens Regulations must be trained before they perform the specified duties and annually thereafter.

### *Enterprise and Related Auxiliary Information Systems*

Employees who will be users on the Enterprise and Related Auxiliary Information Systems must be trained within 30 days of hire.

User Support Services, a division of OIT, provides centralized multi-campus support with a universal help desk, as well as technical support and training.

### *Research*

The Office of Research and Community Collaboration oversees the training of individuals in compliance and responsible conduct in research involving human subjects, vertebrate animals and potentially hazardous biological materials.

**4.39      SAFETY PRACTICES**
(Approved with publication of the Faculty Handbook 1989)

Employees are required to report all accidents, occupational injuries, illness, or the suspicion of injury to their immediate supervisor.  An accident report must be completed and sent to Human Resources within 24 hours of the accident, regardless of whether any injuries were apparent at the time.

Injuries and accidents which occur on the job may be eligible for coverage under Worker's Compensation.  Any such injury must be reported to the employee's supervisor immediately.  Refer to the Worker's Compensation guidelines in this handbook for additional information.

**4.40      YEARS OF SERVICE AWARDS**
(Approved by the President of the University 1987, 2004)

Years of service awards are presented annually to regular full-time, pro rata, and regular part-time employees for cumulative years of service.  Monetary and appropriate commemorative gifts are presented periodically.

Faculty members and administrators are recognized every five years starting with the fifth year after having been inducted in the Order Cor Mariae-Pro Fide et Cultura.

All employees are recognized every five years beginning with the fifth year of employment.

**Marywood University Faculty Handbook  2010**

125

**4.41**   **EARLY RETIREMENT PLAN**
(Approved by the Board of Trustees 4/20/96, reviewed 2005)

An eligible employee who wishes consideration for early retirement must initiate the request by writing to the President of the University for an appointment to discuss the matter. Eligibility consists of a combination of age and years of service totaling 80 with the minimum age being 62. The offer must be mutually agreeable, and requires at least three months' notice.

Conditions of the offer include the following:

The University would make a lump-sum award of 1% of current salary for each year of service; e.g., $45,000 x 30 years @ 1% = $13,500.

The retiring employee could convert his/her group life insurance to an individual policy at his/her own expense.

The retiring employee would be eligible to begin collecting his/her retirement annuity from TIAA-CREF after termination of employment. S/he would also be eligible to collect Social Security benefits.

Other perquisites include

- opportunity to be hired for a part-time position at the discretion of the department chair, dean, director, or supervisor;
- 100% tuition reduction for the retiree, should s/he ever wish to take a course at Marywood University;
- lifetime membership in the Marywood University Recreation Association
- ticket to cultural events, including concerts and plays on campus;
- use of the Learning Resources Center.

**4.42**   **FRICCHIONE DAY CARE CENTER: A CHILD DEVELOPMENT CENTER**

The Fricchione Day Care Center: A Child Development Center is open to the children of Marywood's staff, faculty, and students, as well as children of employees from the Marian Convent and St. Joseph's Center. Other children will be served on a space available basis. Marywood University's main purpose in establishing the center is to provide quality child care to those who wish to pursue career, personal, or educational goals.

The Fricchione Day Care Center: A Child Development Center is founded on the belief that children learn through interaction with other children and adults. The program strives to meet the developmental needs of each child within a multi-age group setting. Experiences are provided to enhance the cognitive, affective and physical development of each child.

The Fricchione Day Care Center: A Child Development Center is accredited by the National Association for the Education of Young Children.

There are several options available to parents who may decide to utilize the services. Contact the Director of the Fricchione Day Care Center for details.

**4.43**   **TONY DOMIANO EARLY CHILDHOOD CENTER**

The Tony Domiano Early Childhood Center includes both a half-day pre-school and a full-day kindergarten. The teachers in the Tony Domiano Early Childhood Center provide the children with a "prepared environment" that fosters their abiding curiosity and presents learning as a joyous and happy experience. The objectives of the program are to assist each child in developing

**Marywood University Faculty Handbook 2010**

126

- a positive attitude toward him/herself and others within the school community;
- self-confidence as an independent learner;
- inner security based on a sense of personal worth and self-discipline leading to true inner freedom of spirit;
- the ability to accept his/her own strengths and limitations;
- the integration of sensory motor skills, the ability to discriminate and judge and the ability to make choices;
- a secure foundation upon which to build his/her emerging intelligence and imagination.

Children must be three years of age by September to be accepted, and because the program is a three-year cumulative one, three year olds are accepted first. Four year olds whose birthdays are in June, July or August are accepted if they will remain in pre-school for two years prior to entering kindergarten. Four year olds applying for one year of pre-school will be accepted if a four year old drops out and makes a space available or if they have attended a Montessori based pre-school for one year. Children applying for kindergarten who did not attend the Marywood pre-school program are accepted only if openings are available and the child meets the school's academic criteria.

Contact the Director of the Tony Domiano Early Childhood Center concerning openings.

**4.44**      **EARLY CHILDHOOD AND DAY CARE CENTERS BENEFIT**
(Approved 2001, 2006)

A cost reduction is granted to a Marywood University full-time employee whose dependent children or whose grandchildren are enrolled at the Fricchione Day Care Center and/or the Tony Domiano Early Childhood Center. The cost reduction is applied according to the following scale:

| | |
|---|---|
| Marywood salary is under $25,000 | 35% for each child |
| Marywood salary is $25,000 to $50,000 | 25% for each child |
| Marywood salary is over $50,000 | 15% for each child |

When two employees qualify for the same child's benefit, only the greater of the two salaries is used.

*Definitions*

Dependent child is a biological, adopted, foster or step child, or a legal ward.

Grandchild is a biological, adopted, foster or step child, or a legal ward of the son or daughter of a full-time employee.

Employee is a member of the administration, faculty, or staff of Marywood University.

*Procedures*

Employees are subject to the ordinary policies and procedures for enrolling children at the early childhood centers, including the possibility of being placed on a waiting list.

**4.45**      **CONFIDENTIAL INFORMATION**

University employees with access to confidential information are responsible for its security. Following are some guidelines:
1. Confidential information should be locked in a file cabinet or desk drawer when not in use.
2. Confidential information should never be left unattended. This includes computer desktop devices, which must be signed off when unattended.

