**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FREDERICK F. FAGAL, JR., : | |
| : | |
| *Plaintiff,* : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 3:14-cv-02404-ARC |
| MARYWOOD UNIVERSITY, : | |
| : | (JUDGE CAPUTO) |
| *Defendant.* : | |
| : | <u>ORAL ARGUMENT REQUESTED</u> |

**<u>TABLE OF EXHIBITS CITED IN REPLY BRIEF IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

JONATHAN Z. COHEN LTD.
Jonathan Z. Cohen, Esq.
175 Strafford Avenue
Suite 1 # 212
Wayne, PA 19087-3340
(215) 874-0047
(215) 839-8951 (fax)
jzc@jzc-law.com

*Attorney for Plaintiff*

Date: December 27, 2016

| EX. NO. | DESCRIPTION |
|---|---|
| 71 | "Faculty Grievance Committee Meeting. June 19, 2012.  2-4p" (DEF001510-DEF001512) (Ex. "Bittel 12") |
| 72 | Emails between Jonathan Z. Cohen, Esq. & Stephanie J. Peet, Esq., including attachment (Dec. 13-26, 2016) |

Respectfully,


By:   s/ Jonathan Z. Cohen
      Jonathan Z. Cohen (PA 205941)
      175 Strafford Avenue
      Suite 1 # 212
      Wayne, PA 19087-3340
      (215) 874-0047
      (215) 839-8951 (fax)
      jzc@jzc-law.com

      *Attorney for Plaintiff*

Date: December 27, 2016

## **CERTIFICATE OF SERVICE**

I, Jonathan Z. Cohen, attorney for Plaintiff, certify that the foregoing document has been filed electronically and is available for viewing and downloading from the ECF system. The following parties have consented to electronic service:

**Asima J. Ahmad**
asima.ahmad@jacksonlewis.com, Philadelphia-Secretaries@jacksonlewis.com, PhiladelphiaDocketing@jacksonlewis.com

**Katharine Thomas Batista**
katharine.thomas@jacksonlewis.com, Philadelphia-Secretaries@jacksonlewis.com, PhiladelphiaDocketing@jacksonlewis.com

**Jonathan Zachary Cohen**
jzc@jzc-law.com

**Stephanie Jill Peet**
Stephanie.Peet@jacksonlewis.com, PhiladelphiaDocketing@JacksonLewis.com, Philadelphia-Secretaries@jacksonlewis.com

                Respectfully,

        By:   <u>s/ Jonathan Z. Cohen</u>
                Jonathan Z. Cohen (PA 205941)
                175 Strafford Avenue
                Suite 1 # 212
                Wayne, PA 19087-3340
                (215) 874-0047
                (215) 839-8951 (fax)
                jzc@jzc-law.com

                *Attorney for Plaintiff*

Date: December 27, 2016