# Exhibit 72

12/27/2016 Case 3:14-cv-02404-ARC   Document 87-3   Filed 12/27/16   Page 2 of 4
Jonathan Z. Cohen Ltd. Mail - Fagal v. Marywood Univ.


EXHIBIT 72


Jonathan Cohen &lt;jzc@jzc-law.com&gt;



# Fagal v. Marywood Univ.
5 messages

---

**Jonathan Cohen** &lt;jzc@jzc-law.com&gt;      Tue, Dec 13, 2016 at 10:16 PM
To: Stephanie Peet &lt;stephanie.peet@jacksonlewis.com&gt;, Asima Ahmad &lt;Asima.Ahmad@jacksonlewis.com&gt;

Stephanie & Asima:

I received your opposition to Fagal's motion for summary judgment. In footnote 1 on page 6 of the answer to the statement of material facts, you wrote that you did not "receive copies from Plaintiff of the DVDs provided to the Court."

I did send a package (that should have contained the DVDs) to your office by FedEx on Nov 18, and it was signed for by "J. Johnson." Please see attached.

Are you saying you never received the FedEx or that there were DVDs missing from the FedEx?

Thanks,
Jonathan

--
Jonathan Z. Cohen, Esq.
(215) 874-0047 (office)
(215) 901-7521 (cell)

**2016-12-14 - FedEx Proof-of-Delivery.pdf**
12K

---



**Peet, Stephanie J. (Philadelphia)** &lt;stephanie.peet@jacksonlewis.com&gt;      Wed, Dec 14, 2016 at 6:59 AM
To: Jonathan Cohen &lt;jzc@jzc-law.com&gt;
Cc: "Ahmad, Asima J. (Philadelphia)" &lt;Asima.Ahmad@jacksonlewis.com&gt;

Good morning:
Neither of us recall seeing the DVDs, but we will check with our office.  We have a new receptionist, so she is just figuring out some logistics.  It is possible she has it but didn't give us the DVDs.  We'll let you know.

Sent from my iPhone

**Stephanie Peet**
Attorney at Law

**Jackson Lewis P.C.**
1601 Cherry Street
Suite 1350
Philadelphia, PA 19102

Direct: (267) 319-7818 | Main: (267) 319-7802

stephanie.peet@jacksonlewis.com | www.jacksonlewis.com

**Jackson Lewis P.C. is included in the 2016 rankings of the AmLaw 100 and Global 100 law firms.**

[Quoted text hidden]

> <2016-12-14 - FedEx Proof-of-Delivery.pdf>

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

---

**Jonathan Cohen** <jzc@jzc-law.com>                                          Mon, Dec 26, 2016 at 12:46 PM
To: "Peet, Stephanie J. (Philadelphia)" <stephanie.peet@jacksonlewis.com>
Cc: "Ahmad, Asima J. (Philadelphia)" <Asima.Ahmad@jacksonlewis.com>

Stephanie:

As we discussed over the phone, can you please reply to this email confirming that you received the DVDs that I provided to the Court with Plaintiff's Motion for Summary Judgment? I was planning on just attaching your confirmation email as an exhibit to Plaintiff's reply.

Thanks,
Jonathan

[Quoted text hidden]

---

**Peet, Stephanie J. (Philadelphia)** <stephanie.peet@jacksonlewis.com>        Mon, Dec 26, 2016 at 1:38 PM
To: Jonathan Cohen <jzc@jzc-law.com>
Cc: "Ahmad, Asima J. (Philadelphia)" <Asima.Ahmad@jacksonlewis.com>

Confirmed

Sent from my iPhone

**Stephanie Peet**
Attorney at Law
**Jackson Lewis P.C.**

1601 Cherry Street
Suite 1350
Philadelphia, PA 19102

Direct: (267) 319-7818 | Main: (267) 319-7802

stephanie.peet@jacksonlewis.com | www.jacksonlewis.com

**Jackson Lewis P.C. is included in the 2016 rankings of the AmLaw 100 and Global 100 law firms.**

[Quoted text hidden]



December 14, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number **777751762122**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | J.JOHNSON | **Delivery location:** | 1601 CHERRY ST PHILADELPHIA, PA 19102 |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Nov 21, 2016 11:40 |
| **Special Handling:** | Deliver Weekday | | |
| | Adult Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 777751762122 | **Ship date:** | Nov 18, 2016 |
| | | **Weight:** | 1.0 lbs/0.5 kg |

**Recipient:**
Stephanie J. Peet
Jackson Lewis LLP
1601 CHERRY ST
STE 1350
PHILADELPHIA, PA 19102 US
**Reference**

**Shipper:**
Jonathan Z. Cohen
Jonathan Z. Cohen Ltd.
175 Strafford Avenue
Suite 1 # 212
WAYNE, PA 19087 US
00041-Fagal

Thank you for choosing FedEx.