# Jonathan Z. Cohen Ltd.
175 Strafford Avenue, Suite 1 # 212
Wayne, Pennsylvania 19087-3340
(215) 874-0047 • jzc@jzc-law.com

December 22, 2016

<u>Via FedEx</u>
<u>Tracking # 778024003600</u>

Acting Clerk Peter J. Welsh
U.S. District Court
Middle District of Pennsylvania
235 North Washington Avenue
Scranton, PA 18503

*Rec'd SCRANTON DEC 23 2016 PER [signature] DEPUTY CLERK*

Re: <u>Fagal v. Marywood Univ.</u>, No. 3:14-cv-02404-ARC (M.D. Pa.)

Dear Mr. Welsh:

I represent Plaintiff Frederick F. Fagal, Jr. in the above-referenced case pending before Judge Caputo. On December 26, 2016, Plaintiff will be electronically filing opposition papers to Defendant's Motion for Summary Judgment (ECF No. 62). The enclosed DVDs contain exhibits in video format that cannot be filed electronically. Please kindly file these DVDs and associate them with Plaintiff's Exhibit Set in Opposition to Defendant's Motion for Summary Judgment. If you have any questions, please do not hesitate to contact me.

Respectfully,

*Jonathan Cohen*

Jonathan Z. Cohen, Esq.

*[handwritten note: Original 2 discs to Chambers — Copy made of one of disc other was a copyrighted film — not copied. KJC]*

Enclosures
cc: Defendant's counsel (Priority Mail)