**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FREDERICK F. FAGAL, JR., | |
| Plaintiff, | CIVIL ACTION NO. 3:14-CV-02404 |
| v. | (JUDGE CAPUTO) |
| MARYWOOD UNIVERSITY, | |
| Defendant. | |

## **ORDER**

**NOW**, this 11th day of October, 2017, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion for Summary Judgment is **DENIED**;

(2) Defendant's Motion for Summary Judgment is **DENIED**;

(3) Plaintiff's Motion for Leave to File a Second Amended Complaint is **DENIED**;

(4) This matter is placed on the December 2017 Trial List.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge