# EXHIBIT A

# LIST OF EXHIBTS

**Case Caption:** Fagal v. Marywood University  **Case Number:** 3:14-cv-02404-ARC
**Venue:** Middle District of Pennsylvania  **Judge:** A. Richard Caputo

| Joint | Pltf | Dft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|---|
| | | 1. | Mission Statement and Core Values from Marywood University's the Faculty Handbook and University Goals & Objectives (DEF 000446-448) | | | | |
| | | 2. | Marywood University's Civil Rights Policy and Complaint Procedures (DEF 003456, 3579-3581, 000437-438, ) | | | | |
| | | 3. | Marywood University's Conditions of Computer Use Policy (DEF 000439-441) | | | | |
| | | 4. | December 15, 2011 Email From Parsons to Fagal Regarding Title Page and Abstract Draft (000200732.00001-000200732.00002) | | | | |

1

| Joint | Pltf | Dft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|---|
| | | 5. | December 15, 2011 Email From Fagal to Ziegelbauer Regarding "Update/Controversy" (000200613.00001-000200615.00003) | | | | |
| | | 6. | December 19, 2011Email From Fagal to Parsons Regarding "little idea and little update" (000200328.00001) | | | | |
| | | 7. | December 29, 2011 Email From Benedict to Fagal Regarding Jeffy (000200288.00001) | | | | |
| | | 8. | December 31, 2011 Email to Fred From Ben Regarding Republican Club (000200324.00002) | | | | |
| | | 9. | January 3, 2012 Emails Between Plaintiff and Geri Lynn Smith Regarding Soon-to-be Posted YouTube Videos (000200209.00001-000200209.00004) | | | | |

| Joint | Pltf | Dft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|---|
| | | 10. | January 3, 2012 Emails Between Plaintiff and Rod Carveth Regarding Plaintiff's Soon-to-be Posted YouTube Videos (000200439.00001-000200439.00004) | | | | |
| | | 11. | January 6, 2012 Letter from Bonilla to Munley Regarding Censorships of Professor's posters (DEF 000010-112) | | | | |
| | | 12. | Screenshots of Plaintiff's YouTube Videos Parts 1 and 2 (DEF 000067-142) | | | | |
| | | 13. | Typed Dialogue of Plaintiff's YouTube Videos Parts 1 and 2 (000000172.00001-000000172.000018) | | | | |
| | | 14. | January 2012 Emails Between Benjamin Kent Harrington and Plaintiff Showing Plaintiff Continuing to Share Videos with Marywood University Faculty (000200324.00001-000200324.00002) | | | | |

| Joint | Pltf | Dft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|---|
| | | 15. | January 13, 2012 Email from W. Kevin Wylie to Plaintiff Stating That Plaintiff's January 13, 2012 Email Was "Inflammatory" and "Unprofessional" (0002000091.00001-0002000091.00004) | | | | |
| | | 16. | January 15, 2012 Emails Between Plaintiff and Lindsay Groves Regarding Plaintiff's January 13, 2012 Email (000200378.00001-000200378.00002) | | | | |
| | | 17. | January 17, 2012 email from Levine to Dunleavy Regarding Responses (DEF 002734-2735) | | | | |
| | | 18. | Draft Media Response Statements by University (DEF 000157) | | | | |
| | | 19. | January 20, 2012 Letter from Munley to Bonilla regarding taking down of poster (DEF 000159) | | | | |
| | | 20. | January 25, 2012 Fagal Email with Harrington (000200324.00001) | | | | |

| Joint | Pltf | Dft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|---|
| | | 21. | January 27-January 30, 2012 Dunleavy Emails Monitoring Hits (DEF002845-2844) | | | | |
| | | 22. | January 30, 2012 Emails Between Levine and Garvey (DEF 002756) | | | | |
| | | 23. | March 7, 2012 Email from Dunleavy to Munley Regarding Grievance Meeting (DEF 002836) | | | | |
| | | 24. | March 19, 2012 Emails between Sadlack and Plaintiff Regarding Receipt of Plaintiff's Grievance by Faculty Senate Grievance Committee (DEF 000272-273) | | | | |
| | | 25. | May 3, 2012 Email from Dunleavy to Munley Summarizing Her Meeting With Ad Hoc Committee (DEF 000314) | | | | |
| | | 26. | May 23, 2012 Email from Plaintiff to Ad Hoc Committee Regarding Past Discipline (DEF 000350-351) | | | | |

