# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK F. FAGAL, JR., <br><br> Plaintiff, <br><br> v. <br><br> MARYWOOD UNIVERSITY, <br><br> Defendant. | **CIVIL ACTION NO.:** <br><br> **3:14-cv-02404-ARC** |

## STATEMENT FROM DEFENSE COUNSEL

The person or committee with settlement authority has been notified of the requirements of and possible sanctions under Local Rule 16.2.

*/s/ Stephanie J. Peet*
Stephanie J. Peet