# EXHIBIT C

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK F. FAGAL, JR.,<br><br>Plaintiff,<br><br>v.<br><br>MARYWOOD UNIVERSITY,<br><br>Defendant. | **CIVIL ACTION NO.:**<br><br>**3:14-cv-02404-ARC** |

## STATEMENT FROM DEFENSE COUNSEL

Pursuant to Local Rule 30.10, counsel for the Parties have met and exchanged deposition designations that each Party plans to use at trial in an effort to eliminate irrelevance, side comments, resolved objections and other matters not necessary for consideration by the trier of fact prior to the start of the trial.

*/s/ Stephanie J. Peet*
Stephanie J. Peet