# Exhibit D

# JOINT LIST OF EXHIBTS

**Case Caption:**   Fagal v. Marywood University          **Case Number**:   3:14-cv-02404-ARC
**Venue:**          Middle District of Pennsylvania       **Judge:**          A. Richard Caputo

| Joint | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|
| 1. | Marywood University's Tenure Agreement with Plaintiff (Complaint Ex. A) | | | | |
| 2. | Marywood University's 2011-2012 Letter of Agreement with Plaintiff (May 25, 2011) (DEF 000005) | | | | |
| 3. | July 1 2010 Handbook (DEF 003456-3696) | | | | |
| 4. | Marywood University's Goals & Objectives (DEF 000447-448) | | | | |
| 5. | Marywood University's Tenure Policy (DEF 000431-436) | | | | |
| 6. | Marywood University's Academic Freedom Policy (DEF 000442-443) | | | | |
| 7. | Marywood University's Professional Ethics Policy (DEF 000444-445) | | | | |
| 8. | Marywood University's Progressive Discipline Policy (DEF 000455-459) | | | | |
| 9. | Marywood University's Faculty Grievances and Appeals Policy f (DEF 000449-454) | | | | |

1

| Joint | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|
| 10. | December 15, 2011 Letter from Levine to Fagal Regarding Misunderstanding Of What Transpired About The Posters (DEF 001480) | | | | |
| 11. | January 13, 2012 Email from Plaintiff to Marywood University Faculty Colleagues and Students Criticizing University Administration With Hyperlinks to YouTube Videos (FFF 001617-001664) | | | | |
| 12. | Plaintiff's YouTube Video Part 1 of 2 | | | | |
| 13. | Plaintiff's YouTube Video Part 2 of 2 | | | | |
| 14. | January 17, 2012 email from Levine to Munley Regarding Videos (DEF 002418-2419) | | | | |
| 15. | January 22, 2012 Emails Between Dunleavy and Levine (DEF 002759-2760) | | | | |
| 16. | January 23, 2012 Dunleavy Handwritten Notes of Munley Meeting With Plaintiff Regarding YouTube Videos (DEF 000162-164) | | | | |
| 17. | January 23, 2012 Typed Notes of Munley Meeting With Plaintiff Regarding YouTube Videos (DEF 000143-144) | | | | |

| Joint | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|
| 18. | January 23, 2012 Email from Dunleavy to Fagel Regarding Confirmation of Meeting 1-23-12 (FFF 000085) | | | | |
| 19. | January 23, 2012 Email from Dunleavy to Munley Regarding Update (DEF 002916) | | | | |
| 20. | January 24, 2012, Marywood University Correspondence to Plaintiff Enclosing Statement of Charges and Recommending Termination (DEF 000165-187) | | | | |
| 21. | Munley Talking Points for Board Describing Steps Taken Since Learning of Videos (DEF 000145-146) | | | | |
| 22. | February 3, 2012 Dunleavy Note Regarding Progressive Discipline (DEF 000199) | | | | |
| 23. | February 9, 2012 Letter From Williams to Cohen (DEF 003376-3378) | | | | |
| 24. | February 9, 2012 Marywood University Correspondence to Plaintiff Enclosing Revised Statement of Charges and Recommending Termination (DEF 000206-226) | | | | |
| 25. | February 22, 2012 Plaintiff's Grievance (DEF 003295-003455) | | | | |

| Joint | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|
| 26. | Grievance Committee Notes (DEF 000279-000282) | | | | |
| 27. | March 19, 2012 Letter from Sadlack to Munley Regarding Receipt of Plaintiff's Grievance (DEF 000269) | | | | |
| 28. | March 26, 2012 Letter from Sadlack to Plaintiff Regarding Faculty Senate Grievance Committee Decision (DEF 000276) | | | | |
| 29. | March 28, 2012 Emails Between Sadlack and Plaintiff Regarding Faculty Senate Grievance Committee's Findings (DEF 000283-296) | | | | |
| 30. | March 29, 2012 Email from Fagel to Munley Regarding Ad Hoc Faculty Committee (FFF0016665) | | | | |
| 31. | April 3, 2012 Letter from Munley to Plaintiff Regarding Termination And Formation of Ad Hoc Faculty Committee (DEF 000302) | | | | |
| 32. | April 25, 2012 Email from Fagal to Levine (DEF 000306-308) | | | | |
| 33. | April 30, 2012 Email from Cabral to Plaintiff Regarding Composition of Ad Hoc Committee and That Committee Will be Convened Twice (DEF 001496) | | | | |

4

| Joint | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|
| 34. | May 6, 2012 Plaintiff's Written Defense to Ad Hoc Committee (DEF 001433-1442) | | | | |
| 35. | May 17, 2012 Bittel Notes of Call With Dunleavy Regarding Remediation (DEF 003702) | | | | |
| 36. | July 2, 2012 Decision of Ad Hoc Committee (DEF 000412-415) | | | | |
| 37. | July 6, 2012 Email From Plaintiff to Ad Hoc Committee Disagreeing With Decision (DEF 000416-417) | | | | |
| 38. | July 13, 2012 Munley Letter to Plaintiff Regarding Final Termination Decision (DEF 000424) | | | | |
| 39. | July 15, 2012 Bittel Email to Munley Explaining July 13, 2012 Meeting of Ad Hoc Committee Regarding Review of Suspension (DEF 001513) | | | | |
| 40. | May 2017 SUNY Posting Application Letter and References (FFF 002851-002858) | | | | |
| 41. | Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories | | | | |

4834-7239-7920, v. 2