<u>**PLAINTIFF'S EXHIBIT LIST**
**AS OF APRIL 18, 2018 4:12 PM**</u>

**CASE CAPTION:** Frederick F. Fagal, Jr. v. Marywood University

**CASE NUMBER:** 3:14-cv-02404-ARC

<u>**MIDDLE DISTRICT OF PENNSYLVANIA**</u>

**JUDGE:** A. Richard Caputo

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 1 | Amended Complaint (Jan. 15, 2015) | | | | |
| 2 | Defendant's Answer to Plaintiff's Amended Complaint and Affirmative and Other Defenses (June 30, 2015) | | | | |
| 7 | "Contractual Agreements with Faculty Members" policy (Feb. 18, 2011) | | | | |
| 16 | DVD: Downfall (Constantin Film AG 2004) | ✓ | ✓ | not admitted | Fagal |
| 17 | Finlo Rohrer, <u>The rise, rise and rise of the Downfall Hitler parody</u>, BBC New Magazine (Apr. 13, 2010 10:59 GMT) | ✓ | | not admitted | Fagal |
| 18 | <u>Hitler Downfall parodies: 25 worth watching</u>, The Telegraph (Oct. 6, 2009 7:00 AM BST) | | | | |

1

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 19 | Daniel A. Gross, Führer Humor: The Art of the Nazi Comedy, The Atlantic (Dec. 20, 2015) | | | | |
| 20 | Paul Boutin, Video Mad Libs with the Right Software, N.Y. Times (Feb. 24, 2010) | | | | |
| 21 | Virginia Heffernan, The Hitler Meme, N.Y. Times (Oct. 24, 2008) | | | | |
| 22 | Dylan Sanborn, Goodell (Hitler) Reacts to the Patriots Week 7 Victory Against the Steelers, YouTube (Oct. 25, 2016), https://youtu.be/_cmsegbYKtk | | | | |
| 23 | Jamnospam, Real Estate Downfall, YouTube (Nov. 3, 2008), https://youtu.be/bNmcf4Y3IGM | | | | |
| 24 | Save NY Schools, High Stakes Standardized Testing in New York....the DOWNFALL !, YouTube (Sept. 4, 2013), https://youtu.be/OvKVkitKOgk | | | | |
| 25 | "Progressive Discipline" policy (May 7, 2014) | | | | |
| 26 | Letter from Jonathan Z. Cohen to Sr. Anne Munley (Feb. 2, 2012) (DEF000192-DEF000196) | ✓ | | A for purpose disc. request to convene cmt. to review susp. | Fagal |

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| (29) | Correspondence from Sr. Gail Cabral to Sr. Anne Munley (Feb. 27, 2012) (DEF000241) | | | A | agreed by parties |
| (31) | Email from Frederick F. Fagal, Jr. to Sr. Gail Cabral (Feb. 22, 2012) (FFF000126-FFF000128) | | | A | |
| 35 | Plaintiff's First Set of Interrogatories Directed to Defendant (June 22, 2016) | | | | |
| 36 | Letter from Stephanie J. Peet to Jonathan Z. Cohen (Sept. 1, 2016) | | | | |
| 37 | Letter of Agreement (May 10, 2010) (FFF000432) | | | | |
| 41 | Letter from Jonathan Z. Cohen to William J. Anthony (Feb. 17, 2012) (FFF001686-FFF001693) | ✓ | | A for purpose of cmts | Fagal |
| 42 | Email from Helen M. Bittel to Patricia E. Dunleavy (May 18, 2012 4:03 PM) (DEF001749-DEF001751) | ✓ | | A | Bittel |
| 43 | "Minutes. Ad Hoc Meeting #2. May 17, 2012. 2-4p" (DEF000322-DEF000323) | ✓ | | A | Bittel |
| 44 | Policy titled "Employment At-will Relationship with Administrators and Staff" (Feb. 24, 2006) (FFF001199-FFF001200) | | | | |

