# LIST OF EXHIBITS

| Case Caption: | Fagal v. Marywood University | Case Number: | 3:14-cv-02404-ARC |
|---|---|---|---|
| Venue: | Middle District of Pennsylvania | Judge: | A. Richard Caputo |

| Joint | Pltf | Dft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|---|
| | | 1. | Mission Statement and Core Values from Marywood University's the Faculty Handbook and University Goals & Objectives (DEF 000446-448) | | | | |
| | | 2. | Marywood University's Civil Rights Policy and Complaint Procedures (DEF 003456, 3579-3581, 000437-438,) | | | | |
| | | 3. | Marywood University's Conditions of Computer Use Policy (DEF 000439-441) | | | | |
| | | 4. | December 15, 2011 Email From Parsons to Fagal Regarding Title Page and Abstract Draft (000200732.00001-0002200732.00002) | | | | |
| ✓ | | 5. | December 15, 2011 Email From Fagal to Ziegelbauer Regarding "Update/Controversy" (000200613.00001-000200615.00003) | ✓ | | A | Fagal |
| ✓ | | 6. | December 19, 2011Email From Fagal to Parsons Regarding "little idea and little update" (000200328.00001) | ✓ | | A | Fagal |

1

| Joint | Pltf | Dft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|---|
| | | (7.) | December 29, 2011 Email From Benedict to Fagal Regarding Jeffy (000200288.00001) | ✓ | | A | Fagal |
| | | 8. | December 31, 2011 Email to Fred From Ben Regarding Republican Club (000200324.00002) | | | | |
| | | 9. | January 3, 2012 Emails Between Plaintiff and Geri Lynn Smith Regarding Soon-to-be Posted YouTube Videos (000200209.00001-000200209.00004) | ✓ | | A | Fagal |
| | | (10.) | January 3, 2012 Emails Between Plaintiff and Rod Carveth Regarding Plaintiff's Soon-to-be Posted YouTube Videos (000200439.00001-000200439.00004) | ✓ | | A | Fagal |
| | | 11. | January 6, 2012 Letter from Bonilla to Munley Regarding Censorships of Professor's posters (DEF 000010-112) | ✓ | | A | Fagal |
| | | 12. | Screenshots of Plaintiff's YouTube Videos Parts 1 and 2 (DEF 000067-142) | | | | |
| | | 13. | Typed Dialogue of Plaintiff's YouTube Videos Parts 1 and 2 (FFF002046-002063) | | | | |

2

| Joint | Pltf | Dft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|---|
| | | 14. | January 2012 Emails Between Benjamin Kent Harrington and Plaintiff Showing Plaintiff Continuing to Share Videos with Marywood University Faculty (0002000324.00001-0002000324.00002) | ✓ | | A | Fagal |
| | | (15.) | January 13, 2012 Email from W. Kevin Wylie to Plaintiff Stating That Plaintiff's January 13, 2012 Email Was "Inflammatory" and "Unprofessional" (0002000091.00001-0002000091.00004) | ✓ | | A | Fagal |
| | | (16.) | January 15, 2012 Emails Between Plaintiff and Lindsay Groves Regarding Plaintiff's January 13, 2012 Email (0002000378.00001-0002000378.00002) | ✓ | | A | Fagal |
| | | 17. | January 17, 2012 email from Levine to Dunleavy Regarding Responses (DEF 002734-2735) | ✓ | | A | Levine |
| | | 18. | Draft Media Response Statements by University (DEF 000157) | | | | |
| | | 19. | January 20, 2012 Letter from Munley to Bonilla regarding taking down of poster (DEF 000159) | ✓ | | | |
| | | 20. | January 25, 2012 Fagal Email with Harrington (0002000324.00001) | | | A | Fagal |

