# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK F. FAGAL, JR. : | |
| : | |
| *Plaintiff,* : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 3:14-cv-02404-ARC |
| MARYWOOD UNIVERSITY, : | |
| : | (JUDGE CAPUTO) |
| *Defendant.* : | |
| : | |

## MOTION TO SUPPLEMENT PLAINTIFF'S ORAL OPPOSITION TO DEFENDANT'S MOTION FOR DIRECTED VERDICT

Plaintiff Frederick F. Fagal, Jr., through his undersigned counsel, hereby brings this Motion to Supplement Plaintiff's Oral Opposition to Defendant's Motion for Directed Verdict. A proposed Brief Supplementing Plaintiff's Oral Opposition to Defendant's Motion for Directed Verdict is attached hereto as Exhibit A. A certification of nonconcurrence and a proposed order are also attached. A brief in support of this motion will be filed as soon as possible but in no event later than the deadline set in Local Rule 7.5.

        Respectfully,

        By:   /s/ Jonathan Z. Cohen
              Jonathan Z. Cohen (PA 205941)
              Jonathan Z. Cohen Ltd.
              175 Strafford Avenue
              Suite 1 # 212
              Wayne, PA 19087-3340
              (215) 874-0047
              (215) 839-8951 (fax)
              jzc@jzc-law.com

              *Attorney for Plaintiff*

Date: April 27, 2018

## **CERTIFICATE OF SERVICE**

I, Jonathan Z. Cohen, Esq., attorney for Plaintiff, certify that the foregoing document will be served on all counsel of record via the ECF system today.

        Respectfully,

By:  /s/ Jonathan Z. Cohen
Jonathan Z. Cohen (PA 205941)
Jonathan Z. Cohen Ltd.
175 Strafford Avenue
Suite 1 # 212
Wayne, PA 19087-3340
(215) 874-0047
(215) 839-8951 (fax)
jzc@jzc-law.com

*Attorney for Plaintiff*

Date: April 27, 2018