**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FREDERICK F. FAGAL, JR. : <br> : <br> *Plaintiff,* : <br> : <br> v. : <br> : <br> MARYWOOD UNIVERSITY, : <br> : <br> *Defendant.* : <br> : | CIVIL ACTION <br><br> NO. 3:14-cv-02404-ARC <br><br> (JUDGE CAPUTO) |

## **ORDER**

AND NOW, this _____ day of _____ 2018, in consideration of the Motion to Supplement Plaintiff's Oral Opposition to Defendant's Motion for Directed Verdict, it is hereby ORDERED that the Motion is GRANTED. The Brief Supplementing Plaintiff's Oral Opposition to Defendant's Motion for Directed Verdict attached as Exhibit A to the Motion is deemed accepted, and the Court will consider the same prior issuing any written findings or order disposing of Defendant's Motion for Directed Verdict.

_____
A. Richard Caputo
United States District Judge
