# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK F. FAGAL, JR., <br><br> Plaintiff, <br><br> v. <br><br> MARYWOOD UNIVERSITY, <br><br> Defendant. | CIVIL ACTION NO. 3:14-CV-02404 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 27th day of April, 2018, **IT IS HEREBY ORDERED** that:

(1) Judgment is **ENTERED in FAVOR of Defendant Marywood University and AGAINST Plaintiff Frederick F. Fagal, Jr..**

(2) Post-trial motions are to be filed in accordance with the Local Rules of the United States District Court for the Middle District of Pennsylvania and the Federal Rules of Civil Procedure with the time for filing to be calculated from the date of entry of this Order

(3) The Clerk of Court is directed to **CLOSE** this case.

                                        /s/ A. Richard Caputo
                                        A. Richard Caputo
                                        United States District Judge