# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK F. FAGAL, JR.,  *Plaintiff,*  v.  MARYWOOD UNIVERSITY,  *Defendant.* | CIVIL ACTION  NO. 3:14-cv-02404-ARC  (JUDGE CAPUTO) |

## STIPULATION TO CORRECT OR MODIFY THE RECORD

The parties hereby stipulate to correct or modify the record under Federal Rule of Appellate Procedure 10(e) and request the preparation and transmittal of a supplemental record. The corrections and modifications are as follows:

**Corrections to trial transcript dated April 23, 2018 (Doc. 123)**

| Citation | Content | Stipulated Change to Content |
|---|---|---|
| 1:10 | JURY | NON-JURY |
| 4:13 | 1997 | 1987 |
| 4:16 | and | had |
| 4:21 | curses | courses |
| 5:1-2 | posters approved | posters were approved |
| 5:10 | poplar | popular |
| 5:21 | poplar | popular |
| 5:22 | parody | parody, |
| 5:23 | the | that |
| 6:9 | grievance, internal | grievance, an internal |
| 6:22 | designated | designating |
| 7:20 | grievance | grievants |

| Citation | Content | Stipulated Change to Content |
|---|---|---|
| 7:22 | quote, grievance | quote, grievants |
| 7:24 | a grievance | a grievant |
| 8:15 | of and sciences | of arts and sciences |
| 8:20 | to | for |
| 9:15 | Matthew | Mathew |
| 9:16 | witnesses testify | witnesses will testify |
| 10:3 | again that he has borne substantial economic cost | again and that he has borne substantial economic costs |
| 10:8 | Pete | Peet |
| 18:19 | be | you |
| 18:23 | Skaneatles | Skaneateles |
| 19:4 | graduated 1968 | graduated in 1968 |
| 20:3 | look | hook |
| 20:12 | one | we |
| 21:19-20 | Marywood | Marywood in |
| 21:21-23 | During the fall semester, I had two sessions of basic economics, a section of principles of economics I co-taught with Dr. Jackson, the introduction to social sciences course. | During the fall semester, I had two sections of basic economics, a section of principles of economics, and I co-taught with Dr. Jackson the introduction to social sciences course. |
| 24:7 | Marywood's before | Marywood's permission before |
| 24:9 | approached | broached |
| 25:24 | Skaneatles | Skaneateles |
| 25:25 | notified by | notified me by |
| 26:1 | And I wrote back why. | And I wrote back—"Why?" |
| 26:4 | things | thing |
| 26:8 | Cabral a who | Cabral, who |
| 26:10 | could administration | could the administration |
| 26:14 | cause behavior | causes changes in behavior |
| 26:19 | first -- terrible | first said -- terrible |
| 26:24 | in administrative | in the administrative |
| 27:2 | affairs.  He mentioned the word executive council had met.  And | affairs.  He mentioned the executive council had met.  And |
| 28:10 | was official | was an official |
| 28:14 | It was a daytime class.  Students | If it was a daytime class, students |

| Citation | Content | Stipulated Change to Content |
|---|---|---|
| 28:16 | evening | evening's |
| 28:21 | signaling | singling |
| 32:20 | G. mail | Gmail |
| 33:8 | spree | free |
| 33:17 | poplar | popular |
| 35:24 | parody's | parodies |
| 37:25 | assume | assumed |
| 38:1 | Lavine was Jewish. I do know this video creating people | Levine was Jewish. I do know this video creating, people |
| 38:5 | reap | Reap |
| 38:6 | May | Mary |
| 39:24 | say interest of | say of interest to |
| 40:6 | at Wood Ward | at the Wood Word |
| 40:19 | publically | publicly |
| 41:5 | that President Reap prior to President Munley | that President Munley |
| 41:17 | I said, yes, I was and. Then she said | I said, yes, I was. And then she said |
| 42:14 | to just | to, just |
| 43:3 | it's | as |
| 43:14 | this is trying | this is like trying |
| 45:4-5 | You declined to her | You declined her |
| 45:18 | Fereese | Ferrese |
| 46:20 | these | this |
| 49:10 | Munley. 2012. | Munley. |
| 51:5 | Or I had you to do it. | Or I had you do it. |
| 52:4-5 | case, which is whether the procedures themselves or followed them correctly. | case, but whether the procedures themselves were followed correctly. |
| 54:20 | informing her she would be surprised that | informing her that |
| 55:11-13 | I decided to finalize my recommendation as a result of your employment at Marywood with your tenure are effective today April 3rd, 2012. | "I decided to finalize my recommendation. As a result, your employment with Marywood and your tenure are terminated effective today, April 3, 2012." |