**Marywood University Faculty Handbook  2010**

3.  Computer passwords must be kept secret, must not be stored in computer files or libraries, must not be shared, nor left near computer terminals, on cabinets, or on bulletin boards.
4.  Confidential information is to be used for authorized purposes only.

**4.46**     **VIOLENT ACTS AND THREATS**
(Approved 2001, 2006)

Marywood University is committed to maintaining an environment that avoids exposure of staff, students, and visitors to foreseeable risks and prevents unnecessary damage to University property. If violent acts occur or threats of violence are perceived on campus or on other property controlled by the University, decisive action will be taken immediately to limit the potential for further development.

The Chief of Safety and Security is responsible for ensuring that federal and state laws regarding crimes and offenses and University regulations related to a safe environment are enforced. S/he has authority to determine whether circumstances surrounding behavior constitute a credible threat or act of violence, and to inform law enforcement authorities in the case of an alleged violation of public law. Calls to 911 by others in obvious emergency situations must be reported to the Chief as soon as possible.

A Marywood University student, faculty or staff member in violation of this policy will be subject to University disciplinary policies and procedures up to and including termination.

**Definitions**

For purposes of this policy, threats and acts of violence include but are not limited to
   repeatedly swearing or using abusive or offensive language toward others;
   intentionally damaging property;
   verbalizing a wish or intent to hurt others;
   sending aggressive or threatening written, verbal, or visual communications;
   engaging in felony property damage;
   engaging in aggravated assault;
   possession whether open or concealed, storage in or on personal or University property, delivery,
      transportation, use, sale, purchase or receipt of a weapon on University property.

**Procedures**

In the event of an act or a threat of one that appears to be violent, the Chief of Safety and Security is to be notified as soon as possible. Threatening behavior is complex, and it is not expected that students, faculty, or staff will be experts in assessing it. If the Chief is not available, his appointed delegate will be on duty.

A Critical Incident Response Manual for safety and security officers is maintained by the Chief of Safety and Security.

**4.47**     **DEADLY WEAPONS AND FIREWORKS**
(Approved by the President of the University 2001, 2006)

Deadly weapons and fireworks may not be brought onto property owned or controlled by Marywood University. This prohibition is a proactive step toward reducing the risk of bodily injury or death due to intentional, accidental, inexpert or improper use. It applies equally to those carried by persons with a government-issued permit.

This policy regarding weapons does not apply to Marywood University Chief of Safety and Security; other duly-appointed law enforcement officers; and members of the U.S. armed forces when on duty.

**Marywood University Faculty Handbook  2010**

There may be activities such as physical fitness, theatrical productions, displays, or educational workshops that may appear to violate the letter but not the intent of this policy. In such cases, written approval from the Chief of Safety and Security is required before the activity takes place. Those responsible for the activity must remove the weapon and unused fireworks from University property at the end of the term of the permission.

A Marywood University student, faculty, or staff member in violation of this policy will be subject to University disciplinary policies and procedures up to an including termination.

**Definitions:** For purposes of this policy, reference Commonwealth of Pennsylvania law.

Deadly weapons are any firearm, whether loaded or unloaded, or any device designed as a weapon and capable of producing death or serious bodily injury, or any other device or instrumentality that, in the manner in which it is used or intended to be used, is calculated or likely to produce death or serious bodily injury.

Fireworks are any combustible or explosive composition or any article prepared for the purpose of producing a visible or an audible effect by combustion, explosion, deflagration, or detonation.

Bodily injury is impairment of physical condition or substantial pain.

Serious bodily injury is injury that creates a substantial risk of death or which causes serious, permanent disfigurement, or protracted loss or impairment of the function of any bodily member or organ.

**Procedures**

A person who is found to violate this policy may be required by the Chief of Safety and Security to remove him/herself and the weapon immediately from University property. Whether the person is asked to leave the property or not, the Chief will decide if circumstances surrounding the incident require notification to public law enforcement authorities. A Critical Incident Response Manual for safety and security officers is maintained by the Chief of Safety and Security.

**4.48**    **UNIVERSITY PLAN FOR PERSONAL COMPUTERS**
(Policy approved by the President of the University 1984, 1999)

Marywood University will make available to full-time employees a loan equal to 75% of the purchase price of a personal computer, additional hardware, or software. The following conditions apply:

1.  A loan may not exceed $2,000.
2.  A request for an additional loan may be honored, provided the prior one has been repaid.
3.  The employee is responsible for placing the order with the vendor. Upon receiving evidence of the order showing the amount due, the University will issue a check made payable to the vendor. The employee may hand deliver the check.
4.  A loan is interest free. It is payable in 78 equal installments through payroll deduction. In the event of termination of employment, the amount owed will be deducted from the final payroll check. If the final payroll check will not be enough, the entire balance is due by the last date of employment.
5.  Marywood University is not responsible for maintaining the items purchased or for training employees to use them.
6.  Insurance is not provided by the University for purchased items.

This offer may be rescinded at any time by the President of the University.

129

**4.49**        **WEBSITE PRIVACY POLICY**
(Policy approved by the President of the University 2001, 2005)

Marywood University respects the privacy of users of its website.  For those who access the site for information purposes, the University stores only the domain name from which the Internet is accessed, the date and time, and pages viewed of its site.  This information helps to provide the best quality information and the kind of online offerings desired by users.

Information collected through forms on the Marywood University Website is private and confidential. It is used internally only and is not released to persons or institutions outside the University without consent of the user, except as required by law.  Responses to questions regarding race, sex, color, national or ethnic origin, age, creed, ancestry, religion, disability, or any other legally protected status are voluntary, are kept confidential, and are not used to deny access of admission.  They are, however, used to assist the University in providing data to demonstrate compliance with federal regulations.

Social Security numbers are requested on application and registration forms.  They are used for identification when required for certain matters, e.g., those relating to federal and state financial aid.

**Procedures**

 Questions about this Website Privacy Policy, the practices of the site, or dealings with the website should be referred to the Director of Web Development.