| Joint | Pltf | Dft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|---|
| | | 27. | May 24, 2012 Emails Between Dunleavy and Ann Boland-Chase Regarding Student Complaint (DEF 001756) | | | | |
| | | 28. | June 7-11, 2012 Emails Between Ad Hoc Committee Members Regarding Anecdote About Family (DEF 000357-359) | | | | |
| | | 29. | July 6, 2012 Emails Between Plaintiff and Linda Rose In Which Plaintiff Says He Does Not Want His Job Back (000200541.00001-000200541.00002) | | | | |
| | | 30. | July 12, 2012 Email Exchange Between Ad Hoc Committee Members (DEF 001611-1615) | | | | |
| | | 31. | Plaintiff's Work Application to Onondaga Community College (00000060.00001, 00000054.00001, 00000054.00001, 00000061.00001) | | | | |

6

| Joint | Pltf | Dft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|---|
| | | 32. | February 5, 2015 Emails Between Plaintiff and William Ziegelbauer Regarding Plaintiff's Case Strategy (000200369.00001-000200370.00001) | | | | |
| | | 33. | November 18, 2016 Defendant's Expert Report | | | | |
| | | 34. | April 11, 1995 Memorandum Regarding Fagal's Improper Behavior At Meeting (DEF 001345) | | | | |
| | | 35. | October 6, 2006 Memorandum Regarding Posting of Offensive Cartoon by Fagal (DEF 001302) | | | | |
| | | 36. | May 22, 2007 Memorandum Recounting Meeting with Fagal Regarding Improper Survey Conducted (DEF 001324) | | | | |
| | | 37. | March 25, 2008 Complaint by Student Regarding Posting of Second Offensive Cartoon by Fagal and Follow-up Email (DEF 001308, 1319-1321) | | | | |

| Joint | Pltf | Dft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|---|
| | | 38. | Cartoon Posted by Fagal Depicting Sisters With Guns (DEF 001322) | | | | |
| | | 39. | April 9, 2008 Email from Dunleavy to Torell Recounting Disciplinary Meeting with Fagal (DEF 001312-1315) | | | | |
| | | 40. | August 28, 2008 Incident Report Regarding Fagal's Inappropriate Comment to Student (DEF 001354) | | | | |
| | | 41. | November 9, 2011 Email from Foley to Levine Regarding Fagal Class Size (DEF 001343) | | | | |
| | | 42. | Objections and Answers to Defendant's First Set of Interrogatories to Plaintiff | | | | |

# JOINT LIST OF EXHIBTS

**Case Caption:** Fagal v. Marywood University    **Case Number**: 3:14-cv-02404-ARC
**Venue:** Middle District of Pennsylvania    **Judge:** A. Richard Caputo

| Joint | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|
| 1. | Marywood University's Tenure Agreement with Plaintiff (Complaint Ex. A) | | | | |
| 2. | Marywood University's 2011-2012 Letter of Agreement with Plaintiff (May 25, 2011) (DEF 000005) | | | | |
| 3. | July 1 2010 Handbook (DEF 003456-3696) | | | | |
| 4. | Marywood University's Goals & Objectives (DEF 000447-448) | | | | |
| 5. | Marywood University's Tenure Policy (DEF 000431-436) | | | | |
| 6. | Marywood University's Academic Freedom Policy (DEF 000442-443) | | | | |
| 7. | Marywood University's Professional Ethics Policy (DEF 000444-445) | | | | |