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 45 | Policy titled "Non-reappointment of Faculty Member" (July 1, 2003) (FFF001445-FFF001446) | | | | |
| 46 | Policy titled "Violent Acts and Threats" (Apr. 29, 2011) (FFF001460-FFF001461) | ✓ | | A | Fagal |
| (48) | "Talking Points for Meeting (my checklist)" (DEF002898-DEF002899) | ✓ | | A | Dunleavy |
| (54) | Email from Patricia E. Dunleavy to Sr. Anne Munley (July 18, 2012) (DEF002781-DEF002782) | ✓ | | NOT Adm. | Dunleavy |
| 55 | Letter from Jonathan Z. Cohen to William J. Anthony (Feb. 17, 2012) (FFF001686-FFF001693) | ✓ | | A | Fagal |
| 56 | Letter from Jonathan Z. Cohen to William J. Anthony (Feb. 28, 2012) (FFF001748) | ✓ | | A | Fagal |
| 58 | Email from Barbara McNally to Alan M. Levine (Apr. 2, 2012) (DEF002380) | ✓ | | A | Levine |
| 59 | Letter from Jonathan Z. Cohen to William J. Anthony (Apr. 4, 2012) (FFF000155-FFF000157) | ✓ | | A | Fagal |
| 62 | Email from Helen M. Bittel to Patricia E. Dunleavy (July 10, 2012) (DEF003732-DEF003734) | ✓ | | A | Bittel |

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 63 | Kristin K. Kucsma, M.A. & Stephen B. Levinson, Ph.D., An Appraisal of Economic Loss to Frederick F. Fagal, Jr. (Nov. 2, 2016)[1] | ✓ | | Not admitted | Kucsma |
| 64 | "Authority of the Board of Trustees" Policy Statement (Jan. 23, 1999) | | | | |
| 65 | "Delegation to the President" Policy Statement (Jan. 23, 1999) | | | | |
| 70 | "Institutional Property Policy" Policy Statement (Apr. 7, 2000) | | | | |
| 71 | "Deadly Weapons and Fireworks" Policy Statement (Apr. 29, 2011) | | | | |
| 72 | Objections & Answers to Defendant's First Set of Interrogatories to Plaintiff (Nov. 20, 2015) | | | | |
| 74 | Email from Edward J. O'Brien to Jean O'Brien (Jan. 13, 2012 10:15 PM) (DEF003079-DEF003080) | | | | |
| 75 | Email from Edward J. O'Brien to Donald Myers (Jan. 14, 2012 4:10 PM) (DEF002978-DEF002980) | | | | |

---

[1] If the Court wants this exhibit publicly filed, we will replace it with a copy that redacts certain dates of birth.

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 80 | Email from Frederick F. Fagal, Jr. to Helen M. Bittel, Edward J. O'Brien, and Mathew R. Povse, including attachment (July 6, 2012) (DEF001494-DEF001496) | | | | |
| 81 | "Faculty Grievance Committee Meeting" (June 19, 2012) (DEF001510-DEF001512) | ✓ | | A | Bittel |
| 82 | Email from Helen M. Bittel to Sr. Anne Munley, including attachment (July 5, 2012 6:29 PM) (DEF001585-DEF001590) | | | | |
| 83 | Email from Mathew R. Povse to Sr. Anne Munley (June 25, 2012 4:20 PM) (DEF000393) | ✓ | | A | Povse |
| 84 | Email from Helen M. Bittel to Mathew R. Povse and Edward J. O'Brien, including attachment (June 26, 2012 12:24 PM) (DEF001370-DEF001375) | ✓ | | A | Bittel |
| 86 | "Talking points re Fagal's videos" (DEF000149) | | | | |
| 87 | Email from Helen M. Bittel to Erin A. Sadlack (May 17, 2012) (DEF000317) | ✓ | | A | Bittel |

3.5
3
---
4.5

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 88 | Letter from William J. Anthony to Jonathan Z. Cohen (Apr. 26, 2012) (FFF001697-FFF001698) | | | | |
| 89 | "Faculty Senate Minutes, McGowan Room 1059, 3:00-4:40 PM, January 11, 2013" (FFF001966-FFF001991) | | | | |
| 90 | Letter from William J. Anthony to Jonathan Z. Cohen (Feb. 28, 2012) (FFF000143-FFF000154) | ✓ | | A | Fagal |
| 91 | Board Action – Meeting of April 23, 1993 (Apr. 26, 1993) (FFF000193) | | | | |
| 92 | Agreement and Appointment for Full-Time Faculty (FFF000192) | | | | |
| 93 | Agreement and Appointment for Full-Time Faculty (May 10, 1993) (FFF000194) | | | | |
| 94 | Agreement and Appointment for Full-Time Faculty (May 10, 1994) (FFF000195) | | | | |
| 95 | Marywood University Tenured Faculty Letter of Agreement (May 8, 2009) (FFF000433) | | | | |
| 96 | Marywood University Tenured Faculty Letter of Agreement (May 9, 2008) (FFF000434) | | | | |

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 97 | Marywood University Tenured Faculty Letter of Agreement (May 10, 2007) (FFF000435) | | | | |
| 98 | Marywood University Tenured Faculty Letter of Agreement (May 10, 2006) (FFF000439) | | | | |
| 99 | Marywood University Tenured Faculty Letter of Agreement (May 10, 2005) (FFF000440) | | | | |
| 100 | Marywood University Tenured Faculty Letter of Agreement (May 10, 2004) (FFF000441) | | | | |
| 101 | Marywood University Tenured Faculty Letter of Agreement (May 9, 2003) (FFF000448) | | | | |
| 102 | Marywood University Tenured Faculty Letter of Agreement (May 10, 2001) (FFF000452) | | | | |
| 103 | Marywood University Tenured Faculty Letter of Agreement (May 10, 2000) (FFF000456) | | | | |
| 104 | Marywood University Tenured Faculty Letter of Agreement (May 10, 1999) (FFF000461) | | | | |

Case 3:14-cv-02404-ARC  Document 126  Filed 04/25/18  Page 9 of 16

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 105 | Marywood University Tenured Faculty Letter of Agreement (May 10, 2008) (FFF000465) | | | | |
| 106 | Agreement and Appointment for Full-Time Faculty (May 10, 1997) (FFF000468) | | | | |
| 107 | Agreement and Appointment for Full-Time Faculty (May 10, 1996) (FFF000468) | | | | |
| 108 | Agreement and Appointment for Full-Time Faculty (May 10, 1996) (FFF000472) | | | | |
| 109 | Agreement and Appointment for Full-Time Faculty (May 10, 1995) (FFF000474) | | | | |
| 110 | "Political Activity of Faculty Members" policy (July 1, 2003) (FFF001449-FFF001450) | | | | |
| 111 | "Retirement or Resignation of Faculty Member" policy (Feb. 19, 2011) (FFF001458-FFF001459) | | | | |
| 112 | "Revision of Progressive Discipline Policy" (FFF002011-FFF002016) | | | | |
| 113 ∆ | Emails from the Chronicle of Higher Education to Frederick F. Fagal, Jr. – Part 1 (FFF002184-FFF002371) | \ | | A | Fagal |

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 114 | Emails from the Chronicle of Higher Education to Frederick F. Fagal, Jr. – Part 2 (FFF002421-FFF002457) | | | | |
| 115 | Email from Alan M. Levine to Sr. Anne Munley (Nov. 28, 2011) (DEF002703-DEF002706) | ✓ | | A | Levine |
| 117 | Email from Joseph X. Garvey, Jr. to Alan M. Levine (Jan. 17, 2012 2:48 PM) (DEF002747-DEF002749) | | | | |
| 119 | "Minutes for Ad Hoc Committee Meeting #1" (May 11, 2012) (DEF001508-DEF001509) | ✓ | | A | Bittel |
| 123 | Email from Mathew R. Povse to Patricia E. Dunleavy (June 29, 2012) (DEF003245) | | | | |
| 127 | Letter from Jonathan Z. Cohen to William J. Anthony (Apr. 19, 2012) (FFF001752) | | | | |
| 128 | List of 19 "Downfall" parodies on YouTube | | | | |
| 129 | Excerpts of the 19 "Downfall" parodies listed in Exhibit 128 | | | | |
| 130 | Letter from Frederick F. Fagal to Cazenovia College (Nov. 18, 2016) (FFF002458-FFF002459) | ✓ | | A | Fagal |

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 131 | Resume of Frederick F. Fagal, Jr. (FFF002460-FFF002462) | | | | |
| 133 | "Faculty Positions to begin Fall Semester 2017," https://chroniclevitae.com/jobs/000033 636601?cid=ja (printed Nov. 14, 2016) | | | | |
| 135 | Email from Frederick F. Fagal to Cazenovia College (Nov. 18, 2016) (FFF002636) | ✓ | | A | Fagal |
| 136 △ | Emails from the Chronicle of Higher Education to Frederick F. Fagal, Jr. – Part 3 (FFF002652-FFF002697) | ✓ | | A | Fagal |
| 137 | Email from SUNY Oswego to Frederick F. Fagal, Jr. (May 7, 2017) (FFF002735) | | | | |
| 138 | Resume of Frederick F. Fagal, Jr. (FFF002736-FFF002737) | | | | |
| 139 | "Visiting Assistant Professor of Economics | Vitae," https://chroniclevitae.com/jobs/000036 688701?cid=ja (Apr. 28, 2017) (FFF002851-FFF002855) | | | | |

11

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 142 | "Thank You," https://oswego.interviewexchange.com/thankyou.jsp?MUL_DOCS=MUL_DOCS (May 7, 2017) (FFF002879) | | | | |
| 143 | Email from SUNY Oswego to Frederick F. Fagal, Jr. (May 26, 2017) (FFF002884) | | | | |
| 144 | Email from SUNY Oswego to Frederick F. Fagal, Jr. (June 20, 2017) (FFF002885) | ✓ | | A | Fagal |
| 145 | Emails from the Chronicle of Higher Education to Frederick F. Fagal, Jr. – Part 4 (FFF002984- FFF003098) | | | | |
| 146 | Emails from the Chronicle of Higher Education to Frederick F. Fagal, Jr. – Part 5 (FFF003099-FFF003122) | | | | |
| 147 | Emails from the Chronicle of Higher Education to Frederick F. Fagal, Jr. – Part 6 (FFF003123-FFF003124) | | | | |
| 148 | Emails from the Chronicle of Higher Education to Frederick F. Fagal, Jr. – Part 7 (FFF003125-FFF003126) | | | | |
| 149 | Emails from the Chronicle of Higher Education to Frederick F. Fagal, Jr. – Part 8 (FFF003127-FFF003128) | | | | |

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 150 | Email from the Chronicle of Higher Education to Frederick F. Fagal, Jr. – Part 9 (FFF003129-FFF003130) | | | | |
| 151 | Email from the Chronicle of Higher Education to Frederick F. Fagal, Jr. – Part 10 (FFF003131-FFF003133) | | | | |
| 152 | Email from the Chronicle of Higher Education to Frederick F. Fagal, Jr. – Part 11 (FFF003134-FFF003135) | | | | |
| 153 | Email from the Chronicle of Higher Education to Frederick F. Fagal, Jr. – Part 12 (FFF003136-FFF003137) | | | | |
| 154 | Email from the Chronicle of Higher Education to Frederick F. Fagal, Jr. – Part 13 (FFF003138-FFF003139) | | | | |
| 155 | Defendant's Reply Brief in Support of its Motion to Dismiss Plaintiff's Complaint (Apr. 9, 2015) | | | | |
| 156 | Joint Case Management Plan (Sept. 17, 2015) | | | | |
| 157 | Rachel Looker & Satara Dickey, "Former tenured professor files lawsuit against university," *The Wood Word* (Feb. 22, 2015) | | | | |

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 158 | "Policy Format | Marywood University," http://www.marywood.edu/policy/policy-format.html (viewed Apr. 16, 2018) | | | | |
| 159 | Plaintiff's Rule 26 Computations (Dec. 4, 2015) | | | | |
| 160 | Plaintiff's Rule 26 Computation – Excel Worksheet (Dec. 4, 2015) | | | | |
| 161 | Letter from Jonathan Z. Cohen to Patricia E. Dunleavy (Mar. 24, 2018) | | | | |
| 162 | Declaration of Server (Mar. 5, 2018) | | | | |
| 163 | Email from Frederick F. Fagal, Jr. to William Ziegelbauer (Dec. 15, 2011) (same as Def. Ex. 5) | | | | |
| 164 | Email from Frederick F. Fagal to Geri Lynn Smith (Jan. 3, 2012) (same as Def. Ex. 9) | | | | |
| 165 | Email from Frederick F. Fagal Jr. to Rod Carveth (Jan. 3, 2012) (same as Def. Ex. 10) | | | | |
| 166 | Letter from Peter Bonilla to Sr. Anne Munley (Jan. 6, 2012) (DEF000010-DEF000012) (same as Def. Ex. 11) | | | | |
| 167 | Email from Frederick F. Fagal to Benjamin Harrington (Jan. 25, 2012) (000200324.00001-000200324.00001) (same as Def. Ex. 14) | | | | |

14

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 168 | Email from Frederick F. Fagal, Jr. to linzgrov@roadrunner.com (Jan. 15, 2012) (000200378.00001-000200378.00005) (same as Def. Ex. 16) | | | | |
| 169 | Letter from Sr. Anne Munley to Peter Bonilla (Jan. 20, 2012) (DEF000159) (same as Def. Ex. 19) | | | | |
| 170 | Email from Linda Rose to Frederick F. Fagal, Jr. (June 6, 2012) (000200541.00001-000200541.00002) (same as Def. Ex. 29) | | | | |
| 171 | Bond Yields and interest rates, 1947-2015 | | | | |
| 172 | Marywood University Faculty Handbook (July 1, 2012) | | | | |
| 173 | Fact Finding Questionnaire completed by Frederick F. Fagal, Jr. (Sept. 15, 2016) | | | | |
| 174 | 1040 Instructions 2017 | | | | |
| 175 | 1040 Tax Tables 2015 | | | | |
| 176 | Agreement for Pre-Tax Salary Reduction Under Section 403(B) | | | | |
| 177 | Early Retirement Incentive Plan (May 5, 2017) | | | | |

| PTF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 179 | Medicare Premiums: Rules for Higher-Income Beneficiaries (2018) | | | | |
| 180 | National Vital Statistics Reports – United States Life Tables, 2011 | | | | |
| 181 | New York State tax rate schedule (2015) | | | | |
| 182 | Resident Income Tax Return (long form) (2009) | | | | |
| 183 | PA-40 – 2009 Pennsylvania Income Tax Return | | | | |
| 184 | Letter from Social Security Administration to Frederick F. Fagal, Jr. (Nov. 10, 2016) | | | | |
| 185 | 2016 OASDI Trustees Report | | | | |
| 186 | Jared Walczak, "State Individual Income Tax Rates and Brackets for 2015" (Apr. 2015) | | | | |
| 187 | W-2 statements (2008-2014) | | | | |
| 188 | Your Social Security Statement (Sept. 7, 2016) | | | | |
| 189 | Median Hourly Earnings All Occupations 2016 | | | | |
| 190 | Median Hourly Earnings Education Training and Library 2016 | | | | |
| 191 | 2011 U.S. Income Tax Return | | | | |