| Joint | Pltf | Dft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|---|
| | | 21. | January 27-January 30, 2012 Dunleavy Emails Monitoring Hits (DEF002845-2844) | | | | |
| | | 22. | January 30, 2012 Emails Between Levine and Garvey (DEF 002756) | ✓ | | A | Levine |
| | | 23. | March 7, 2012 Email from Dunleavy to Munley Regarding Grievance Meeting (DEF 002836) | | | | |
| | | 24. | March 19, 2012 Emails between Sadlack and Plaintiff Regarding Receipt of Plaintiff's Grievance by Faculty Senate Grievance Committee (DEF 000272-273) | | | | |
| | | 25. | May 3, 2012 Email from Dunleavy to Munley Summarizing Her Meeting With Ad Hoc Committee (DEF 000314) | | | | |
| | | 26. | May 23, 2012 Email from Plaintiff to Ad Hoc Committee Regarding Past Discipline (DEF 000350-351) | | | | |
| | | 27. | May 24, 2012 Emails Between Dunleavy and Ann Boland-Chase Regarding Student Complaint (DEF 001756) | | | | |
| | | 28. | June 7-11, 2012 Emails Between Ad Hoc Committee Members Regarding Anecdote About Family (DEF 000357-359) | | | | |

4

| Joint | Pltf | Dft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|---|
| | | 29. | July 6, 2012 Emails Between Plaintiff and Linda Rose In Which Plaintiff Says He Does Not Want His Job Back (000200541.00001-000200541.00002) | ✓ | | A | Fagal |
| | | 30. | July 12, 2012 Email Exchange Between Ad Hoc Committee Members (DEF 001611-1615) | | | | |
| | | 31. | Plaintiff's Work Application to Onondaga Community College (FFF000662-663, 000669) | ✓ | | A | Fagal |
| | | (32.) | February 5, 2015 Emails Between Plaintiff and William Ziegelbauer Regarding Plaintiff's Case Strategy (000200369.00001-000200370.00001) | ✓ | | A | Fagal |
| | | 33. | November 18, 2016 Defendant's Expert Report | | | | |
| | | 34. | April 11, 1995 Memorandum Regarding Fagal's Improper Behavior At Meeting (DEF 001345) | | | | |
| | | 35. | October 6, 2006 Memorandum Regarding Posting of Offensive Cartoon by Fagal (DEF 001302) | | | | |
| | | 36. | May 22, 2007 Memorandum Recounting Meeting with Fagal Regarding Improper Survey Conducted (DEF 001324) | | | | |

| Joint | Pltf | Dft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|---|
| | | 37. | March 25, 2008 Complaint by Student Regarding Posting of Second Offensive Cartoon by Fagal and Follow-up Email (DEF 001308, 1319-1321) | | | | |
| | | 38. ✓ | Cartoon Posted by Fagal Depicting Sisters With Guns (DEF 001322) | ✓ | | A | Fagal |
| | | 39. | April 9, 2008 Email from Dunleavy to Torell Recounting Disciplinary Meeting with Fagal (DEF 001312-1315) | | | | |
| | | 40. | August 28, 2008 Incident Report Regarding Fagal's Inappropriate Comment to Student (DEF 001354) | | | | |
| | | 41. ✓ | November 9, 2011 Email from Foley to Levine Regarding Fagal Class Size (DEF 001343) | ✓ | | A | Levine |
| | | 42. | Objections and Answers to Defendant's First Set of Interrogatories to Plaintiff | | | | |
| | | (43.) ✓ | January 24, 2012 Email from Will Creeley to Fagal (FFF3148-3149) | ✓ | | A | Fagal |
| | | 44. | Color Screenshots of Marywood Parody YouTube Video | ✓ | | A | Fagal |
| | | 45. | Combined exhibit of Marywood University Policies | | | | |
| | | 46. ✓ | Frederick Fagal's LinkedIn Page | ✓ | | A | Fagal |
| | | 47. ✓ | Job Postings - Details (DEF004636 – 005084) | ✓ | | A | Fagal |
| | | 48. ✓ | Job Postings - List | ✓ | | A | Fagal |

6