| Citation | Content | Stipulated Change to Content |
|---|---|---|
| 58:1 | admissions | omissions |
| 58:17 | report and of | report of |
| 60:23 | he will was a dean. And there was a question of what hang on | he was a dean. And there was a question of what I could hang on |
| 61:2 | bench | bunch |
| 62:23 | are | was |
| 68:3 | misread to that | misread that |
| 71:23 | interception | intersection |
| 73:14 | 3rd | 30th |
| 75:5-6 | that administration | that the administration |
| 82:11 | no | to |
| 86:16 | publically | publicly |
| 87:2 | to back | to go back |
| 93:20 | Archbald | Archibald |
| 93:21 | of in | of people in |
| 98:21 | dually | duly |
| 108:19 | over | under |
| 110:17 | Even forward – I didn't say just for a year. | I didn't say just for a year. |
| 115:18 | has | as |
| 117:9 | Not | No, I |
| 119:25 | category | categorize |
| 123:21 | Yes, this is the teaching lode. The teaching lode also | Yes, this is the teaching load. The teaching load also |
| 129:4 | West Chester | Westchester |
| 137:14 | number | member |
| 161:7-8 | zero to | 0.2 |
| 161:17 | page | wage |
| 169:6 | act and a | academic |
| 171:11 | trained spreadsheet wizard | trained spreadsheet wizards |
| 172:1 | with my logic | with by my logic |
| 172:7 | when you got | when you've got |

## Corrections to Trial Transcript dated April 24, 2018 (Doc. 123)

| Citation | Content | Stipulated Change to Content |
|---|---|---|
| 1:11-12 | JURY TRIAL | NON-JURY TRIAL |
| 2:5 | MICHEAL | MICHAEL |
| 6:9 | to it to turn | it to turn |
| 8:5 | I just you want | I just want you |
| 36:8 | you know, have | you know, we have |
| 44:11 | today as you | today as if you |
| 52:19 | Lines | Page |
| 64:20 | suspended for fired | suspended or fired |
| 67:1 | question. Mr. Cohen, | question. By Mr. Cohen, |
| 86:14-15 | do you know whether at the university office | do you know whether his University office |
| 90:3 | correct. | correct? |
| 97:5 | I alleged | he alleged |
| 97:6-7 | policy by improperly suspending him being by improperly moving to terminate his employment and tenure and that he had not an | policy by improperly suspending him, by improperly moving to terminate his employment and tenure, and that he had not had an |
| 102:9-10 | Question, you did also agree -- was it also your understanding that the committee be convened twice to determine | Question, but did you also agree – was it also your understanding that the committee would be convened twice to determine |
| 105:6 | 213 | 2012 |
| 132:5 | Bittle | Bittel |
| 150:1-2 | back, she says -- my questions are him highlighted in blue, responses highlighted in green, somewhere on that second page | back, she says -- my questions to him are highlighted in blue, his verbal responses are highlighted in green, somewhere on that second page |
| 155:24 | Pete | Peet |
| 172:25 | Pete | Peet |

The parties further stipulate that the "exhibit six" referenced at 65:14 is identical to Joint Trial Exhibit 14.

The parties further stipulate that the "exhibit 7" referenced at 70:12 is identical to Fagal Trial Exhibit 48.

The parties further stipulate that the "exhibit 11" referenced at 88:9 is identical to Joint Trial Exhibit 20.

The parties further stipulate that the "exhibit 15" referenced at 91:22 is identical to Joint Trial Exhibit 24.

The parties further stipulate that the "exhibit 20" referenced at 98:3 is identical to Joint Trial Exhibit 31.

**Corrections to Trial Transcript dated April 25, 2018 (Doc. 131)**

| **Citation** | **Content** | **Stipulated Change to Content** |
|---|---|---|
| 5:24 | publically | publicly |
| 22:20 | implyably | impliedly |
| 23:11 | I doubt if the | I doubt if |

Respectfully,

By: s/ Jonathan Z. Cohen
Jonathan Z. Cohen, Esq. (PA 205941)
JONATHAN Z. COHEN LTD.
175 Strafford Avenue
Suite 1 PMB 212
Wayne, PA 19087-3340
(215) 874-0047
(215) 839-8951 (fax)
jzc@jzc-law.com

*Counsel for Plaintiff*


/s Stephanie J. Peet
Stephanie J. Peet, Esq. (PA 91744)
Donald E. English, Esq.
Kathleen A. McGinley, Esq.
JACKSON LEWIS P.C.
1650 Cherry Street
Suite 1350
Philadelphia, PA 19102-1317
(267) 319-7802
(215) 399-2249
stephanie.peet@jacksonlewis.com
donald.english@jacksonlewis.com
kathleen.mcginley@jacksonlewis.com

*Counsel for Defendant*

Date: September 11, 2018

## CERTIFICATE OF SERVICE

I, Jonathan Z. Cohen, Esq., counsel for Plaintiff Frederick F. Fagal, Jr., certify that the foregoing document will served on all counsel of record via the ECF system today.

        Respectfully,

By:    s/ Jonathan Z. Cohen
        Jonathan Z. Cohen (PA 205941)
        JONATHAN Z. COHEN LTD.
        175 Strafford Avenue
        Suite 1 PMB 212
        Wayne, PA 19087-3340
        (215) 874-0047
        (215) 839-8951 (fax)
        jzc@jzc-law.com

        *Counsel for Plaintiff*

Date: September 11, 2018