Fagal v. Marywood                    June 6, 2016                              DEF3600

130

Fagal v. Marywood                              June 6, 2016                              DEF3601

# CHAPTER  FIVE

# STUDENT

# LIFE

Chapter Five includes short descriptions of
Student Life activities.

| | |
|---|---|
| **5.1** | **MISSION OF THE STUDENT LIFE DIVISION** |

In the context of the University's mission, Catholic identity and core values, the Student Life Division complements the University's academic goals by engaging students through an integrated program of services and educationally purposeful learning experiences designed to enhance holistic growth and personal development.

| | |
|---|---|
| **5.2** | **ACT 101 PROGRAM** |

The Act 101 Program, designed by the Commonwealth of Pennsylvania, assists highly motivated students with demonstrated potential to succeed in college. To qualify, students must be residents of Pennsylvania, have financial need and be capable of fulfilling the University's academic requirements. Counseling and tutoring are integral components of the program and are provided to individuals and groups throughout the academic year. Workshops to assist students achieve their full potential are offered each semester, and a summer pre-college credit-bearing experience including cultural and social events is provided.

| | |
|---|---|
| **5.3** | **ATHLETICS AND RECREATION** |

Intercollegiate athletics is an integral aspect of the educational program. Through training, teamwork and rigorous competition, students are provided with opportunities for development of varied skills and values.

The University is a member of the National Collegiate Athletic Association (NCAA) Division III and the Colonial States Athletic Conference (SCAC) Fourteen teams, eight sports for women: (basketball, cross-country, field hockey, lacrosse, soccer, softball, tennis, and volleyball) and six sports for men: (baseball, basketball, cross-country, lacrosse, soccer and tennis) are sponsored.

Formal and informal recreation opportunities are offered to students, faculty and staff through open recreation programs, wellness classes, varied intramural sports and sports clubs and several fitness activities. Facilities include an indoor pool, fitness center, gymnasium, racquetball courts, aerobics room, saunas, rock climbing wall, athletic training room and lab, 1500 seat arena, elevated running track, outdoor tennis courts, sand volleyball court and intercollegiate/intramural athletic fields.

| | |
|---|---|
| **5.4** | **CALENDAR OF EVENTS** |

The annual University calendar lists academic and extra-curricular schedules and events. A monthly calendar noting programs and activities sponsored by Student Life departments also is published. Both documents may be accessed via the Marywood University Home Page. Facility reservations are the responsibility of the sponsoring party and should be made well in advance to avoid scheduling conflicts. Use of residence facilities must be arranged through the Director of Housing and Residence Life.

| | |
|---|---|
| **5.5** | **CAMPUS MINISTRY** |

Campus Ministry serves the mission of the University by promoting a faith community among faculty, staff and students and by providing opportunities for liturgical worship, prayer experiences, spiritual direction, moral development, community service and social justice activities. All activities are planned, organized and administered by students under the mentorship of the Campus Ministry staff. Students are thus prepared to assume leadership roles in both church and society. All members of the community, regardless of denomination, are invited to participate in Campus Ministry activities and to offer suggestions about ways in which Campus Ministry can best serve their needs.

Collegiate Volunteers, a program of volunteer service opportunities in the Campus Ministry Center, is provided in collaboration with the University of Scranton. Through this program, Marywood students participate in numerous community service and volunteer projects that assist them learn about and value service. Students are placed according to their interests and in response to community needs. Student-initiated activities also are encouraged. Volunteer service by students from each university is intended to be communal, integrating, liberating and stimulating of energies and skills for the future.

**Marywood University Faculty Handbook 2010**

134

**5.6**     **CAREER SERVICES**
The Career Services Office offers services and programs to support students with career decisions and transitions. Career counseling and assistance with resume preparation, job search techniques and employment interviews are provided. Computerized systems for assessment and access to information about vocational interests, aptitudes, values and the work world are provided. Full and part-time work opportunities are listed through the Job Announcement Service. Employer information vital to interview preparation and audiovisual aids to help with decision-making are offered in the Career Resources Library and announcements about employment fairs are available regularly. An Alumni Career Network for students and graduates wishing to communicate with alumni across the country regarding employment and relocation also is provided. Comprehensive information about graduate programs is available as well.

**5.7**     **COUNSELING AND STUDENT DEVELOPMENT CENTER**
The Counseling and Student Development Center assists students' personal and academic development through a variety of psychological, psychiatric and outreach services. These services enable students to develop effective problem-solving and decision-making skills to make satisfying life choices and to maximize the capacity for on-going emotional and social growth.

The professional staff and supervised graduate student interns respond to a spectrum of needs, from providing information to assistance with serious psychological issues. In addition to individual counseling, support group sessions on important topics within the student community are offered. The C/SDC is committed to a comprehensive wellness philosophy and numerous outreach educational programs to encourage social, emotional, spiritual, intellectual and physical well-being are presented. Peer education to enhance wellness throughout the community is offered through the Peers on Wellness (POW!) group. Students normally are seen by appointment and, when possible, on a walk-in basis or at times when the C/SDC is not open. In addition, a twenty-four hour "hotline" (570 348-6245) for emergency assistance is available. Strict professional privacy and confidentiality standards are maintained by the staff.

**5.8**     **DEAN OF STUDENTS**
The Dean of Students supervises a program of varied services and activities to enhance students' academic and personal development through formal and out-of-class learning experiences. Planning, policy formulation and management of the Housing and Residence Life and the Student Activities and Leadership Development offices is coordinated by the Dean who is the primary administrative liaison to the student body. The Dean of Students also administers the disciplinary/judicial policies and procedures and related services and programs.

**Housing and Residence Life**
The mission of the Housing and Residence Life Office is to provide a safe, comfortable, secure and nurturing living-learning environment conducive to students' academic and personal development while intentionally fostering a sense of community, civic engagement and responsibility and appreciation for diversity.

Accommodations range from traditional corridor-style residence halls to suites with private baths, townhouse-style apartments and small living units. Each facility is staffed by a graduate student Residence Director, and undergraduate and graduate students serve as Resident Assistants in all living units. Selected based on leadership ability, communication and interpersonal relationship skills, the Residence Life staff is well trained to develop a vibrant living/learning community.

**Student Activities and Leadership Development**
The Center for Student Activities and Leadership Development supports the University's academic goals and complements the mission of the Division of Student Life. To fulfill its commitment to student learning, the office promotes engagement and participation in the social, cultural, and intellectual life of the University, while instilling in students the capacity for both independent and collaborative action. As the principal advisor to student organizations and commuter programs, the office fosters qualities of character, civility and scholarship. This is achieved through student involvement and leadership

**Marywood University Faculty Handbook  2010**

development opportunities offered that form an integral component of each student's educational experience.

Other responsibilities of the office include the New Student Orientation Program, coordination of the formal leadership development/education program, administration of the student activities budget system, advisement of the Student Government Association and the Commuter Committee, recognition and advisement of student organizations, administration of the identification card system and supervision of co-curricular activities and related programs.

**5.9      FUNDRAISING**
Fundraising activities on campus must be done under University auspices. Recognized clubs, organizations and classes may conduct fundraising activities as approved by the Center for Student Activities and Leadership Development. The Development Office must approve any solicitation of and off-campus business. The University Bookstore has the exclusive right to sell all items bearing the University Seal or Logo.

**5.10     RECOGNITION OF STUDENT ORGANIZATIONS**
Student organizations are recognized to support the rights of students to freely form associations compatible with the mission, goals and objectives of the University; to maintain the right of the University to choose those student organizations to be recognized; to define the relationship between the University and student organizations; and, to insure that the requirements for recognition, the privileges which accompany recognition and the policies and procedures that govern student organizations are administered in a consistent and non-discriminatory manner. This policy applies to undergraduate and graduate student organizations including honor societies and organizations sponsored by the Athletics and Recreation Department.

The University expressly permits recognized student organizations to operate on campus. While recognized student organizations may have external affiliations and may be members of an incorporated external organization or be individually incorporated, University recognition sanctions only the existence and operation of an organization on campus. Off-campus activities of recognized student organizations, unless expressly approved or sponsored in advance by the University, are the sole responsibility of the organization, its officers and members. Recognized student organizations are private student groups and not official representatives of Marywood University. A recognized student organization may not represent the University in any contractual obligations nor present itself as an official entity within the University.

There are two forms of University recognition: registration and certification.

*Registration*
A registered student organization is a student group which has met the standard Requirements for Recognition as interpreted by the Director of Student Activities and Leadership Development.

*Certification*
Certification is accorded to registered organizations that have established an association or working relationship with an official operating unit of the University. The administrator of the operating unit, i.e., department chair, dean, director, etc., determines the nature and extent of this relationship. The activities and programs of certified student organizations are not considered official programs of the operating unit unless expressly approved or sponsored by the chief administrator.

A third type of organization is a support group. They are neither registered nor certified organizations that follow separate procedures as defined by the Counseling and Student Development Center.

**5.11     ROLE AND RESPONSIBILITY OF AN ADVISOR OF A STUDENT ORGANIZATION**
The advisor is integral to a student organization. The advisor's primary function is to advise, counsel and be an active resource person for student clubs and organizations. A faculty member or administrator may serve as advisor to a club or organization indefinitely. Class advisors, however, are

**Marywood University Faculty Handbook  2010**

appointed for a four-year period. Advisors report to the Director of Student Activities and Leadership Development and are encouraged to consider the following in preparation for this role.

**Leadership Development**
Advisors should offer students opportunities to be self-initiating and to exercise judgment with autonomy in social, educational, cultural, spiritual and recreational activities. An advisor should be reasonably passive and the student members should be the primary influence on the group's activities. As needed, guidance should be offered as the direction of the group is determined. Student leaders should be encouraged to participate in the formal leadership development educational programs sponsored by the Student Activities and Leadership Development Office each semester.

**Enthusiasm**
Advisors should understand and support the value of co-curricular involvement in a students' total education. Advisors should encourage and assist members to gain leadership and other skills of lifelong value from such involvement.

**Time Commitment**
Advisors should be available to the group as needed and attend the organization's on and off-campus meetings and social functions as requested.

**Campus Policies**
Advisors are expected to support all University policies. Advisors must understand the club's constitution and procedural matters related to University guidelines for activities on and off campus.

**5.12      STUDENT HEALTH SERVICES**

The Student Health Services Office includes a registered nurse director, a nurse practitioner and a consulting nutritionist. The staff is committed to a comprehensive wellness philosophy. Medical services, health information and counseling are available. Primary care, i.e. assessment and treatment, and referrals to community physicians and to campus and community resources for health education and counseling are provided. Emergencies are referred immediately to nearby hospitals and a staff member is available after office hours for telephone consultation.

Students are strongly encouraged to obtain health insurance. Primary care in the Student Health Services Office is provided without charge; however, students should be covered by health insurance to assist with the cost of laboratory tests, emergency room visits, physician treatment or hospitalization. All such expenses are the students' financial responsibility. Evidence of health insurance is required for international students and student-athletes. Students are invited to consider a University-endorsed plan available for purchase. Informative brochures and enrollment forms may be obtained at www.BollingerInsurance.com/marywood, the Student Health Services Office or the Office of the Vice President for Student Life.

**5.12.1      Student Health Records Policy**
(Revision approved by the Board of Trustees 1/22/00)
All undergraduate and graduate students are expected to submit a completed health history and immunization record to the Student Health Services Office. Students who choose to use the Student Health Services Office must complete a health history and immunization record before non-emergency services can be provided. Resident students who do not submit the completed health history record may be required to live off campus.

# CHAPTER  SIX

# UNIVERSITY

# ADVANCEMENT

**Chapter Six includes short descriptions of
University Advancement activities.**

**6.1     THE OFFICE OF UNIVERSITY ADVANCEMENT**

The mission of University Advancement is to promote the interests and values of independent, comprehensive, Catholic education as specifically embodied in the mission of Marywood University. University Advancement is charged with generating resources – familiarity, friends, funds - that will help accomplish Marywood's mission.  In line with the priorities of the institution and those of the unit, the office has as its focus

- the expansion and strengthening of all fund development programs;
- the strengthening of the University's visibility on the local, regional, and national levels in support of the University's enrollment and fiscal objectives;
- the promotion of a viable alumni program that will engender a desire to support Marywood with time, talent, and treasure.

University Advancement is the coordinating division for constituency relations, marketing communications, and fund-development programs for Marywood.  The office provides the vital communications link needed between the University and its diverse constituencies through a planned comprehensive program of communications events and activities conducted by the staff in conjunction with other staff of the University and with volunteers from external constituencies.

**6.2     FUND-RAISING - POLICY STATEMENT**

- Any special fund-raising activity carried on in the name of Marywood University, or any department thereof, must be approved by the Assistant Vice President for Development.
- All gifts and grants made to the University must be reported to the Development Office for purposes of recording and acknowledgment.
- Prior to accepting in-kind gifts to the University, contact must be made with the Development Office.  No gift is to be accepted prior to completing the necessary procedures with the Development Office.  This includes books, art, equipment, software, etc.  *Gift-in-Kind Information Reports* are available through the Development Office.
- Contacts made with individuals, corporations, and foundations for the purpose of seeking support for the University or its programs must first be approved by the Development Office, since the office serves as the central clearinghouse for advancement efforts.

**6.3     DEVELOPMENT**

The main fund-raising activities that are organized, administered, or monitored by the Development Office are the Marywood Fund, student and reunion giving programs, capital programs and major fund drives, planned giving programs, corporate and foundation relations.

**6.3.1    Grants Administration**

The Office of Corporate and Foundation Relations serves as a central clearinghouse and budget approval point for Marywood University programmatic grant proposals to city, state, and federal agencies as well as private funding sources such as foundations and corporations. Research grants are handled by the "Office of Research and Community Collaboration." It is advisable to contact and schedule a pre-application interview as early as possible.  To assist in making the proposal process smooth and effective for all concerned, a summary concerning proposals has been prepared.

1.   The Director of Corporate and Foundation Relations will assist whenever possible in developing a grant proposal as well as helping to seek funding sources.

2.   At the earliest possible time, applicants should complete the grant proposal.  A *Clearance Form* will be completed on line by the corporate/foundation director with approvals sought from the appropriate department chair, dean, and vice president as well as the Fiscal Affairs and ORCC offices.   The clearance process is required for all public and private initiatives.

3.   The budget for a grant proposal should conform to the requirements of the granting agency as well as policies of Marywood University.

**Marywood University Faculty Handbook  2010**

**140**

A draft budget will be attached to the *"Grant/Contract Proposal Clearance Form"* for review and approval by the parties listed in (2.) above. Close attention should be given to all grant proposal commitments, in-kind or cash, being made on the part of the University as well as sustainability issues.

The signature of the President of the University is required for all grant proposals from Marywood University. The Director of Corporate and Foundation Relations is responsible for obtaining this signature.

Copies of all Marywood University programmatic grant proposals are on file in the Development Office. This serves as the official document for funding if the grant is approved and provides an historical record of all grant development activity.

When a grant proposal is approved, the person responsible for the grant must notify the Development Office so that the approved budget may be forwarded to the Office of Fiscal Management. Expenses may not be incurred until the Office of Fiscal Management has an approved budget.

All expenditures from an approved grant must be spent according to the guidelines of the granting agency and the policies of Marywood University. Any changes in budget line items must be approved by the granting agency and appropriate personnel at Marywood.

Interim and final reports on a grant should be sent to the Director of Corporate and Foundation Relations upon completion. When appropriate, the Director of Corporate and Foundation Relations may be able to assist in preparing reports.

Additional information on the University grant development process is available from the Office of Corporate and Foundation Relations and on the Marywood University Web site, including an online "Grants and Contracts Handbook."

**6.3.2    Marywood Fund**
The Marywood Fund generates restricted and unrestricted financial resources that assist in underwriting the annual operating expenses of the University. The annual effort for the Marywood Fund includes six campaigns aimed at securing support from various constituencies of donors. This annual effort is coordinated through the Marywood Fund Office, with individual campaign responsibility falling to either the Director of the Marywood Fund, or the Assistant Director of Alumni Support. While each campaign comprising the Marywood Fund has an individual goal, the Director of the Marywood Fund has the responsibility of coordinating all efforts to realize the overall Marywood Fund annual goal.

The success of each campaign is made possible by the efforts of the Chair of the Marywood Fund, the individual Campaign Chairs, and numerous volunteers from alumni, staff, and friends. Following is a summary of these campaigns:

- Fall Phonathon/Class Agent Program: secures support from alumni and parents. The Fall Phonathon and Class Agent Program encourages pledges of financial support through a pre-phonathon mailing and personal phone solicitation from students and especially from alumni "Class Agent" volunteers who represent each Marywood University graduating class in an effective classmate-to-classmate appeal. The Assistant Director of Alumni Support is responsible for the successful completion of this campaign.

- Campus Community Campaign and Faculty Scholarship Fund: secures support from Marywood University employees and faculty. The Campus Community Campaign encourages pledges of financial support from non-faculty employees through intracampus correspondence, e-mail and personal solicitation. The Faculty Scholarship Fund, a subset of the Campus Community Campaign, encourages financial support from the faculty for a faculty-sponsored annual merit scholarship award for a student in each of the colleges of the University. The Director of the Marywood Fund is responsible for the successful completion of this campaign.

- Presidential Society: secures support from those donors whose generosity makes possible pledges of $1,000 or more. The Presidential Society encourages pledges of financial support through correspondence and personal solicitation from University Advancement staff and volunteers. The Director of the Marywood Fund is responsible for the successful completion of this campaign.

- Community Campaign: secures support from individual and business friends in the community. The Community Campaign encourages pledges of financial support through correspondence and personal solicitation from University Advancement staff and volunteers. The Director of the Marywood Fund is responsible for the successful completion of this campaign.

- Spring Phonathon: secures support from alumni and parents. As a follow-up to the Fall Phonathon, the Spring Phonathon encourages pledges of financial support through a pre-phonathon mailing and personal phone solicitation from students and alumni volunteers. The Assistant Director of Alumni Support is responsible for the successful completion of this campaign.

- Marywood Golf Tournament: secures support from all constituencies. The annual Marywood Golf Tournament encourages pledges of financial support through regional business sponsorship and personal participation. The Director of the Marywood Fund is responsible for the successful completion of this campaign.

**6.4      ALUMNI SUPPORT**
Maintaining good relations with graduates of the University is the primary responsibility of the Alumni Relations office. This is made possible by working with alumni volunteers including the President and officers of the Alumni Association and by coordinating events on and off campus.
Alumni financial support of the University, as developed by the Fall Phonathon and Spring Phonathon campaigns, is the responsibility of the Assistant Director of Alumni Support. While the Assistant Director of Alumni Support reports to the Director of Alumni Support, the activities of the position must be closely coordinated with Marywood Fund Office.

**6.5      MARKETING AND COMMUNICATIONS**
University Advancement has been charged with the implementation of marketing strategies for the University. The Marketing and Communications Office functions as a planning department for marketing the University through branding, direct marketing, constituent service, and internal and external communications. The office serves as a centralized clearinghouse for all marketing activities originated, funded, or produced by all University departments or divisions. The office has the responsibility to see that all publications carrying the Marywood University name communicate messages effectively and conform to the standards set forth for the University image. As an "in-house agency" to the various University divisions and departments, the office offers assistance with editing, writing, design, and production trafficking of University materials, which include brochures, programs, announcements, catalogs, posters, annual report, advertising, and other promotional pieces.

**6.5.1      Advertising**
The Marketing and Communications Office coordinates advertising for the University and its programs and events. Advertising concerning academic programs and campus events must be budgeted with and channeled through this office. Planning, production, and placement are handled by the Communications Director under the direction of the Executive Director of Marketing and Communications. This is necessary in order to ensure coordination of University marketing efforts, a unified University image and better tracking of advertising expenses.

*Guidelines*

1. Advertisements include all paid print, television, cable, outdoor, or direct mail announcements that promote Marywood in any way. Specific advertising requests are to be made to the Marketing and Communications office and will be considered in the context of the overall marketing plan. Producing ads takes time. This must be considered when making requests.

2. Planning for the advertising budget for the July 1 - June 30 fiscal year takes place during the preceding academic year. Requests for advertising, as well as other publicity needs, for academic departments should be coordinated with and approved by the college or continuing education dean. Requests for advertising from other University departments should be coordinated with and approved by department heads and divisional vice presidents.

3. Once approved by dean, department head, or vice president, advertising plans should be developed in the Marketing and Communications department a minimum of four weeks in advance of advertising deadlines. Schedule an appointment with the Marketing and Communications department at least four weeks in advance of advertising deadlines (exception, see #5 below).

4. An early contact with the office will allow time for copy and layout preparation, necessary changes, approval, scheduling, placement, and billing. With your input, the advertising and creative staff will work on ad design, layout, and copy. You will be asked to approve content of the final product.

5. National and trade magazines have different production schedules that must be anticipated in order to meet deadlines. Allow eight weeks lead time for these ads.

6. Please supply the Marketing and Communications Office with any results or feedback on your advertising. This type of information is helpful for future marketing efforts.

**6.6      PUBLICATIONS**

**6.6.1     Publication Standards**
Marywood's publications help to shape impressions and information about the University. Publications that may be viewed by external constituencies - without regard for the origin of the publication or the department budget to which it is charged - are to be channeled through the publications office for editing, design, production control, and cost efficiency.

Financial data to be included in any publication must be approved by the Business Affairs Office. Marywood publicity and other media contacts must be cleared through the Marketing & Communications Office. The Marketing & Communications Office will handle details for getting the job edited, designed, and printed, and will be in touch with the client as production moves ahead. The Marketing & Communications Office will handle details of production including screening of bids and decisions on use of outside vendors. The publication staff helps in the following ways:
- consultation and scheduling of publication pieces;
- writing, editing, or rewriting copy in line with procedures outlined;
- designing publications;
- arranging for photography shoots;
- approving submitted photography and art work;
- planning and executing preparation of printer specifications;
- obtaining cost estimates and using a competitive bid process;
- coordinating typesetting, editing, proofreading, and final production;
- translating files from personal computer or mainframe.

**Marywood University Faculty Handbook 2010**

**6.6.2**    **Planning Your Publication**
Start as early as possible. When you have an idea about the kind of publication you want, contact the Publications Director in the Marketing & Communications Office to make an appointment. The Marketing & Communications Office may refuse in-house work based on a priority basis, if insufficient notice is given prior to publication deadline. Client-signed purchase order authorization is considered by the Marketing & Communications Office as permission to initiate services and purchase materials to complete the job.

In order to maintain a smooth flow during the production process and to meet scheduled deadlines, it is essential that we maintain contact with one individual in the division or department. If more than one person is to be involved in the approval process, please involve that person at every critical step in the production process and do not wait until a final sign off is requested.

**6.6.3**    **Scheduling**
Advance publications planning is of utmost importance in order to keep within budgets and to maintain production schedules. Most people underestimate the time needed to produce a publication. There are many variables in the time required to produce a publication, including the size of the publication, the complexity of design, the number of copies, and the schedule and workload in the publications office. On most projects, it is best to allow six to eight weeks to produce a finished piece.

*End-of-Fiscal-Year Requests.* Material or requests for printed product submitted after April 1 (for completion by June 30) cannot be guaranteed to be delivered by June 30 for that budget year with the exception, schedule permitting, of client-generated copy with supplied, acceptable photography submitted by May 1.

**6.6.4**    **Image**
The visual presentation of an organization creates a general impression to its public. These impressions should communicate a unified consistent message. Under the Marketing and Communications Department, the publications office has established a visual style for the University and strives for a unified approach in all interrelated design elements. Marywood University is visually identified by specific typeface titles and headings. All typesetting is carefully selected and placed to bring uniformity to the total layout. Although this style seems well defined, it is flexible enough to incorporate the needs of individual clients.

**6.6.5**    **Printing**
While no charge is rendered for most of the production services performed by staff, cost for typesetting, printing, paper, envelopes, preparing camera-ready copy/negative, color proofs when requested, photography relative to ad or publication, and mailing are charged to the client's office or initiating department. The Marketing & Communications Office will prepare the purchase order for the publication, which must be signed prior to scheduling production. This step gives approval to produce the work by the initiating division or department. All sign-offs must be secured from the appropriate administrator.

**6.6.6**    **Copy Specification, Design and Layout, Manuscript Preparation**
The Marketing & Communications Office will draw up specifications and determine format, typeface, artwork, and general appearance after consultation with the client. The Marketing & Communications Office retains the artwork for all printing. Final decisions on design, copy and layout rest with the Marketing & Communications Office.

The production process will begin when all material for the publication is in hand. If a publication requires copy written or rewritten by staff, material must be submitted at least one week earlier than scheduled. Major publications require a longer period of time and will be scheduled accordingly. It is the responsibility of the department requesting a publication to gather the information and ensure its accuracy.

The following guidelines should be adhered to while typing documents in a word processing program for transfer to the Marketing & Communications Office:

**Marywood University Faculty Handbook  2010**

144

- Do not indent paragraphs or center headlines.
- Hit the return key only at the end of a paragraph.
- Never hit the return key more than once in succession.
- Use the tab key only when inputting tables.
- Never hit the tab key more than once in succession, even when producing a table.
- Copy will be accepted electronically in the following formats:  on disk, preferably as a Microsoft Word format for Macintosh, but PC format can be adapted, accompanied by a printed hard copy of the document.

6.6.7        **Photographs, Artwork**
Photos and artwork are arranged through the Marketing & Communications Office.  The office maintains a file of photos and artwork that may be used for your publication or Web Page.

6.6.8        **Production Process**
The Marketing & Communications Office reserves the right to refuse projects, which do not allow sufficient time for production and printing.

6.6.9        **Off-Campus Printing**
Off-campus-printing firms are used for large printing jobs.  The University admissions package, posters, envelopes, calendars, and other large pieces, and other selected jobs may be printed outside. The Marketing & Communications Office endeavors to secure up to three price quotations before we engage a printer.  The Marketing & Communications Office evaluates these quotes and selects the best printer for University needs.  Extra time must be allowed for processing outside printing jobs.

6.6.10      **Cost and Time Estimates**
Production time estimates are given when a job is initiated and due date assigned.  The time needed varies according to the complexity of the job and the workload of the office.  Production time estimates are based on the date a requisition and copy are submitted and do not take into account extensive changes once a job is under way or delays in the approval of proofs.  Allow at least six weeks for small pieces and longer for larger publications.  We do our best to help you get your job when needed, but rush work is expensive.  Planning ahead, proofreading the first copy very carefully, and submitting all copy at the same time are the best ways to keep costs down and to meet deadlines.

Upon request, we can try to give a cost estimate when we have received all your copy and the quantity you desire.  A week to 10 days should be allotted for this. This is a budget estimate process only, not a formal bidding.

6.6.11      **Publication Quotes**
Vendors are selected on the basis of job requirements. Estimates are provided based on specifications presented.  Costs escalate as changes are made during the production process.  Please note that prices quoted are estimates to do a job, and not the actual cost.  Formal bids become possible only after approved copy and comprehensive layout.  The final billing will include any additional charges, such as author's alterations after typesetting is completed.

6.6.12      **Printing Trade Policy**
The print trades require that the customer accept and pay for overruns of up to 10 per cent as well as accept an underrun of up to 10 per cent.  This is usually the exception rather than the rule but is a factor in deciding quantities.

6.7        **NEWS AND INFORMATION/PUBLICITY**
The Marketing & Communications Office is the central clearinghouse and dispersal point for University news releases, feature stories, photographs, public service announcements and other media contacts.  The role of the office is essential in coordinating the flow of information about the University to the media.  All Marywood publicity and other media contact must be cleared through the Marketing & Communications Office.  Marywood has too many programs and events to permit a representative for each activity or organization to contact the news media.  Such an approach would create confusion and repetition, yielding an unprofessional result for University public relations efforts.  Furthermore,

**Marywood University Faculty Handbook  2010**

multiple contacts from one organization creates a credibility problem with the professional media. Given the required notice, the Marketing & Communications Office is prepared to offer assistance in publicizing a campus program or event in many ways, including: news releases, public service announcements, requests for media coverage, and listings in regional calendars of events. Publicity covers all unpaid promotion, which includes news-related promotion such as news releases, newspaper or magazine features and articles, and press relations. Publicity also includes public appearances such as radio and TV interviews, conferences, and special events.

At Marywood, the Communications Director oversees all press and media matters with particular emphasis on news of general interest. In addition to directing an ongoing flow of information to the media, the Marketing & Communications Office handles all questions from the press and attempts to keep a listing of faculty, staff, and administration willing to talk about their programs and/or respond to a news story. The list is sent to the media to suggest individuals for interviews. The Communications Director determines release dates and which mailing lists are to be used. The final editing of copy rests with the Communications Director.

For optimal coverage, all requests for publicity should be made at least three weeks in advance of the proposed submission to the media. In the event of a major program, e.g., concert, theatre production, workshop/seminar, exhibit, guest lecturer, etc., contact with the office should be made at least one month prior to the event, at which time a publicity plan will be developed to coincide with other scheduled releases. Please remember that the Marketing & Communications Office cannot guarantee that all releases submitted to the media will be published. Because of the volume of materials distributed through the Marketing & Communications Office, articles are written and distributed on a priority basis. While every effort is made to meet the requests of University personnel, the Marketing & Communications Office cannot guarantee that every request will be honored; therefore, priorities are made in the following order: campus events (dated material); news stories; features.

Working with copy supplied by a group's publicity coordinator, the Marketing & Communications Office will edit for proper news style, retype, copy on official University news letterhead, collate, and distribute to the appropriate regional mailing list. A particular trade publication, professional journal, or hometown newspaper may be included in the mailing at the specific request of a group or individual.

6.7.1    Calendar of Events
If an event is listed on the school calendar, or if the Marketing & Communications Office has sufficient notice, the program also will be included in monthly calendars of events that are submitted to several community groups and to the regional media. Three weeks notice is needed for date books and Public Service Announcements, and six weeks notice is needed for calendar items.

6.7.2    Responsibility of the University Community
It is important to keep the Marketing & Communications Office informed of activities, special events, and guest lecturers on campus in order to facilitate requests from the media and other interested parties, and to avoid conflict in our working relationship with the media. It is your responsibility to keep the Marketing & Communications Office informed of what's happening in your particular department. Please do not send news articles to the media on your own. News articles related to Marywood or Marywood personnel should be cleared through the Marketing & Communications Office.

While there are many accomplishments by Marywood faculty and administrators of great academic importance and events occurring on campus of considerable significance to the University community, we must remember that the news media look for stories that appeal to the general public. Newspaper editors and radio and television producers must evaluate stories in that context. In order to obtain the greatest possible media exposure for Marywood, we must avoid inundating the media with stories and material that we know from professional experience will be rejected. The Communications Director, whose expertise is in the area of media relations, will determine the news-worthiness of any given event or accomplishment before information about it is submitted to the media.

146

**6.7.3     Photographs**

An attempt will be made to accommodate requests for photographs to be taken of a specific event or activity if there is a viable possibility that the media will use the photo. The Marketing & Communications Office, however, has no control over which release or photo will be used by the press or the electronic media.

Photographers are assigned to a particular event at the discretion of the Marketing & Communications Office. All photographs taken become the property of Marywood University. Reprints can be made available to individuals at the current rate charged to the University. Any outside photos given to the Marketing & Communications Office for submission to the media cannot be returned.

Due to the overwhelming demand and cost of photography, limitations must be set on photo requests. Photography request forms are available from the Marketing & Communications Office and must be filled out one week or more in advance, signed by authorized faculty or an employee. The following guidelines must be observed:

If subject does not show up for the shoot or if event is cancelled, and the Marketing & Communications Office is not notified in advance, the department of the contact person will assume cost of the shoot.

The Marketing & Communications Office will pay for a maximum of two original photos per event.

Additional photos, other than those to be used by the Marketing & Communications Office, will be billed back to the client or department where the photo request originated. Random informal shots cannot be taken unless the client or department will cover the cost. The media does not use such photos.

A contact person scheduling a photo shoot that will involve minors must obtain authorization and release forms from the Marketing & Communications Office and distribute them to the parents of said minors to obtain permission to photograph their children. Forms must be completed and returned to the Marketing & Communications Office prior to the shoot. Only those children whose parents have completed a form may be photographed. If the Marketing & Communications Office does not receive authorization forms prior to the shoot, it will be cancelled. If a shoot should take place without authorization, the department of the contact person will assume the full cost of the shoot.

**6.8      OTHER SERVICES**

**6.8.1     The Marywood University Messenger**

The Marywood Messenger is a newsletter published on Monday and Thursday during the regular academic year carrying items of interest to faculty, students, and staff. Announcements pertaining to Marywood-related news and information are considered for publication. All items of interest to be printed in the Marywood Messenger should be submitted to the Marketing & Communications Office, Room 63 in the Liberal Arts Center no later than 10 a.m. on the day prior to publication. Forms for submission of material to the Marywood Messenger can be found on the table outside Room LAC 63.

Attachments may *not* be added to the Messenger without the approval of the Marketing & Communications Office. All such attachments must be submitted for approval to the Marketing & Communications Office three days prior to publication date. Printing costs for such attachments, if approved, will be charged back to the department. Attachments must contain the Marywood logo.

Messages should be brief and relate to activities, special events and announcements, and pertinent academic information. The Marketing & Communications Office retains the right to edit or reject copy.

**6.8.2    Congratulatory Notes**
Congratulatory notes are sent to alumni and friends of the University who achieve some academic or professional distinction, promotion, or other honor.  This does not include an advanced degree unless there is some distinction attached.  If faculty or staff knows of someone who should receive a congratulatory note, they are encouraged to inform the Office of Alumni Support.

**6.8.3    Speakers Bureau**
The Marketing & Communications Office organizes and administers the Speakers Bureau, which provides area civic and service organizations with the names of Marywood faculty and staff who have indicated a willingness to speak at meetings or other functions. If you wish to be included in the Speakers Bureau brochure, contact the Marketing & Communications Office.

**6.8.4    Answering Media Inquiries**
The Marketing & Communications Office has an established list of faculty and staff members who are willing to be contacted by the media for comments and information on specific topics.   The Marketing & Communications staff makes every effort to accommodate media inquiries.  If the media contacts a member of the faculty or staff directly for an interview, that individual is asked to inform the Marketing & Communications Office before the interview takes place.

**6.8.5    Special Events**
The Office of Conferences and Special Events is a division of the Marketing & Communications Office, and coordinates events held on campus for University-sponsored functions and conferencing for off-campus organizations.

**6.9      USE OF THE UNIVERSITY SEAL, SYMBOL, AND STANDARDIZED STATIONERY**

**The University Seal**
The Secretary of the University is the custodian of the Seal of the University, which is reserved for official University documents and legal papers.  The Registrar has delegated authority to use the seal for transcripts and diplomas.  The seal may appear in publications for which its use has been specifically approved, such as the commencement program and formal invitations to events sponsored by the President of the University or vice presidents.  The President of the University must approve use of the Seal of the University in all instances other than those described above.

**The University Logo**
The University symbol or logo, which appears on official University stationery, in advertising, in publications, and in printed pieces and signs, was designed to represent the University graphically. Specific use of the University logo, and its variations, can be found in the Marywood University Publications and Graphic Identity manual.  The manual is available in the Marketing & Communications Office or can be viewed online on the Marywood University website (At the Home Page, click on News & Events, then on the left hand column, click on Publications and Design.).

**Standardized Stationery**
University stationery is standardized to reduce costs and to present a unified image of the University through all its correspondence.  The term "stationery" includes letterhead, envelopes, and campus communications.  Official letterheads, envelopes, and business cards are procured at the Print Shop. In order to maintain a consistent look, no stationery, including business cards, should be produced off-campus without the approval of the Print Shop.  Names and titles of individuals may not be imprinted on official University letterhead or envelopes. No other form of stationery is authorized without the approval of the President of the University.

148

Fagal v. Marywood                    June 6, 2016                    DEF3619

# CHAPTER SEVEN


# UNIVERSITY

# STANDING

# COMMITTEES


**Chapter Seven includes approved descriptions
of University Standing Committees.  See also the
University Standing Committees policy in Chapter One.**

# UNIVERSITY STANDING COMMITTEES

### reporting directly to

## PRESIDENT OF THE UNIVERSITY


**The President's Cabinet**

**Marywood University Planning Advisory Council**

**Policy Committee of the University**

**Mission Integration Committee**

**Budget Committee of the University**

**Honorary Degrees Committee**

**Commencement and Academic Convocations Committee**

**Commencement and Convocations Speakers Committee**

**Cor Mariae Board of Directors**

**Outcomes Assessment Committee**

**Technology Advisory Committee**

**Calendar Committee**

**Space Advisory Committee**

**Website Management Committee**


**Marywood University Faculty Handbook  2010**

152

Fagal v. Marywood                              June 6, 2016                              DEF3623

## THE PRESIDENT'S CABINET

(Approved by the President of the University 11/5/02, 1/27/05)

**Title**
The President's Cabinet

**Purpose and Function**
The Cabinet serves as the principal communication and governance link to the President of the University in the ordinary administration of the University.

**Membership and Selection**
President of the University (Chair)
Provost and Vice President for Academic Affairs
Vice President for Business Affairs
Vice President for Student Life
Vice President for University Advancement
Vice President for Enrollment Management
Chief Planning Officer
Assistant Vice President for Human Resources
Assistant Vice President for Development
Executive Director of Marketing Communications

**Term**
All members are ex officio.

**Meetings**
Meetings are at the call of the President of the University.

**Reports to**
President of the University

**Marywood University Faculty Handbook  2010**