| Joint | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|
| 8. | Marywood University's Progressive Discipline Policy (DEF 000455-459) | | | | |
| 9. | Marywood University's Faculty Grievances and Appeals Policy f (DEF 000449-454) | | | | |
| 10. | December 15, 2011 Letter from Levine to Fagal Regarding Misunderstanding Of What Transpired About The Posters (DEF 001480) | | | | |
| 11. | January 13, 2012 Email from Plaintiff to Marywood University Faculty Colleagues and Students Criticizing University Administration With Hyperlinks to YouTube Videos (FFF 001617-001664) | | | | |
| 12. | Plaintiff's YouTube Video Part 1 of 2 | | | | |
| 13. | Plaintiff's YouTube Video Part 2 of 2 | | | | |
| 14. | January 17, 2012 email from Levine to Munley Regarding Videos (DEF 002418-2419) | | | | |
| 15. | January 22, 2012 Emails Between Dunleavy and Levine (DEF 002759-2760) | | | | |

| Joint | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|
| 16. | January 23, 2012 Dunleavy Handwritten Notes of Munley Meeting With Plaintiff Regarding YouTube Videos (DEF 000162-164) | | | | |
| 17. | January 23, 2012 Typed Notes of Munley Meeting With Plaintiff Regarding YouTube Videos (DEF 000143-144) | | | | |
| 18. | January 23, 2012 Email from Dunleavy to Fagel Regarding Confirmation of Meeting 1-23-12 (FFF 000085) | | | | |
| 19. | January 23, 2012 Email from Dunleavy to Munley Regarding Update (DEF 002916) | | | | |
| 20. | January 24, 2012, Marywood University Correspondence to Plaintiff Enclosing Statement of Charges and Recommending Termination (DEF 000165-187) | | | | |
| 21. | Munley Talking Points for Board Describing Steps Taken Since Learning of Videos (DEF 000145-146) | | | | |
| 22. | February 3, 2012 Dunleavy Note Regarding Progressive Discipline (DEF 000199) | | | | |

| Joint | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|
| 23. | February 9, 2012 Letter From Williams to Cohen (DEF 003376-3378) | | | | |
| 24. | February 9, 2012 Marywood University Correspondence to Plaintiff Enclosing Revised Statement of Charges and Recommending Termination (DEF 000206-226) | | | | |
| 25. | February 22, 2012 Plaintiff's Grievance (DEF 003295-003455) | | | | |
| 26. | Grievance Committee Notes (DEF 000279-000282) | | | | |
| 27. | March 19, 2012 Letter from Sadlack to Munley Regarding Receipt of Plaintiff's Grievance (DEF 000269) | | | | |
| 28. | March 26, 2012 Letter from Sadlack to Plaintiff Regarding Faculty Senate Grievance Committee Decision (DEF 000276) | | | | |
| 29. | March 28, 2012 Emails Between Sadlack and Plaintiff Regarding Faculty Senate Grievance Committee's Findings (DEF 000283-296) | | | | |

| Joint | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|
| 30. | March 29, 2012 Email from Fagel to Munley Regarding Ad Hoc Faculty Committee (FFF0016665) | | | | |
| 31. | April 3, 2012 Letter from Munley to Plaintiff Regarding Termination And Formation of Ad Hoc Faculty Committee (DEF 000302) | | | | |
| 32. | April 25, 2012 Email from Fagal to Levine (DEF 000306-308) | | | | |
| 33. | April 30, 2012 Email from Cabral to Plaintiff Regarding Composition of Ad Hoc Committee and That Committee Will be Convened Twice (DEF 001496) | | | | |
| 34. | May 6, 2012 Plaintiff's Written Defense to Ad Hoc Committee (DEF 001433-1442) | | | | |
| 35. | May 17, 2012 Bittel Notes of Call With Dunleavy Regarding Remediation (DEF 003702) | | | | |
| 36. | July 2, 2012 Decision of Ad Hoc Committee (DEF 000412-415) | | | | |

| Joint | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|
| 37. | July 6, 2012 Email From Plaintiff to Ad Hoc Committee Disagreeing With Decision (DEF 000416-417) | | | | |
| 38. | July 13, 2012 Munley Letter to Plaintiff Regarding Final Termination Decision (DEF 000424) | | | | |
| 39. | July 15, 2012 Bittel Email to Munley Explaining July 13, 2012 Meeting of Ad Hoc Committee Regarding Review of Suspension (DEF 001513) | | | | |
| 40. | May 2017 SUNY Posting Application Letter and References (FFF 002851-002858) | | | | |
| 41. | Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories | | | | |